# APPENDIX A

**Appendix A**
**Accused Instrumentalities**

**'196 Patent**

| |
|---|
| Google Assistant |
| Google Home |
| Google TV |
| Pixel smartphones |
| Pixel smartwatches |
| Pixel wireless earbuds |
| Pixel tablets |
| Pixel |
| Pixel XL |
| Pixel 2 |
| Pixel 2XL |
| Pixel 3 |
| Pixel 3a |
| Pixel 3a XL |
| Pixel 4 |
| Pixel 4 XL |
| Pixel 4a |
| Pixel 4a (5G) |
| Pixel 5 |
| Pixel 5a |
| Pixel 6 |
| Pixel 6 Pro |
| Pixel 6a |
| Pixel 7 |
| Pixel 7 Pro |
| Pixel 7a |
| Pixel Fold |
| Pixel 8 |
| Pixel 8 Pro |
| Pixel 8a |
| Pixel 9 |
| Pixel 9 Pro |
| Pixel 9 Pro XL |
| Pixel 9 Pro Fold |
| Pixel 9a |
| Pixel C |
| Pixel Slate |
| Pixel Tablet |
| Pixelbook |
| Pixelbook Go |
| Pixel Watch |
| Pixel Watch 2 |

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Pixel Watch 3 |
| Pixel Buds |
| Pixel Buds Pro |
| Pixel Buds A-Series |
| Nest smart home products |
| Google "hub" systems, services, and devices |
| Google "smart" systems, services, and devices |
| Google Home Mini |
| Google Home Max |
| Google Nest Audio |
| Google Nest Mini |
| Google Nest Hub First Generation |
| Google Nest Hub Second Generation |
| Google Nest Hub Max |
| Google Nest Wifi Point |

**Appendix A**
**Accused Instrumentalities**

**'232 Patent**

| |
|---|
| Google Cloud |
| Google Cloud Platform |
| Google Cloud IoT Core |
| Google Cloud BigQuery |
| Google Home |
| Google Home App |
| Google Nest App |
| Fitbit App |
| Google "hub" systems, services, and devices |
| Google "smart" systems, services, and devices |
| Google Nest Hub First Generation |
| Google Nest Hub Second Generation |
| Google Nest Hub Max |
| Google Nest Mini |
| Google Home Mini |
| Google Home |
| Google Home Max |
| Google Nest Mini |
| Google Nest Audio |
| Google WiFi |
| Google Nest WiFi |
| Google Nest WiFi Pro |
| Google Nest WiFi Point |
| Google Nest Protect First Generation |
| Google Nest Protect Second Generation |
| Google Nest Cam Indoor First Generation (wired) |
| Google Nest Cam Outdoor First Generation (wired) |
| Google Nest Cam IQ Indoor |
| Google Nest Cam IQ Outdoor |
| Google Nest Cam Second Generation (indoor or outdoor, battery) |
| Google Nest Cam Second Generation (indoor, wired) |
| Google Nest Cam (wired) |
| Google Nest Cam with floodlight |
| Google Nest Hello / Google Nest Doorbell First Generation (wired) |
| Google Nest Doorbell (battery) |
| Google Nest Doorbell Second Generation (wired) |
| Google Nest Doorbell (wired) Nest |
| Google Nest x Yale Lock |
| Google Nest Connect |
| Google Nest Secure |
| Google Nest Guard |
| Google Nest Detect |

A3

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Google Nest Tags |
| Google Nest Learning Thermostat First Generation |
| Google Nest Learning Thermostat Second Generation |
| Google Nest Learning Thermostat Third Generation |
| Google Nest Thermostat E |
| Google Nest Thermostat |
| Google Nest Learning Thermostat Fourth Generation |
| Google Nest Temperature Sensor |
| Pixel smartphones |
| Pixel smartwatches |
| Pixel wireless earbuds |
| Pixel tablets |
| Pixel XL |
| Pixel 2 |
| Pixel 2XL |
| Pixel 3 |
| Pixel 3a |
| Pixel 3a XL |
| Pixel 4 |
| Pixel 4 XL |
| Pixel 4a |
| Pixel 4a (5G) |
| Pixel 5 |
| Pixel 5a |
| Pixel 6 |
| Pixel 6 Pro |
| Pixel 6a |
| Pixel 7 |
| Pixel 7 Pro |
| Pixel 7a |
| Pixel Fold |
| Pixel 8 |
| Pixel 8 Pro |
| Pixel 8a |
| Pixel 9 |
| Pixel 9 Pro |
| Pixel 9 Pro XL |
| Pixel 9 Pro Fold |
| Pixel 9a |
| Pixel C |
| Pixel Slate |
| Pixel Tablet |
| Pixelbook |

A4

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Pixelbook Go |
| Pixel Watch |
| Pixel Watch 2 |
| Pixel Watch 3 |
| Fitbit Charge 3 |
| Fitbit Charge 4 |
| Fitbit Charge 5 |
| Fitbit Charge 6 |
| Fitbit Inspire |
| Fitbit Inspire HR |
| Fitbit Inspire 2 |
| Fitbit Inspire 3 |
| Fitbit Versa |
| Fitbit Versa 2 |
| Fitbit Versa Lite Edition |
| Fitbit Versa 3 |
| Fitbit Versa 4 |
| Fitbit Ace |
| Fitbit Ace 2 |
| Fitbit Ace 3 |
| Fitbit Ace LTE |
| Fitbit Sense |
| Fitbit Sense 2 |
| Fitbit Ionic |
| Fitbit Luxe |
| Device Connect for Fitbit |
| Nest Aware |
| Nest Renew |
| Nest Home/Away Assist |