# APPENDIX B

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| 9. An apparatus for recognizing a speech of a speaker, the apparatus comprising: | Google provides apparatuses for recognizing a speech of a speaker. |

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr><td></td><td>

For example, Google provides Google Assistant and the Accused Instrumentalities, each integrating Google Assistant designed by Google, such as Google Home, Google TV, Pixel smartphones, Pixel wireless earbuds, Pixel smartwatches, Pixel tablets, Pixel laptops, Nest smart home products, Google "hub" and "smart" systems, services, and devices:[1]

### Access Google Assistant with your voice

**Important:** To access this feature on some devices, you must have Voice Match.

When you say "Hey Google," this allows you to get hands-free help as it voice-activates your Assistant-enabled devices ☒ .

You can use a speaker or Smart Display with built-in Google Assistant.

**Android**    iPhone & iPad

#### Turn on Google Assistant

1. On your Android phone or tablet, open the Google Assistant app ●.
2. At the bottom, tap **Turn on**.
   • If Google Assistant is off, you'll get the option to turn it on.

Learn how to set up Google Assistant on your phone or tablet.

#### Turn off Google Assistant

1. On most Assistant-enabled devices, say "Hey Google, open Assistant settings."
   • Alternatively, open the Google Assistant app ● and say, "Assistant settings."
2. Under "All settings," tap **General**.
   • If you don't find "General," tap **View all settings** or **See all Assistant Settings**.
3. Turn off **Google Assistant**.

</td></tr>
</table>

---

[1] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306?co=GENIE.Platform%3DAndroid&hl=en&sjid=11258647459873305720-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides speakers that integrate Google Assistant, including devices such as Google Home, Google Home Mini (1st gen), Google Nest Mini (2nd gen), Google Home Max, and Google Nest Audio:[2] [3]



---

[2] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=.

[3] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides displays that integrate Google Assistant, including devices such as Google Nest Hub, Google Nest Hub Max, and Google Nest Hub (2nd gen):[4] [5]

---

[4] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=.

[5] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Wifi point that integrates Google Assistant, including devices such as Nest Wifi point:[6]<br><br> |

---

[6] *See What is Nest Wifi,*
https://support.google.com/googlenest/answer/9583920?hl=en&ref_topic=9831837&sjid=3184634082685950456-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel smartphones that integrate Google Assistant, including devices such as Pixel, Pixel XL, Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a, Pixel 6, Pixel 6 Pro, Pixel 6a, Pixel 7, Pixel 7 Pro, Pixel 7a, Pixel Fold, Pixel 8, Pixel 8a, Pixel 8 Pro, Pixel 9,  Pixel 9 Pro, Pixel 9 Pro XL, Pixel 9 Pro Fold, and Pixel 9a:[7] |

Pixel phone hardware tech specs (earlier models)

Check out the tech specs for Pixel phones. If you're interested in buying a Pixel phone, visit the Google Store ⧉ .

Pixel 5a (5G) phone (2021)

Pixel 5a (5G)

Pixel 5 phone (2020)

Pixel 5

Pixel 4a phones (2020)

Pixel 4a (5G)

Pixel 4a

Pixel 4 phones (2019)

Pixel 4

Pixel 4 XL

Pixel 3a phones (2019)

Pixel 3a

Pixel 3a XL

Pixel 3 phones (2018)

Pixel 3

Pixel 3 XL

Pixel 2 phones (2017)

Pixel 2

Pixel 2 XL

Pixel phones (2016)

Pixel

Pixel XL

---

[7] *See Pixel phone hardware tech specs (earlier models),* https://support.google.com/pixelphone/answer/16043605?sjid=12555737567514235331-NC, *see also Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant is built into a device with Android 5.0 and up (which includes Pixel, Pixel XL and later):[8]  |

---

[8] *See Set up Google Assistant on your phone or tablet,* https://support.google.com/pixelphone/answer/7172657?hl=en&co=GENIE.Platform%3DAndroid&sjid=12555737567514235331-NC, *see also Migrating to Android 8.0,* https://developer.android.com/about/versions/oreo/android-8.0-migration.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant is built into a Pixel 4 and later, including Fold:[9]<br><br>**Get started with the Google Assistant on Pixel**<br>The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice.<br><br>**Android**    iPhone & iPad<br><br>**What you need**<br>To use the new Google Assistant, you need a Pixel 4 and later, including Fold, with:<br><br>· The Google app with version 10.73 and up.<br>· Google Play services.<br>· The Assistant language set to: Arabic, Bengali, Chinese (Simplified), Chinese (Traditional), Danish, Dutch, English, French, German, Gujarati, Hindi, Indonesian, Italian, Japanese, Kannada, Korean, Malayalam, Marathi, Norwegian, Polish, Portuguese (Brazil), Portuguese (Portugal), Russian, Spanish, Swedish, Tamil, Telugu, Thai, Turkish, Urdu, and Vietnamese. More languages are coming soon.<br><br>**Talk to your new Google Assistant**<br>1. Use your voice or phone:<br> · **Voice:** Say "Hey Google" or "Ok Google."<br> · **Squeeze:** On Pixel 2 to 4, squeeze the bottom half of your phone. Learn how to squeeze your phone.<br> · **Press:** On Pixel 6 and later, including Fold, press and hold the **Power** button.<br>2. Ask a question or say a command. For example, you can say "What's the weather today?" or "Set a timer for 10 minutes."<br>3. Listen to the answer.<br><br>**Tip:** If you have a Pixel 4 or later, including Fold, that runs Android 12 and up, and want to talk to Assistant with the Power button, open device **Settings** › **System** › **Gestures** › **Press and hold power button**. Learn how to check your Android version. |

---

[9] *See Get started with the Google Assistant on Pixel,*
https://support.google.com/pixelphone/answer/9475056?hl=en&co=GENIE.Platform%3DAndroid&sjid=2061459748708512636-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Chromecast with Google TV(HD), Chromecast with Google TV(4K) and Google TV Steamer that integrate Google Assistant:[10] [11]<br><br>**Use Assistant on the Chromecast and Google TV Streamer Voice Remote**<br><br>You can use voice commands with your Chromecast or Google TV Streamer Voice Remote to find and play entertainment on your linked TV, and get information. Voice commands through Google Assistant also lets you control smart devices linked in the Google Home app, and more.<br><br>**Talk to Google with your Chromecast or Google TV Remote**<br>1. On the remote, press and hold the Google Assistant button 🎤 to open the microphone.<br>2. Ask a question or say a command.<br><br>**Tip:** When you use the Voice Remote, you don't need to say "Hey Google" before you talk to Google Assistant.<br><br>**Use Google Assistant on your TV with Chromecast and Google TV Streamer**<br><br>Browse YouTube and get updates on weather, sports, finance, and more on your TV with Google Assistant voice commands and Chromecast.<br><br>If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters or Do not disturb.<br><br>**What you need**<br>• Chromecast or Chromecast Ultra that runs Cast version 1.32+. Learn how to check your firmware version.<br>• Google Home, Google Nest Mini (2nd gen), Google Home Mini (1st gen), Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub Max, Chromecast with Google TV, or Google TV Streamer (4K). |

---

[10] *See Use Assistant on the Chromecast and Google TV Streamer Voice Remote,* https://support.google.com/chromecast/answer/10115165?sjid=13886834711119930340-NC.

[11] *See Use Google Assistant on your TV with Chromecast and Google TV Streamer,* https://support.google.com/chromecast/answer/7582438?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Pixel tablets that integrate Google Assistant, including devices such as Pixel C, Pixel Slate and Pixel Tablet:[12] [13] [14]

---

[12] *See Google Assistant Finally Arrives On Pixel C Tablets,* https://www.techtimes.com/articles/224851/20180411/google-assistant-finally-arrives-on-pixel-c-tablets.htm.

[13] *See Set up Google Assistant on Pixel Slate,* https://support.google.com/pixelslate/answer/9137007?hl=en.

[14] *See Set up Google Assistant on your Pixel Tablet,* https://support.google.com/googlepixeltablet/answer/13555944?hl=en.

B-12

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Google provides Pixel smartwatches that integrate Google Assistant, including devices such as Pixel Watch, Pixel Watch 2 and Pixel Watch 3:[15]  |
| --- | --- |

---

[15] *See Google Assistant voice commands on Google Pixel Watch,*
https://support.google.com/googlepixelwatch/answer/12677020?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel wireless earbuds that integrate Google Assistant, including devices such as Pixel Buds, Pixel Buds Pro, Pixel Buds Pro-2 and Pixel Buds A-Series:[16]<br><br>**Get help from Google Assistant on Google Pixel Buds**<br><br>You can choose to use either Google Assistant or Gemini as your digital assistant. For Pixel 9 or newer, the default assistant is Gemini. You can get started with Gemini by downloading its mobile app. As for phones that are older, it's Google Assistant.<br><br>If you choose Google Assistant as your digital assistant, your Google Pixel Buds allow you to get hands-free help from Google Assistant, making them the perfect companion to stay connected wherever you may be. Whether you're on the go and want to control music, get directions, and manage your to-do lists, or you are at home and need a moment to disconnect, your Assistant on Pixel Buds is always ready to help. |
| | For example, Google provides Pixel laptops that integrate Google Assistant, including devices such as Pixelbook and Pixelbook Go:[17]<br><br>**Set up Google Assistant on your Pixelbook**<br><br>The Google Assistant has its own key on your Pixelbook. Press the key to find quick answers and ask Assistant to complete tasks, play music, set a reminder, or show you directions to where you want to go. Learn to use the Google Assistant on your Pixelbook. |

---

[16] *See Get help from Google Assistant on Google Pixel Buds,* https://support.google.com/googlepixelbuds/answer/7560032?hl=en.

[17] *See Set up Google Assistant on your Pixelbook,* https://support.google.com/pixelbook/answer/7504064?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | According to Google, Google Assistant works with over 50,000 smart home devices from more than 10,000 popular brands:[18]<br><br>**Services and smart devices that work with Google Assistant**<br><br>Google Assistant works with over 50,000 smart home devices from more than 10,000 popular brands, and we're adding new brands all the time.<br><br>Explore the Google Assistant partners you can use to control things around your home with just your voice.<br><br>Learn how to control your home using your Google Nest or Home speaker or display or Google Assistant on other devices. |
|---|---|

---

[18] *See Services and smart devices that work with Google Assistant*, https://support.google.com/googlenest/answer/7639952?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a processor, | The Accused Instrumentalities comprise a processor. |
| | For example, speakers such as Google Home, Google Home Mini (1st gen), Google Nest Mini (2nd gen), Google Home Max, and Google Nest Audio, which integrate Google Assistant, each comprise a processor. |
| | For example, Google Home is powered by Marvell 88DE3006 Armada 1500 Mini Plus dual-core ARM Cortex-A7 media processor:[19]<br><br> |

---

[19] *See Set up Google Assistant on your Pixelbook,* https://support.google.com/pixelbook/answer/7504064?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Home Mini (1st gen) is powered by Marvell 88DE3006 Armada 1500 Mini Plus dual-core ARM Cortex-A7 media processor:[20]<br><br>**The brains**<br><br>We can see some familiar chips from the previous and originial Google Home. This would obviously save a lot of development time, and so there would be little sense in making significant changes. Working from the top left we have:<br><br>• **Marvell 88DE3006-BTK2** — (unchanged) This is the multimedia processor SoC, an ARMADA 1500 Mini Plus with a Dual-Core ARM Cortex A7, supporting 1080p HD content. |

---

[20] *See Google Home Mini teardown, comparison to Echo Dot, and giving technology a voice,* https://justlv.medium.com/google-home-mini-teardown-comparison-to-echo-dot-and-giving-technology-a-voice-c59a23724a26.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Home Nest Mini (2nd Gen) is powered by Quad-core 64-bit ARM CPU 1.4 GHz and High-performance ML hardware engine:[21]<br><br>Google Nest Mini (2nd gen)<br><br>**Processor**<br>• Quad-core 64-bit ARM CPU 1.4 GHz<br>• High-performance ML hardware engine |
| | For example, Google Home Max is powered by 1.5 GHz 64-bit quad-core ARM® Cortex™ A53:[22]<br><br>Google Home Max<br><br>**Processor**<br>• 1.5 GHz 64-bit quad-core ARM® Cortex™ A53 |

---

[21] *See Google Nest and Home device specifications,*
https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

[22] *See Google Nest and Home device specifications,*
https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Nest Audio is powered by Quad Core A53 1.8 GHz High-performance ML hardware engine:[23]<br><br> |

---

[23] *See Google Nest and Home device specifications,*
https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, displays such as Google Nest Hub, Google Nest Hub Max, and Google Nest Hub (2nd gen), which integrate Google Assistant, each comprise a processor:[24] [25]

For example, Google Nest Hub is powered by quad-core ARM Cortex-A53 1.5 GHz:[26]

### The hardware—Google Design at its best

| SPECS AT A GLANCE: GOOGLE HOME HUB | |
| --- | --- |
| SCREEN | 1024×600 7" LCD (169.5ppi) |
| OS | Cast platform with Google Smart Display software |
| CPU | AMLogic S905D2 (Four Cortex A53 cores) |
| NETWORKING | 802.11b/g/n/ac, Bluetooth 5.0 |
| PORTS | Dc power, Micro USB |
| SIZE | 67.3 x 178.5 x 118 mm  (2.65 x 7.02 x 4.65 in) |
| WEIGHT | 480g (16.9oz) |
| STARTING PRICE | $149 at Walmart |

---

[24] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=.

[25] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281?hl=en.

[26] *See Google Home Hub review—Awesome hardware for Google's nascent smart display software,* https://arstechnica.com/gadgets/2018/10/google-home-hub-review-a-minimum-viable-product-with-potential/.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google Nest Hub Max is powered by Quad-core 1.9GHz ARM Cortex-A53:[27]

## Technical Specifications

For the tech-savvy consumer, here are the detailed technical specifications of the Google Nest Hub Max:

- Display Size: 10 inches

- Resolution: HD (1280 x 800)

- Camera: 6.5MP with a 127-degree field of view

- Speakers: Stereo speakers (2x 18mm 10W tweeters, 1x 75mm 30W woofer)

- Dimensions: 9.85" x 7.19" x 3.99"

- Weight: 2.91 lbs

- Colors: Chalk

- Connectivity: Wi-Fi 802.11ac (2.4GHz/5GHz), Bluetooth 5.0, Chromecast built-in

- Processor: Quad-core 1.9GHz ARM Cortex-A53

- Compatibility: Works with Android, iOS, Mac, Windows, and Chromebook devices

</td>
</tr>
</table>

---

[27] *See Google Nest Hub Max 10" Smart Display with Google Assistant – Chalk,* https://gadgetplace.com/product/google-nest-hub-max-10-smart-display-with-google-assistant-chalk/.

B-21

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>For example, Google Nest Hub (2nd gen) is powered by Quad-core 64-bit 1.9 GHz ARM CPU High-performance ML hardware engine:[28]

</td>
</tr>
<tr>
<td></td>
<td>For example, Wifi point such as Nest Wifi point, which integrates Google Assistant, each comprises a processor.   For example, the Nest Wifi point is powered by Quad-core 64-bit ARM CPU 1.4 GHz and High-performance ML hardware engine:[29]

</td>
</tr>
</table>

[28] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-nest-hub-max%2Cgoogle-nest-hub%2Cgoogle-nest-hub-nd-gen.

[29] *See Tech specs for Nest Wifi Pro, Nest Wifi, and Google Wifi,* *https://support.google.com/googlenest/answer/6280668?hl=en&ref_topic=9832039&sjid=10282736499675493816-NC#zippy=%2Cgoogle-wifi-point%2Cnest-wifi-tech-specs%2Cnest-wifi-point.*

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel smartphones such as Pixel, Pixel XL, Pixel  2, Pixel  2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a, Pixel 6, Pixel 6 Pro, Pixel 6a, Pixel 7, Pixel 7 Pro, Pixel 7a, Pixel Fold, Pixel 8, Pixel 8a, Pixel 8 Pro, Pixel 9,  Pixel 9 Pro, Pixel 9 Pro XL, Pixel 9 Pro Fold, and Pixel 9a, which integrate Google Assistant, each comprises a processor.

For example, Pixel and Pixel XL are powered by Qualcomm® Snapdragon™ 821:[30]



---

[30] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, the Pixel 2 and Pixel 2XL are powered by Qualcomm Snapdragon 835:[31]<br><br> |
| --- | --- |

---

[31] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

B-24

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel 3 and Pixel 3XL are powered by Qualcomm Snapdragon 845:[32]

Pixel 3 phones (2018)

Pixel 3

| Processors | • Qualcomm® Snapdragon™ 845<br>• 2.5Ghz + 1.6Ghz, 64Bit Octa-core<br>• Adreno 630<br>• Pixel Visual Core<br>• Titan M Security module |
|---|---|

Pixel 3 XL

| Processors | • Qualcomm® Snapdragon™ 845<br>• 2.5Ghz + 1.6Ghz, 64Bit Octa-core<br>• Adreno 630<br>• Pixel Visual Core<br>• Titan M Security module |
|---|---|

---

[32] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

B-25

**Appendix B: U.S. Patent No. 8,930,196**

For example, Pixel 3a and Pixel 3a XL are powered by Qualcomm Snapdragon 670:[33]

---

[33] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel 4 and Pixel 4XL are powered by Qualcomm Snapdragon 855:[34]

### Pixel 4 phones (2019)

Pixel 4

| Processors | • Qualcomm Snapdragon 855 |
| --- | --- |
| | • 2.84 GHz + 1.78 GHz, 64-bit Octa-Core |
| | • Adreno 640 |
| | • Titan M Security Module[5] |
| | • Pixel Neural Core™ |

Pixel 4 XL

| Processors | • Qualcomm Snapdragon 855 |
| --- | --- |
| | • 2.84 GHz + 1.78 GHz, 64-bit Octa-Core |
| | • Adreno 640 |
| | • Titan M Security Module[5] |
| | • Pixel Neural Core™ |

---

[34] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 4a and Pixel 4a(5G) are powered by Qualcomm Snapdragon 730G:[35]

---

[35] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, the Pixel 5 and 5a (5G) are powered by Qualcomm Snapdragon 765G:[36]<br><br>**Pixel 5a (5G) phone (2021)**<br><br>Pixel 5a (5G)<br><br>**Processors**<br>• Qualcomm®[4] Snapdragon™ 765G<br>• 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core<br>• Adreno 620<br>• Titan™ M Security Module<br><br>Pixel 5<br><br>**Processors**<br>• Qualcomm®[5] Snapdragon™ 765G<br>• 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core<br>• Adreno 620<br>• Titan™ M Security Module |

---

[36] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 6, Pixel 6 Pro and Pixel 6a are powered by Google Tensor:[37]

---

[37] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

B-30

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, the Pixel 7, Pixel 7 Pro, Pixel 7a and Pixel Fold are powered by Google Tensor G2:[38]

</td>
</tr>
</table>

---

[38] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

B-31

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 8, Pixel 8 Pro and Pixel 8a are powered by Google Tensor G3:[39]

| Pixel 8 phones (2023) | |
|---|---|
| Pixel 8 Pro | |
| Processors | • Google Tensor G3<br>• Titan M2™ security coprocessor |
| Pixel 8 | |
| Processor | • Google Tensor G3<br>• Titan M2™ security coprocessor |
| Pixel 8a | |
| Processors | • Google Tensor G3<br>• Titan M2™ security coprocessor |

---

[39] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 9, Pixel 9 Pro, Pixel Pro XL, Pixel 9a and Pixel 9 Pro Fold and are powered by Google Tensor G4:[40]

---

[40] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

B-33

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Chromecast with Google TV(HD), Chromecast with Google TV(4K) and Google TV Steamer, which integrate Google Assistant, each comprise a processor.<br><br>For example, Google TV Steamer is powered by MediaTek MT8696:[41]<br><br>Google claims the TV Streamer boasts a 22% faster processor than the previous Chromecast device. Though Google wasn't able to tell me what processor it used, Android Authority reports the system is the same one used in the Fire TV Stick 4K Max: a MediaTek MT8696. It's not quite apples to apples, though, as that Amazon system doesn't have Ethernet, and it's a stick instead of a set-top box. The Streamer includes 4GB of memory and also comes with 32GB of storage for installing apps. |
| | For example, Chromecast with Google TV (HD) is powered by Amlogic S805X2 and Chromecast with Google TV (4K) is powered by Amlogic S905X3:[42]<br><br>Google has launched the new Chromecast with Google TV (HD) powered by an Amlogic S805X2 quad-core Cortex-A35 CPU that offers a cheaper alternative to the Chromecast with Google TV (4K) that is limited to 1080p60 resolution, instead of the 4Kp60 video output supported by the Amlogic S905X3 model. |

---

[41] *See Google TV Streamer Review: High-End Streaming for Power Users,* https://www.cnet.com/tech/home-entertainment/google-tv-streamer-review-high-end-streaming-for-power-users/.

[42] *See Chromecast with Google TV (HD) features Amlogic S805X2 CPU with AV1 video support,* https://www.cnx-software.com/2022/09/23/chromecast-with-google-tv-hd-amlogic-s805x2-cpu-av1-video/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel tablets such as Pixel C, Pixel Slate and Pixel Tablet, which integrate Google Assistant, each comprises a processor.  For example, Pixel C is powered by NVIDIA Tegra X1:[43]<br><br>Pixel C specifications<br><br>Size — 242mm x 179mm x 7mm<br>Weight — 1.1lb<br>Display — 10.2" LTPS / 2560x1800 (308 PPI) / 500 nits, 72% color NTSC, 1500:1 contrast ratio<br>Touchscreen — In-cell touch, 10 pts, 120 Hz / Anti-smudge coating<br>Processor — Nvidia Tegra X1 |
| | For example, Pixel Slate is powered by 8th Gen Intel® Core™ m3, i5 or i7 Processor, or Intel® Celeron® Processor:[44]<br><br>Google Pixel Slate specifications<br><br>**Dimensions:**<br>Height: 7.0mm<br>Length: 290.85mm<br>Width: 202.04mm<br><br>**Weight:**<br>1.6 lbs<br><br>**Display:**<br>All-new Molecular Display™<br>12.3" LCD 3000x2000 LTPS<br>Touchscreen display with Pixelbook Pen support<br><br>**Processor:**<br>Powered by 8th Gen Intel® Core™ m3, i5 or i7 Processor, or Intel® Celeron® Processor |

---

[43] *See Pixel C specifications,* https://support.google.com/pixel/answer/6328677?hl=en.

[44] *See Google Pixel Slate specifications,* https://support.google.com/pixelslate/answer/9131920?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Tablet is powered by Google Tensor G2:[45] |
| | For example, Google provides Pixel smartwatches such as Pixel Watch, Pixel Watch 2 and Pixel Watch 3, which integrate Google Assistant, each comprises a processor.<br><br>For example, Pixel Watch 2 and Pixel Watch 3 are powered by Qualcomm Snapdragon W5 Gen 1:[46] |

---

[45] *See Google Pixel Tablet technical specifications,* https://support.google.com/googlepixeltablet/answer/13555146?hl=en.

[46] *See Google Pixel Tablet technical specifications,* https://support.google.com/googlepixeltablet/answer/13555146?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Watch is powered by Exynos 9110 SoC::[47]<br><br>Google Pixel Watch specifications<br><br>**Chip**      • Exynos 9110 SoC<br>              • Cortex M33 co-processor |
| | For example, Google provides Pixel wireless earbuds such as Pixel Buds, Pixel Buds Pro, Pixel Buds Pro 2 and Pixel Buds A-Series, which integrate Google Assistant, each comprises a processor.<br><br>For example, Pixel Buds Pro is powered by a custom six-core processor:[48]<br><br>**Pixel Buds Pro Specs**<br><br>• Audio driver: 11mm with active pressure relief<br><br>• Eartips: "Moldable"<br><br>• Connection: Bluetooth 5.0 with Multipoint support<br><br>• Chip: Custom six-core audio processor |

---

[47] *See Google Pixel Tablet technical specifications,* https://support.google.com/googlepixeltablet/answer/13555146?hl=en.

[48] *See Google Pixel Buds Pro Battery Life & Specs: A Guide,* https://www.knowyourmobile.com/user-guides/pixel-phone/google-pixel-buds-battery-life-specs/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Buds Pro 2 is powered by Tensor A1:[49]<br><br>Google understands that comfort is paramount when it comes to earbuds. The Pixel Buds Pro 2 are the culmination of extensive research and development, utilizing data from a staggering 45 million ear scans to achieve an optimal shape that fits snugly and securely in a wide range of ears. The integration of, for the first time ever, the Tensor A1 chip has enabled a 27% reduction in size and a lighter build, ensuring that these earbuds remain comfortable even during extended listening sessions. The addition of a twist-to-adjust stabilizer further enhances the fit, allowing for a personalized and secure fit whether you're working out or simply relaxing. |
| | For example, Pixel Buds uses CSR8675:[50]<br><br>**Identifying the chips**<br><br>Going back to the top of the PCB, we can see the main brains and talk of this product is the all too popular CSR8675, a single-chip solution for audio processing and Bluetooth. We can also see another chip below the gold pogo-pin that is probably significant but only bears what looks like a QR code. We will need to do some "zoom and enhance" detective work later on that one... |

[49] *See The Google Pixel Buds Pro 2 use the Tensor A1 chip for double the noise cancelling,* https://www.androidfaithful.com/google-pixel-buds-pro-2-details-on-the-next-gen-audio-with-ai/.

[50] *See Google Pixel Buds teardown and thoughts on humanizing computer interaction,* https://justlv.medium.com/google-pixel-buds-teardown-396183cbbc18.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel Buds A-Series uses a processor. An image confirms that a processor is used. This can be inferred based on its central location on the PCB, its size relative to surrounding components, and the fact that Pixel Buds A-Series require an integrated SoC to handle Bluetooth connectivity, audio processing, and system control:[51] [52]



---

[51] *See Safety, Warranty & Regulatory Guide for Pixel Buds A-Series,* https://support.google.com/product-documentation/answer/10500249?hl=en.

[52] *See FCC ID : Internal Photos,* https://fcc.report/FCC-ID/SZGG7YPJ/5153872.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google provides Pixel laptops such as Pixelbook and Pixelbook Go, which integrate Google Assistant, each comprises a processor.

For example, Pixelbook is powered by 7th Gen Intel® CoreTM  i5-7Y57 or i7-7Y75 processor:[53]

## Pixelbook (2017) specifications

**Dimensions**
Height: 10.3 mm aluminum unibody
Length: 290.4 mm
Width: 220.8 mm

**Weight**
1.11 kg (2.45 lbs)

**Display**
12.3" 2400x1600 (235 ppi) Quad HD LCD display for sharper images
Touchscreen display with Pixelbook Pen support
400 nits for using in bright areas
72% NTSC color

**Processor**
Powered by a 7th Gen Intel® Core™ ☑  i5-7Y57 or i7-7Y75 processor for faster browsing, gaming, and seamless 4K output to an external monitor. Compare i5 and i7 processors ☑

</td>
</tr>
</table>

---

[53] *See Pixelbook (2017) specifications,* https://support.google.com/pixelbook/answer/7504948?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Pixelbook Go is powered by 8th Gen Intel® Core™ (m3/i5/i7) processor:[54]

</td>
</tr>
<tr>
<td></td>
<td>

This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.

</td>
</tr>
</table>

---

[54] *See Pixelbook Go specifications,* https://support.google.com/pixelbook/answer/9481398?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a preset call command recognition unit using the processor; and | The Accused Instrumentalities comprise a preset call command recognition unit. |
| | For example, according to Google, Google Assistant uses "hotword":[55]<br><br>**Turn "OK Google" (hotword) on or off**<br>You can talk to your Google Assistant on your Pixel Slate by saying "Ok Google" or "Hey Google." This is called the hotword. |

---

[55] *See Access Google Assistant with your voice,*
https://support.google.com/assistant/answer/7394306?co=GENIE.Platform%3DAndroid&hl=en&sjid=11258647459873305720-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Keyword Spotter to recognize predefined hotword:[56]



---

[56] *See "Hotword Detection" by Alex Gruenstein (Google)*, https://www.youtube.com/watch?v=FsJUU4rPrX8&t=6s.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets:[57]<br><br>> The current KWS system at Google [2] uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets. The DNN has been shown to outperform a Keyword/Filler Hidden Markov Model system, which is a commonly used technique for keyword spotting. In addition, the DNN is attractive to run on the device, as the size of the model can be easily adjusted by changing the number of parameters in the network. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[57] *See* Sainath et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a continuous speech recognition unit using the processor, | The Accused Instrumentalities comprise a continuous speech recognition unit. |

**Appendix B:  U.S. Patent No. 8,930,196**

According to Google, Google Assistant uses Automatic Speech Recognition (ASR) to determine what words were spoken by the user, Natural Language Processing (NLP) to analyze and understand the meaning of the request from these words:[58]

---

[58] *See Device Actions Overview*, https://developers.google.com/assistant/sdk/device-actions-overview.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Speech-to-Text API:[59]

## Transcribe speech to text by using the API

Send feedback

This page shows you how to send a speech recognition request to Speech-to-Text using the REST interface and the `curl` command.

Speech-to-Text enables easy integration of Google speech recognition technologies into developer applications. You can send audio data to the Speech-to-Text API, which then returns a text transcription of that audio file. For more information about the service, see Speech-to-Text basics.

## Make an audio transcription request

Now you can use Speech-to-Text to transcribe an audio file to text. Use the following code sample to send a `recognize` REST request to the Speech-to-Text API.

1. Create a JSON request file with the following text, and save it as a `sync-request.json` plain text file:

```
{
  "config": {
      "encoding":"FLAC",
      "sampleRateHertz": 16000,
      "languageCode": "en-US",
      "enableWordTimeOffsets": false
  },
  "audio": {
      "uri":"gs://cloud-samples-tests/speech/brooklyn.flac"
  }
}
```

This JSON snippet indicates that the audio file has a FLAC encoding format, a sample rate of 16000 Hz, and that the audio file is stored on Google Cloud Storage at the given URI. The audio file is publicly accessible, so you don't need authentication credentials to access the file.

---

[59] *See Transcribe speech to text by using the API*, https://cloud.google.com/speech-to-text/docs/transcribe-api.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr><td></td><td>

For example, Google uses Natural language API:[60]

**What is Google NLP Algorithms?**

Google NLP algorithms were designed to help better understand & process queries on its search engine as humans would. Elements of language like context, tone, phrasing, and specificity can be better processed using NLP machine learning frameworks.

Even though Google has been using NLP machine learning since 2011, only in 2019 was Google NLP integrated into the search engine. This algorithm was named BERT. Google Natural Language Processing (NLP) research focuses on algorithms that apply at scale across languages, & domains. The systems are used in numerous ways across Google, impacting user experience in search results, mobile apps, ads, translation, and more.

**Note:** NLP isn't something that Google invented at first. But, later on, most AI language models Google developed, such as BERT, SMITH, and LaMDA, have Neural Network-based NLP (Machine Learning uses word embedding, sentence embedding, and sequence-to-sequence modeling for better quality results) as their brains.

BERT (Bidirectional Encoder Representations from Transformers) uses Google's own Transformer NLP model based on Neural Network architecture. In layman's terms, Google is not looking for individual content phrases but instead tries to find the context of the sentences to determine if it's better than the results already ranking in the top positions.

</td></tr>
<tr><td></td><td>

For example, Google uses NLP Algorithms:[61]

KEY FEATURES

**Natural language solutions that work with your text**

Natural Language API

The powerful pre-trained models of the Natural Language API empowers developers to easily apply natural language understanding (NLU) to their applications with features including sentiment analysis, entity analysis, entity sentiment analysis, content classification, and syntax analysis.

</td></tr>
</table>

---

[60] *See Natural Language AI*, https://cloud.google.com/natural-language?hl=en#documentation.

[61] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google uses Recurrent Neural Network Transducers:[62]

**Recurrent Neural Network Transducers**

RNN-Ts are a form of sequence-to-sequence models that do not employ attention mechanisms. Unlike most sequence-to-sequence models, which typically need to process the entire input sequence (the waveform in our case) to produce an output (the sentence), the RNN-T continuously processes input samples and streams output symbols, a property that is welcome for speech dictation. In our implementation, the output symbols are the characters of the alphabet. The RNN-T recognizer outputs characters one-by-one, as you speak, with white spaces where appropriate. It does this with a feedback loop that feeds symbols predicted by the model back into it to predict the next symbols, as described in the figure below.

</td>
</tr>
<tr>
<td></td>
<td>

For example, Google uses Conversational AI:[63]

| What is conversational AI | Conversational AI is a type of artificial intelligence (AI) that can simulate human conversation. It is made possible by natural language processing (NLP), a field of AI that allows computers to understand and process human language and Google's foundation models that power new generative AI capabilities.<br><br>Google Cloud offers conversational AI as part of Vertex AI platform offerings like Vertex AI Agent Builder and Customer Engagement Suite with Google AI. |
|---|---|

</td>
</tr>
</table>

---

[62] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

[63] *See Conversational AI for richer, more intuitive experiences*, https://cloud.google.com/conversational-ai?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.</td>
</tr>
</table>

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[d]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| wherein the preset call command recognition unit is configured to receive an input speech spoken by the speaker; | In the Accused Instrumentalities, the preset call command recognition unit is configured to receive an input speech spoken by the speaker. |
| | For example, according to Google, Google Assistant uses "hotword":[64] |

_____

[64] *See Access Google Assistant with your voice*,
https://support.google.com/assistant/answer/7394306?co=GENIE.Platform%3DAndroid&hl=en&sjid=11258647459873305720-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google speakers start by saying "Hey Google":[65]<br><br>**Available on Speakers**<br><br>Get hands-free help around the house. Just start by saying "Hey Google".<br><br>Shop Speakers |
| | For example, Google smart displays start with "Hey Google" to watch how-to videos, listen on music, check your calendar, and more:[66]<br><br>**Smart Displays with Google Assistant**<br><br>Just start with "Hey Google" to watch how-to videos, listen to music, check your calendar, and more.<br><br>Shop Smart Displays |

---

[65] *See Available on Speakers*, https://assistant.google.com/platforms/speakers/#find-speakers.

[66] *See Smart Displays with Google Assistant*, https://assistant.google.com/platforms/displays/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, saying "Hey Google" on Google smartphones to manage tasks:[67]





---

[67] *See Get more done on the go*, https://assistant.google.com/platforms/phones/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google TVs start by saying "Hey Google to access entertainment, get answers on screen or control smart devices:[68]<br><br><br><br><br><br> |

---

[68] *See A little help on your big screen*, https://assistant.google.com/platforms/tv/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Tablets start by saying "Hey Google to play music and videos, get answers, control smart home devices, manage tasks, and more:[69]<br><br>**Google Assistant on Pixel Tablet**<br><br>Get hands-free help. Just say, "Hey Google" to play music and videos, get answers, control smart home devices, manage tasks, and more.[1]<br><br>**Shop Tablets** |
| | For example, Google smartwatches start by saying "Hey Google to check the weather, control your smart home devices, or send a quick message:[70]<br><br>**Google Assistant for Wearables**<br><br>Get help from Google right on your wrist. Just say "Hey Google", or long press the Assistant button to check the weather, control your smart home devices, or send a quick message. Access the best of what Google Assistant offers even when your hands are full or your phone is out of reach, all right from your wrist. |

---

[69] *Google Assistant on Pixel Tablet*, https://assistant.google.com/platforms/tablets/.

[70] *Google Assistant on Pixel Tablet*, https://assistant.google.com/platforms/tablets/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[e]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| receive a subsequent input speech spoken, by the speaker, subsequently to the input speech; | The Accused Instrumentalities are configured to receive a subsequent input speech spoken, by the speaker, subsequently to the input speech. |
|  | For example, Google uses Speech to Text API:[71] |

---

[71] *See Package google.cloud.speech.v1*, https://cloud.google.com/speech-to-text/docs/reference/rpc/google.cloud.speech.v1#streamingrecognitionconfig.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[f]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| compare the input speech with a preset call command; and | The Accused Instrumentalities are configured to compare the input speech with a preset call command. |
|  | For example, according to Google, Google Assistant uses "hotword":[72]<br><br> |

---

[72] *See Access Google Assistant with your voice*,<br>https://support.google.com/assistant/answer/7394306?co=GENIE.Platform%3DAndroid&hl=en&sjid=11258647459873305720-NC.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[73]

> The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.
>
> For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.
>
> In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of
>
> $$D = \underset{t}{\mathrm{argmin}} \left( t > \sigma_w \wedge \forall_{t-\sigma_w}^{t} \left( \mathbb{P}\left(y_t|x_t, \lambda\right) > \sigma_p \right) \right)$$
>
> where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made).

---

[73] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[g]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| recognize the input speech as the preset call command according to a result of the comparison, | The Accused Instrumentalities are configured to recognize the input speech as the preset call command according to a result of the comparison. |
| | For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[74]<br><br>The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.<br><br>For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t\|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.<br><br>In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of<br>$$D = \operatorname*{argmin}_{t} \left(t > \sigma_w \wedge \forall_{t-\sigma_w}^{t} \left(\mathbb{P}\left(y_t|x_t, \lambda\right) > \sigma_p\right)\right)$$<br>where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made). |

---

[74] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

B-63

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[h]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| wherein the continuous speech recognition unit is configured to recognize the subsequent input speech as an actual command if the input speech is recognized as the preset call command by the preset call command recognition unit, and | In the Accused Instrumentalities, the continuous speech recognition unit is configured to recognize the subsequent input speech as an actual command if the input speech is recognized as the preset call command by the preset call command recognition unit. |

B-65

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google Assistant uses Automatic Speech Recognition (ASR) to determine what words were spoken by the user, Natural Language Processing (NLP) to analyze and understand the meaning of the request from these words:[75]

### How it works

The device has the Google Assistant SDK installed on it along with credentials for accessing the Google Assistant Service. The device sends out the spoken request (*Turn on.*) and asks the service to turn on the device's onboard LED. The device also sends its model and device instance identifiers so the service can determine how to best respond in context to the request.

The service uses Automatic Speech Recognition (ASR) to determine what words were spoken by the user, Natural Language Processing (NLP) to analyze and understand the meaning of the request from these words, and device matching to provide context for the request. This context is important because it defines the actions the device supports and how these actions should be fulfilled.

The service then responds with text that is spoken back to the user (*Sure.*) along with the device-specific command. The device knows how to handle this command: it turns on its LED!



---

[75] *See Device Actions Overview*, https://developers.google.com/assistant/sdk/device-actions-overview.

B-66

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Speech-to-Text API:[76]

## Transcribe speech to text by using the API

Send feedback

This page shows you how to send a speech recognition request to Speech-to-Text using the REST interface and the `curl` command.

Speech-to-Text enables easy integration of Google speech recognition technologies into developer applications. You can send audio data to the Speech-to-Text API, which then returns a text transcription of that audio file. For more information about the service, see Speech-to-Text basics.

## Make an audio transcription request

Now you can use Speech-to-Text to transcribe an audio file to text. Use the following code sample to send a `recognize` REST request to the Speech-to-Text API.

1. Create a JSON request file with the following text, and save it as a `sync-request.json` plain text file:

```
{
  "config": {
      "encoding":"FLAC",
      "sampleRateHertz": 16000,
      "languageCode": "en-US",
      "enableWordTimeOffsets": false
  },
  "audio": {
      "uri":"gs://cloud-samples-tests/speech/brooklyn.flac"
  }
}
```

This JSON snippet indicates that the audio file has a FLAC encoding format, a sample rate of 16000 Hz, and that the audio file is stored on Google Cloud Storage at the given URI. The audio file is publicly accessible, so you don't need authentication credentials to access the file.

B-67

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google uses Natural language API:[77]

**What is Google NLP Algorithms?**

Google NLP algorithms were designed to help better understand & process queries on its search engine as humans would. Elements of language like context, tone, phrasing, and specificity can be better processed using NLP machine learning frameworks.

Even though Google has been using NLP machine learning since 2011, only in 2019 was Google NLP integrated into the search engine. This algorithm was named BERT. Google Natural Language Processing (NLP) research focuses on algorithms that apply at scale across languages, & domains. The systems are used in numerous ways across Google, impacting user experience in search results, mobile apps, ads, translation, and more.

**Note:** NLP isn't something that Google invented at first. But, later on, most AI language models Google developed, such as BERT, SMITH, and LaMDA, have Neural Network-based NLP (Machine Learning uses word embedding, sentence embedding, and sequence-to-sequence modeling for better quality results) as their brains.

BERT (Bidirectional Encoder Representations from Transformers) uses Google's own Transformer NLP model based on Neural Network architecture. In layman's terms, Google is not looking for individual content phrases but instead tries to find the context of the sentences to determine if it's better than the results already ranking in the top positions.

</td>
</tr>
<tr>
<td></td>
<td>

For example, Google uses NLP Algorithms:[78]

KEY FEATURES

**Natural language solutions that work with your text**

Natural Language API

The powerful pre-trained models of the Natural Language API empowers developers to easily apply natural language understanding (NLU) to their applications with features including sentiment analysis, entity analysis, entity sentiment analysis, content classification, and syntax analysis.

</td>
</tr>
</table>

---

[76] *See Transcribe speech to text by using the API*, https://cloud.google.com/speech-to-text/docs/transcribe-api.

[77] *See Natural Language AI*, https://cloud.google.com/natural-language?hl=en#documentation.

[78] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Recurrent Neural Network Transducers:[79]

**Recurrent Neural Network Transducers**

RNN-Ts are a form of sequence-to-sequence models that do not employ attention mechanisms. Unlike most sequence-to-sequence models, which typically need to process the entire input sequence (the waveform in our case) to produce an output (the sentence), the RNN-T continuously processes input samples and streams output symbols, a property that is welcome for speech dictation. In our implementation, the output symbols are the characters of the alphabet. The RNN-T recognizer outputs characters one-by-one, as you speak, with white spaces where appropriate. It does this with a feedback loop that feeds symbols predicted by the model back into it to predict the next symbols, as described in the figure below.

$$P(\mathbf{y}|t, u)$$

Softmax

$$\mathbf{z}_{t,u}$$

Joint Network

$$\mathbf{h}_u^{dec} \qquad \mathbf{h}_t^{enc}$$

Pred. Network    Encoder

$$\dots \quad y_{u-1} \qquad \mathbf{x}_t$$

For example, Google uses Conversational AI:[80]

**What is conversational AI**

Conversational AI is a type of artificial intelligence (AI) that can simulate human conversation. It is made possible by natural language processing (NLP), a field of AI that allows computers to understand and process human language and Google's foundation models that power new generative AI capabilities.

Google Cloud offers conversational AI as part of Vertex AI platform offerings like Vertex AI Agent Builder and Customer Engagement Suite with Google AI.

---

[79] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

[80] *See Conversational AI for richer, more intuitive experiences*, https://cloud.google.com/conversational-ai?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[i]**

| Claim(s) | Accused Instrumentality(ies) |
| --- | --- |
| wherein the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command. | In the Accused Instrumentalities, the preset call command recognition unit comprises a token passing unit. |

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

The token passing unit is configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command.

For example, according to Google, Google Assistant uses "hotword."[81]

Turn "OK Google" (hotword) on or off

You can talk to your Google Assistant on your Pixel Slate by saying "Ok Google" or "Hey Google." This is called the hotword.

If you turn the hotword off, you can still talk to your Google Assistant by pressing the ⌨ key or touching and holding the Launcher ⊙ on your Pixel Slate.

Other external keyboards:

• Chrome OS-compatible keyboard: Press 🔍 + **a**
• Windows or Mac keyboard: Command/Windows + **a**

Turn "OK Google" on or off

1. In the bottom right, select the time to open the status area.
2. Select Settings ⚙ > **Search and Assistant**.
3. Under "Search and Assistant," select **Google Assistant**.
4. Turn "**Ok Google**" on or off.

</td>
</tr>
</table>

---

[81] *See An All-Neural On-Device Speech Recognizer*, https://research.google/blog/an-all-neural-on-device-speech-recognizer/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses Keyword Spotting (KWS) to quickly detect a trigger phrase (e.g. "OK Google") :[82]<br><br>We present a novel keyword spotting (KWS) system that uses contextual automatic speech recognition (ASR). For voice-activated devices, it is common that a KWS system is run on the device in order to quickly detect a trigger phrase (e.g. "Ok Google"). After the trigger phrase is detected, the audio corresponding to the voice command that follows is streamed to the server. The audio is transcribed by the server-side ASR system and semantically processed to generate a response which is sent back to the device. Due to limited resources on the device, the device KWS system might introduce false accepts (FA) and false rejects (FR) that can cause an unsatisfactory user experience. |
| | For example, Google's Natural Language Processing pipeline begins by tokenizing the text, breaking it down into individual units such as words or sentences:[83]<br><br>**Pre-Processing and Tokenisation**<br><br>Data with textual content must be preprocessed before analysis. Google's Natural Language Processing pipeline begins by tokenising the text, breaking it down into individual units such as words or sentences. Tokenisation allows computers to understand and process natural language effectively. |

---

[82] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

[83] *See* Understanding Google's Natural Language Processing (NLP) Technology, https://www.reposition.co.uk/blog/google-natural-language-processing/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses a posterior-based confidence model that operates on DNN outputs representing frame-level posterior probabilities for each keyword token and a filler class (i.e., non-keyword speech, silence, or noise).  A decision is made using a temporal smoothing rule, which confirms detection only if a certain number of consecutive frames exceed a predefined posterior threshold:[84]

> The baseline DNN architecture consists of 3 hidden layers with 128 hidden units/layer and a softmax layer. Each hidden layer uses a rectified linear unit (ReLU) nonlinearity. The softmax output layer contains one output target for each of the

> words in the keyword phrase to be detected, plus a single additional output target which represents all frames that do not belong to any of the words in the keyword (denoted as 'filler' in Figure 1).  The network weights are trained to optimize a cross-entropy criterion using distributed asynchronous gradient descent [10]. Finally, in the posterior handling module, individual frame-level posterior scores from the DNN are combined into a single score corresponding to the keyword. We refer the reader to [2] for more details about the three modules.



Figure 1: Framework of Deep KWS system, components from left to right:  (i) Feature Extraction (ii) Deep Neural Network (iii) Posterior Handling

---

[84] *See* Sainath, et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google describes that a KWS system based on deep neural networks (DNNs) trained to identify word targets.  This method was shown to significantly outperform a baseline keyword-filler system:[85]

> In previous work, we presented a KWS system [2] based on deep neural networks (DNNs) trained to identify word targets. This



(i) Feature Extraction    (ii) Deep Neural Network    (iii) Posterior Handling

**Fig. 1**: Block diagram of DNN-based KWS system proposed in [2].

> method was shown to significantly outperform a baseline keyword-filler system. This system is appealing for our task because it can be implemented very efficiently to run in real-time on devices, and memory and power consumption can be easily adjusted by changing the number of parameters in the DNN. Although the proposed system works extremely well in clean conditions, performance degrades significantly when speech is corrupted by noise, or when the distance between the speaker and the microphone increases (i.e., in far-field conditions). In the present work, we explore techniques to improve system robustness in these two conditions.

---

[85] *See* Prabhavalkar, et. al, *AUTOMATIC GAIN CONTROL AND MULTI-STYLE TRAINING FOR ROBUST SMALL-FOOTPRINT KEYWORD SPOTTING WITH DEEP NEURAL NETWORKS,*
https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43289.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |