# APPENDIX C

**Appendix C:  U.S. Patent No. 8,040,232**

**CLAIM 1**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| 1. A system for providing an information service based on heterogeneous sensor networks, comprising: | Google provides a system for providing an information service based on heterogeneous sensor networks. |
| | For example, Google provides Google Cloud and the Google Cloud Platform, which support numerous Google offerings such as Google Home, Google Home app, Google Nest app, Nest products, Fitbit products, Pixel products, Google Cloud IoT Core, Nest Aware, Nest Renew, Device Connect for Fitbit, and Google Assistant and provide heterogenous sensor networks. |

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Google Home, which can work with "[t]housands of devices," including "all of your favorite devices from Google," as well as "Google Home partner brands, and Matter":[1]



---

[1] *See Google Home Welcome*, https://home.google.com/welcome/.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home provides several different ways of controlling various smart home devices through the Google Home app:[2]



---

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home can work with various smart devices, such as cameras, thermostats, doorbells, Wi-Fi routers, speakers, displays, smoke and carbon monoxide alarms, and door locks:[3]

---

[3] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

C-4

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home can set up smart devices with the Google Home app or the Google Nest app:[4]<br><br>**Set up smart devices in the Google Home or Nest app**<br><br>Learn how to set up smart devices in the Google Home app or Nest app, including speakers, displays, thermostats, sensors, lights, and plugs.<br><br>Find your device below, then follow the instructions in the linked article. The setup process varies by device and app, so it's important to follow the correct instructions. |

---

[4] *See Set up smart devices in the Google Home or Nest app*, https://support.google.com/googlenest/answer/9893532?hl=en#zippy=%2Cset-up-matter-enabled-devices%2Cset-up-works-with-google-home-devices%2Cseamlessly-set-up-partner-devices.

**Appendix C:  U.S. Patent No. 8,040,232**

Google Home allows control and check-ins for smart devices:[5]



---

[5] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Nest doorbells and cameras:[6]



_____

[6] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Nest thermostats:



**Appendix C:  U.S. Patent No. 8,040,232**



**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Hubs for Google Home:[7]



---

[7] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google provides Pixel devices:[8]<br><br> |

---

[8] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Google Home provides various features for organizing and controlling a smart home:[9] <br><br> **What are the benefits of using Google Home to organize and control my smart home over other smart home platforms?** <br><br> Google Home unites all of your compatible smart devices to work together in harmony, in a single app. This means you no longer need to constantly switch between apps to get things done or tweak minor settings. <br><br> Help is always within reach across all of your compatible smart devices from your phone, Wear OS watch, tablet, laptop or desktop, smart display, Google TV, and even just using your voice by saying "Hey Google" to get help from Google assistant. <br><br> Set up helpful routines to automate your home to get automatic help from your home.[2] <br><br> Google Home supports the latest smart home device categories and technologies to ensure your smart home is always ready to help. <br><br> Intelligent alerts from Google Nest Aware subscriptions make your smart home even more helpful through premium features that ensure you are getting the most out of your smart home. <br><br> It's easy to get started, and as your needs grow, so does the help from Google Home. |

---

[9] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Google Home works with all Google devices:[10] <br><br> **Do all smart devices work with Google Home?** ∧ <br><br> Google Home works with all of your favorite devices made by Google, as well as over 80,000 compatible Works with Google Home devices from your other favorite brands. <br><br> Additionally, the new standard for smart home devices, Matter, was designed around the vision of making all Matter-enabled devices compatible with one another.[6] <br><br> Because Google Home supports Matter, as more smart home device makers adopt this technology, your smart home will automatically be compatible with them as they become available. |
| | For example, Google provides Google Assistant, which can be used to control smart home devices:[11] <br><br> Hey Google, lock the door <br> Alright, locking the door <br> Hey Google, turn on the living room lights <br> Okay <br><br> **Control your home** <br><br> Use your phone to control your smart home devices. Adjust the temperature, lighting, and more, even when you're not home.[2] |

---

[10] *See About Google Home*, https://home.google.com/about-google-home/.

[11] *See Get Google Assistant*, https://assistant.google.com/platforms/phones/.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides the Google Nest app, which can be used to "see your home with Nest Cam, and get an alert if Nest Protect goes off":[12]



---

[12] *See Google Play Nest*, https://play.google.com/store/apps/details?id=com.nest.android&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use [your phone or tablet's] location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[13]

## How Home/Away Assist uses your phone's location

After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.

**Android**    iPhone & iPad

Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.

With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things.

---

[13] *See How Home/Away Assist uses your phone's location*, https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google provides Nest Aware:[14]<br><br> |

---

[14] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**



C-17

**Appendix C:  U.S. Patent No. 8,040,232**



**Appendix C:  U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **What's the difference between event video history and 24/7 video history?** ∧<br><br>Nest Aware allows you to add extra video history to the still images or video clips that may be captured by your Nest camera or doorbell when it detects motion, sound or other key events. Event video history allows you to go back in time and review video clips of important events. 24/7 video history allows you to capture every second with continuous recording, so you can scan through your video history to see everything before, during, and after an event.<br><br>Both Nest Aware plans allow you to quickly scan through days of video history in seconds. Choose from two simple plans: Nest Aware comes with 30 days of event video history, and Nest Aware Plus comes with 60 days of event video history and 10 days of 24/7 video history.<br><br>**What are the requirements for Nest Aware?** ∧<br><br>Nest Aware works with all Google Nest cameras, doorbells, speakers and displays. Features and functionality vary by product and country. Learn more about alerts by device.<br><br>In addition to a compatible Nest product, you'll need a Google Account to use Nest Aware. If you have a Nest Account, you may need to migrate to a Google Account to receive the full benefits of Nest Aware.<br><br>Your home needs to be in a country that supports Nest Aware.<br><br>Nest Aware requires a working internet connection for your home, and access to the Nest app and the Google Home app.<br><br>**How long are the event-based clips captured by my Nest camera?** ∧<br><br>Event video history clips are captured by your Nest camera or doorbell when it detects important sound or motion events. The duration of the clip will vary depending on the activity captured. |

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Nest Renew:[15]



---

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Device Connect for Fitbit:[16]

## Device Connect for Fitbit

Enable a more holistic view of patients with connected Fitbit data on Google Cloud.

Contact us

✓  Simplify patient enrollment and consent

✓  Enable data interoperability

✓  Accelerate time to insights

**Fitbit data connector**

Open source data connector that provides automated data normalization and integration with Google Cloud BigQuery for advanced analytics. Can support emerging standards like Open mHealth and enables interoperability with clinical data when used with Cloud Healthcare API for cohort building and AI training pipelines.

**Pre-built analytics dashboard**

The pre-built Looker interactive visualization dashboard can be easily customized for different clinical settings and use cases to provide faster time to insights.

**AI and machine learning tools**

Use AutoML Tables to build advanced models directly from BigQuery or build custom models with 80% fewer lines of code using Vertex AI—the groundbreaking ML tools that power Google, developed by Google Research.

C-21

**Appendix C:  U.S. Patent No. 8,040,232**



USE CASE

**Pre- and post-surgery**

Supporting the patient journey before and after surgery can lead to higher patient engagement and more successful outcomes. However, many organizations lack a holistic view of patients.

Fitbit tracks multiple behavioral metrics of interest, including activity level, sleep, weight and stress, and can provide visibility and new insights for care teams to what's happening with patients outside of the hospital.

---

[16] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google offers Google Cloud IoT Core:[17]



The ability to gain real-time insights from IoT data can redefine competitiveness for businesses. Intelligence allows connected devices and assets to interact efficiently with applications and with human beings in an intuitive and non-disruptive way. After your IoT project is up and running, many devices will be producing lots of data. You need an efficient, scalable, affordable way to both manage those devices and handle all that information.

IoT Core is a fully managed service for managing IoT devices. It supports registration, authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.

---

[17] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:  U.S. Patent No. 8,040,232**

## Main components

The main components of Cloud IoT Core are the device manager and the protocol bridges:

- The device manager  registers devices with the service, so you can then monitor and configure them. It provides:

  - Device identity management
  - Support for configuring, updating, and controlling individual devices
  - Role-level access control
  - Console and APIs for device deployment and monitoring

- Two protocol bridges (MQTT and HTTP) can be used by devices to connect to Google Cloud Platform for:

  - Bi-directional messaging
  - Automatic load balancing
  - Global data access with Pub/Sub

## How does Cloud IoT Core work?

Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.

Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Design principles of Cloud IoT Core<br><br>As a managed service to securely connect, manage, and ingest data from global device fleets, Cloud IoT COre is designed to be:<br><br>• Flexible, providing easy provisioning of device identities and enabling devices to access most of Google Cloud<br>• IThe industry leader in IoT scalability and performance<br>•  Interoperable, with supports for the most common industry-standard IoT protocols<br><br>## Use cases<br><br>IoT use cases range across numerous industries. Some typical examples include:<br><br>• Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics<br>• Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation<br>• Connected homes and consumer technologies.<br>• Vision intelligence in retail, security, manufacturing, and industrial sectors<br>• Smart living in commercial, residential, and smart spaces<br>• Smart factories with predictive maintenance and real-time plant floor analytics |

**Appendix C:  U.S. Patent No. 8,040,232**

**CLAIM 1[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a sensor node constructing a sensor network to sense environment information; | The Accused Instrumentalities comprise a sensor node and a sensor network to sense environment information. |
| | For example, Google Home can connect with "[t]housands of devices," including "all of your favorite devices from Google," as well as "Google Home partner brands, and Matter":[18]<br><br><br><br>Thousands of devices. Endless possibilities.<br><br>With seamless compatibility, easy setup, and control from a single app; Google Home brings together all of your favorite smart devices from Google, Works with Google Home partner brands, and Matter. |

---

[18] *See Google Home Welcome*, https://home.google.com/welcome/.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home connected devices can include devices for entertainment, climate and energy, lighting and plugs, security and awareness, appliances, and more:[19]

---

[19] *See Google Home Welcome*, https://home.google.com/welcome/.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home can work with Matter-enabled, "Works with Google Home," or Seamless-enabled devices:



**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home connected devices include lights and plugs:[20]



---

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home connected devices include climate and energy devices such as thermostats and climate control devices:[21]



---

[21] *See Shop climate and energy devices*, https://home.google.com/explore-devices/climate-and-energy/.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home connected devices include security and awareness devices such as cameras, doorbells, locks, sensors, and smoke and carbon monoxide detectors:[22]



---

[22] *See Shop security and awareness devices*, https://home.google.com/explore-devices/security-and-awareness/.

**Appendix C:  U.S. Patent No. 8,040,232**



**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google Home connected devices include entertainment devices, such as speakers, streamers, and television:[23]



---

[23] *See Shop entertainment devices*, https://home.google.com/explore-devices/entertainment/.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home connected devices include appliances and more, such as vacuums, household appliances, and hubs:[24]<br><br> |

[24] *See Shop appliances and more*, https://home.google.com/explore-devices/appliances-and-more/.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Nest devices include various sensors that sense environment information:[25]<br><br>**Sensors in Google Nest devices**<br>Last updated: January 16, 2025<br><br>Google's connected home devices and services rely on cameras, microphones and other sensors to provide helpful features and services. These sensors can detect things like motion and sound to protect your home and loved ones and make your lives more convenient and comfortable. And while they make our connected home devices more useful, we understand that you, your family and your friends need to trust that we'll handle your data responsibly.<br><br>The current sensors in Google's connected home devices and services generally fall into the following categories:<br><br>· **Cameras** that record video footage and still images and detect what's happening in the home.<br><br>· **Microphones** that record audio and can detect specific sounds or motion nearby.<br><br>· **Activity sensors** that detect activity or changes to the physical state of the device, such as a door sensor that detects when a door opens, or an accelerometer that detects when a device is moved. Some activity sensors may also detect the presence or movement of people in your home.<br><br>· **Environmental sensors** that determine external properties of the surrounding environment — such as temperature, humidity, light, or smoke — and that can help monitor the conditions inside or around your home.<br><br>· **Control sensors** that enable control of a device, such as a touch-sensitive button, or a magnetic sensor to detect the position of the ring on the Nest Learning Thermostat.<br><br>Google's connected home devices may also contain additional sensors that monitor device operation. For example, internal device sensors can detect when a device's battery is running low, when it's overheating, or other conditions that can affect the ability of the device to operate as intended. We've excluded sensors that collect only such diagnostic data from this sensors guide. In addition to enabling the features and services described, the data from the sensors listed below may also be used to perform device performance and diagnostic functions. |

---

[25] *See Sensors in Google Nest devices*, https://support.google.com/googlenest/answer/9330256?hl=en.

## Appendix C:  U.S. Patent No. 8,040,232

Types of sensors, what they measure, and examples of uses

| Type of Sensor | What it Measures | Examples of Uses* |
|---|---|---|
| **Cameras and Microphones** | | |
| Camera (lens and image sensor) | Cameras are used to capture still images and video footage for a variety of purposes, which include home monitoring, video calling, and more. They can also be used as a sensor to detect things like motion, activity, people or gestures. Cameras can also be used as a biometric sensor to identify a specific person. | **Nest Cam, Nest Cam IQ, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (wired)/Nest Hello, Nest Doorbell (wired, 2nd gen), Nest Doorbell (battery), and Nest Hub Max**<br><br>Checks what's happening near the camera. Also used to detect certain types of activity, so you get an alert when a person or motion is detected near the camera. Depending on the camera model, where you live, and whether or not you have a Nest Aware subscription, the camera can be used to identify a face you've told it to recognize and send an alert when it recognizes someone you know or a stranger. Camera events can be used to start home automations.<br><br>**Nest Hub Max**<br><br>In addition to the built-in Nest Cam features described above, Nest Hub Max also uses the camera to enable video calling, personalization with Face Match, and Quick Gestures for easy device control. Additional features that use the camera may be added over time. |

| | | |
|---|---|---|
| Microphone | Microphones detect sound waves and are used for a variety of purposes in Nest devices, including to capture speech, and as a sensor to detect specific sounds or to detect motion nearby. | **Nest Cam, Nest Cam IQ, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (wired)/Nest Hello, Nest Doorbell (wired, 2nd gen), and Google Nest Doorbell (battery)**<br><br>Hears what's happening near the camera. Also used to detect certain types of sounds so you can get an alert when a person or motion is detected near the camera. The microphone is also used for the Talk and Listen feature that lets you talk to anyone near the camera. Nest Cam IQ Indoor also allows you to talk to the Google Assistant (if you have enabled that feature).<br><br>**Google Home, Google Home Mini, Google Home Max, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Mini, and Google Nest Audio**<br><br>Allows you to talk to the Google Assistant, make calls, and with a Nest Aware subscription in certain regions, detect sounds like smoke alarms or glass breaking (if you have enabled that feature). Provide occupancy signals for home automation (such as Home & Away Routines), if you've enabled the feature.<br><br>**Google Nest Wifi point**<br><br>Allows you to talk to the Google Assistant, make calls, and more. Detect occupancy for home automation (such as Home & Away Routines), if you've enabled the feature. |
| | | **Google Chromecast Voice Remote and Google TV Streamer Voice Remote**<br><br>Allows you to talk to the Google Assistant, navigate apps on your TV, and provide voice input to apps.<br><br>**Nest Protect**<br><br>Used by the Sound Check and Safety Checkup features to make sure the speaker and alarm sound are operational. The microphone is not used for any other purpose and is off except when checking speaker and horn functionality.<br><br>**Nest Hub, Nest Hub (2nd gen), Nest Hub Max, Nest Mini, and Nest Wifi point**<br><br>Emits ultrasonic pulses from the speaker to detect proximity of a user for a more responsive and proactive device experience, such as triggering the display of media or device controls on the device.<br><br>**Nest Hub (2nd gen)**<br><br>When Sleep Sensing is enabled, listens for nearby sounds such as coughing and snoring that may disturb sleep. |

**Appendix C:  U.S. Patent No. 8,040,232**

**Activity Sensors**

| | | |
|---|---|---|
| Accelerometer | Accelerometers measure movement of a device. They are commonly used to change the device state, facilitate pairing with other devices, detect changes in orientation and adjust the device's display layout, or to detect tampering (i.e., if a device is moved when it isn't expected to move). | **Google Home Max**<br><br>Adjust lights depending on speaker orientation.<br><br>**Google Chromecast Voice Remote and Google TV Streamer Voice Remote**<br><br>Detects the motion of the remote to initiate reconnecting with paired devices and facilitate interactions with other devices.<br><br>**Nest Connect and Nest Protect**<br><br>Currently unused. Included for potential future feature enhancements. |
| Motion | Motion sensors detect movement of people or animals in a room. | **Nest Cam (battery), Nest Cam with floodlight, and Nest Doorbell (battery)**<br><br>Detects motion to wake up the device.<br><br>**Nest Cam with floodlight**<br><br>Detects motion to trigger the lights.<br><br>**Nest Learning Thermostat and Nest Thermostat E**<br><br>Nest may infer occupancy from detected motion for comfort optimization, energy saving, and home automation (such as Home/Away Assist or Home & Away Routines).<br><br>**Nest Protect**<br><br>Detects motion for home automation (such as Home/Away Assist or Home & Away Routines) and to turn on Pathlight when someone walks under Nest Protect.<br><br>**All of the above devices where motion is detected**<br><br>Detects motion to trigger home automations |
| Proximity | Proximity sensors detect the presence of nearby objects. | **Nest Learning Thermostat**<br><br>Detects motion near the thermostat in order to light up the display. |
| Ultrasonic | Ultrasonic sensors use sound waves to measure distance to an object and can be used to detect when someone is near a device. | **Nest Protect (1st generation)**<br><br>Currently inactive. |

C-37

## Appendix C:  U.S. Patent No. 8,040,232

| Bluetooth | Bluetooth can be used for set up and to detect the presence of other Bluetooth-enabled devices. It can also be used to stream audio from one device to another. | **Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Wifi point, Chromecast with Google TV, Google Chromecast Voice Remote, Google TV Streamer (4K), Google TV Streamer Voice Remote, Nest Temperature Sensor, Nest Learning Thermostat, Nest Thermostat E, Nest Thermostat, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (battery), Nest Doorbell (wired, 1st gen), and Nest Doorbell (wired, 2nd gen)**<br><br>Detects the presence of a device tag on another compatible Bluetooth-enabled device (such as letting you use Tile with your Google Home smart speaker) to setup and enable various built-in features.<br><br>**Nest Temperature Sensor, Nest Learning Thermostat, and Nest Thermostat E**<br><br>Allows Nest Temperature Sensor to use Bluetooth to communicate with your thermostat. | | | **Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Wifi point, Chromecast with Google TV, Google Chromecast Voice Remote, Google TV Streamer (4K), and Google TV Streamer Voice Remote**<br><br>• Allows you to stream music playing on your Google speaker or display to your favorite Bluetooth-enabled speakers or headphones.<br>• Allows you to stream music from your mobile device (phone or tablet) or computer to your Google speaker or display.<br>• Allows you to stream music from your Google streaming device to your Bluetooth headphones and/or Bluetooth-enabled soundbar or speaker. |
| | | Soli Sensor | The Soli sensor can be used to detect motion, proximity and presence of nearby objects. Learn more ⬈ . | **Nest Learning Thermostat (4th gen) and Nest Thermostat**<br><br>Detects activity near the thermostat to light up the display.<br><br>Nest thermostat technical specifications<br><br>**Nest Hub (2nd gen)**<br><br>Detects movement and breathing which allows you to use Sleep Sensing. Detects movement so you can control media, alarms and timers using Quick Gestures. Detects occupancy for home automation (such as Home & Away Routines), if you've enabled that feature. | |

C-38

**Appendix C:  U.S. Patent No. 8,040,232**

**Environmental Sensors**

| Ambient Light Sensor | Ambient light sensors measure the amount of light in a room. | **Google Home and Google Home Max**<br><br>Controls LED brightness.<br><br>**Nest Hub, Nest Hub (2nd gen), Nest Hub Max**<br><br>Controls display brightness and color calibration.<br><br>**Nest Hub (2nd gen)**<br><br>Measures ambient room light with Sleep Sensing to help you understand sleep environmental disturbances.<br><br>**Nest Learning Thermostat, Nest Thermostat E, and Nest Thermostat**<br><br>Controls display brightness and improve temperature sensor accuracy by detecting when the sun is shining on the thermostat.<br><br>**Nest Cam IQ and Nest Doorbell (wired)/Nest Hello**<br><br>Detects day or night to switch Night Vision off and on.<br><br>**Nest Cam with floodlight**<br><br>Detects day or night to trigger the lights only at dark.<br><br>**Nest Protect**<br><br>Detects when the room is dark so it can automatically turn on the Pathlight and Nightly Promise features. |

| Carbon Monoxide | Carbon monoxide sensors measure the amount of carbon monoxide in the air. | **Nest Protect**<br><br>Detects dangerous levels of carbon monoxide in the air. |
| --- | --- | --- |
| Humidity | Humidity sensors measure the amount of water (relative humidity) in the air. | **Nest Learning Thermostat, Nest Thermostat E, and Nest Thermostat**<br><br>Detects ambient humidity for comfort optimization and control of whole-home humidifiers.<br><br>**Nest Protect**<br><br>Enables the Steam Check feature to reduce nuisance alarms caused by things like steam from your shower. |
| Smoke (photoelectric sensor) | Detects the presence of smoke in the air by sensing when smoke particles pass in front of an infrared light source. | **Nest Protect (1st generation)**<br><br>Fire or smoke detection. |
| Smoke (Split-Spectrum sensor) | Detects the presence of smoke in the air using 2 wavelengths of light to search for smoke. An infrared light is used to detect larger particles generated by slow, smoldering fires, while a blue light detects smaller particles created by fast fires. | **Nest Protect (2nd generation)**<br><br>Fire or smoke detection. |

| Temperature | Temperature sensors determine the current temperature. This can be the ambient temperature in a room, or the temperature inside a device. | **Nest Hub (2nd gen)**<br><br>Measures ambient room temperature with Sleep Sensing to help you understand sleep environmental disturbances.<br><br>**Nest Learning Thermostat, Nest Thermostat E, Nest Heat Link E, Nest Temperature Sensor, Nest Thermostat**<br><br>Estimates ambient room temperature for comfort optimization.<br><br>**Nest Protect**<br><br>Detects sudden rises in room temperature. |
| --- | --- | --- |

C-39

**Appendix C:  U.S. Patent No. 8,040,232**

| **Control Sensors** | | |
|---|---|---|
| Capacitive Touch | Detects the position and motion of a person's finger on the surface of a display or button. | **Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Nest Hub, Nest Hub (2nd gen), Nest Hub Max, Google Nest Audio, and Nest Thermostat**<br><br>Used for device control and provides an occupancy signal for home automation (such as Home & Away Routines), if you've enabled that feature.<br><br>**Google Nest Wifi point**<br><br>Used for device control. |
| Magnetometer | Magnetometers (also commonly referred to as magnetic sensors) measure the strength of and changes to a magnetic field. When used for device control, a magnetometer can detect the position of an object based on changes to the magnetic field when the object is moved. | **Nest Learning Thermostat (4th gen), Nest Learning Thermostat (3rd generation) and Thermostat E**<br><br>Detects movement of the ring for manual thermostat control.<br><br>**Nest Cam (battery), Nest Cam with floodlight, and Nest Doorbell (battery)**<br><br>Detects tampering of the device. Detect when the device is being charged to disable the camera. |
| Optical | Optical sensors measure changes to the amount of light shining on the sensor. Optical sensors can detect the position of an object by sensing whether the object is blocking a beam of light. | **Nest Learning Thermostat (1st gen and 2nd gen)**<br><br>Detects movement of the ring for manual thermostat control.<br><br>**Nest ✕ Yale Lock**<br><br>Detects whether the bolt is open or closed. |

C-40

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Nest Thermostat (4th gen) includes Soli, temperature, humidity, and ambient light sensors:[26]



---

[26] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Temperature Sensor (2nd gen) includes a temperature sensor:[27]<br><br>![Nest Temperature Sensor product page]<br><br> |

[27] *See Nest Temperature Sensor (2nd gen)*, https://store.google.com/product/nest_temperature_sensor_2nd_gen?hl=en-US&selections=eyJwcm9kWN0RmFtaWx5IjoiWkdWMmFXTmxYMlpoYldsc2VWOWZibVZ6ZEY5MFpXMXdYM05sYm5Odm NsOHlibVJmWjJWdVgyWmhiUT09In0%3D.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Protect includes smoke and carbon monoxide sensors:[28] |

---

[28] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Built-in CO sensor.**<br><br>Carbon monoxide is poisonous but you can't see it or smell it. That's why Nest Protect has the most accurate type of carbon monoxide sensor available. We also improved our carbon monoxide sensing algorithm.[2]<br><br>**Sensors**  ^<br><br>Split-Spectrum smoke sensor<br><br>Electrochemical carbon monoxide sensor (Nest Protect's sensor lasts up to 10 years from the date of manufacture.)<br><br>Temperature<br><br>Humidity<br><br>Occupancy (120° field of view up to 20 feet)<br><br>Ambient light<br><br>Accelerometer |

C-44

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Doorbell includes camera, microphone, and motion sensors:[29]<br><br> |

---

[29] *See Sensors in Google Nest Devices*, https://support.google.com/googlenest/answer/9330256?hl=en; *Nest Doorbell*, https://store.google.com/product/nest_doorbell?hl=en-US.

C-45

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Cam includes camera, microphone, and motion sensors.[30]<br><br> |

---

[30] *See Sensors in Google Nest Devices*, https://support.google.com/googlenest/answer/9330256?hl=en; *Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Fitbit Charge 6 includes optical heart rate monitor, accelerometer, red and infrared, temperature, vibration motor, ambient light, and multipurpose electrical sensors:[31]<br><br> |

---

[31] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US; *Fitbit Charge 6 Tracker Tech Specs*, https://store.google.com/product/fitbit_charge_6_specs?hl=en-US.

**Appendix C: U.S. Patent No. 8,040,232**

For example, the Google Pixel 9 Pro includes proximity, ambient light, accelerometer, gyrometer, magnetometer, barometer, and temperature sensors:[32]



---

[32] *See Pixel 9 Pro*, https://store.google.com/product/pixel_9_pro?hl=en-US; *Pixel 9 Pro Tech Specs*, https://store.google.com/product/pixel_9_pro_specs?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Pixel Watch 3 includes compass, altimeter, red and infrared, multipurpose electrical, optical heart rate, accelerometer, gyroscope, ambient light, skin conductance, skin temperature, barometer, and magnetometer sensors:[33]<br><br> |

---

[33] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US; *Pixel Watch 3 Tech Specs*, https://store.google.com/product/pixel_watch_3_specs?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use its location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[34]

## How Home/Away Assist uses your phone's location

After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.

**Android**    iPhone & iPad

Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.

With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things.

---

[34] *See How Home/Away Assist uses your phone's location*, https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud IoT Core receives device telemetry data, with use cases in industrial and smart home settings:[35] <br><br> **How does Cloud IoT Core work?** <br><br> Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers. <br><br> Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. <br><br> **Use cases** <br><br> IoT use cases range across numerous industries. Some typical examples include: <br><br> • Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics <br> • Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation <br> • Connected homes and consumer technologies. <br> • Vision intelligence in retail, security, manufacturing, and industrial sectors <br> • Smart living in commercial, residential, and smart spaces <br> • Smart factories with predictive maintenance and real-time plant floor analytics |

---

[35] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:  U.S. Patent No. 8,040,232**

| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix C:  U.S. Patent No. 8,040,232**

**CLAIM 1[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a sensor network data transmitter for collecting sensed data sensed by the sensor in real-time and transmitting the collected sensed data in a message form; and | The Accused Instrumentalities comprise a sensor network data transmitter.  The sensor network data transmitter collects data sensed by the sensor in real-time and transmits the collected sensed data in a message form. |

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google offers Google Nest Hub (2nd gen), which works as a hub for Google Home devices and provides various modes of connectivity:[36]



## Meet the Nest Hub, the center of your helpful home.



### Entertainment made easy.

Catch up on Netflix shows, watch YouTube videos, listen to music on the enhanced speaker, and more.[1]



### Control your smart home.

With just a tap – or your voice – control thousands of compatible smart devices from one central display.



### Keep your family connected.

Nest Hub helps with your busy home. See your calendar and create reminders and to-dos.[2]



### Helps you wind down and wake up.

Wind down to soothing sounds at bedtime and wake up gently to a Sunrise Alarm.

---

[36] *See Nest Hub (2nd gen) Overview*, https://store.google.com/us/product/nest_hub_2nd_gen?hl=en-US; *Nest Hub (2nd gen) Tech Specs*, https://store.google.com/us/product/nest_hub_2nd_gen_specs?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**



C-55

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google offers Nest Mini, which works as a hub for Google smart devices and provides various modes of connectivity:[37]

---

[37] *Nest Mini Overview*, https://store.google.com/product/google_nest_mini?hl=en-US; *Nest Mini Tech Specs*, https://store.google.com/product/google_nest_mini_specs?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google offers Google Nest WiFi, which "can handle up to 200 connected devices" for a connected home through Dual-Band 2.4 GHz/5 GHz frequencies for Wi-Fi 5 (802.11ac):[38]  |

---

[38] *See Google Nest Wifi - AC2200 - Mesh WiFi System - Wifi Router - 2200 Sq Ft Coverage - 1 pack*, https://www.amazon.com/Google-Nest-WiFi-Router-Generation/dp/B07YMKD6SM?th=1.

**Appendix C:  U.S. Patent No. 8,040,232**

| Features & Specs | |
|---|---|
| Other Special Features of the Product | Dual-Band 2.4 GHz/5 GHz Frequencies; Whole Home Coverage; Security; Built with Sustainable Materials |
| Frequency Band Class | Dual-Band |
| Wireless Compability | 802.11ac |
| Compatible Devices | Laptop, Personal Computer, Tablet, Smartphone |
| Frequency | 5 GHz |
| Antenna Location | Home |
| Connectivity Technology | Bluetooth |
| Antenna Type | Internal |
| Operating System | Linux |
| Security Protocol | WPA2, WPA3 |
| Number of Ports | 1 |
| Control Method | Voice |
| Data Transfer Rate | 2200 Megabits Per Second |
| LAN Port Bandwidth | 1 megabits per second |
| Voltage | 12 Volts (DC) |
| Controller Type | Amazon Alexa |
| Maximum Upstream Data Transfer Rate | 1091 Megabits Per Second |
| Is Modem Compatible | Yes |

C-58

**Appendix C:  U.S. Patent No. 8,040,232**

| | For example, Google Cloud provides various connectivity options for sensor devices and Google Cloud:[39] |
|---|---|
| | **Connected device architectures on Google Cloud** Send feedback <br><br> Last reviewed 2024-09-09 UTC <br><br> To maximize the value of data from their connected devices, organizations need to be able to perform data analysis. There are many ways for organizations to connect their devices to their analytics applications, and the benefits of specific connected device architectures can vary depending on the use case of your organization. To help guide you, this document describes a set of connected device architectures on Google Cloud. These architectures address a broad range of use cases and requirements for connected devices. <br><br> This document is part of a series of documents that provide information about IoT architectures on Google Cloud. The other documents in this series include the following: <br><br> • Connected device architectures on Google Cloud overview (this document). <br><br> • A standalone MQTT Broker: An MQTT broker provides bidirectional communication between connected devices and Google Cloud projects, and between the devices. <br><br> • An IoT platform architecture on Google Cloud: An IoT platform provides additional device management capabilities along with data connectivity, which is important when you deploy a large fleet of connected devices. <br><br> • A direct connection to Pub/Sub: For data ingestion, the best choice might be for your devices to connect directly to Pub/Sub. <br><br> • Best practices for running an IoT backend on Google Cloud. <br><br> • Best practices for automatically provisioning and configuring edge and bare metal systems and servers. |

---

[39] *See Connected device architectures on Google Cloud,* https://cloud.google.com/architecture/connected-devices.

C-59

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Connected device architectures summary 🔗 |
| | This document groups connected device use cases into three categories, based on the following dimensions that you need to consider when you plan a connected device architecture: |
| | • **Number of devices:** It's important to consider how many devices are directly connected to your application. If your application has many end devices (such as machines, sensors, or cameras), and if these devices are connected to an intermediate gateway or other device (such as a mobile phone), it's important to identify whether those end devices must be represented and managed in your application. In some cases you might need to represent each individual device; in other cases, only the intermediate device might need to be represented. |
| | • **Fleet management:** Consider whether you need capabilities like device status monitoring, software and firmware updates, configuration management, and other fleet management features. These requirements help to determine your choice of application architecture. |
| | • **Inter-device messaging:** Device communication through your application architecture is an important factor. For example, some applications depend on communication between the connected devices through your application architecture. Other applications have data flows that occur strictly between each device and your application, with no messaging between devices. |

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides a standalone MQTT broker, with exemplary use cases including heterogeneous devices and edge-to-cloud integrated messaging:[40]<br><br>**Standalone MQTT broker architecture on Google Cloud**   Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ☑ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[40] *See Standalone MQTT broker architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

The following diagram shows an MQTT broker architecture running on Google Cloud.



**Appendix C:  U.S. Patent No. 8,040,232**

The architecture in the preceding image is composed as follows:

- The MQTT broker is deployed as a cluster of three instances that are connected to the Cloud Load Balancing service. For the cloud load balancer, you can choose from one of several load-balancing products, which are described later in this document.

- The broker cluster includes a device credential store and a device authentication and authorization service. The cluster connects with the backend workloads through Dataflow or Pub/Sub.

- On the client side, edge gateways provide bidirectional communication between edge devices and the MQTT broker cluster through MQTT over TLS.

Generally, we recommend that you deploy the MQTT broker application for this architecture in a cluster for scalability. Factors such as the clustering functionality, the scale-up and scale-down cluster management, data synchronization, and network partition handling are addressed by the specific broker implementations.

## Architectural considerations and choices ⊝

The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.

### Connected devices

Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.

In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide.

C-63

**Appendix C:  U.S. Patent No. 8,040,232**

## Load balancing

In the architecture, an external load-balancing service is configured between the public network and the MQTT broker cluster. This service provides several important networking functions, including distribution of incoming connections across backend nodes, session encryption, and authentication.

Google Cloud supports several load balancer types. To choose the best load balancer for your architecture, consider the following:

- **mTLS**. mTLS handles both encryption and device authentication methods, while standard TLS handles only encryption and requires a separate device authentication method:

  - If your application uses mTLS for device authentication and needs to terminate the TLS tunnel, we recommend that you use an external passthrough Network Load Balancer or an external proxy Network Load Balancer with a target TCP proxy. External proxy Network Load Balancers terminate the TLS session and proxy the connection to the broker node, along with any authentication credentials that are contained in the message. If you need the client connection information as part of the authentication scheme, you can preserve it in the backend connection by enabling the PROXY protocol.

  - If your application doesn't use mTLS, we recommend that you use an external proxy Network Load Balancer with a target SSL proxy to offload the external TLS and SSL processing to the load balancer. External proxy Network Load Balancers terminate the TLS session and proxy the connection to the broker node, along with any authentication credentials that are contained in the message. If you need the client connection information as part of the authentication scheme, you can preserve it in the backend connection by enabling the PROXY protocol.

- **HTTP(S) endpoints**. If you need to expose HTTP(S) endpoints, we recommend that you configure a separate external Application Load Balancer for these endpoints.

C-64

**Appendix C:  U.S. Patent No. 8,040,232**

## Backend workloads

Any connected device use case includes one or more backend applications that use the data ingested from the connected devices. Sometimes, these applications also need to send commands and configuration updates to the devices. In the standalone MQTT broker architecture in this document, incoming data and outgoing commands are both routed through the MQTT broker. There are different topics within the broker's topic hierarchy to differentiate between the data and the commands.

Data and commands can be sent between the broker and the backend applications in one of several ways. If the application itself supports MQTT, or if it can be modified to support MQTT, the application can subscribe directly to the broker as a client. This approach enables you to use the MQTT Pub/Sub bidirectional messaging capability directly by using your application to receive data from and send commands to the connected devices.

If your application does not support MQTT, there are several other options. In the architecture described in this document, Apache Beam provides an MQTT driver, which allows bidirectional integration with Dataflow and other Beam deployments. Many brokers also have plugin capabilities that support integration with services like Google Pub/Sub. These are typically one-way integrations for data integration, although some brokers support bidirectional integration.

An MQTT broker architecture is particularly well suited for the device use cases that are described in the following sections.

## Standards-based data ingestion from heterogeneous devices

When you want to collect and analyze data from a large fleet of heterogeneous devices, an MQTT broker is often a good solution. Because MQTT is a widely adopted and implemented standard, many edge devices have built-in support for it, and lightweight MQTT clients are available to add MQTT support to devices that don't. The publish-and-subscribe paradigm is also a part of the MQTT standard, so MQTT-enabled devices can take advantage of this architecture without additional implementation work. By contrast, devices that connect to Pub/Sub must implement the Pub/Sub API or use the Pub/Sub SDK. Running a standards-compliant MQTT broker on Google Cloud thus provides a simple solution for collecting data from a wide range of devices.

When your connected devices are not controlled by your application but by a third party, you might not have access to the device system software, and the management of the device itself would be the other party's responsibility. In that circumstance, we recommend that you run an MQTT broker and provide authentication credentials to the third party to set up the device-to-cloud communication channel.

C-65

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Edge-to-cloud integrated messaging** 🔗<br><br>Because of the standardization and low overhead that MQTT offers, it can also be a good solution for integrating on-premises and cloud-based messaging applications. For instance, a factory operator can deploy multiple MQTT brokers in the on-premises environment to connect to sensors, machines, gateways, and other devices that are behind the firewall. The local MQTT broker can handle all bidirectional command and control and telemetry messaging for the on-premises infrastructure. The local broker can also be connected by two-way subscription to a parallel MQTT broker cluster in the cloud, allowing communication between the cloud and the edge environment without exposing the on-premises devices and systems to the public internet. |

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides the IoT platform product architecture, with exemplary uses cases including smart appliance management and logistics and asset tracking:[41]<br><br>**IoT platform product architecture on Google Cloud**<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[41] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

C-68

**Appendix C:  U.S. Patent No. 8,040,232**

|  |  | As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.<br><br>The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:<br><br>• Device credential store<br><br>• Rules engine<br><br>• Device authentication and authorization<br><br>• Device configuration management<br><br>• Device registry<br><br>• Device update management<br><br>IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality. |

C-69

**Appendix C:  U.S. Patent No. 8,040,232**

## Ingestion endpoints

Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.

## MQTT

An IoT platform implements an MQTT endpoint in one of the following ways:

- A connector between MQTT and another message service
- An MQTT broker which implements the full MQTT specification

When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.

In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.

Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.

## HTTPS and other supplementary protocols

In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.

HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ☑ and many commercial products.

Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ☑) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint.

C-70

**Appendix C:  U.S. Patent No. 8,040,232**

## Manage connected devices

Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.

We recommend that your organization use an IoT platform that has the following capabilities:

- **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.

- **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.

- **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.

- **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.

## Backend workloads

Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.

If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments.

C-71

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

## Use cases

The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.

### Smart appliance management

Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.

### Logistics and asset tracking

For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability.

</td>
</tr>
</table>

C-72

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides direct device to Pub/Sub connection, with exemplary use cases including bulk data ingestion and local gateway data aggregation for a factory:[42]<br><br>**Device on Pub/Sub connection to Google Cloud**   Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products. |

---

[42] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

## Architecture

The following diagram shows a connected aggregation device or gateway that connects directly to Pub/Sub.

The flow of events in the preceding diagram is as follows:

- You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.

- The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.

- The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.

C-74

**Appendix C:  U.S. Patent No. 8,040,232**

## Architectural considerations and choices

Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.

## Ingestion endpoints

Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.

Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ☑. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.

## Backend applications

After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics.

**Appendix C: U.S. Patent No. 8,040,232**

## Use cases

The following sections describe example scenarios where a direct connection from devices to Pub/Sub is well suited for connected device use cases.

### Bulk data ingestion from an on-premises data historian

A device to Pub/Sub connection is best suited for applications which have a small number of endpoints that transmit large volumes of data. An operational data historian ⧉ is a good example of an on-premises system that stores a lot of data which needs to be transmitted to Google Cloud. For this use case, a small number of endpoints must be authenticated, typically one to a few connected devices, which is within the typical parameters for service account authentication. These systems also commonly have modular architectures, which lets you implement the Pub/Sub API connection that you need to communicate with Google Cloud.

### Local gateway data aggregation for a factory

Aggregation of factory sensor data in a local gateway is another use case well suited for a direct Pub/Sub connection. In this case, a local data management and aggregation system are deployed on a gateway device in the factory. This system is typically a software product that connects to a wide variety of local sensors and machines. The product collects the data and frequently transforms it into a standardized representation before passing it on to the cloud application.

Many devices can be connected in this scenario. However, those devices are usually only connected to the local gateway and are managed by the software on that device, so there's no need for a cloud-based management application. Unlike in an MQTT broker architecture, in this use case, the gateway plays an active role in aggregating and transforming the data.

When the gateway connects to Google Cloud, it authenticates with Pub/Sub through a service account key. The key sends the aggregated and transformed data to the cloud application for further processing. The number of connected gateways is also typically in the range of tens to hundreds of devices, which is within the typical range for service account authentication.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides Cloud IoT Core including an Edge Gateway, MQTT and HTTP protocol bridges, and Pub/Sub:[43]



---

[43] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:  U.S. Patent No. 8,040,232**

## Main components

The main components of Cloud IoT Core are the device manager and the protocol bridges:

- The device manager  registers devices with the service, so you can then monitor and configure them. It provides:

  - Device identity management

  - Support for configuring, updating, and controlling individual devices

  - Role-level access control

  - Console and APIs for device deployment and monitoring

- Two protocol bridges (MQTT and HTTP) can be used by devices to connect to Google Cloud Platform for:

  - Bi-directional messaging

  - Automatic load balancing

  - Global data access with Pub/Sub

C-78

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

## How does Cloud IoT Core work?

Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.

Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.

</td>
</tr>
<tr>
<td></td>
<td>

This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.

</td>
</tr>
</table>

**Appendix C:  U.S. Patent No. 8,040,232**

**CLAIM 1[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| a Ubiquitous Sensor Network (USN) middleware for extracting object and environment information by cleaning, classifying and integrating the message received from the sensor network data transmitter, generating conditional events, context aware information, and knowledge contents from the extracted object and environment information, and providing the information service to an application program, the application program providing a user with information related to environment where the sensor network is installed. | The Accused Instrumentalities provide USN middleware.  The middleware is configured for extracting object and environment information.  The message received from the sensor network data transmitter may be cleaned, classified and integrated.  The middleware is configured for generating conditional events, context aware information, and knowledge contents from the extracted object and environment information.  The middleware is configured to provide information service to an application program, the application program providing a user with information related to environment where the sensor network is installed. |

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google provides Google Cloud and the Google Cloud Platform, which provide USN middleware and support numerous Google offerings such as Google Home, Google Home app, Google nest app, Nest products, Fitbit products, Pixel products, Google Cloud IoT Core, Nest Aware, Nest Renew, Device Connect for Fitbit, and Google Assistant. |
| | For example, Google Home allows control of ubiquitous sensor network smart home devices from anywhere, any time, and allows review of key moments from Nest and other devices:<br><br> |

C-81

**Appendix C:  U.S. Patent No. 8,040,232**

|   |   |
|---|---|
|   | Google Home can be accessed through various modes, including tablet, widget, smartwatch, browser, TV, and voice:[44]<br><br> |

---

[44] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:  U.S. Patent No. 8,040,232**

Google Home displays connected devices and allows scanning of video history:[45]

---

[45] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Google Nest devices include sensors that detect what's happening in the home, detect specific sounds or motion nearby, detect activity or changes to the physical state of a device, detect when a device is moved, detect the presence or movement of people in the home, and determine external properties of the surrounding environment such as temperature, humidity, light, or smoke:[46]<br><br>The current sensors in Google's connected home devices and services generally fall into the following categories:<br><br>• **Cameras** that record video footage and still images and detect what's happening in the home.<br><br>• **Microphones** that record audio and can detect specific sounds or motion nearby.<br><br>• **Activity sensors** that detect activity or changes to the physical state of the device, such as a door sensor that detects when a door opens, or an accelerometer that detects when a device is moved. Some activity sensors may also detect the presence or movement of people in your home.<br><br>• **Environmental sensors** that determine external properties of the surrounding environment — such as temperature, humidity, light, or smoke — and that can help monitor the conditions inside or around your home.<br><br>• **Control sensors** that enable control of a device, such as a touch-sensitive button, or a magnetic sensor to detect the position of the ring on the Nest Learning Thermostat.<br><br>Google's connected home devices may also contain additional sensors that monitor device operation. For example, internal device sensors can detect when a device's battery is running low, when it's overheating, or other conditions that can affect the ability of the device to operate as intended. We've excluded sensors that collect only such diagnostic data from this sensors guide. In addition to enabling the features and services described, the data from the sensors listed below may also be used to perform device performance and diagnostic functions. |

---

[46] *See Sensors in Google Nest devices*, https://support.google.com/googlenest/answer/9330256?hl=en.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Nest doorbells and cameras can detect the difference between a person, animal, and vehicle and provide notifications:[47]



Know what's happening, around the clock.    Check on your home, even when you're far away.    Go back in time with video history.

Nest doorbells and cameras can detect the difference between a person, animal, and vehicle. You'll be the first to know, with notifications for important activity.

---

[47] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Nest doorbells and cameras can be viewed from anywhere, using a phone, watch, or smart display:[48]



---

[48] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C: U.S. Patent No. 8,040,232**

For example, Nest Thermostats can provide alerts if something doesn't seem right with heating or cooling:[49]



---

[49] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Nest Learning Thermostat's System Health Monitor can catch issues and send an alert if something needs attention, its Smart Schedule learns the desired temperatures at specific times, and suggest small tweaks to help save, and its energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help save energy:[50]

Google Home · 5m

**Potentially urgent cooling system issue...**
When the A/C was on between 1:00 PM and 4:00 PM on July 16, your home got 3°F warmer.

| Helpful info from far away. And up close. | It's got your back, HVAC. | Smart is in the air. | Cleaner energy made simple. |

System Health Monitor helps make sure your heating and cooling system is running smoothly. It helps catch many issues early. And can send an alert if something needs attention.[2]

---

[50] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

C-88

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Learning Thermostat's Smart Schedule learns desired temperatures at specific times, and suggest small tweaks to help save:[51]  |

---

[51] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Learning Thermostat's energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help save energy:[52]<br><br>**What's the difference between Nest Learning Thermostat (4th gen) and the previous gen?**<br><br>The latest Nest Learning Thermostat is packed with new, brilliant ways to help save energy and keep you comfortable. It comes with a Nest Temperature Sensor (2nd gen) in the box to help manage hot and cold spots, and offers more advanced controls over your comfort. New energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help you save energy.<br><br>The Nest Learning Thermostat (4th gen) is also a sleek reinvention of the iconic design. With a 60% larger display than the previous generation, you can see helpful information across the room and customize what your display shows. The new backplate also provides compatibility with new systems – like ventilation, humidifiers, and dehumidifiers.<br><br>You can control the latest thermostat from the Google Home app or the Matter-compatible smart home app of your choice, since the Nest Learning Thermostat (4th gen) is Matter-certified. |

---

[52] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Protect can "tell[] you what's wrong and can even alert your phone," and "[t]hinks, before it speaks" by giving an early warning:[53]<br><br> |

---

[53] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, with Nest Protect "[e]veryone in your family can know what's going on, from anywhere. When something's wrong, Nest Protect sends everyone an alert in case no one's home":[54]

</td>
</tr>
</table>

---

[54] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Protect includes Steam Check, which uses custom algorithms and a humidity sensor to avoid detecting steam as smoke:[55]<br><br>**Thoughtful, not annoying**<br><br>**Tests itself** — You're supposed to test smoke alarms monthly. But 9 out of 10 people don't. So Nest Protect checks its batteries and sensors over 400 times a day. And it's the first alarm that uses Sound Check to quietly test its speaker and horn once a month.<br><br>**Lights your way** — If you need a glass of milk in the middle of the night, Nest Protect lights up as you walk underneath it. Pathlight is one of our customers' favorite features so we made it better and brighter.<br><br>**Steam is not smoke** — Has your alarm ever yelled at you for taking a shower? Nest Protect is the only alarm with Steam Check. It uses custom algorithms and a humidity sensor to look for steam, so you can enjoy a nice, quiet shower. |

---

[55] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Nest Doorbell provides intelligent alerts for different types of events, including notifications for familiar faces, notifications for a package delivery, or alerts for when there is an animal or vehicle in view:[56]



---

[56] *See Nest Doorbell*, https://store.google.com/product/nest_doorbell?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**



C-95

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Nest Cam provides intelligent alerts, and allows checking in on a home from anywhere with 24/7 1080p HDR video:[57]

## Nest Cam tells you more about what's going on inside.

Google Home app required. Learn more >

| Better phone alerts, built in. | Know what's happening, 24/7. | Designed for any home. | Your video is safer with Google. |
| --- | --- | --- | --- |
| With intelligent alerts, Nest Cam can tell the difference between a person, vehicle, and an animal. Get alerted about things that matter to you. | You can check in on your home from anywhere with 24/7 1080p HDR video.[1] Plus, you also get 3 hours of free event video history.[2] | Nest Cam is designed to fit in any style. It comes in different colors, and has a built-in stand that can be mounted on a wall. | Enhanced security through your Google Account, encrypted video, and a status-indicating LED help protect your privacy. |

---

[57] *See Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Cam provides phone alerts for different types of activity, and when familiar faces arrive:[58]<br><br><br><br>**Better phone alerts, built in.**<br><br>Did the dog walker close the door? Have your guests arrived? Nest Cam gives you different alerts for different types of activity.¹<br><br>Set Activity Zones to notify you about specific areas and know when familiar faces arrive.³ |

---

[58] *See Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Aware provides event based history and smart alerts for familiar faces and sound detection:[59]<br><br>## Make the most of your Nest devices with a monthly or annual subscription.<br><br>  <br><br>Two types of video history to fit your needs.    Even more intelligence, delivered to your phone.    One simple price. Whole home coverage.<br><br>See just the highlights with event based history or upgrade to Nest Aware Plus to capture every second with continuous video recording.    Get a better awareness of what's happening at home, with more smart alerts across all your cameras, doorbells, speakers and displays.[1]    Cover all of your Google Nest devices in your home now and in the future, all for one affordable price. |

---

[59] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**



**Appendix C:  U.S. Patent No. 8,040,232**



C-100

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest Renew provides smarter energy use and a dashboard to view a home's power mix to see times throughout the day when electricity is cleaner to help make informed energy choices:[60]<br><br> |

---

[60] *See Nest Renew*, https://nestrenew.google.com/welcome/?utm_source=gstore&utm_medium=google_oo&utm_campaign=subscat.

**Appendix C:  U.S. Patent No. 8,040,232**



C-102

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google provides the Google Nest app, which can be used to "see your home with Nest Cam, and get an alert if Nest Protect goes off":[61]



**About this app**  →

At Google Nest, we make products that are beautiful, helpful and easy to use. The Nest app is no exception.

Control your Nest thermostat, arm and disarm your Nest Secure alarm system, see your home with Nest Cam, and get an alert if Nest Protect goes off – all in one place. And receive notifications on your Android phone or tablet....

---

[61] *See Google Play Nest*, https://play.google.com/store/apps/details?id=com.nest.android&pli=1.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use [your phone or tablet's] location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[62]

## How Home/Away Assist uses your phone's location

After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.

Android    iPhone & iPad

Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.

With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things.

---

[62] *See How Home/Away Assist uses your phone's location*, https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Fitbit Charge 6 can provide advanced health insights using its heart rate tracker, its ECG app can inform of possible irregularities in the heart's rhythm, and an EDA scan can share how the body responds to stress:[63]

---

[63] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Fitbit Charge 6 can spot changes in blood oxygen levels and skin temperature and provide smart notifications:[64]

     

| SmartTrack™ | SpO2 & Skin Temperature | 7-Day Battery Life | Stress Management Score | Navigation Button | Smart Notifications |
|---|---|---|---|---|---|
| Forget to start tracking? Don't sweat it. SmartTrack automatically recognizes and records workouts. | Spot changes in your blood oxygen levels and skin temperature to know more about your well-being. [12] | Leave your charger behind on your next long weekend trip with a tracker that can go for up to 7 days. [11] | Get a daily score showing your body's physical response to stress—and how your routines can help. | Find what you need with an easy side button. Just a quick tap lets you jump to your home screen or see your stats. | Stay in the loop with call, text, calendar and other app notifications—including Gmail, Google Calendar and more. [13] |

---

[64] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Device Connect for Fitbit provides advanced analytics through Google Cloud BigQuery or other services, and a customizable analytics dashboard:[65]<br><br>**Fitbit data connector**<br><br>Open source data connector that provides automated data normalization and integration with Google Cloud BigQuery for advanced analytics. Can support emerging standards like Open mHealth and enables interoperability with clinical data when used with Cloud Healthcare API for cohort building and AI training pipelines.<br><br>**Pre-built analytics dashboard**<br><br>The pre-built Looker interactive visualization dashboard can be easily customized for different clinical settings and use cases to provide faster time to insights.<br><br>**AI and machine learning tools**<br><br>Use AutoML Tables to build advanced models directly from BigQuery or build custom models with 80% fewer lines of code using Vertex AI–the groundbreaking ML tools that power Google, developed by Google Research. |

---

[65] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Device Connect for Fitbit can track pre- and post-surgery patients, to provide visibility and new insights to what's happening with patients outside of the hospital:[66]

USE CASE

**Pre- and post-surgery**

Supporting the patient journey before and after surgery can lead to higher patient engagement and more successful outcomes. However, many organizations lack a holistic view of patients.

Fitbit tracks multiple behavioral metrics of interest, including activity level, sleep, weight and stress, and can provide visibility and new insights for care teams to what's happening with patients outside of the hospital.</td>
</tr>
</table>

---

[66] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Pixel Watch 3 detects loss of pulse and alerts emergency services:[67]



---

[67] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, the Google Pixel Watch 3 uses Google AI to analyze goals, past runs, and readiness, and recommend personalized runs, while advanced motion sensing measures cadence, stride length, vertical oscillation, and more to help improve run performance:[68]



---

[68] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

**Appendix C: U.S. Patent No. 8,040,232**

For example, the Google Pixel Watch 3 includes Readiness and Cardio Load features:[69]

---

[69] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud can provide various connected device architectures that include ubiquitous sensor network middleware to maximize value from data analysis:[70]<br><br>## Connected device architectures on Google Cloud 🔖 ▾<br><br>Send feedback<br><br>Last reviewed 2024-09-09 UTC<br><br>To maximize the value of data from their connected devices, organizations need to be able to perform data analysis. There are many ways for organizations to connect their devices to their analytics applications, and the benefits of specific connected device architectures can vary depending on the use case of your organization. To help guide you, this document describes a set of connected device architectures on Google Cloud. These architectures address a broad range of use cases and requirements for connected devices.<br><br>This document is part of a series of documents that provide information about IoT architectures on Google Cloud. The other documents in this series include the following:<br><br>• Connected device architectures on Google Cloud overview (this document).<br><br>• A standalone MQTT Broker: An MQTT broker provides bidirectional communication between connected devices and Google Cloud projects, and between the devices.<br><br>• An IoT platform architecture on Google Cloud: An IoT platform provides additional device management capabilities along with data connectivity, which is important when you deploy a large fleet of connected devices.<br><br>• A direct connection to Pub/Sub: For data ingestion, the best choice might be for your devices to connect directly to Pub/Sub.<br><br>• Best practices for running an IoT backend on Google Cloud.<br><br>• Best practices for automatically provisioning and configuring edge and bare metal systems and servers. |

---

[70] *See Connected device architectures on Google Cloud*, https://cloud.google.com/architecture/connected-devices.

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Connected device architectures summary** 🔗

This document groups connected device use cases into three categories, based on the following dimensions that you need to consider when you plan a connected device architecture:

- **Number of devices:** It's important to consider how many devices are directly connected to your application. If your application has many end devices (such as machines, sensors, or cameras), and if these devices are connected to an intermediate gateway or other device (such as a mobile phone), it's important to identify whether those end devices must be represented and managed in your application. In some cases you might need to represent each individual device; in other cases, only the intermediate device might need to be represented.

- **Fleet management:** Consider whether you need capabilities like device status monitoring, software and firmware updates, configuration management, and other fleet management features. These requirements help to determine your choice of application architecture.

- **Inter-device messaging:** Device communication through your application architecture is an important factor. For example, some applications depend on communication between the connected devices through your application architecture. Other applications have data flows that occur strictly between each device and your application, with no messaging between devices. |

C-113

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud MQTT broker architecture can employ backend applications such as data analytics and IoT applications on data from edge devices:[71]<br><br>**Standalone MQTT broker architecture on Google Cloud**  🔖 ▾  Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ⧉ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[71] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

The following diagram shows an MQTT broker architecture running on Google Cloud.



C-115

**Appendix C:  U.S. Patent No. 8,040,232**

## Architectural considerations and choices 🔗

The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.

### Connected devices

Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.

In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide.

### Backend workloads

Any connected device use case includes one or more backend applications that use the data ingested from the connected devices. Sometimes, these applications also need to send commands and configuration updates to the devices. In the standalone MQTT broker architecture in this document, incoming data and outgoing commands are both routed through the MQTT broker. There are different topics within the broker's topic hierarchy to differentiate between the data and the commands.

Data and commands can be sent between the broker and the backend applications in one of several ways. If the application itself supports MQTT, or if it can be modified to support MQTT, the application can subscribe directly to the broker as a client. This approach enables you to use the MQTT Pub/Sub bidirectional messaging capability directly by using your application to receive data from and send commands to the connected devices.

If your application does not support MQTT, there are several other options. In the architecture described in this document, Apache Beam provides an MQTT driver, which allows bidirectional integration with Dataflow and other Beam deployments. Many brokers also have plugin capabilities that support integration with services like Google Pub/Sub. These are typically one-way integrations for data integration, although some brokers support bidirectional integration.

C-116

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture can employ backend applications such as data analytics and IoT applications on data from edge devices:[72]<br><br>**IoT platform product architecture on Google Cloud**  🔖 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[72] *See IoT platform product architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

C-118

**Appendix C:  U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.<br><br>The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:<br><br>• Device credential store<br><br>• Rules engine<br><br>• Device authentication and authorization<br><br>• Device configuration management<br><br>• Device registry<br><br>• Device update management<br><br>IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality. |

**Appendix C:  U.S. Patent No. 8,040,232**

## Ingestion endpoints

Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.

## MQTT

An IoT platform implements an MQTT endpoint in one of the following ways:

- A connector between MQTT and another message service
- An MQTT broker which implements the full MQTT specification

When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.

In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.

Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.

## HTTPS and other supplementary protocols

In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.

HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ☑ and many commercial products.

Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ☑) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint.

C-120

**Appendix C:  U.S. Patent No. 8,040,232**

## Manage connected devices

Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.

We recommend that your organization use an IoT platform that has the following capabilities:

- **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.
- **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.
- **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.
- **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.

## Backend workloads

Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.

If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments.

C-121

**Appendix C:  U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud IoT platform architecture can be employed in a smart appliance management use case where the IoT platform monitors the state of each device and captures device activity to provide critical intelligence, or in a logistics and asset tracking use case where the IoT platform monitors a large fleet of assets, including through sensor information such as temperature, humidity, atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops:[73]<br><br>**Use cases**<br><br>The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.<br><br>**Smart appliance management**<br><br>Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.<br><br>**Logistics and asset tracking**<br><br>For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability. |

[73] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Google Cloud's direct device to Pub/Sub connection can employ cloud applications such as data analytics and alerting:[74]

## Device on Pub/Sub connection to Google Cloud

Send feedback

Last reviewed 2024-08-09 UTC

Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products.</td>
</tr>
</table>

---

[74] *See Device on Pub/Sub connection to Google Cloud,* https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:  U.S. Patent No. 8,040,232**

## Architecture

The following diagram shows a connected aggregation device or gateway that connects directly to Pub/Sub.



The flow of events in the preceding diagram is as follows:

- You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.

- The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.

- The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.

C-124

**Appendix C:  U.S. Patent No. 8,040,232**

## Architectural considerations and choices

Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.

## Ingestion endpoints

Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.

Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ☐. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.

## Backend applications

After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics.

**Appendix C:  U.S. Patent No. 8,040,232**

For example, Google's Cloud IoT Core performs various data analytics and machine learning services, such as Cloud Bigtable, BigQuery, and Vertex AI, via ubiquitous sensor network middleware, on data from edge devices from ubiquitous sensor networks:[75]



**How does Cloud IoT Core work?**

Device telemetry data is forwarded to a Cloud Pub/Sub topic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.

Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.

C-126

**Appendix C:  U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Google's Cloud IoT Core includes use cases such as asset tracking, visual inspection, quality control, remote monitoring, connected homes, and vision intelligence:[76]

## Use cases

IoT use cases range across numerous industries. Some typical examples include:

- Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics
- Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation
- Connected homes and consumer technologies.
- Vision intelligence in retail, security, manufacturing, and industrial sectors
- Smart living in commercial, residential, and smart spaces
- Smart factories with predictive maintenance and real-time plant floor analytics</td>
</tr>
<tr>
<td></td>
<td>This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.</td>
</tr>
</table>

---

[75] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[76] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.