# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:25-cv-1370-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF KAIFI LLC'S DISCLOSURE OF ASSERTED CLAIMS AND**
**PRELIMINARY INFRINGEMENT CONTENTIONS AND**
**ACCOMPANYING DOCUMENT PRODUCTION**

Pursuant to the Court's Order Governing Proceedings and Scheduling Order, Plaintiff KAIFI LLC ("KAIFI") hereby provides its disclosure of asserted claims and preliminary infringement contentions against Defendant Google LLC ("Google" or "Defendant"), including by reference the entirety of the attached appendices and exhibits, and accompanying document production.

KAIFI makes these disclosures based on the information that is presently known and publicly available, without the benefit of discovery.  KAIFI has not completed its preparation for trial and has not received discovery from Defendant or third parties, particularly of confidential, proprietary and/or non-public documents and information that describe the accused instrumentalities, or discovery on past, discontinued or other instrumentalities reasonably similar to the presently accused instrumentalities.

KAIFI's investigations are ongoing. KAIFI reserves the right to amend, supplement or otherwise revise its asserted claims and infringement contentions, including but not limited to identification of infringed patents and claims, and infringing instrumentalities.

## I.    Asserted Claims

KAIFI presently identifies each claim of each patent in suit that is infringed by Defendant as follows:

U.S. Patent No. 8,930,196 (the "'196 Patent"): claims 1-20; and

U.S. Patent No. 8,040,232 (the "'232 Patent"): claims 1-12.

## II.    Accused Instrumentalities

KAIFI presently identifies the accused apparatus, product, device, process, method, act, or other instrumentality of which it is aware.  This identification is as specific as possible.  Each product, device, and apparatus is identified by name or model number, if known.  Each method or process is identified by name, if known.

The accused instrumentalities for the '196 Patent include at least systems, products, devices, components, and/or services for speech recognition, including but not limited to wake word detection.  For example, they include: Google Assistant; Google Home; Google TV; Google Pixel smartphones; Google Pixel smartwatches; Google Pixel wireless earbuds; Google Pixel tablets; Google Nest Smart Home products; Google Hub systems, services, and devices; and Google Smart systems, services, and devices, as well as reasonably similar instrumentalities.

The accused instrumentalities for the '232 Patent include at least systems, products, devices, components, and/or services implementing sensor nodes and networks, including but not limited to ubiquitous sensor network middleware.  For example, they include: Google Cloud; Google Cloud Platform; Google Cloud IoT Core; Google Cloud BigQuery; Intelligent Products Essentials; Google Home (Google Assistant); Google Home App; Google Nest App and products (Nest Aware, Nest Renew); Fitbit App and products (Device Connect for Fitbit); Google smartphones, smartwatches, and tablets (Pixel); Google Hub systems, services, and devices; and Google Smart systems, services, and devices, including but not limited to:

- devices with sensors, such as Google Nest Cam devices, Google Nest Doorbell devices, Google Nest Thermostat devices, Google Nest Protect devices, Google Nest Hub devices, Google Home devices, Google Pixel devices, Google Pixel Watch devices, Fitbit Charge devices, Fitbit Inspire devices, Fitbit Versa devices, Fitbit Ace devices, and Fitbit Sense devices, among others;

- "hub," "Wi-Fi" and gateway devices that serve as gateways for one or more Google or third party devices with sensors, such as Google Nest Hub devices, Google Home devices, Google Nest Mini devices, Google Nest WiFi devices, and Google Pixel devices, among others;

- middleware servers, systems, and services that extract, analyze, and process sensed data from devices with sensors to generate an alert or notification to provide an information service to an application program, such as Google Home, Google Cloud IoT Core, Google Cloud Standalone MQTT Broker Architecture, Google Cloud IoT Platform Product Architecture, Google Cloud Device on Pub/Sub Architecture, and Google Cloud Intelligent Product Essentials; and

3

- application programs that receive the information service based on the sensed data, and provide the information service to a user, such as the Google Home app, the Google Nest app, and the Fitbit app, among others,

as well as reasonably similar instrumentalities.

**Appendix A** provides an exemplary list of accused instrumentalities corresponding to the '196 Patent and '232 Patent.

The accused instrumentalities, including reasonably similar instrumentalities, may be provided in a variety of configurations, embodiments, or combinations of the claimed components and steps. The Accused Instrumentalities may incorporate various systems, products, devices, servers, chips, circuit elements, components, modules, code, services, and the like. Different models, versions, or iterations may incorporate or embody the same or substantially similar components or configurations.

KAIFI reserves the right to identify additional accused instrumentalities as discovery commences and its investigation continues. KAIFI anticipates the full scope of configurations or combinations of the accused and reasonably similar instrumentalities will be further identified as discovery commences and investigation continues.

## III.    Claim Charts

KAIFI provides claim charts, which are incorporated by reference as if fully set forth herein, identifying where each element of each asserted claim is found within each accused instrumentality: **Appendix B** – the '196 Patent; and **Appendix C** – the '232 Patent.

The claim charts provided above are exemplary and representative of the infringement of all accused instrumentalities. Accused instrumentalities utilize the same or substantially similar technology as presented in the charts, such that the charts are representative or exemplary of the manner of infringement by each accused instrumentality. The charting of elements of the asserted claims to the accused instrumentalities is substantially the same. The comparisons made in these

contentions are representative of, and apply to, all accused and reasonably similar instrumentalities and their configurations and implementations.

The charts subdivide the asserted claims to better illustrate where each claim element or step may be found within the accused instrumentalities. The annotations to figures are provided solely for illustrative purposes. References and descriptions provided in conjunction with one claim within a chart are applicable to other claims within the chart with respect to the same or similar elements and limitations. These subdivisions or annotations should not be taken as an indication of the boundaries of claim elements or steps with respect to the doctrine of equivalents or any other issue. Particular claim structures or functionalities may be embodied by or distributed over one or more elements or functional blocks, including or in addition to those that have been annotated.

For example, the claim charts in Appendix B are representative of the manner of infringement of the asserted claims of the '196 Patent by all accused instrumentalities. The accused instrumentalities that infringe the asserted claims of the '196 Patent include systems, products, devices, components, and/or services that implement, integrate, operate, and/or use Google Assistant in the same manner for purposes of infringement. Each of the accused instrumentalities receives input speech from a speaker, receives subsequent input speech, such as commands and/or requests, compares the input speech to a preset call command, and determines if the subsequent input speech is an actual command.

For example, the claim charts in Appendix C are representative of the manner of infringement of the asserted claims of the '232 Patent by all accused instrumentalities. The accused instrumentalities that infringe the asserted claims of the '232 Patent include systems, products, devices, components, and/or services that implement, integrate, operate, and/or use sensor nodes

and networks, and ubiquitous sensor network middleware.  Each of the accused instrumentalities senses environment information, collects and/or extracts sensed data, and provides context aware information to an application program.

KAIFI reserves the right to provide alternate claim mapping and to amend, supplement, or otherwise revise these charts as discovery and its investigation continues.

## IV.    Contentions

### A.    Direct Infringement

KAIFI contends that Defendant directly infringes the asserted patents by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, this State, and this District the accused instrumentalities, without authority.  KAIFI also contends that Defendant infringes literally and/or under the doctrine of equivalents.

Additionally or alternatively, Defendant infringes jointly and/or vicariously.  Defendant directs or controls the performance by others (including, for example, a subsidiary, affiliate, and/or third party) of one or more claim limitations, and conditions participation in an activity or receipt of a benefit upon performance of the step(s) and establish the manner or timing of that performance, such that the performance or use of each claim limitation can be attributed to Defendant.

Additionally or alternatively, Defendant engages or participates in a joint enterprise and/or collective conduct of making, using, offering to sell, selling, and/or importing of the accused instrumentalities with at least one or more subsidiaries and affiliates, customers, and/or other third parties, and whose members can be charged with each other's acts in the enterprise.  Defendant acts under or provides the direction and/or control of one or more different parties.  For example, a joint enterprise exists between or among Defendant and its subsidiaries and affiliates, customers, and/or other third parties by virtue of agreement, express or implied, with a common purpose to

6

be carried out.  There exists a community of pecuniary interest in that there is a common purpose among the members with an equal right among all members to a voice in the direction of the enterprise, giving equal right to control.  The infringing acts of subsidiaries, affiliates, customers and other third parties are attributable to Defendant.

Additionally or alternatively, Defendant uses the claimed system, apparatus, or method by putting the accused instrumentality as a whole into service.  For example, Defendant, including its employees, puts systems for multiple devices, machines, or components, including but not limited to local devices and back-end servers, as a whole into service, *i.e.*, test, control, and obtain benefit from the system or service.

Additionally or alternatively, Defendant directly infringes by combining all elements of the infringing systems, devices, and other instrumentalities together, including via Defendant's software connecting the claimed devices.

Additionally or alternatively, Defendant directly infringes because Defendant is the single supplier of the accused instrumentality where it comprises multiple devices and software.

### B.    Indirect Infringement

KAIFI contends that Defendant indirectly infringes by actively, knowingly, and/or intentionally inducing and/or contributing to the direct infringement of the asserted claims.

Defendant induces infringement of the asserted claims by others, including, for example, subsidiaries, affiliates, or third parties (including end-users and customers).  By way of non-limiting examples, Defendant induces others through affirmative acts, to perform, make, use, sell, offer to sell, and/or import the claimed system, apparatus, or method, and thereby directly infringe the asserted patents.

Additionally or alternatively, Defendant's customers and/or end-users use the accused instrumentalities by putting them as a whole into service, and are induced to do so by Defendant.

7

Defendant has and/or had knowledge or was on notice of the asserted patents and/or its infringing activities, at least based on or by virtue of actual notice and knowledge from the filing of the complaint; the subpoenas issued to Defendant in *KAIFI LLC v. Amazon.com, Inc., et al.*, Case 2:24-cv-00542 (E.D. Tex. July 17, 2024); and Defendant's prosecution of its own patent applications citing the '196 Patent or its related family.  To the extent that Defendant contends it lacked actual knowledge of its infringement of the asserted patents before the filing of this action, it was willfully blind by deliberately avoiding investigating or inspecting, or instructing its employees not to investigate or inspect the asserted patents.

Defendant's acts of inducement include at least making, selling, offering to sell, and/or importing the accused instrumentalities to or for others, and providing others with encouragement, instructions and training on how to use the accused instrumentalities in a manner that directly infringes the claims, all while having knowledge of the asserted patents and claims, and knowledge that such use of the accused instrumentalities would infringe the asserted claims.  Defendant affirmatively acted with knowledge and/or specific intent to encourage and/or facilitate such infringement by others.

Defendant's affirmative acts of inducement include at least any one or combination of encouraging and/or facilitating the infringement of others through advertisement, marketing, and dissemination of the accused instrumentalities and their components; creating and publishing promotional and marketing materials, supporting materials, product manuals, and/or technical support and information relating to the accused instrumentalities; describing to, training, and instructing users on the implementation of the accused instrumentalities and/or its components; and providing product manuals and other technical information that cause Defendant's customers and other third parties to use and/or operate the accused instrumentalities for their ordinary and

customary use.  Defendant's tutorials, user guides, and technical and marketing documentation for the accused instrumentalities provide specific instruction for using, and actively encourage others to use the accused instrumentalities in an infringing manner.

Defendant took active steps to encourage end users to use and operate the accused instrumentalities despite knowing of the asserted patents, in a manner it knew directly infringes each element of the asserted claims.  Defendant specifically intended and was aware that the ordinary and customary use of the accused instrumentalities and/or their components would infringe one or more of the asserted claims, including at the time of the commission of the aforementioned acts.

Defendant knew that the induced conduct would constitute infringement and intended said infringement at the time of committing the aforementioned acts, such that those acts and conduct have been and continue to be committed with the specific intent to induce infringement, or to deliberately avoid learning of the infringing circumstances at the time these acts were committed, so as to be willfully blind to the induced infringement.

Defendant contributorily infringes the asserted patents, with knowledge that the accused instrumentalities are especially made or adapted for use in an infringement of the asserted claims, and that the accused instrumentalities are not a staple article or other system capable of substantial non-infringing use.  The accused instrumentalities in operation form a component of a machine, manufacture, combination, or composition, constituting a material part of the invention for each of the asserted patents.

### C.    Doctrine of Equivalents

KAIFI contends that Defendant infringes under the doctrine of equivalents, to the extent that Defendant contends any claim elements or limitations are not found literally.  Defendant has not specifically identified which claim elements or limitations they contend are not literally met.

Should Defendant contend that any element, step or limitation is literally absent, KAIFI contends and reserves the right to prove that at least the equivalent of the allegedly missing element, step or limitation is nevertheless present and that accused instrumentalities at least infringe under the doctrine of equivalents.

KAIFI anticipates that discovery will enable it to set forth the additional scope of equivalents, and therefore reserves the right to amend, supplement or otherwise revise these contentions, and specifically as to the doctrine of equivalents.

## V.    Priority Dates

The asserted claims of the asserted patents are entitled to the priority dates of the earlier application(s) as listed on the patents.  The asserted claims of the '196 patent claim priority to KR Appl. 10-2008-0049455 filed May 28, 2008 and PCT Appl. PCT/KR2009/002118 filed April 22, 2009.  The asserted claims of the '232 patent claim priority to KR Appl. 10-2006-0084353 filed September 1, 2006 and PCT Appl. PCT/KR2006/005715 filed December 26, 2006.

The claimed inventions of the asserted patents may be entitled to earlier invention dates, based on prior conception and reduction to practice.  For example, the '196 Patent may be entitled to an earlier invention date of at least April 26, 2006.  For example, the '232 Patent may be entitled to an earlier invention date of at least February 6, 2004.

KAIFI's investigation is continuing. KAIFI reserves the right to supplement its priority claim date (and to assert any applicable prior invention dates).

## VI.    Document Production

KAIFI is producing herewith non-privileged documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified, and identifies related software/source code, which will be made available for inspection subject to provisions of

10

the protective order:

**The '196 Patent:** Bates Nos. KAIFI0015852, KAIFI0026413, KAIFI0007673, KAIFI0013711, KAIFI0013739, KAIFI0026387, KAIFI0026409, KAIFI0030311, KAIFI0030362, KAIFI0030481, KAIFI0030522, and KAIFI0030648.

**The '232 Patent:** Bates Nos. KAIFI0026914, KAIFI0026951, KAIFI0026989, KAIFI0027025, KAIFI0027030, KAIFI0011721, KAIFI0027057, KAIFI0027076, KAIFI0031499, KAIFI0030212, KAIFI0012584, KAIFI0012856, KAIFI0012969, KAIFI0026446, KAIFI0013010, KAIFI0007994, KAIFI0013385, KAIFI0027112, KAIFI0027188, KAIFI0027189, KAIFI0027191, KAIFI0027283, KAIFI0027285, KAIFI0027365, KAIFI0027379, KAIFI0027416, KAIFI0027431, KAIFI0027438, KAIFI0027452, KAIFI0027197, KAIFI0027229, KAIFI0027256, KAIFI0027310, KAIFI0027333, KAIFI0027385, KAIFI0027401, KAIFI0027123, KAIFI0027143, KAIFI0007939, KAIFI0058914, KAIFI0058915, KAIFI0058925, KAIFI0058937, KAIFI0058968, and KAIFI0058984.

KAIFI is producing herewith a copy of the file history for each of the asserted patents:

**The '196 Patent:** Bates Nos. KAIFI0000737.

**The '232 Patent:** Bates Nos. KAIFI0000302.

KAIFI reserves the right to amend or supplement this production based on further investigation.

Date:   December 2, 2025                    */s/ Jennifer Hayes*

                                            Charles Ainsworth
                                            (Texas Bar No. 00783521)
                                            charley@pbatyler.com
                                            PARKER, BUNT & AINSWORTH, P.C.

11

100 E. Ferguson, Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Y. Choung
(admitted in E.D. Texas)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *Pro Hac Vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted in E.D. Texas)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record, who are deemed to have consented to

electronic service are being served on December 2, 2025, with a copy of this document via email

and/or the Court's CM/ECF system.

<div align="right">

<u>/s/ <i>Aileen Henriquez</i>_____</u>
Aileen Henriquez

</div>

**Appendix A**
**Accused Instrumentalities**

**'196 Patent**

| |
|---|
| Google Assistant |
| Google Home |
| Google TV |
| Pixel smartphones |
| Pixel smartwatches |
| Pixel wireless earbuds |
| Pixel tablets |
| Pixel |
| Pixel XL |
| Pixel 2 |
| Pixel 2XL |
| Pixel 3 |
| Pixel 3a |
| Pixel 3a XL |
| Pixel 4 |
| Pixel 4 XL |
| Pixel 4a |
| Pixel 4a (5G) |
| Pixel 5 |
| Pixel 5a |
| Pixel 6 |
| Pixel 6 Pro |
| Pixel 6a |
| Pixel 7 |
| Pixel 7 Pro |
| Pixel 7a |
| Pixel Fold |
| Pixel 8 |
| Pixel 8 Pro |
| Pixel 8a |
| Pixel 9 |
| Pixel 9 Pro |
| Pixel 9 Pro XL |
| Pixel 9 Pro Fold |
| Pixel 9a |
| Pixel 10 |
| Pixel 10 Pro |
| Pixel 10 Pro XL |
| Pixel 10 Pro Fold |
| Pixel C |
| Pixel Slate |
| Pixel Tablet |

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Pixelbook |
| Pixelbook Go |
| Pixel Watch |
| Pixel Watch 2 |
| Pixel Watch 3 |
| Pixel Watch 4 |
| Pixel Buds |
| Pixel Buds Pro |
| Pixel Buds Pro 2 |
| Pixel Buds A-Series |
| Nest smart home products |
| Google "hub" systems, services, and devices |
| Google "smart" systems, services, and devices |
| Google Home Mini |
| Google Home Max |
| Google Nest Audio |
| Google Nest Mini |
| Google Nest Hub First Generation |
| Google Nest Hub Second Generation |
| Google Nest Hub Max |
| Google Nest Wifi Point |
| Android Auto |
| Gemini |
| Third Party Products and Services supported by Google Assistant |

**Appendix A**
**Accused Instrumentalities**

**'232 Patent**

| |
|---|
| Google Cloud |
| Google Cloud Platform |
| Google Distributed Cloud |
| Google Cloud IoT Core |
| Google Cloud Dataflow |
| Google Cloud Dataflow ML |
| Intelligent Products Essentials |
| Manufacturing Data Engine |
| Manufacturing Connect |
| Manufacturing Connect edge |
| Google Cloud Edge Manager for ML |
| Google Cloud Pub/Sub |
| Google Cloud Functions |
| Google Cloud Bigtable |
| Google Cloud BigQuery |
| Google Cloud Composer |
| Google Cloud Dataproc |
| Google Cloud Dataform |
| Google Cloud Datastream |
| Google Cloud Data Fusion |
| Google Cloud Eventarc |
| Google Cloud Eventarc Advanced |
| Google Cloud gRPC |
| Google Cloud Workflows |
| Google Cloud Vertex AI |
| Google Cloud Logging |
| Google Cloud Looker |
| Google Cloud Looker Studio |
| Google Cloud Monitoring |
| Google Cloud Data Studio |
| Google Cloud Insights |
| Google Cloud SQL |
| Google Cloud Stream Analytics |
| Google Cloud Visual Inspection AI |
| Google Cloud Apache Beam |
| Google Cloud Grafana |
| Google Cloud Air Quality API |
| Google Maps Platform |
| Google Cloud Standalone MQTT Broker Architecture |
| Google Cloud IoT Platform Product Architecture |
| Google Cloud Device on Pub/Sub Architecture |
| Google Cloud Intelligent Product Essentials |

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Google Home |
| Google Home App |
| Google Nest App |
| Fitbit App |
| Google "hub" systems, services, and devices |
| Google "smart" systems, services, and devices |
| Google Nest Hub First Generation |
| Google Nest Hub Second Generation |
| Google Nest Hub Max |
| Google Nest Mini |
| Google Home Mini |
| Google Home |
| Google Home Max |
| Google Nest Mini |
| Google Nest Audio |
| Google WiFi |
| Google Nest WiFi |
| Google Nest WiFi Pro |
| Google Nest WiFi Point |
| Google Nest Protect First Generation |
| Google Nest Protect Second Generation |
| Google Nest Cam Indoor First Generation (wired) |
| Google Nest Cam Outdoor First Generation (wired) |
| Google Nest Cam IQ Indoor |
| Google Nest Cam IQ Outdoor |
| Google Nest Cam Second Generation (indoor or outdoor, battery) |
| Google Nest Cam Second Generation (indoor, wired) |
| Google Nest Cam (wired) |
| Google Nest Cam with floodlight |
| Google Nest Hello / Google Nest Doorbell First Generation (wired) |
| Google Nest Doorbell (battery) |
| Google Nest Doorbell Second Generation (wired) |
| Google Nest Doorbell (wired) Nest |
| Google Nest x Yale Lock |
| Google Nest Connect |
| Google Nest Secure |
| Google Nest Guard |
| Google Nest Detect |
| Google Nest Tags |
| Google Nest Learning Thermostat First Generation |
| Google Nest Learning Thermostat Second Generation |
| Google Nest Learning Thermostat Third Generation |
| Google Nest Thermostat E |

A4

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Google Nest Thermostat |
| Google Nest Learning Thermostat Fourth Generation |
| Google Nest System Health Monitor |
| Google Nest Temperature Sensor |
| Pixel smartphones |
| Pixel smartwatches |
| Pixel wireless earbuds |
| Pixel tablets |
| Pixel XL |
| Pixel 2 |
| Pixel 2XL |
| Pixel 3 |
| Pixel 3a |
| Pixel 3a XL |
| Pixel 4 |
| Pixel 4 XL |
| Pixel 4a |
| Pixel 4a (5G) |
| Pixel 5 |
| Pixel 5a |
| Pixel 6 |
| Pixel 6 Pro |
| Pixel 6a |
| Pixel 7 |
| Pixel 7 Pro |
| Pixel 7a |
| Pixel Fold |
| Pixel 8 |
| Pixel 8 Pro |
| Pixel 8a |
| Pixel 9 |
| Pixel 9 Pro |
| Pixel 9 Pro XL |
| Pixel 9 Pro Fold |
| Pixel 9a |
| Pixel 10 |
| Pixel 10 Pro |
| Pixel 10 Pro XL |
| Pixel 10 Pro Fold |
| Pixel Buds |
| Pixel Buds Pro |
| Pixel Buds Pro 2 |
| Pixel Buds A-Series |

**Appendix A**
**Accused Instrumentalities**

| |
|---|
| Pixel C |
| Pixel Slate |
| Pixel Tablet |
| Pixelbook |
| Pixelbook Go |
| Pixel Watch |
| Pixel Watch 2 |
| Pixel Watch 3 |
| Pixel Watch 4 |
| Fitbit Charge 3 |
| Fitbit Charge 4 |
| Fitbit Charge 5 |
| Fitbit Charge 6 |
| Fitbit Inspire |
| Fitbit Inspire HR |
| Fitbit Inspire 2 |
| Fitbit Inspire 3 |
| Fitbit Versa |
| Fitbit Versa 2 |
| Fitbit Versa Lite Edition |
| Fitbit Versa 3 |
| Fitbit Versa 4 |
| Fitbit Ace |
| Fitbit Ace 2 |
| Fitbit Ace 3 |
| Fitbit Ace LTE |
| Fitbit Sense |
| Fitbit Sense 2 |
| Fitbit Ionic |
| Fitbit Luxe |
| Device Connect for Fitbit |
| Nest Aware |
| Nest Renew |
| Nest Home/Away Assist |
| Third Party Products and Services supported by Google Cloud |

A6

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1pre] A method for recognizing a speech of a speaker by a device, the method comprising: | The accused instrumentalities comprise a method of recognizing a speech of a speaker by a device. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Google Assistant devices, such as Google Home, Google TV, Pixel smartphones, Pixel wireless earbuds, Pixel smartwatches, Pixel tablets, Pixel laptops, Nest smart home products, Google "hub" and "smart" systems, services, and devices:[1]

### Access Google Assistant with your voice

**Important:** To access this feature on some devices, you must have Voice Match.

When you say "Hey Google," this allows you to get hands-free help as it voice-activates your Assistant-enabled devices ☑ .

You can use a speaker or Smart Display with built-in Google Assistant.

Android    iPhone & iPad

### Turn on Google Assistant

1. On your Android phone or tablet, open the Google Assistant app.
2. At the bottom, tap **Turn on**.
   - If Google Assistant is off, you'll get the option to turn it on.

Learn how to set up Google Assistant on your phone or tablet.

### Turn off Google Assistant

1. On most Assistant-enabled devices, say "Hey Google, open Assistant settings."
   - Alternatively, open the Google Assistant app and say, "Assistant settings."
2. Under "All settings," tap **General**.
   - If you don't find "General," tap **View all settings** or **See all Assistant Settings**.
3. Turn off **Google Assistant**.

---

[1] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306.

**Appendix B:  U.S. Patent No. 8,930,196**

| | According to Google, Google Assistant works with over 50,000 smart home devices from more than 10,000 popular brands:[2] |
|---|---|

<table>
<tr>
<td></td>
<td>

### Services and smart devices that work with Google Assistant

Google Assistant ● works with over 50,000 smart home devices from more than 10,000 popular brands, and we're adding new brands all the time.

Explore the Google Assistant partners ☑ you can use to control things around your home with just your voice.

Learn how to control your home using your Google Nest or Home speaker or display or Google Assistant on other devices.

</td>
</tr>
</table>

---

[2] *See Services and smart devices that work with Google Assistant*, https://support.google.com/googlenest/answer/7639952.

B-3

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant includes, integrates, and/or works with Gemini:[3] |

> # Introducing Gemini, your new personal AI assistant
>
> Since 2016, Google Assistant has helped millions of people get more done on the go, right from their phones. During that time, we've heard from you that you want so much more from your assistant—one that's personalized to you, that you can talk to naturally and that can help you get more done. That's why we've reimagined what an assistant can be on your phone, rebuilt with Google's most capable AI models.
>
> Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language.

---

[3] *See What you can do with your Gemini mobile app,*
https://support.google.com/gemini/answer/14579631?sjid=9807421621329950668-NC#.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides speakers that integrate Google Assistant, including devices such as Google Home, Google Home Mini (1st gen), Google Nest Mini (2nd gen), Google Home Max, and Google Nest Audio:[4] [5]



---

[4] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284.

[5] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281.

B-5

**Appendix B:  U.S. Patent No. 8,930,196**



B-6

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides displays that integrate Google Assistant, including devices such as Google Nest Hub, Google Nest Hub Max, and Google Nest Hub (2nd gen):[6] [7]

---

[6] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284.

[7] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google provides Wifi point that integrates Google Assistant, including devices such as Nest Wifi point:[8]



</td>
</tr>
</table>

---

[8] *See What is Nest Wifi,* https://support.google.com/googlenest/answer/9583920.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Pixel smartphones that integrate Google Assistant, including devices such as Pixel, Pixel XL, Pixel  2, Pixel  2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a, Pixel 6, Pixel 6 Pro, Pixel 6a, Pixel 7, Pixel 7 Pro, Pixel 7a, Pixel Fold, Pixel 8, Pixel 8a, Pixel 8 Pro, Pixel 9,  Pixel 9 Pro, Pixel 9 Pro XL, Pixel 9 Pro Fold, Pixel 9a, Pixel 10,  Pixel 10 Pro, Pixel 10 Pro XL, Pixel 10 Pro Fold:[9] [10]



---

[9] *See Pixel phone hardware tech specs (earlier models),* https://support.google.com/pixelphone/answer/16043605.

[10] *See also Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

| | According to Google, Google Assistant is built into phone and apps which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice:[11]

### Get started with the Google Assistant on Pixel

The new Google Assistant is built into your phone and apps, which makes it easier to complete tasks. You can text, call, get answers, look up directions, and do more with just your voice.

Android    iPhone & iPad

### What you need

To use the new Google Assistant, you need a Pixel 4 and later, including Fold, with:

- The Google app with version 10.73 and up.
- Google Play services.
- The Assistant language set to: Arabic, Bengali, Chinese (Simplified), Chinese (Traditional), Danish, Dutch, English, French, German, Gujarati, Hindi, Indonesian, Italian, Japanese, Kannada, Korean, Malayalam, Marathi, Norwegian, Polish, Portuguese (Brazil), Portuguese (Portugal), Russian, Spanish, Swedish, Tamil, Telugu, Thai, Turkish, Urdu, and Vietnamese. More languages are coming soon. |

---

[11] *See Get started with the Google Assistant on Pixel,* https://support.google.com/assistant/answer/9475056.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | According to Google, Google Assistant is built into phone and apps with Android 5.0 and up (which includes Pixel, Pixel XL and later):[12]<br><br>### Check if your device has what it needs<br><br>To use the Google Assistant, you'll need a device with:<br><br>• Android 5.0+ with at least 1.0GB of available memory or Android 6.0+ with at least 1.5GB of available memory<br>• Google app 6.13 or higher<br>• Google Play services<br>• 720p or higher screen resolution<br>• Device's language set to a language listed above |

---

[12] *See Set up Google Assistant on your phone or tablet,* https://support.google.com/assistant/answer/7172657.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant is built into a Pixel 4 and later, including Fold:[13]<br><br> |

---

[13] *See Get started with the Google Assistant on Pixel,* https://support.google.com/pixelphone/answer/9475056.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google provides Chromecast with Google TV(HD), Chromecast with Google TV(4K) and Google TV Steamer that integrate Google Assistant:[14] [15]

**Use Assistant on the Chromecast and Google TV Streamer Voice Remote**

You can use voice commands with your Chromecast or Google TV Streamer Voice Remote to find and play entertainment on your linked TV, and get information. Voice commands through Google Assistant also lets you control smart devices linked in the Google Home app, and more.

**Talk to Google with your Chromecast or Google TV Remote**

1. On the remote, press and hold the Google Assistant button 🎤 to open the microphone.
2. Ask a question or say a command.

**Tip:** When you use the Voice Remote, you don't need to say "Hey Google" before you talk to Google Assistant.

**Use Google Assistant on your TV with Chromecast and Google TV Streamer**

Browse YouTube and get updates on weather, sports, finance, and more on your TV with Google Assistant voice commands and Chromecast.

If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters or Do not disturb.

**What you need**

- Chromecast or Chromecast Ultra that runs Cast version 1.32+. Learn how to check your firmware version.
- Google Home, Google Nest Mini (2nd gen), Google Home Mini (1st gen), Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub Max, Chromecast with Google TV, or Google TV Streamer (4K).

</td>
</tr>
</table>

---

[14] *See Use Assistant on the Chromecast and Google TV Streamer Voice Remote,* https://support.google.com/chromecast/answer/10115165.

[15] *See Use Google Assistant on your TV with Chromecast and Google TV Streamer,* https://support.google.com/chromecast/answer/7582438.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel tablets that integrate Google Assistant, including devices such as Pixel C, Pixel Slate and Pixel Tablet:[16] [17] [18]<br><br>**Google Assistant Finally Arrives On Pixel C Tablets**<br><br>By Carl Velasco<br>Published: Apr 11 2018, 07:41 AM EDT<br><br>Google has a habit of keeping its newest features exclusive to its more top-of-the-line products, which is why when Google Assistant launched, it was only made available for Pixel device — except the Pixel C tablet.<br><br>Google Assistant became available on pretty much any Android phone and iOS device, and now it's finally arrived on the Pixel C tablet. Google Assistant started rolling out to tablet late last year, but the Pixel C was notably left out, and Google didn't have a good explanation as to why.<br><br>**Google Assistant Lands On The Pixel C**<br><br>Now Pixel C users are reporting that the latest update to the Google app brings Assistant to the tablet. Implementation is similar to the smartphone version, in which the Google Assistant panel pops up on the bottom of the screen, accepting written or spoken commands. The results are much like what one would get by using a smartphone, but there are some noteworthy differences.<br><br>**Set up Google Assistant on Pixel Slate**<br><br>The Google Assistant is integrated into Pixel Slate and can help you find info and get things done. Find quick answers and tell it to do things, like play music, set a reminder, send an email, or show you directions to where you want to go. Here we'll show you how to set up and use the Google Assistant on your Pixel Slate.<br><br>**Set up Google Assistant on your Pixel Tablet**<br><br>You can get help and information from Google Assistant on your Pixel Tablet without unlocking it. This article explains how to activate Google Assistant, set it up to recognize your voice, enable personal results, link to music and video services, let guests and children use "Hey Google," and more. |

---

[16] *See Google Assistant Finally Arrives On Pixel C Tablets,* https://www.techtimes.com/articles/224851/20180411/google-assistant-finally-arrives-on-pixel-c-tablets.htm.

[17] *See Set up Google Assistant on Pixel Slate,* https://support.google.com/pixelslate/answer/9137007.

[18] *See Set up Google Assistant on your Pixel Tablet,* https://support.google.com/googlepixeltablet/answer/13555944.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel smartwatches that integrate Google Assistant, including devices such as Pixel Watch, Pixel Watch 2, Pixel Watch 3, and Pixel Watch 4:[19]  |

---

[19] *See Google Assistant voice commands on Google Pixel Watch,* https://support.google.com/googlepixelwatch/answer/12677020.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel wireless earbuds that integrate Google Assistant, including devices such as Pixel Buds, Pixel Buds Pro, Pixel Buds Pro-2, and Pixel Buds A-Series:[20]<br><br>**Get help from Google Assistant on Google Pixel Buds**<br><br>You can use either Google Assistant or Gemini as your digital assistant. For Pixel 9 or newer, the default assistant is Gemini. Get started with the Gemini mobile app. As for phones that are older, it's Google Assistant.<br><br>Google Assistant on Google Pixel Buds allow you to get hands-free help making them the perfect companion to keep you connected. |
| | For example, Google provides Pixel laptops that integrate Google Assistant, including devices such as Pixelbook and Pixelbook Go:[21]<br><br>**Set up Google Assistant on your Pixelbook**<br><br>The Google Assistant has its own key on your Pixelbook. Press the key to find quick answers and ask Assistant to complete tasks, play music, set a reminder, or show you directions to where you want to go. Learn to use the Google Assistant on your Pixelbook. |

---

[20] *See Get help from Google Assistant on Google Pixel Buds,* https://support.google.com/googlepixelbuds/answer/7560032.

[21] *See Set up Google Assistant on your Pixelbook,* https://support.google.com/pixelbook/answer/7504064.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant is integrated into Android Auto:[22]<br><br>Google Assistant in your car<br><br>Your Google Assistant is now integrated into Android Auto. So whether you have the Assistant built into a compatible car or just the Android Auto app, you now have hands-free help while you drive.<br><br>To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars. |

[22] *See Google Assistant in your car,* https://assistant.google.com/intl/en_uk/platforms/cars/.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[a]**

| Claim(s) | Accused Instrumentality(ies) |
| --- | --- |
| [1a] receiving, by a preset call command recognition unit, an input speech spoken by the speaker; | In the accused instrumentalities, a present call command recognition unit receives an input speech spoken by the speaker. |

B-19

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google Assistant devices receive input speech spoken by a user, including a "hotword" such as "Ok Google" or "Hey Google" through a combination of hardware, processing, and software functions:[23]

## Access Google Assistant with your voice

**Important:** To access this feature on some devices, you must have Voice Match.

When you say "Hey Google," this allows you to get hands-free help as it voice-activates your Assistant-enabled devices ☑ .

You can use a speaker or Smart Display with built-in Google Assistant.

Android     iPhone & iPad

### Turn on Google Assistant

1. On your Android phone or tablet, open the Google Home app △ .
2. At the bottom, tap **Turn on**.
   - If Google Assistant is off, you'll get the option to turn it on.

Learn how to set up Google Assistant on your phone or tablet.

### Turn off Google Assistant

1. On most Assistant-enabled devices, say "Hey Google, open Assistant settings."
   - Alternatively, open the Google Assistant app ● and say, "Assistant settings."
2. Under "All settings," tap **General**.
   - If you don't find "General," tap **View all settings** or **See all Assistant Settings**.
3. Turn off **Google Assistant**.

---

[23] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306.

**Appendix B:  U.S. Patent No. 8,930,196**

| | | |
|---|---|---|
| | | **Turn on "Hey Google" & teach Google Assistant how to recognize your voice**<br><br>1. On your Android phone or tablet, open the Google Home app △.<br>2. Say "Assistant settings."<br>3. Under "Popular settings," tap **Hey Google and Voice Match**.<br>4. Turn on **Hey Google**.<br>   • If you don't find "Hey Google," turn on **Google Assistant**.<br>   • **Tip:** If you're signed in to a Google Workspace for Education account on your device and can't turn on "Hey Google," the admin might disabled this setting. Contact your admin for more details.<br>5. To set up a Voice Match, follow the prompts for Google Assistant to recognize you when you say "Hey Google."<br><br>**Tip:** If you want to get hands-free help from Google Assistant while your Android phone or tablet is locked, make sure that your "Assistant on lock screen setting" is turned on.<br><br>**Retrain Google Assistant to recognize your voice**<br><br>1. On your Android phone or tablet, open the Google Home app △.<br>2. Under "Popular settings," tap **Hey Google and Voice Match**.<br>   • Make sure **Hey Google** is on.<br>     • If you don't find "Hey Google," turn on **Google Assistant**.<br>     • **Tip:** If you're signed in to a Google Workspace for Education account on your device and can't turn on "Hey Google," the admin might have turned off settings that are needed for "Hey Google" to work. Contact your admin for more details.<br>3. Tap **Voice model** › **Retrain voice model**.<br>4. Follow the steps to record your voice. |

B-21

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enables voice-forward control of Android apps:[24]<br><br>**Google Assistant for Android**<br><br>Google Assistant enables voice-forward control of Android apps. Using Assistant, users can launch apps, perform tasks, access content, and more by using their voice to say things like, "Hey Google, start a run on Example App."<br><br>As an Android developer, you can use Assistant's development framework and testing tools to easily enable deep voice control of your apps on Android-powered surfaces, such as mobile devices, cars, and wearables. |
| | For example, Google Assistant Service API supports controlling when to trigger an Assistant request:[25]<br><br>Customize how your project interacts with the Assistant<br><br>Trigger the Assistant<br><br>With the Google Assistant Service API, you control when to trigger an Assistant request. Modify the sample code to control this (for example, at the push of a button). Triggering an Assistant request is done by sending a request to `EmbeddedAssistant.Assist`. |

---

[24] *See Google Assistant for Android*, https://developer.android.com/develop/devices/assistant/overview.

[25] *See Google Assistant SDK Next Steps*, https://developers.google.com/assistant/sdk/guides/service/python/embed/next-steps.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Android provides AlwaysOnHotwordDetector as an abstraction on top of the hardware DSP. This provides a convenient way to associate a VoiceInteractionService to a voice model for low energy always-on voice recognition:[26]<br><br> |

---

[26] *See Integration flows*, https://source.android.com/docs/automotive/voice/voice_interaction_guide/integration_flows.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Android provides access to a always-on hotword detector at the DSP level by means of the AlwaysOnHotwordDetector way to implement hotword detection with low CPU:[27]

## Implement voice recognition

In this section, you learn how to implement voice recognition through the detection and recognition of hotwords. A *hotword* is a trigger word used to start a new query or action by voice. For example, "OK Google" or "Hey Google".

### DSP hotword detection

Android provides access to a *always-on* hotword detector at the DSP level by means of the `AlwaysOnHotwordDetector` . way to implement hotword detection with low CPU. The use of this functionality is divided into two parts:

- Instantiation of an `AlwaysOnHotwordDetector` .
- Enrollment of a hotword detection sound model.

VoiceInteractionService implementation can create a hotword detector using `VoiceInteractionService#createAlwaysOnHotwordDetector()` , passing a keyphrase and locale they wish to use for detection. As a result, the app receives an `onAvailabilityChanged()` callback with one of the following possible values:

- `STATE_HARDWARE_UNAVAILABLE` . DSP capability isn't available on the device. In this case, Software hotword detection is used.
- `STATE_HARDWARE_UNSUPPORTED` . DSP support isn't available in general, but DSP doesn't support given keyphrase and locale combination. The app can opt to use Software Hotword Detection.
- `STATE_HARDWARE_ENROLLED` . Hot word detection is ready and can be started by calling the `startRecognition()` method.
- `STATE_HARDWARE_UNENROLLED` . A sound model for the requested keyphrase is not available, but enrollment is possible.

---

[27] *See App development*, https://source.android.com/docs/automotive/voice/voice_interaction_guide/app_development.

**Appendix B:  U.S. Patent No. 8,930,196**

The example below shows code samples for an AlwaysOnHotwordDetector: [28]

```java
static final String TAG = "AlwaysOnHotwordDetector";

private static final int MSG_HOTWORD_DETECTED = 1;
private static final int MSG_DETECTION_STOPPED = 2;

private final String mText;
private final String mLocale;
/**
 * The metadata of the Keyphrase, derived from the enrollment application.
 * This may be null if this keyphrase isn't supported by the enrollment application.
 */
private final KeyphraseMetadata mKeyphraseMetadata;
/**
 * The sound model for the keyphrase, derived from the model management service
 * (IVoiceInteractionManagerService). May be null if the keyphrase isn't enrolled yet.
 */
private final KeyphraseSoundModel mEnrolledSoundModel;
private final KeyphraseEnrollmentInfo mKeyphraseEnrollmentInfo;
private final IVoiceInteractionService mVoiceInteractionService;
private final IVoiceInteractionManagerService mModelManagementService;
private final SoundTriggerListener mInternalCallback;
private final Callback mExternalCallback;
private final boolean mDisabled;


/**
 * Callbacks for always-on hotword detection.
 */
public interface Callback {
    /**
     * Called when the keyphrase is spoken.
     *
     * @param data Optional trigger audio data, if it was requested during
     *        {@link AlwaysOnHotwordDetector#startRecognition(int)}.
     */
    void onDetected(byte[] data);
    /**
     * Called when the detection for the associated keyphrase stops.
     */
    void onDetectionStopped();
```

---

[28] *See AlwaysOnHotwordDetector.java,*
https://android.googlesource.com/platform/frameworks/base/+/110f569/core/java/android/service/voice/AlwaysOnHotwordDetector.java.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, Android provides HotwordDetectionService to detect hotword such as "Hey Google." The code documentation below describes the structure and operation of the HotwordDetectionService: [29] |
|---|---|
| | <br>```<br>/**<br> * Implemented by an application that wants to offer detection for hotword. The service can be used<br> * for both DSP and non-DSP detectors.<br> *<br> * The system will bind an application's {@link VoiceInteractionService} first. When {@link<br> * VoiceInteractionService#createHotwordDetector(PersistableBundle, SharedMemory,<br> * HotwordDetector.Callback)} or {@link VoiceInteractionService#createAlwaysOnHotwordDetector(<br> * String, Locale, PersistableBundle, SharedMemory, AlwaysOnHotwordDetector.Callback)} is called,<br> * the system will bind application's {@link HotwordDetectionService}. Either on a hardware<br> * trigger or on request from the {@link VoiceInteractionService}, the system calls into the<br> * {@link HotwordDetectionService} to request detection. The {@link HotwordDetectionService} then<br> * uses {@link Callback#onDetected(HotwordDetectedResult)} to inform the system that a relevant<br> * keyphrase was detected, or if applicable uses {@link Callback#onRejected(HotwordRejectedResult)}<br> * to inform the system that a keyphrase was not detected. The system then relays this result to<br> * the {@link VoiceInteractionService} through {@link HotwordDetector.Callback}.<br> *<br> * Note: Methods in this class may be called concurrently<br> *<br> * @hide<br> */<br>``` |

---

[29] *See HotwordDetectionService.java*,
https://android.googlesource.com/platform/frameworks/base/%2B/refs/heads/main/core/java/android/service/voice/HotwordDetection
Service.java?.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enabled speakers start by receiving "Hey Google" spoken by a user:[30]<br><br>**Available on Speakers**<br>Get hands-free help around the house. Just start by saying "Hey Google".<br>**Shop Speakers** |
| | For example, Google Assistant enabled smart displays start with receiving "Hey Google" spoken by a user "to, for example, watch how-to videos, listen on music, check your calendar, and more":[31]<br><br>**Smart Displays with Google Assistant**<br>Just start with "Hey Google" to watch how-to videos, listen to music, check your calendar, and more.<br>**Shop Smart Displays** |

---

[30] *See Available on Speakers*, https://assistant.google.com/platforms/speakers/#find-speakers.

[31] *See Smart Displays with Google Assistant*, https://assistant.google.com/platforms/displays/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enabled smartphones start by receiving "Hey Google" spoken by a user to, for example, take a photograph or manage tasks:[32] <br><br>  <br><br>  |

---

[32] *See Get more done on the go*, https://assistant.google.com/platforms/phones/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Assistant enabled TVs start by receiving "Hey Google" spoken by a user to, for example, access entertainment, get answers on screen or control smart devices:[33]







---

[33] *See A little help on your big screen*, https://assistant.google.com/platforms/tv/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enabled Pixel Tablets start by receiving "Hey Google" spoken by a user to, for example, "play music and videos, get answers, control smart home devices, manage tasks, and more":[34]<br><br>**Google Assistant on Pixel Tablet**<br><br>Get hands-free help. Just say, "Hey Google" to play music and videos, get answers, control smart home devices, manage tasks, and more.[1]<br><br>**Shop Tablets** |
| | For example, Google Assistant enabled smartwatches start by receiving "Hey Google" spoken by a user to, for example, "check the weather, control your smart home devices, or send a quick message":[35]<br><br>**Google Assistant for Wearables**<br><br>Get help from Google right on your wrist. Just say "Hey Google", or long press the Assistant button to check the weather, control your smart home devices, or send a quick message. Access the best of what Google Assistant offers even when your hands are full or your phone is out of reach, all right from your wrist. |

---

[34] *See Google Assistant on Pixel Tablet*, https://assistant.google.com/platforms/tablets/.

[35] *See Google Pixel Tablet technical specifications*, https://support.google.com/googlepixeltablet/answer/13555146.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant is integrated into Android Auto which starts by receiving "Hey Google" spoken by a user:[36]<br><br>Now available in your car<br><br>Your Google Assistant is now integrated into Android Auto. So whether you have a compatible car - or the Android Auto app - you can now have hands-free help while you drive.<br><br>To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars. |
| | For example, Android Auto is needed for an Android phone running Android 9.0 and up with a data plan:[37]<br><br>**What are the requirements to run Android Auto on my car display?**<br><br>- An Android phone running Android 9.0 and up with a data plan.<br><br>- A car or stereo that's compatible with Android Auto. A high-quality USB cable.<br><br>- For wireless connection: A compatible phone (see list) and a compatible car or a supported aftermarket car stereo from JVC, Kenwood, or Pioneer. Check with the manufacturer to see if wireless is supported. |

---

[36] *See Google Assistant in your car*, https://assistant.google.com/platforms/cars/.

[37] *See Drive with Android Auto. The best of Android, on your in-car display_,* https://www.android.com/auto/.

**Appendix B: U.S. Patent No. 8,930,196**

For example, "Google Assistant powers 'Hey Google'" for Google Gemini devices which receive input speech of a user, including a "hotword" spoken by a user, such as "Hey Google":[38]

> **How Google Assistant powers 'Hey Google' and Voice Match for your Gemini mobile app**
>
> You can use your voice to get help from your Gemini mobile app with 'Hey Google' and Voice Match, powered by Google Assistant.
>
> When 'Hey Google' is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google'. When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognises that it's you with Voice Match, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like 'Hey Google'.
>
> 'Hey Google' requires Voice Match to recognise that it's you. If you've consented to set up Voice Match, Google Assistant will create a unique model of your voice from clips that you record during setup. This voice model is created on Google's servers and then stored only on the devices where you've turned on Voice Match. When your device detects 'Hey Google', Google Assistant may send that detected audio and your voice model to Google servers temporarily to compare and determine if it's you. Google deletes the voice model and comparison data from its servers immediately after processing. Bear in mind: a similar voice or recording could cause Voice Match to think that it's you. If you later decide that Voice Match isn't for you, you can remove your Voice Match model from your Android device or all your Assistant-connected devices from your **'Hey Google' and Voice Match setting** (accessible through your Gemini settings or Google Assistant settings).
>
> When you use 'Hey Google' and Voice Match for your Gemini mobile app, Google Assistant detects the activation, recognises you with Voice Match, routes your query to Gemini and helps Gemini to fulfil your request if it is a quick voice action feature that Gemini is still learning to handle directly. When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps activity. If your assistant activates when you didn't intend it to and your Keep activity setting is turned off, that interaction will not be stored in Gemini Apps activity. If, however, your Keep activity setting is on, your assistant interactions, including any unintended activations, will be stored and treated like normal activations. Your Gemini Apps activity is used to develop and improve Google services (including technologies that help reduce unintended activations), as explained in Google's Privacy Policy. You can turn off your Keep activity setting at any time.

---

[38] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

B-32

**Appendix B:  U.S. Patent No. 8,930,196**

Use your voice to get help from Gemini with 'Hey Google' and Voice Match, powered by Google Assistant

You can use your voice to get help from your Gemini mobile app with 'Hey Google' and Voice Match, powered by Google Assistant. If you're already using 'Hey Google' and Voice Match for Google Assistant on your Android device, when you switch to your Gemini mobile app, you can start using 'Hey Google' to access Gemini straight away.

**What hotword do I use for Gemini?**

- "Hey Google" will continue to work as a hotword.

- As we continue to upgrade devices to Gemini, "Hey Google" will invoke Gemini if Gemini is available on that device.

- In other cases where Gemini has not yet been made available, "Hey Google" will continue to invoke the Google Assistant.

B-33

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Gemini enabled Android devices and Pixel Tablets start by receiving "Hey Google" spoken by a user: [39]



---

[39] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Gemini is available for download on all Pixel devices with 2 GB of RAM or more, and Android 10+:[40]<br><br>**Set up the Gemini app**<br><br>**Important:** Gemini is available for download on all Pixel devices with 2 GB of RAM or more, and Android 10+. Learn more about Gemini mobile app availability.<br><br>You can use Gemini as your mobile AI assistant. Get started with the Gemini mobile app. |
| | For example, Google Assistant supports Conversation Actions:[41]<br><br>**Conversational Actions**<br><br>✦ AI-generated Key Takeaways<br><br>Conversational Actions let you extend Google Assistant with your own conversational interfaces that give users access to your products and services. Actions leverage Assistant's powerful natural language understanding (NLU) engine to process and understand natural language input and carry out tasks based on that input. |

---

[40] *See Use Gemini, your AI assistant, on your Pixel phone,* https://support.google.com/pixelphone/answer/15283615.

[41] *See Conversational Actions- Google for Developers*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Conversational Action handles requests from Assistant and returns responses with audio and visual components. Conversational Actions can also communicate with external web services with webhooks for added conversational or business logic before returning a response:[42]

---

[42] *See Conversational Actions*, https://developers.google.com/assistant/conversational/overview.

B-36

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Conversation Action uses an invocation which defines how users tell the Assistant they want to start a conversation with one of its Actions:[43]

A Conversational Action is a simple object that defines an entry point (referred to as invocation) into a conversation:

- An **invocation** defines how users tell Assistant they want to start a conversation with one of your Actions. An Action's invocation is defined by a single intent that gets matched when users request the Action.

- A **conversation** defines how users interact with an Action after it's invoked. You build conversations with intents, types, scenes, and prompts.

- In addition, your Actions can delegate extra work to **fulfillment**, which are web services that communicate with your Actions via webhooks. This lets you do data validation, call other web services, carry out business logic, and more.

You bundle one or many Actions together, based on the use cases that are important for your users, into a logical container called an Actions project. Your Actions project contains your entire invocation model (the collection of all your invocations), which lets users start at logical places in your conversation model (all the possible things users can say and all the possible ways you respond back to users).



**Figure 1**. A collection of Actions that serve as entry points into a conversation model. Intents that are eligible for invocation are considered to be global.

---

[43] *See Conversational Actions*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Google Assistant uses intents, which present tasks that the Assistant needs an Action to carry out, such as processing user input or handling a system event:[44] <br><br> |
|---|---|

---

[44] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B: U.S. Patent No. 8,930,196**

For example, System intents have training data or other non-conversational input signals defined by Assistant. This means you don't need to define training phrases for these intents. Assistant matches these intents in a standard way, during well-known system events such as main invocation or when users don't provide any input: [45]



Figure 1. A common intent matching scenario. A user says something that matches a global intent. The corresponding scene activates, and eventually consumes more user input. Another intent is matched, which transitions to and activates another scene.

---

[45] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, Google Assistant includes a system intent called *actions.intent.MAIN*, which is the default main invocation:[46] |
|---|---|
| | |

---

[46] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses Keyword Spotter to recognize predefined hotword, such as "Ok Google" or "Hey Google," as input speech:[47]<br><br><br><br> |

---

[47] *See "Hotword Detection" by Alex Gruenstein (Google)*, https://www.youtube.com/watch?v=FsJUU4rPrX8&t=6s.

**Appendix B:  U.S. Patent No. 8,930,196**



B-42

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets:[48]<br><br>The current KWS system at Google [2] uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets. The DNN has been shown to outperform a Keyword/Filler Hidden Markov Model system, which is a commonly used technique for keyword spotting. In addition, the DNN is attractive to run on the device, as the size of the model can be easily adjusted by changing the number of parameters in the network. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[48] *See* Sainath et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

B-43

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1b] receiving, by the preset call command recognition unit, a subsequent input speech spoken, by the speaker, subsequently to the input speech; | In the accused instrumentalities, the preset call command recognition unit receives a subsequent input speech spoken by the speaker subsequently to the input speech. |

**Appendix B: U.S. Patent No. 8,930,196**

For example, Google Assistant devices receive subsequent input speech, such as commands and/or requests (such as "What's the weather today?" or "Play some Jazz music"), spoken by a user subsequent to input speech (such as "Hey Google) through a combination of hardware, processing, and software functions:[49]

## What you can ask Google Assistant

You can ask Google Assistant for information and for help with everyday tasks.

**Important:** Some queries won't work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

## What Google Assistant can do

### Get local info

- **Weather:** "What's the weather today?"
- **Food:** "Find pizza restaurants nearby."
- **Business hours:** "Is Walgreens still open?"
- **Navigation:** "Navigate home."

### Play media

**Important:** If media isn't playing, check if **Use Restricted Mode** is turned on in your device's YouTube settings.

- **Music:** "Play some Jazz music."
- **Podcasts:** "Play the latest episode from This American Life."
- **News:** "Play the news. What's the latest news from BBC?"

---

[49] *See What you can ask Google Assistant*, https://support.google.com/assistant/answer/7172842.

B-45

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enables voice-forward control of Android apps. Using Assistant, users can launch apps, perform tasks, access content, and more by using their voice to say things like, *"Hey Google, start a run on Example App"*:[50]<br><br>**Google Assistant for Android**<br><br>Google Assistant enables voice-forward control of Android apps. Using Assistant, users can launch apps, perform tasks, access content, and more by using their voice to say things like, *"Hey Google, start a run on Example App."*<br><br>As an Android developer, you can use Assistant's development framework and testing tools to easily enable deep voice control of your apps on Android-powered surfaces, such as mobile devices, cars, and wearables. |
| | For example, for Google Assistant, both "Hey Google" and "OK Google" are the wake words. Once it hears the wake words, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us:[51]<br><br>**What are Wake Words?**<br><br>Wake words are specific phrases that activate voice-activated virtual assistants. They are designed to get the attention of device and signal that user want to interact with it.<br><br>For Google Assistant, both "Hey Google" and "Ok Google" are the wake words. Once it hears one of these phrases, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us. |

---

[50] *See Google Assistant for Android*, https://developer.android.com/develop/devices/assistant/overview.

[51] *See Google Assistant - Quick Guide*, https://www.tutorialspoint.com/google-assistant/google-assistant-quick-guide.htm.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google's official troubleshooting guide instructs users to first say "*Hey Google*" to check whether the device recognizes the hotword, and then to provide a follow-up spoken query, such as asking a question or saying "*Hey Google, repeat the question*":[52]

> ### General troubleshooting
>
> If you've checked off all of the steps above and your Assistant still doesn't provide an answer, try one of the steps below and ask your question again. If you still don't get an answer, move to the next step.
>
> #### Step 1. Reboot your speaker or display
>
> 1. Disconnect the power cable from your device.
> 2. Reconnect the power cable.
>
> #### Step 2. Make sure your device recognizes the hotword
>
> Say "*Hey Google*" to your speaker or display. To check if your device recognized the hotword:
>
> - For Nest speakers, check if the LED dots on the top of your device spin or blink.
> - For Nest displays, check for four colored dots at the top corner of the screen.
>
> #### Step 3. Make sure your device recognized the question correctly
>
> 1. Ask your Assistant the question again.
> 2. Say "*Hey Google, repeat the question*" to make sure your Assistant understood you correctly.
> 3. If it's still not recognizing the question, try to speak slower or try another question.
>
> #### Step 4. Adjust the hotword sensitivity of your device
>
> If your speaker or display often has trouble activating when you say "*Hey Google*" or "*Ok Google*," you can adjust how sensitive Google Assistant is to "*Hey Google*."

---

[52] *See Fix issues with "Hey Google" on a Nest speaker or display*, https://support.google.com/googlenest/answer/7212130.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google Assistant supports Conversation Actions:[53]

</td>
</tr>
</table>

---

[53] *See Conversational Actions  ‿  Google for Developers*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, in the Conversation Action, the second and third invocations are deep link invocations that let you specify additional phrases that let users ask for specific functionality:[54]

The first invocation in the example is the **main invocation**. This invocation is associated with a special system intent named `actions.intent.MAIN`. The second and third invocations are deep link invocations that let you specify additional phrases that let users ask for specific functionality. These invocations correspond to user intents that you designated as global. Each invocation in this example provides an entry point into a conversation and corresponds to a single Action.



*Figure 2*. Example of main invocation

---

[54] *See Conversational Actions  _  Google for Developers*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant uses intents, which present tasks that the Assistant needs an Action to carry out, such as processing user input or handling a system event:[55]<br><br>Intents 🔖 ▾<br><br>◆ AI-generated Key Takeaways<br><br>Intents represent a task Assistant needs your Action to carry out, such as some user input that needs processing or a system event that you need to handle. You use intents to help build your invocation and conversation models. When these events occur, the Assistant runtime matches it to the corresponding intent and sends the intent to your Action to process. There's two main types of intents, which are described in the following list: |

---

[55] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, System intents have training data or other non-conversational input signals defined by Assistant: [56]



Figure 1. *A common intent matching scenario. A user says something that matches a global intent. The corresponding scene activates, and eventually consumes more user input. Another intent is matched, which transitions to and activates another scene.*

---

[56] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, Google Assistant includes a system intent called *actions.intent.MAIN,* which is the default main invocation:[57] |
|---|---|
| | |

---

[57] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, "Google Assistant powers 'Hey Google'" for Google Gemini devices which, "[w]hen 'Hey Google' is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google'. . . . Once Google Assistant detects an activation, and recognizes that it's you with Voice Match, it exits standby mode and sends your request to Google servers" and "[w]hen you use 'Hey Google' and Voice Match for your Gemini mobile app, Google Assistant detects activation, recognizes you with Voice Match, routes your query to Gemini and helps Gemini fulfill your request":[58]<br><br>**How Google Assistant powers 'Hey Google' and Voice Match for your Gemini mobile app**<br>You can use your voice to get help from your Gemini mobile app with 'Hey Google' and Voice Match, powered by Google Assistant.<br><br>When 'Hey Google' is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google'. When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognises that it's you with Voice Match, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like 'Hey Google'.<br><br>When you use 'Hey Google' and Voice Match for your Gemini mobile app, Google Assistant detects the activation, recognises you with Voice Match, routes your query to Gemini and helps Gemini to fulfil your request if it is a quick voice action feature that Gemini is still learning to handle directly. When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps activity. If your assistant activates when you didn't intend it to and your Keep activity setting is turned off, that interaction will not be stored in Gemini Apps activity. If, however, your Keep activity setting is on, your assistant interactions, including any unintended activations, will be stored and treated like normal activations. Your Gemini Apps activity is used to develop and improve Google services (including technologies that help reduce unintended activations), as explained in Google's Privacy Policy.  You can turn off your Keep activity setting at any time. |

---

[58] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Gemini devices receive subsequent input speech, such as commands and/or requests, spoken by a user subsequent to input speech, such as "Hey Google." including, for example, commands to "request specific help or answers," "set and edit reminders, stream media and control your smart home more naturally":[59]<br><br>• Use Gemini by saying **"Hey Google"** to your speaker or display to request specific help or answers. Gemini helps you tackle everyday tasks seamlessly. Get richer answers, set and edit reminders, stream media and control your smart home more naturally.<br><br>• Use Gemini Live by saying **"Hey Google, let's chat."** Get expert help, learn new concepts and brainstorm ideas. Chat freely, interrupt and ask follow-up questions, just like you would with a friend, all without having to repeat "Hey Google."<br><br>**Expand your knowledge** [1]<br><br>1. Deepen your expertise on all sorts of topics, like unraveling scientific or natural mysteries. "Hey Google, help me explain to my 7-year-old how electricity works." or "Hey Google, how is glass made from sand?"<br><br>2. Ask it to explain more complex subjects. "Hey Google, my teacher said looking at distant stars is like looking back in time. Can you explain that?"<br><br>3. Get a personal tour of current events: "Hey Google, I heard there was a breakthrough in quantum computing"<br><br>4. Learn new words. "Hey Google, what's the term for the smell of rain?"<br><br>5. Clear up tricky definitions. "Hey Google, what's the difference between 'affect' and 'effect,' and what's a trick to remember which one to use?" Follow up with, "Hey Google, give me some examples in a sentence."<br><br>6. Understand global issues. "Hey Google, what's a trade deficit?" |

---

[59] *See 100 things to try with the new Gemini for Home voice assistant,* https://blog.google/products/google-nest/gemini-for-home-things-to-try/.

**Appendix B:  U.S. Patent No. 8,930,196**

**Get quick answers and facts** [1]

7. Discover fun facts by asking something like, "Hey Google, what land mammal is the fastest swimmer?" Or try, "Hey Google, how many people would fit into the tallest building in the world?"

8. Brush up on your sports trivia. "Hey Google, who are the top five scoring players in basketball history?"

9. Or ask hypotheticals. "OK Google, which of these players would win in a one-on-one tournament, in their prime?"

10. Leave your calculator in the drawer: "OK Google, what is the square root of 6,754?"And now with Gemini, you can ask for even more advanced calculations like, "OK Google, if I have $1,000 in my savings account, how much will it increase over five years with an interest rate of 4%?"

**Follow sports**

11. See when your team is playing next: "Hey Google, when is the '<team name>'s next game?" And, to be sure you don't miss it, follow up with "Hey Google, put it on my calendar."

12. Get deeper into the game. "Hey Google, what are the match-ups to watch for in Monday night's game?"

13. Catch up on the results. "Hey Google, how did <insert driver name> do in the last race?" Or see how the season is going. "Hey Google, who's leading the series?"

**Discover and enjoy music**

17. It's easy to listen to your favorite artists on your preferred streaming service without lifting a finger. "Hey Google, play <song name>" or "OK Google, play <artist name>."

18. Can't remember the specific details of what you want to listen to? Just give a hint like, "Hey Google, play the song from the movie where they fly into space to blow up an asteroid."

19. Discover new artists. "Hey Google, who sings this song?"

20. Learn more about what you're listening to. "OK Google, what are these lyrics about?"

21. Find songs similar to what you're listening to. "OK Google, what are some other songs similar to this one?"

22. Get nostalgic. "Hey Google, play the song of the summer from 1998."

23. Or find music to match your mood. "OK Google, I want a pop song about overcoming obstacles."

B-55

**Appendix B:  U.S. Patent No. 8,930,196**

| | | |
|---|---|---|
| | | **Listen to podcasts, watch videos and TV**<br><br>24. Keep up with podcasts. "Hey Google, play the latest episode of <podcast name>."<br><br>25. Listen to interviews with your favorite people. "OK Google, play a recent podcast featuring Sundar Pichai."<br><br>26. Dive deeper into your interests. "Hey Google, play a podcast about life in ancient Rome," or "OK Google, play a podcast about standup comedy."<br><br>27. Watch millions of YouTube videos, on any topic, right on your smart display. "OK Google, play a video on how skyscrapers are built."<br><br>28. Follow your favorite content creators on YouTube. "Hey Google, play the latest video from <channel creator>."<br><br>29. Find must-watch content. "Hey Google, what's that new movie for kids with the catchy songs everyone is talking about?" Or, "Hey Google, create a list of award-winning TV shows for me."<br><br>30. Play, pause, rewind, skip ahead, skip next or adjust the volume with your voice. "Hey Google, lower the volume."<br><br>31. Bring the music with you as you move around your home. "Hey Google, move the music to the living room speaker."<br><br>**Control your home** [2]<br><br>32. Turn on the lights in the room. "Hey Google, turn on the lights." And now with Gemini, you can control devices in certain parts of your home: "Hey Google, turn off all the lights except for the living room" or, "OK Google, dim the lights, set the temp to 72° and turn on the TV."<br><br>33. Schedule your wind down. "Hey Google, turn off the lights in 10 minutes."<br><br>34. Secure your home just by asking. "Hey Google, lock all the doors."<br><br>35. View your cameras on your smart display. "OK Google, show me the backyard camera."<br><br>36. Keep on top of your energy consumption. "Hey Google, how many lights are on?" |

B-56

**Appendix B:  U.S. Patent No. 8,930,196**

| | | |
|---|---|---|
| | | **Use cameras to know what's happening in your home**<br><br>37. Stay on top of your deliveries. "Hey Google, were any packages delivered yesterday?" [3] [4]<br><br>38. Get a quick summary of events at home. "Hey Google, catch me up on what happened at home today." [3] [4]<br><br>39. Stay in the know. "Hey Google, what time did Olivia come home?" [3] [4]<br><br>40. Keep track of your furry friends. "Hey Google, did someone take the dog out today?" [3] [4]<br><br>41. Search your camera history to solve mysteries. "Hey Google, did something eat my plants in the backyard?"or "Hey Google, was there an animal in my backyard last night?" [3] [4]<br><br>**Organize household tasks, lists and reminders**<br><br>42. Get prepared for the day. "Hey Google, what's on my calendar tomorrow?"<br><br>43. Start the day right. "Hey Google, set an alarm for 10 minutes before sunrise."<br><br>44. Find your work-life balance. "Hey Google, add 'yoga class' to my calendar every Monday at 6 p.m."<br><br>45. Organize your social life. "Hey Google, add dinner with Julian to my calendar at 6 p.m. on Saturday." And make quick adjustments. "Hey Google, actually make that 7 p.m."<br><br>46. Add appointments to a shared family calendar. "Ok Google, Jeremy has a dentist appointment on Wednesday at 3 p.m."<br><br>47. Start collaborative notes. "Hey Google, create a note called 'vacation ideas' and add 'go to the beach.'"<br><br>48. Collaborate on a family packing list. "Hey Google, create a list of things we might need on a family hike."<br><br>49. Make time for memories: "Hey Google, remind us to go stargazing on the night when we can see the Geminids best."<br><br>50. Prepare for the day. "Hey Google, will it rain today?"or "Hey Google, how long will it take me to get to Mountain View?"<br><br>51. Plan your weekend activities. "Hey Google, which day looks better for a bike ride this weekend?"<br><br>52. Check local hours. "Hey Google, what time does the coffee shop near me close?"<br><br>53. Remember important errands, "Hey Google, remind me to order a turkey one week before Thanksgiving." | |

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1c] comparing, by the preset call command recognition unit, the input speech with a preset call command; | In the accused instrumentalities, the preset call command recognition unit compares the input speech with a preset call command. |
|  | For example, according to Google, Google Assistant devices use a "hotword," such as "Ok Google" or "Hey Google," as a preset call command:[60]<br><br> |

---

[60] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306.

B-59

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Google Assistant devices compare the received input speech with a preset call command through a combination of hardware, processing, and software functions, for example, "[f]or Google Assistant, both 'Hey Google' and 'OK Google' are the wake words. Once it hears the wake words, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us":[61]<br><br>**What are Wake Words?**<br><br>Wake words are specific phrases that activate voice-activated virtual assistants. They are designed to get the attention of device and signal that user want to interact with it.<br><br>For Google Assistant, both "Hey Google" and "Ok Google" are the wake words. Once it hears one of these phrases, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us. |

---

[61] *See Google Assistant - Quick Guide*, https://www.tutorialspoint.com/google-assistant/google-assistant-quick-guide.htm.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant devices compare the received input speech with a preset call command, for example "[w]hen you say 'Hey Google,' this allows you to get hands-free help as it voice-activates your Assistant-enabled devices":[62]<br><br>**Access Google Assistant with your voice**<br><br>**Important:** To access this feature on some devices, you must have Voice Match.<br><br>When you say "Hey Google," this allows you to get hands-free help as it voice-activates your Assistant-enabled devices ⌐ .<br><br>You can use a speaker or Smart Display with built-in Google Assistant.<br><br>Android    iPhone & iPad<br><br>**Turn on Google Assistant**<br>1. On your Android phone or tablet, open the Google Home app ⌂ .<br>2. At the bottom, tap **Turn on**.<br>    • If Google Assistant is off, you'll get the option to turn it on.<br>Learn how to set up Google Assistant on your phone or tablet.<br><br>**Turn off Google Assistant**<br>1. On most Assistant-enabled devices, say "Hey Google, open Assistant settings."<br>    • Alternatively, open the Google Assistant app ● and say, "Assistant settings."<br>2. Under "All settings," tap **General**.<br>    • If you don't find "General," tap **View all settings** or **See all Assistant Settings**.<br>3. Turn off **Google Assistant**. |

---

[62] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, "Google Assistant powers 'Hey Google'" for Google Gemini devices which compare the received input speech with a preset call command, for example, "[w]hen 'Hey Google' is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google.' This can also happen if there is a noise that sounds like 'Hey Google.' . . . Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers" or "Gemini":[63]

**How Google Assistant powers "Hey Google" & Voice Match for your Gemini mobile app**

You can use your voice to get help from your Gemini mobile app with "Hey Google" and Voice Match, powered by Google Assistant.

When "Hey Google" is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears "Hey Google." When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like "Hey Google."

When you use "Hey Google" and Voice Match for your Gemini mobile app, Google Assistant detects the activation, recognizes you with Voice Match, routes your query to Gemini, and helps Gemini to fulfill your request if it is a quick voice action feature that Gemini is still learning to handle directly. When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps Activity. If your assistant activates when you didn't intend it to and your Keep Activity setting is turned off, that interaction will not be stored in Gemini Apps Activity. If, however, your Keep Activity setting is on, your assistant interactions, including any unintended activations, will be stored and treated like normal activations. Your Gemini Apps activity is used to develop and improve Google services (including technologies that help reduce unintended activations), as explained in Google's Privacy Policy.  You can turn off your Keep Activity setting any time.

---

[63] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, Google Assistant Service API supports controlling when to trigger an Assistant request:[64] |
|---|---|
| | Customize how your project interacts with the Assistant<br><br>Trigger the Assistant<br><br>With the Google Assistant Service API, you control when to trigger an Assistant request. Modify the sample code to control this (for example, at the push of a button). Triggering an Assistant request is done by sending a request to `EmbeddedAssistant.Assist`. |

---

[64] *See Google Assistant SDK Next Steps*, https://developers.google.com/assistant/sdk/guides/service/python/embed/next-steps.

B-63

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Android provides AlwaysOnHotwordDetector as an abstraction on top of the hardware DSP. This provides a convenient way to associate a VoiceInteractionService to a voice model for low energy always-on voice recognition:[65]

---

[65] *See Integration flows*, https://source.android.com/docs/automotive/voice/voice_interaction_guide/integration_flows.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Android provides access to a always-on hotword detector at the DSP level by means of the AlwaysOnHotwordDetector. way to implement hotword detection with low CPU:[66]

---

[66] *See App development*, https://source.android.com/docs/automotive/voice/voice_interaction_guide/app_development.

B-65

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, the code and documentation of the AlwaysOnHotwordDetector below describe how the input speech is compared with a preset call command: [67]<br><br>```java<br>public AlwaysOnHotwordDetector(String text, String locale, Callback callback,<br>        KeyphraseEnrollmentInfo keyphraseEnrollmentInfo,<br>        IVoiceInteractionService voiceInteractionService,<br>        IVoiceInteractionManagerService modelManagementService) {<br>    mText = text;<br>    mLocale = locale;<br>    mKeyphraseEnrollmentInfo = keyphraseEnrollmentInfo;<br>    mKeyphraseMetadata = mKeyphraseEnrollmentInfo.getKeyphraseMetadata(text, locale);<br>    mExternalCallback = callback;<br>    mInternalCallback = new SoundTriggerListener(new MyHandler());<br>    mVoiceInteractionService = voiceInteractionService;<br>    mModelManagementService = modelManagementService;<br>    if (mKeyphraseMetadata != null) {<br>        mEnrolledSoundModel = internalGetKeyphraseSoundModel(mKeyphraseMetadata.id);<br>    } else {<br>        mEnrolledSoundModel = null;<br>    }<br>    int initialAvailability = internalGetAvailabilityLocked();<br>    mDisabled = (initialAvailability == KEYPHRASE_HARDWARE_UNAVAILABLE)<br>            || (initialAvailability == KEYPHRASE_UNSUPPORTED);<br>}<br><br>/**<br> * Gets the state of always-on hotword detection for the given keyphrase and locale<br> * on this system.<br> * Availability implies that the hardware on this system is capable of listening for<br> * the given keyphrase or not.<br> *<br> * @return Indicates if always-on hotword detection is available for the given keyphrase.<br> *         The return code is one of {@link #KEYPHRASE_HARDWARE_UNAVAILABLE},<br> *         {@link #KEYPHRASE_UNSUPPORTED}, {@link #KEYPHRASE_UNENROLLED} or<br> *         {@link #KEYPHRASE_ENROLLED}.<br> */<br>``` |

---

[67] *See AlwaysOnHotwordDetector.java*,
https://android.googlesource.com/platform/frameworks/base/+/110f569/core/java/android/service/voice/AlwaysOnHotwordDetector.java.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the code and documentation of the HotwordDetectionService below describes how the input speech is compared with a preset call command: [68]

```
* <p>When responding to a detection event, the
* {@link HotwordDetectedResult#getHotwordPhraseId()} must match a keyphrase ID listed
* in the eventPayload's
* {@link AlwaysOnHotwordDetector.EventPayload#getKeyphraseRecognitionExtras()} list. This is
* forcing the intention of the {@link HotwordDetectionService} to validate an event from the
* voice engine and not augment its result.
*
* @param eventPayload Payload data for the hardware detection event. This may contain the
*           trigger audio, if requested when calling
*           {@link AlwaysOnHotwordDetector#startRecognition(int)}.
*           Each {@link AlwaysOnHotwordDetector} will be associated with at minimum a unique
*           keyphrase ID indicated by
*           {@link AlwaysOnHotwordDetector.EventPayload#getKeyphraseRecognitionExtras()}[0].
*           Any extra
*           {@link android.hardware.soundtrigger.SoundTrigger.KeyphraseRecognitionExtra}'s
*           in the eventPayload represent additional phrases detected by the voice engine.
* @param timeoutMillis Timeout in milliseconds for the operation to invoke the callback. If
*               the application fails to abide by the timeout, system will close the
*               microphone and cancel the operation.
* @param callback The callback to use for responding to the detection request.
*
* @hide
*/
```

---

[68] *See HotwordDetectionService.java*,
https://android.googlesource.com/platform/frameworks/base/%2B/refs/heads/main/core/java/android/service/voice/HotwordDetection
Service.java?.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[69]

> The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query.  A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.
>
> For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent.  Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.
>
> In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of
>
> $$D = \operatorname*{argmin}_{t} \left(t > \sigma_w \wedge \forall_{t-\sigma_w}^t \left(\mathbb{P}\left(y_t|x_t, \lambda\right) > \sigma_p\right)\right)$$
>
> where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made).

---

[69] *See*  Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses Keyword Spotting (KWS) to quickly detect a trigger phrase (e.g. "OK Google")[70] <br><br> We present a novel keyword spotting (KWS) system that uses contextual automatic speech recognition (ASR). For voice-activated devices, it is common that a KWS system is run on the device in order to quickly detect a trigger phrase (e.g. "Ok Google"). After the trigger phrase is detected, the audio corresponding to the voice command that follows is streamed to the server. The audio is transcribed by the server-side ASR system and semantically processed to generate a response which is sent back to the device. Due to limited resources on the device, the device KWS system might introduce false accepts (FA) and false rejects (FR) that can cause an unsatisfactory user experience. |

---

[70] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

B-69

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, according to Google, Google's keyword spotting architecture employs a two-stage cascade design. where a low-power first-stage network continuously monitors incoming audio to detect a wake word such as "Hey Google.":[71]<br><br>**2  Architecture**<br><br>Our system, shown in figure 1 is a cascade of two keyword detectors that trade-off computation and memory footprint (and thus power consumption), with accuracy. The first stage is very small and executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection it passes the audio buffer to the second stage, and continues to stream the audio that follows. The second stage uses uses a larger and more accurate model to make the final decision. The second stage also supports speaker verification, allowing only known speakers to trigger the keyword.<br><br>This cascade approach is advantageous regardless of where the execution takes place, however when running continuously it is impossible to meet the previously described power restrictions using a standard mobile AP. Thus, we utilize power-isolated memory and processor, typically in the form of a DSP, to execute the continuous first stage. The second stage, with more relaxed power constraints, |
|---|---|

---

[71] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google Assistant supports Conversation Actions:[72]

Conversational Actions

◆ AI-generated Key Takeaways

Conversational Actions let you extend Google Assistant with your own conversational interfaces that give users access to your products and services. Actions leverage Assistant's powerful natural language understanding (NLU) engine to process and understand natural language input and carry out tasks based on that input.

</td>
</tr>
</table>

---

[72] *See Conversational Actions _ Google for Developers*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Conversation Action uses an invocation which defines how users tell the Assistant they want to start a conversation with one of its Actions:[73]



A Conversational Action is a simple object that defines an entry point (referred to as invocation) into a conversation:

- An **invocation** defines how users tell Assistant they want to start a conversation with one of your Actions. An Action's invocation is defined by a single intent that gets matched when users request the Action.

- A **conversation** defines how users interact with an Action after it's invoked. You build conversations with intents, types, scenes, and prompts.

- In addition, your Actions can delegate extra work to **fulfillment**, which are web services that communicate with your Actions via webhooks. This lets you do data validation, call other web services, carry out business logic, and more.

You bundle one or many Actions together, based on the use cases that are important for your users, into a logical container called an Actions project. Your Actions project contains your entire invocation model (the collection of all your invocations), which lets users start at logical places in your conversation model (all the possible things users can say and all the possible ways you respond back to users).

**Figure 1**. A collection of Actions that serve as entry points into a conversation model. Intents that are eligible for invocation are considered to be global.

---

[73] *See Conversational Actions _ Google for Developers*, https://developers.google.com/assistant/conversational/actions.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant includes a system intent called *actions.intent.MAIN*, which is the default main invocation:[74] <br><br> List of intents <br><br> **Intent** — **Description** <br> `actions.intent.MAIN` — Every Actions project must contain this default main invocation, which is tied to your display name. Users say phrases like "*Ok Google, talk to <display name>*" to invoke the Action. <br> `actions.intent.NO_MATCH_1` <br> `actions.intent.NO_MATCH_2` — These intents are matched when the user says something that can't be matched to an intent in your Action. You can set individual reprompts and an exit message in the final intent. <br> `actions.intent.NO_MATCH_FINAL` — ⚠ Do not use `NO_MATCH` intents to fulfill a user's query. `NO_MATCH` intents should be used only for reprompting a user for valid input. <br> For more information, refer to the No-match yielding section. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[74] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[d]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1d] determining, by the preset call command recognition unit, whether the input speech is recognized as the preset call command according to a result of the comparison; and | In the accused instrumentalities, the preset call command recognition unit determines whether the input speech is recognized as the preset call command according to a result of the comparison. |
|  | For example, Google Assistant devices determine whether the received input speech is recognized as a preset call command according to a result of the comparison through a combination of hardware, processing, and software functions, for example, "[f]or Google Assistant, both 'Hey Google' and 'OK Google' are the wake words. Once it hears the wake words, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us":[75]<br><br>What are Wake Words?<br><br>Wake words are specific phrases that activate voice-activated virtual assistants. They are designed to get the attention of device and signal that user want to interact with it.<br><br>For Google Assistant, both "Hey Google" and "Ok Google" are the wake words. Once it hears one of these phrases, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us. |

[75] *See Google Assistant - Quick Guide*, https://www.tutorialspoint.com/google-assistant/google-assistant-quick-guide.htm.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr><td></td><td>

For example, "Google Assistant powers 'Hey Google'" for Google Gemini devices determine whether the received input speech is recognized as a preset call command according to a result of the comparison, for example, "[w]hen 'Hey Google' is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google.' This can also happen if there is a noise that sounds like 'Hey Google.' . . . Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers" or "Gemini":[76]

**How Google Assistant powers "Hey Google" & Voice Match for your Gemini mobile app**

You can use your voice to get help from your Gemini mobile app with "Hey Google" and Voice Match, powered by Google Assistant.

When "Hey Google" is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears "Hey Google." When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like "Hey Google."

When you use "Hey Google" and Voice Match for your Gemini mobile app, Google Assistant detects the activation, recognizes you with Voice Match, routes your query to Gemini, and helps Gemini to fulfill your request if it is a quick voice action feature that Gemini is still learning to handle directly. When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps Activity. If your assistant activates when you didn't intend it to and your Keep Activity setting is turned off, that interaction will not be stored in Gemini Apps Activity. If, however, your Keep Activity setting is on, your assistant interactions, including any unintended activations, will be stored and treated like normal activations. Your Gemini Apps activity is used to develop and improve Google services (including technologies that help reduce unintended activations), as explained in Google's Privacy Policy.  You can turn off your Keep Activity setting any time.

</td></tr>
</table>

---

[76] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

B-75

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Google Assistant devices determine whether the received input speech is recognized as a preset call command according to a result of the comparison, for example "Google Assistant might activate when you didn't say 'Hey Google' or 'Ok Google.' This can happen when it detects something that sounds similar":[77] <br><br> **Adjust how sensitive Google Assistant is to "Hey Google"** <br><br> You can control how sensitive Google Assistant is to voice commands like "Hey Google" or "Ok Google." <br><br> Google Assistant might activate when you didn't say "Hey Google" or "Ok Google." This can happen when it detects something that sounds similar or you manually activate your device accidentally. If this happens often, you can make it less sensitive. <br><br> Also, Google Assistant might not activate when you say "Hey Google" or "Ok Google," particularly in a noisy environment. If this happens often, you can make it more sensitive. <br><br> **Important:** The sensitivity setting doesn't affect which device is used when you have more than one Google Assistant device. Google chooses the best device to respond to your request. Learn how Assistant responds on your preferred devices. |
|---|---|

---

[77] *See Adjust how sensitive Google Assistant is to "Hey Google," https://support.google.com/assistant/answer/9712065.*

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, according to Google, Google's keyword spotting architecture employs a two-stage cascade design. where a low-power first-stage network continuously monitors incoming audio to detect a wake word such as "Hey Google.":[78]

## 2  Architecture

Our system, shown in figure 1 is a cascade of two keyword detectors that trade-off computation and memory footprint (and thus power consumption), with accuracy. The first stage is very small and executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection it passes the audio buffer to the second stage, and continues to stream the audio that follows. The second stage uses uses a larger and more accurate model to make the final decision. The second stage also supports speaker verification, allowing only known speakers to trigger the keyword.

This cascade approach is advantageous regardless of where the execution takes place, however when running continuously it is impossible to meet the previously described power restrictions using a standard mobile AP. Thus, we utilize power-isolated memory and processor, typically in the form of a DSP, to execute the continuous first stage. The second stage, with more relaxed power constraints,

</td>
</tr>
</table>

---

[78] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[79]<br><br>The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.<br><br>For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.<br><br>In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of<br><br>$$D = \operatorname*{argmin}_{t} \left(t > \sigma_w \wedge \forall_{t-\sigma_w}^{t} \left(\mathbb{P}\left(y_t|x_t, \lambda\right) > \sigma_p\right)\right)$$<br><br>where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made). |

---

[79] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the code documentation of the HotwordDetectionService below describes how the input speech is determined to be recognized as the preset call command: [80]

```
/**
 * Called when the device hardware (such as a DSP) detected the hotword, to request second stage
 * validation before handing over the audio to the {@link AlwaysOnHotwordDetector}.
 *
 * <p>After {@code callback} is invoked or {@code timeoutMillis} has passed, and invokes the
 * appropriate {@link AlwaysOnHotwordDetector.Callback callback}.
 *
 * <p>When responding to a detection event, the
 * {@link HotwordDetectedResult#getHotwordPhraseId()} must match a keyphrase ID listed
 * in the eventPayload's
 * {@link AlwaysOnHotwordDetector.EventPayload#getKeyphraseRecognitionExtras()} list. This is
 * forcing the intention of the {@link HotwordDetectionService} to validate an event from the
 * voice engine and not augment its result.
 *
 * @param eventPayload Payload data for the hardware detection event. This may contain the
 *            trigger audio, if requested when calling
 *            {@link AlwaysOnHotwordDetector#startRecognition(int)}.
 *            Each {@link AlwaysOnHotwordDetector} will be associated with at minimum a unique
 *            keyphrase ID indicated by
 *            {@link AlwaysOnHotwordDetector.EventPayload#getKeyphraseRecognitionExtras()}[0].
 *            Any extra
 *            {@link android.hardware.soundtrigger.SoundTrigger.KeyphraseRecognitionExtra}'s
 *            in the eventPayload represent additional phrases detected by the voice engine.
 * @param timeoutMillis Timeout in milliseconds for the operation to invoke the callback. If
 *                the application fails to abide by the timeout, system will close the
 *                microphone and cancel the operation.
 * @param callback The callback to use for responding to the detection request.
 *
 * @hide
 */
```

---

[80] *See HotwordDetectionService.java*, https://android.googlesource.com/platform/frameworks/base/%2B/refs/heads/main/core/java/android/service/voice/HotwordDetectionService.java?.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[e]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1e] based on determining that the input speech is recognized as the preset call command, activating a continuous speech recognition unit configured to determine whether the subsequent input speech is recognized as an actual command, in order to reduce computational load on the device; and | In the accused instrumentalities, based on determining that the input speech is recognized as the preset call command, a continuous speech recognition unit configured to determine whether the subsequent input speech is recognized as an actual command is activated in order to reduce computational load on the device. |

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, the KWS system determine whether the subsequent input speech is recognized as an actual command by using a secondary KWS system that runs on the server side to eliminate "false accepts": [81]<br><br>In this paper we describe a system that uses two KWS systems. The primary KWS system runs on-device and determines which queries to send to the server. The secondary KWS system runs on the server side and is used to suppress queries that were falsely accepted by the primary on-device KWS system. The secondary KWS system takes advantage of the server-side ASR system, including larger models and more resources, to provide more accurate trigger phrase detection and eliminate a large percentage of false accepts. In the proposed system, once the on-device KWS triggers, the audio corresponding to both the trigger phrase and the query is sent to the server. The server-side ASR system decodes the concatenated audio using a context-aware recognizer for improved KWS performance. Once the ASR result is complete, the server-side KWS task is reduced to string matching: If the ASR result does not contain the trigger-phrase, the query is suppressed. Otherwise, the query is considered a true accept and is processed further.<br><br>We evaluate the proposed system on several human-transcribed test sets. We show that adding the server-side KWS system leads to a significant reduction of FA rates, with only a minimal increase of FR rates. Furthermore, we show that our system improves speech recognition accuracy, significantly reducing word error rate (WER). It does so by continuously decoding the audio corresponding to both trigger phrase and the query, thus: |

---

[81] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, the keyword spotter produces alignment information to improve start-of-speech detection which helps determine whether the recognized subsequent input corresponds to a valid command: [82]<br><br>A third, optional, stage occurs on the sever side as part of the full speech recognizer, which can further reduce the false accept rate [5]. In addition, the keyword spotter produces alignment information, which can improve start-of-speech detection. Because of this, and coarticulation effects, the overall word error rate can be improved on the query. |
| | For example, "Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google.' . . . When in standby mode, it won't send what you're saying to Google servers or anyone else. After Google Assistant detects an activation, it exits standby mode and sends your request to Google servers":[83]<br><br>Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears "Hey Google." The status indicator on your device will let you know when Google Assistant is activated. When in standby mode, it won't send what you're saying to Google servers or anyone else. After Google Assistant detects an activation, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like "Hey Google" or an unintended manual activation. |

---

[82] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

[83] *See How Google Assistant is designed for your privacy*, https://support.google.com/assistant/answer/11091714.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google Gemini, "powered by Google Assistant," "is designed to wait in standby mode until it detects an activation, like when it hears 'Hey Google' When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers. . . When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps Activity. If your assistant activates when you didn't intend it to and your Keep Activity setting is turned off, that interaction will not be stored in Gemini Apps Activity": [84]

**How Google Assistant powers "Hey Google" & Voice Match for your Gemini mobile app**

You can use your voice to get help from your Gemini mobile app with "Hey Google" and Voice Match, powered by Google Assistant.

When "Hey Google" is turned on, Google Assistant is designed to wait in standby mode until it detects an activation, like when it hears "Hey Google." When in standby mode, Google Assistant won't send what you are saying to Google or anyone else. Once Google Assistant detects an activation, and recognizes it's you with Voice Match, it exits standby mode and sends your request to Google servers. This can also happen if there is a noise that sounds like "Hey Google."

When you use "Hey Google" and Voice Match for your Gemini mobile app, Google Assistant detects the activation, recognizes you with Voice Match, routes your query to Gemini, and helps Gemini to fulfill your request if it is a quick voice action feature that Gemini is still learning to handle directly. When you interact with Gemini and Google Assistant is helping, your interactions are stored in Gemini Apps Activity. If your assistant activates when you didn't intend it to and your Keep Activity setting is turned off, that interaction will not be stored in Gemini Apps Activity. If, however, your Keep Activity setting is on, your assistant interactions, including any unintended activations, will be stored and treated like normal activations. Your Gemini Apps activity is used to develop and improve Google services (including technologies that help reduce unintended activations), as explained in Google's Privacy Policy.  You can turn off your Keep Activity setting any time.

</td>
</tr>
</table>

---

[84] *See What you can do with Gemini mobile app*, https://support.google.com/gemini/answer/14579631?sjid=9759800305304247037-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Android provides AlwaysOnHotwordDetector. The code and documentation of the AlwaysOnHotwordDetector below describe how the input speech is determined to be recognized as the preset call command: [85]

```java
static final class SoundTriggerListener extends IRecognitionStatusCallback.Stub {
    private final Handler mHandler;

    public SoundTriggerListener(Handler handler) {
        mHandler = handler;
    }

    @Override
    public void onDetected(byte[] data) {
        Slog.i(TAG, "onDetected");
        Message message = Message.obtain(mHandler, MSG_HOTWORD_DETECTED);
        message.obj = data;
        message.sendToTarget();
    }

    @Override
    public void onDetectionStopped() {
        Slog.i(TAG, "onDetectionStopped");
        mHandler.sendEmptyMessage(MSG_DETECTION_STOPPED);
    }
}

class MyHandler extends Handler {
    @Override
    public void handleMessage(Message msg) {
        switch (msg.what) {
            case MSG_HOTWORD_DETECTED:
                mExternalCallback.onDetected((byte[]) msg.obj);
                break;
            case MSG_DETECTION_STOPPED:
                mExternalCallback.onDetectionStopped();
            default:
                super.handleMessage(msg);
```

---

[85] *See AlwaysOnHotwordDetector.java*, https://android.googlesource.com/platform/frameworks/base/+/110f569/core/java/android/service/voice/AlwaysOnHotwordDetector.java.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google Assistant uses Automatic Speech Recognition (ASR) to determine what words were spoken by the user, Natural Language Processing (NLP) to analyze and understand the meaning of the request from these words:[86]



---

[86] *See Device Actions Overview*, https://developers.google.com/assistant/sdk/device-actions-overview.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google uses Cloud Speech-to-Text On Device:[87]

## Overview 🔗

**Speech-to-Text On Device** enables speech technology on embedded devices. This feature allows you to run streaming speech recognition fully on device, without any connection to a network or Google servers. The on-device solution offers several benefits for this use case when compared to a server-side solution: Speech recognition is available even if the device isn't connected to the network or network connection is limited, and the user's data doesn't leave the device.

| Key capabilities | |
|---|---|
| High quality transcription | Apply Google's algorithms to automatic speech recognition. |
| Offline | Speech Recognition without internet connection. |
| Low Latency | Speech Recognition runs fast locally on device. |
| Efficient models | Deploy efficiently with models that are less than 1 GB in size and consume minimal resources. |
| Voice Activity Detection | Detects start and end of human speech. |
| Confidence | Get confidence estimates on the transcription. |
| Model adaptation | Boost the transcription accuracy of rare and domain-specific words or phrases. |

</td>
</tr>
</table>

---

[87] *See Transcribe speech to text by using the API*, https://cloud.google.com/speech-to-text/docs/transcribe-api.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses Speech-to-Text API:[88]<br><br>**Transcribe speech to text by using the command line** 🔖 ˅    Send feedback<br><br>This page shows you how to send a speech recognition request to Speech-to-Text using the REST interface and the `curl` command.<br><br>Speech-to-Text enables easy integration of Google speech recognition technologies into developer applications. You can send audio data to the Speech-to-Text API, which then returns a text transcription of that audio file. For more information about the service, see Cloud STT basics. |

---

[88] *See Transcribe speech to text by using command line*, https://cloud.google.com/speech-to-text/docs/transcribe-api.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google's Speech On-Device technology enables on-device speech-to-text (STT) and text-to-speech (TTS) fronts:[89]

## Build speech experiences with—or without— network connectivity

From cars that drive through tunnels, to apps running on integrated devices like kiosks, to IoT devices, Speech On-Device delivers server-quality voice capabilities with a fraction of the processing power—all while helping to maintain privacy by keeping data on the local device.

Running locally is made possible by new modeling techniques, on both the Speech-to-Text (STT) and Text-to-Speech (TTS) fronts.

For Speech-to-Text (or ASR), years of work on our end-to-end Speech models, such as our latest conformer models, has decreased the size and compute necessary to run fully-featured speech models. These advancements have resulted in quality comparable to that of a server, while still allowing for models that are lightweight enough to run on local devices CPUs.

For Text-to-Speech, we leverage new technology developed at Google to bring high-quality voice into vehicles. Speech On-Device TTS not only provides acoustic quality comparable to our WaveNet technology, DeepMind's breakthrough model for generating more natural-sounding speech, but it also is significantly less computationally demanding and can easily run on embedded CPUs without the need for accelerators.

---

[89] *See Run Google Cloud Speech AI locally, no internet connection required*, https://cloud.google.com/blog/products/ai-machine-learning/speech-on-device-run-server-quality-speech-ai-locally?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, each system (STT and TTS) provides customers with a binary, built for their specific hardware, operating system, and software environment. This binary exposes a local gRPC interface that other services on the device can talk to, making it easy for multiple services to access speech recognition or speech synthesis as they need to, without additional libraries or integration: [90] |
|  | Speech On-Device is easy for developers to get started with. Each system (STT and TTS) provides customers with a binary, built for their specific hardware, operating system, and software environment. This binary exposes a local gRPC interface that other services on the device can talk to, making it easy for multiple services to access speech recognition or speech synthesis as they need to, without additional libraries or integration.<br><br>Each model is only a couple hundred megabytes in size. The entire system can run on the single core of a modern ARM-based System on Chip (SoC) while still achieving latencies usable for real-time interactions. This means it can be added to existing systems without worrying about acceleration or optimization. And, as with all Cloud Speech-to-Text API models, Speech On-Device is built to work directly out-of-the-box, with no training or customization necessary. |

---

[90] *See Run Google Cloud Speech AI locally, no internet connection required*, https://cloud.google.com/blog/products/ai-machine-learning/speech-on-device-run-server-quality-speech-ai-locally?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses Natural language API:[91]<br><br>### What is Google NLP Algorithms?<br><br>Google NLP algorithms were designed to help better understand & process queries on its search engine as humans would. Elements of language like context, tone, phrasing, and specificity can be better processed using NLP machine learning frameworks.<br><br>Even though Google has been using NLP machine learning since 2011, only in 2019 was Google NLP integrated into the search engine. This algorithm was named BERT. Google Natural Language Processing (NLP) research focuses on algorithms that apply at scale across languages, & domains. The systems are used in numerous ways across Google, impacting user experience in search results, mobile apps, ads, translation, and more.<br><br>**Note:** NLP isn't something that Google invented at first. But, later on, most AI language models Google developed, such as BERT, SMITH, and LaMDA, have Neural Network-based NLP (Machine Learning uses word embedding, sentence embedding, and sequence-to-sequence modeling for better quality results) as their brains.<br><br>BERT (Bidirectional Encoder Representations from Transformers) uses Google's own Transformer NLP model based on Neural Network architecture. In layman's terms, Google is not looking for individual content phrases but instead tries to find the context of the sentences to determine if it's better than the results already ranking in the top positions. |
| | For example, Google uses NLP Algorithms:[92]<br><br>KEY FEATURES<br><br>### Natural language solutions that work with your text<br><br>**Natural Language API**<br><br>The powerful pre-trained models of the Natural Language API empowers developers to easily apply natural language understanding (NLU) to their applications with features including sentiment analysis, entity analysis, entity sentiment analysis, content classification, and syntax analysis. |

---

[91] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

[92] *See Natural Language AI*, https://cloud.google.com/natural-language?hl=en#documentation.

B-92

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Recurrent Neural Network Transducers:[93]

> **Recurrent Neural Network Transducers**
> RNN-Ts are a form of sequence-to-sequence models that do not employ attention mechanisms. Unlike most sequence-to-sequence models, which typically need to process the entire input sequence (the waveform in our case) to produce an output (the sentence), the RNN-T continuously processes input samples and streams output symbols, a property that is welcome for speech dictation. In our implementation, the output symbols are the characters of the alphabet. The RNN-T recognizer outputs characters one-by-one, as you speak, with white spaces where appropriate. It does this with a feedback loop that feeds symbols predicted by the model back into it to predict the next symbols, as described in the figure below.

---

[93] *See An All-Neural On-Device Speech Recognizer*

, https://research.google/blog/an-all-neural-on-device-speech-recognizer/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses NLU(natural language understanding) engine:[94]<br><br>When the NLU engine detects a parameter match in user input, it extracts the value as a typed parameter, so you can carry out logic with it in a scene. If an intent parameter has the same name as a scene slot, the Assistant runtime automatically fills the scene slot with the value from the intent parameter. See the slot value mapping documentation for more information.<br><br>Intent parameters also support "partial" matches. For example, if you specify a type of `DateTime` and the user only provides a date, the NLU still extracts the partial value as a parameter.<br><br>You may want to use your own NLU to handle all user input for an Action. For example, you may want your Action to respond to all no-match scenarios during a conversation. To ensure you capture all user input, create an intent with the Free form text type. However, you should avoid using custom intents to globally override Assistant's default no-match behavior, as it may negatively impact the ability of users to move between Actions. |
| | For example, Google uses Conversational AI:[95]<br><br>**What is conversational AI**<br>Conversational AI is a type of artificial intelligence (AI) that can simulate human conversation. It is made possible by natural language processing (NLP), a field of AI that allows computers to understand and process human language and Google's foundation models that power new generative AI capabilities.<br><br>Google Cloud offers conversational AI as part of Vertex AI platform offerings like Vertex AI Agent Builder and Customer Engagement Suite with Google AI. |

---

[94] *See Intents*, https://developers.google.com/assistant/conversational/intents.

[95] *See Conversational AI for richer, more intuitive experiences*, https://cloud.google.com/conversational-ai.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Local fulfillment. The Local Home SDK enhances your smart home integration by adding a local path to route smart home intents directly to a Google Home device, which enhances reliability and reduces latency in processing users' commands:[96]



The Local Home SDK enhances your smart home integration by adding a local path to route smart home intents directly to a Google Home device, which enhances reliability and reduces latency in processing users' commands. It lets you write and deploy a local fulfillment app in TypeScript or JavaScript that identifies devices and executes commands on any Google Home smart speaker or Google Nest smart display. Your app then communicates directly with users' existing smart devices over the local area network by using existing standard protocols to fulfill commands.

---

[96] *See Enable local fulfillment for Cloud-to-cloud integrations*, https://developers.home.google.com/codelabs/smarthome-local#1.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Assistant uses intents, which represents a task that the Assistant needs an Action to carry out, such as processing user input or handling a system event:[97]

For example, Google Assistant supports query and execute intents:[98]

---

[97] *See Intents*, https://developers.google.com/assistant/conversational/intents.
[98] *See Query and execute*, https://developers.home.google.com/cloud-to-cloud/integration/query-execute.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, System intents have training data or other non-conversational input signals defined by Assistant: [99]



- **System intents** have training data or other non-conversational input signals defined by Assistant. This means you don't need to define training phrases for these intents. Assistant matches these intents in a standard way, during well-known system events such as main invocation or when users don't provide any input.

**Figure 1.** *A common intent matching scenario. A user says something that matches a global intent. The corresponding scene activates, and eventually consumes more user input. Another intent is matched, which transitions to and activates another scene.*

---

[99] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Assistant matches the user's intent against a list of intents to determine if there is a match:[100]

| List of intents | |
|---|---|
| **Intent** | **Description** |
| actions.intent.MAIN | Every Actions project must contain this default main invocation, which is tied to your display name. Users say phrases like *"Ok Google, talk to <display name>"* to invoke the Action. |
| actions.intent.NO_MATCH_1<br><br>actions.intent.NO_MATCH_2<br><br>actions.intent.NO_MATCH_FINAL | These intents are matched when the user says something that can't be matched to an intent in your Action. You can set individual reprompts and an exit message in the final intent.<br><br>⚠ Do not use `NO_MATCH` intents to fulfill a user's query. `NO_MATCH` intents should be used only for reprompting a user for valid input.<br><br>For more information, refer to the No-match yielding section. |

| | |
|---|---|
| actions.intent.CANCEL | This intent is matched when the user wants to exit your Actions during a conversation, such as a user saying, *"I want to quit."* |
| actions.intent.MEDIA_STATUS_FINISHED | This intent is matched and sent to your Action when a user completes media playback or skips to the next piece of media. |
| actions.intent.MEDIA_STATUS_PAUSED | This intent is matched and sent to your Action when a user pauses media playback in a media response. |
| actions.intent.MEDIA_STATUS_STOPPED | This intent is matched and sent to your Action when a user stops or exits media playback from a media response. |
| actions.intent.MEDIA_STATUS_FAILED | This intent is matched and sent to your Action when a media response's player fails to play. |
| actions.intent.YES | This intent is matched when a user provides an affirmative response to your Action. |

---

[100] *See Intents*, https://developers.google.com/assistant/conversational/intents.

**Appendix B:  U.S. Patent No. 8,930,196**



B-99

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Gemini's API excels at understanding context and dispatching commands for various scenarios:[101]<br><br>**What it does**<br><br>This is a voice assistant powered by Gemini AI, featuring local text-to-speech and speech-to-text capabilities that bridge voice and text interactions. Gemini's API excels at understanding context and dispatching commands for various scenarios. By building up context and utilizing API integrations, Gemini can execute Python scripts to perform diverse functions.<br>In this application, users can interact with the assistant entirely through voice, enabling hands-free and eyes-free operation. This makes it particularly useful in situations where voice is the only available means of communication. The assistant's capabilities include:<br><br>Multiple speaker recognition<br>Unknown voice noise filtering<br>Controlling smart home devices<br>Mimicking the user's voice<br>Switching between different voices and personalities<br>Reading and summarizing news articles<br>Get weather and other information<br>Playing Spotify music<br>Capturing photos and analyzing them<br>Navigate link through Chrome<br>Schedule voice reminder or a generic action<br><br>The Gemini-powered assistant's versatility and voice-centric design make it a powerful tool for a wide range of hands-free and eyes-free applications, including in car entertainment, walking guide, house managing, etc. |
| --- | --- |

---

[101] *See Gemini Voice Companion*, https://ai.google.dev/competition/projects/gemini-voice-companion.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google's Matter-enabled devices are controlled using voice commands with Google Assistant. Matter-enabled devices are designed to work locally over your existing home network, without the need to connect to the cloud over the internet to carry out your commands:[102] [103]

## How Matter-enabled devices are controlled

You can give commands to your Matter-enabled devices in various ways, such as tapping device controls in the Home app, the home panel on devices, using voice commands with Google Assistant, or triggering commands through automated routines.

Matter-enabled devices are designed to work locally over your existing home network, without the need to connect to the cloud over the internet to carry out your commands. How your Matter-enabled devices are controlled depends on whether you're home or away:

**From Home** ∧

When you give smart home commands to your Matter-enabled devices from within your home, these commands are carried out locally. This means they are sent directly to the Matter-enabled device over your home wireless Wi-Fi or Thread network without the need to connect to the cloud over the internet.

---

[102] *See Set up, manage, and control Matter-enabled devices with Google Home*, https://support.google.com/googlenest/answer/13127223.
[103] *See Prepare your smart home for Matter*, https://support.google.com/googlenest/answer/12391458.

**Appendix B:  U.S. Patent No. 8,930,196**

**Remotely from away**

When you give smart home commands to your Matter-enabled devices while you're away from your home, these commands are carried out by connecting to the cloud over the internet. The request from the cloud sends the command to your hub for Google Home to verify if it's from an authorized person. The hub for Google Home carries out your command directly to the Matter-enabled device, locally over your home wireless Wi-Fi or Thread network.

## How Matter-enabled devices work

Before the Matter standard, smart home devices used the home Wi-Fi network to connect to the Internet and carry out commands, like turning on a light bulb. However, from time to time, devices may not have always worked as quickly as expected, or sometimes failed to complete a command altogether. To improve this experience, Matter-enabled devices work locally over your existing home wireless network without the need to connect to the cloud over the Internet.

For example, if you haven't set up your home for Matter, a request to your Nest Mini to turn on a compatible 'Works with Google Home' smart light would traditionally be sent over the Internet to Nest cloud services. The request is then relayed to your light manufacturer's partner cloud and is sent back over the Internet again to your home to turn your light on.

However, with Matter-enabled smart home devices, the command is sent directly over your home wireless network to the smart light. This removes the need to route the command to the Nest cloud or to the device manufacturer cloud, which completes the action faster and more securely.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 1[f]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1f] wherein the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command. | In the accused instrumentalities, the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google's keyword spotting architecture employs a two-stage cascade architecture in which the first stage continuously executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection it passes the audio buffer to the second stage, and continues to stream the audio that follows: [104]

## 2   Architecture

Our system, shown in figure 1 is a cascade of two keyword detectors that trade-off computation and memory footprint (and thus power consumption), with accuracy. The first stage is very small and executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection it passes the audio buffer to the second stage, and continues to stream the audio that follows. The second stage uses uses a larger and more accurate model to make the final decision. The second stage also supports speaker verification, allowing only known speakers to trigger the keyword.

This cascade approach is advantageous regardless of where the execution takes place, however when running continuously it is impossible to meet the previously described power restrictions using a standard mobile AP. Thus, we utilize power-isolated memory and processor, typically in the form of a DSP, to execute the continuous first stage. The second stage, with more relaxed power constraints,



Figure 1: Cascade keyword spotting architecture

is both able to and required to execute a larger and better quality detection model to overcome the leniency of the first stage. However, computation is still quite important, as the second stage must be able to process the buffered audio coming from the first stage as fast as possible to minimize detection latency. Given this different set of requirements, we execute the second stage on the AP.

---

[104] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

The accused instrumentality determines whether the subsequent input speech is recognized as an actual command by using a secondary KWS system that runs on the server side to eliminate "false accepts": [105]

> In this paper we describe a system that uses two KWS systems. The primary KWS system runs on-device and determines which queries to send to the server. The secondary KWS system runs on the server side and is used to suppress queries that were falsely accepted by the primary on-device KWS system. The secondary KWS system takes advantage of the server-side ASR system, including larger models and more resources, to provide more accurate trigger phrase detection and eliminate a large percentage of false accepts. In the proposed system, once the on-device KWS triggers, the audio corresponding to both the trigger phrase and the query is sent to the server. The server-side ASR system decodes the concatenated audio using a context-aware recognizer for improved KWS performance. Once the ASR result is complete, the server-side KWS task is reduced to string matching: If the ASR result does not contain the trigger-phrase, the query is suppressed. Otherwise, the query is considered a true accept and is processed further.
>
> We evaluate the proposed system on several human-transcribed test sets. We show that adding the server-side KWS system leads to a significant reduction of FA rates, with only a minimal increase of FR rates. Furthermore, we show that our system improves speech recognition accuracy, significantly reducing word error rate (WER). It does so by continuously decoding the audio corresponding to both trigger phrase and the query, thus:

</td>
</tr>
</table>

---

[105] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses "hotword":[106]<br><br>**Turn "OK Google" (hotword) on or off**<br><br>You can talk to your Google Assistant on your Pixel Slate by saying "Ok Google" or "Hey Google." This is called the hotword.<br><br>If you turn the hotword off, you can still talk to your Google Assistant by pressing the ⌐ key or touching and holding the Launcher ◉ on your Pixel Slate.<br><br>Other external keyboards:<br><br>• Chrome OS-compatible keyboard: Press 🔍 + **a**<br>• Windows or Mac keyboard: Command/Windows + **a**<br><br>**Turn "OK Google" on or off**<br><br>1. In the bottom right, select the time to open the status area.<br>2. Select Settings ⚙ > **Search and Assistant**.<br>3. Under "Search and Assistant," select **Google Assistant**.<br>4. Turn "**Ok Google**" on or off. |
| | For example, Google device is only activated and only starts recording when you say "OK Google": [107]<br><br>**Is your Google Home device listening to everything you say?**<br><br>Ah, that infamous question! Remember the concept of a wake word? Your Google device is only activated and only starts recording when you say "OK Google." Yes your device is constantly listening for the wake word, but don't worry, it doesn't understand anything until the wake word is heard. So, the short answer is no, your device isn't listening to everything you're saying, at least, it's not understanding it… |

---

[106] *See An All-Neural On-Device Speech Recognizer*, https://research.google/blog/an-all-neural-on-device-speech-recognizer/.

[107] *See How Does Your Google Assistant Really Work*, https://medium.com/swlh/how-does-your-google-assistant-really-work-88c64d5dd38d.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses Keyword Spotting (KWS) to quickly detect a trigger phrase (e.g. "OK Google") :[108]<br><br>We present a novel keyword spotting (KWS) system that uses contextual automatic speech recognition (ASR). For voice-activated devices, it is common that a KWS system is run on the device in order to quickly detect a trigger phrase (e.g. "Ok Google"). After the trigger phrase is detected, the audio corresponding to the voice command that follows is streamed to the server. The audio is transcribed by the server-side ASR system and semantically processed to generate a response which is sent back to the device. Due to limited resources on the device, the device KWS system might introduce false accepts (FA) and false rejects (FR) that can cause an unsatisfactory user experience. |

---

[108] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

B-108

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr><td></td><td>

For example, Google uses a posterior-based confidence model that operates on DNN outputs representing frame-level posterior probabilities for each keyword token and a filler class (i.e., non-keyword speech, silence, or noise).  A decision is made using a temporal smoothing rule, which confirms detection only if a certain number of consecutive frames exceed a predefined posterior threshold:[109]

> The baseline DNN architecture consists of 3 hidden layers with 128 hidden units/layer and a softmax layer. Each hidden layer uses a rectified linear unit (ReLU) nonlinearity. The softmax output layer contains one output target for each of the
>
> words in the keyword phrase to be detected, plus a single additional output target which represents all frames that do not belong to any of the words in the keyword (denoted as 'filler' in Figure 1).  The network weights are trained to optimize a cross-entropy criterion using distributed asynchronous gradient descent [10]. Finally, in the posterior handling module, individual frame-level posterior scores from the DNN are combined into a single score corresponding to the keyword. We refer the reader to [2] for more details about the three modules.



> Figure 1: Framework of Deep KWS system, components from left to right:  (i) Feature Extraction (ii) Deep Neural Network (iii) Posterior Handling

</td></tr>
</table>

---

[109] *See* Sainath, et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google describes that a KWS system based on deep neural networks (DNNs) trained to identify word targets.  This method was shown to significantly outperform a baseline keyword-filler system:[110]



In previous work, we presented a KWS system [2] based on deep neural networks (DNNs) trained to identify word targets. This

(i) Feature Extraction     (ii) Deep Neural Network     (iii) Posterior Handling

**Fig. 1**: Block diagram of DNN-based KWS system proposed in [2].

method was shown to significantly outperform a baseline keyword-filler system. This system is appealing for our task because it can be implemented very efficiently to run in real-time on devices, and memory and power consumption can be easily adjusted by changing the number of parameters in the DNN. Although the proposed system works extremely well in clean conditions, performance degrades significantly when speech is corrupted by noise, or when the distance between the speaker and the microphone increases (i.e., in far-field conditions). In the present work, we explore techniques to improve system robustness in these two conditions.

---

[110] *See* Prabhavalkar, et. al, *AUTOMATIC GAIN CONTROL AND MULTI-STYLE TRAINING FOR ROBUST SMALL-FOOTPRINT KEYWORD SPOTTING WITH DEEP NEURAL NETWORKS*,
https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43289.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google explains that when a device detects an activation such as "Hey Google," audio is saved. Some devices include a few seconds before the activation to catch the complete request:[111]

> **When this voice & audio activity setting is on** ⌃
>
> When this voice and audio activity setting is on for your Web & App Activity, Google will save audio recordings when you interact with Google Search, Assistant, and Maps, in your Google Account.
>
> Audio is saved when your device detects an activation. Devices may support different types of activations, like "Hey Google," a quick phrase you turn on, continued conversations, or mic presses. Some devices include a few seconds before the activation to catch the complete request.
>
> Audio may be saved if your device incorrectly detects an activation, like a noise that sounds like "Hey Google." We're constantly working to make our systems better at reducing unintended activations.
>
> If you use your device without an internet connection, audio may be saved in your Google Account once you return online.

---

[111] *See Manage audio recordings in your Web & App Activity,* https://support.google.com/accounts/answer/6030020#zippy=%2Cwhen-this-voice-audio-activity-setting-is-on.

B-111

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google's Natural Language Processing pipeline begins by tokenizing the text, breaking it down into individual units such as words or sentences:[112]<br><br>**Pre-Processing and Tokenisation**<br><br>Data with textual content must be preprocessed before analysis. Google's Natural Language Processing pipeline begins by tokenising the text, breaking it down into individual units such as words or sentences. Tokenisation allows computers to understand and process natural language effectively. |

[112] *See Understanding Google's Natural Language Processing (NLP) Technology*, https://www.reposition.co.uk/blog/google-natural-language-processing/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | Google explains that "Gemini . . . process input and output at a granularity called a token":[113]<br><br>**Understand and count tokens**  Send feedback<br><br>Gemini and other generative AI models process input and output at a granularity called a *token*.<br><br>**For Gemini models, a token is equivalent to about 4 characters. 100 tokens is equal to about 60-80 English words.**<br><br>**About tokens**<br><br>Tokens can be single characters like `z` or whole words like `cat` . Long words are broken up into several tokens. The set of all tokens used by the model is called the vocabulary, and the process of splitting text into tokens is called *tokenization*.<br><br>When billing is enabled, the cost of a call to the Gemini API is determined in part by the number of input and output tokens, so knowing how to count tokens can be helpful. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[113] *See Understand and count tokens*, https://ai.google.dev/gemini-api/docs/tokens?lang=python.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 2**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2pre] The method of claim 1, wherein determining whether the input speech is recognized as the preset call command further comprises: | *See supra* claim 1. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 2[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2a] computing, by a confidence detection unit, a confidence rate of the input speech; and | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises computing, by a confidence detection unit, a confidence rate of the input speech. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google's keyword spotting architecture employs a two-stage cascade architecture in which the first stage executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection, it passes the audio buffer to the second stage and continues to stream the audio that follows.  The second stage uses a larger and more accurate model to make the final decision: [114]

## 2   Architecture

Our system, shown in figure 1 is a cascade of two keyword detectors that trade-off computation and memory footprint (and thus power consumption), with accuracy. The first stage is very small and executes continuously, buffering enough audio to safely fit the keyword (typically 2 seconds). Upon detection it passes the audio buffer to the second stage, and continues to stream the audio that follows. The second stage uses uses a larger and more accurate model to make the final decision. The second stage also supports speaker verification, allowing only known speakers to trigger the keyword.

This cascade approach is advantageous regardless of where the execution takes place, however when running continuously it is impossible to meet the previously described power restrictions using a standard mobile AP. Thus, we utilize power-isolated memory and processor, typically in the form of a DSP, to execute the continuous first stage. The second stage, with more relaxed power constraints,



Figure 1: Cascade keyword spotting architecture

is both able to and required to execute a larger and better quality detection model to overcome the leniency of the first stage. However, computation is still quite important, as the second stage must be able to process the buffered audio coming from the first stage as fast as possible to minimize detection latency. Given this different set of requirements, we execute the second stage on the AP.

---

[114] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

B-116

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google's detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder: [115]

---

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \quad (1)$$

---

[115] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

B-117

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 2[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2b] recognizing, by the confidence detection unit, the input speech as the preset call command based on the computed confidence rate. | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises recognizing, by the confidence detection unit, the input speech as the preset call command based on the computed confidence rate. |
| | For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[116]<br><br>The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.<br><br>For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.<br><br>In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of<br><br>$$D = \underset{t}{\arg\min} \left( t > \sigma_w \wedge \forall_{t-\sigma_w}^t \left( \mathbb{P}\left(y_t | x_t, \lambda\right) > \sigma_p \right) \right)$$<br><br>where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made). |

---

[116] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

The accused instrumentality determines whether the subsequent input speech is recognized as an actual command by using a secondary KWS system that runs on the server side to eliminate "false accepts": [117]

> In this paper we describe a system that uses two KWS systems. The primary KWS system runs on-device and determines which queries to send to the server. The secondary KWS system runs on the server side and is used to suppress queries that were falsely accepted by the primary on-device KWS system. The secondary KWS system takes advantage of the server-side ASR system, including larger models and more resources, to provide more accurate trigger phrase detection and eliminate a large percentage of false accepts. In the proposed system, once the on-device KWS triggers, the audio corresponding to both the trigger phrase and the query is sent to the server. The server-side ASR system decodes the concatenated audio using a context-aware recognizer for improved KWS performance. Once the ASR result is complete, the server-side KWS task is reduced to string matching: If the ASR result does not contain the trigger-phrase, the query is suppressed. Otherwise, the query is considered a true accept and is processed further.
>
> We evaluate the proposed system on several human-transcribed test sets. We show that adding the server-side KWS system leads to a significant reduction of FA rates, with only a minimal increase of FR rates. Furthermore, we show that our system improves speech recognition accuracy, significantly reducing word error rate (WER). It does so by continuously decoding the audio corresponding to both trigger phrase and the query, thus:

---

[117] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 3**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3pre] The method of claim 2, wherein recognizing the input speech comprises: | *See supra* claim 2. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 3[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3a] recognizing the input speech as the preset call command if the computed confidence rate is higher than a threshold value. | In the accused instrumentalities, recognizing the input speech comprises recognizing the input speech as the preset call command if the computed confidence rate is higher than a threshold value. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, the decoder receives the M posteriors for the acoustic units of the keyword, y = {y1, y2, · · · , yM}, and produces a score h(y) between 0 and 1. The score is computed by smoothing the posterior values, st(yi), by averaging them over a sliding window of the previous L frames with respect to the current t: [118]

### 2.1   Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \quad (1)$$

---

[118] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, according to Google, Google Assistant uses "hotword," such as "Ok Google" or "Hey Google," as input speech:[119]

</td>
</tr>
</table>

---

[119] *See An All-Neural On-Device Speech Recognizer*, https://research.google/blog/an-all-neural-on-device-speech-recognizer/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses Keyword Spotting (KWS) to quickly detect a trigger phrase (e.g. "OK Google") :[120]<br><br>We present a novel keyword spotting (KWS) system that uses contextual automatic speech recognition (ASR). For voice-activated devices, it is common that a KWS system is run on the device in order to quickly detect a trigger phrase (e.g. "Ok Google"). After the trigger phrase is detected, the audio corresponding to the voice command that follows is streamed to the server. The audio is transcribed by the server-side ASR system and semantically processed to generate a response which is sent back to the device. Due to limited resources on the device, the device KWS system might introduce false accepts (FA) and false rejects (FR) that can cause an unsatisfactory user experience. |

---

[120] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses a posterior-based confidence model that operates on DNN outputs representing frame-level posterior probabilities for each keyword token and a filler class (i.e., non-keyword speech, silence, or noise).  A decision is made using a temporal smoothing rule, which confirms detection only if a certain number of consecutive frames exceed a predefined posterior threshold:[121]

> The baseline DNN architecture consists of 3 hidden layers with 128 hidden units/layer and a softmax layer. Each hidden layer uses a rectified linear unit (ReLU) nonlinearity. The softmax output layer contains one output target for each of the
>
> words in the keyword phrase to be detected, plus a single additional output target which represents all frames that do not belong to any of the words in the keyword (denoted as 'filler' in Figure 1).  The network weights are trained to optimize a cross-entropy criterion using distributed asynchronous gradient descent [10]. Finally, in the posterior handling module, individual frame-level posterior scores from the DNN are combined into a single score corresponding to the keyword. We refer the reader to [2] for more details about the three modules.



> Figure 1: Framework of Deep KWS system, components from left to right:  (i) Feature Extraction (ii) Deep Neural Network (iii) Posterior Handling

---

[121] *See* Sainath, et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google describes that a KWS system based on deep neural networks (DNNs) trained to identify word targets.  This method was shown to significantly outperform a baseline keyword-filler system:[122]



In previous work, we presented a KWS system [2] based on deep neural networks (DNNs) trained to identify word targets. This

(i) Feature Extraction    (ii) Deep Neural Network    (iii) Posterior Handling

**Fig. 1**: Block diagram of DNN-based KWS system proposed in [2].

method was shown to significantly outperform a baseline keyword-filler system. This system is appealing for our task because it can be implemented very efficiently to run in real-time on devices, and memory and power consumption can be easily adjusted by changing the number of parameters in the DNN. Although the proposed system works extremely well in clean conditions, performance degrades significantly when speech is corrupted by noise, or when the distance between the speaker and the microphone increases (i.e., in far-field conditions). In the present work, we explore techniques to improve system robustness in these two conditions.

---

[122] *See* Prabhavalkar, et. al, *AUTOMATIC GAIN CONTROL AND MULTI-STYLE TRAINING FOR ROBUST SMALL-FOOTPRINT KEYWORD SPOTTING WITH DEEP NEURAL NETWORKS*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43289.pdf.

**Appendix B: U.S. Patent No. 8,930,196**

| | The accused instrumentality determines whether the subsequent input speech is recognized as an actual command by using a secondary KWS system that runs on the server side to eliminate "false accepts": [123] |
|---|---|
| | In this paper we describe a system that uses two KWS systems. The primary KWS system runs on-device and determines which queries to send to the server. The secondary KWS system runs on the server side and is used to suppress queries that were falsely accepted by the primary on-device KWS system. The secondary KWS system takes advantage of the server-side ASR system, including larger models and more resources, to provide more accurate trigger phrase detection and eliminate a large percentage of false accepts. In the proposed system, once the on-device KWS triggers, the audio corresponding to both the trigger phrase and the query is sent to the server. The server-side ASR system decodes the concatenated audio using a context-aware recognizer for improved KWS performance. Once the ASR result is complete, the server-side KWS task is reduced to string matching: If the ASR result does not contain the trigger-phrase, the query is suppressed. Otherwise, the query is considered a true accept and is processed further.<br><br>We evaluate the proposed system on several human-transcribed test sets. We show that adding the server-side KWS system leads to a significant reduction of FA rates, with only a minimal increase of FR rates. Furthermore, we show that our system improves speech recognition accuracy, significantly reducing word error rate (WER). It does so by continuously decoding the audio corresponding to both trigger phrase and the query, thus: |

---

[123] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

B-129

**Appendix B:  U.S. Patent No. 8,930,196**

|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 4**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4pre] The method of claim 2, wherein recognizing the input speech comprises: | *See supra* claim 2. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 4[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4a] determining whether or not the input speech is an authentic call command based on the computed confidence rate; and | In the accused instrumentalities, recognizing the input speech comprises determining whether or not the input speech is an authentic call command based on the computed confidence rate. |
|  | For example, according to Google, Google Assistant uses "hotword," such as "Ok Google" or "Hey Google," as input speech: [124] |

---

[124] *See An All-Neural On-Device Speech Recognizer*, https://research.google/blog/an-all-neural-on-device-speech-recognizer/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, the decoder receives the M posteriors for the acoustic units of the keyword, y = {y1, y2, · · · , yM}, and produces a score h(y) between 0 and 1. The score is computed by smoothing the posterior values, st(yi), by averaging them over a sliding window of the previous L frames with respect to the current t: [125]

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \tag{1}$$

---

[125] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google Assistant uses Keyword Spotting (KWS) to quickly detect a trigger phrase (e.g. "OK Google") :[126]<br><br>We present a novel keyword spotting (KWS) system that uses contextual automatic speech recognition (ASR). For voice-activated devices, it is common that a KWS system is run on the device in order to quickly detect a trigger phrase (e.g. "Ok Google"). After the trigger phrase is detected, the audio corresponding to the voice command that follows is streamed to the server. The audio is transcribed by the server-side ASR system and semantically processed to generate a response which is sent back to the device. Due to limited resources on the device, the device KWS system might introduce false accepts (FA) and false rejects (FR) that can cause an unsatisfactory user experience. |

---

[126] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B: U.S. Patent No. 8,930,196**

For example, Google uses a posterior-based confidence model that operates on DNN outputs representing frame-level posterior probabilities for each keyword token and a filler class (i.e., non-keyword speech, silence, or noise).  A decision is made using a temporal smoothing rule, which confirms detection only if a certain number of consecutive frames exceed a predefined posterior threshold:[127]

> The baseline DNN architecture consists of 3 hidden layers with 128 hidden units/layer and a softmax layer. Each hidden layer uses a rectified linear unit (ReLU) nonlinearity. The softmax output layer contains one output target for each of the

> words in the keyword phrase to be detected, plus a single additional output target which represents all frames that do not belong to any of the words in the keyword (denoted as 'filler' in Figure 1).  The network weights are trained to optimize a cross-entropy criterion using distributed asynchronous gradient descent [10]. Finally, in the posterior handling module, individual frame-level posterior scores from the DNN are combined into a single score corresponding to the keyword. We refer the reader to [2] for more details about the three modules.



> Figure 1: Framework of Deep KWS system, components from left to right: (i) Feature Extraction (ii) Deep Neural Network (iii) Posterior Handling

---

[127] *See* Sainath, et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 4[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4b] recognizing the input speech as the preset call command if it is determined that the input speech is the authentic call command. | In the accused instrumentalities, recognizing the input speech comprises recognizing the input speech as the preset call command if it is determined that the input speech is the authentic call command. |

B-137

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | The accused instrumentality determines whether the subsequent input speech is recognized as an actual command by using a secondary KWS system that runs on the server side to eliminate "false accepts": [128]<br><br>In this paper we describe a system that uses two KWS systems. The primary KWS system runs on-device and determines which queries to send to the server. The secondary KWS system runs on the server side and is used to suppress queries that were falsely accepted by the primary on-device KWS system. The secondary KWS system takes advantage of the server-side ASR system, including larger models and more resources, to provide more accurate trigger phrase detection and eliminate a large percentage of false accepts. In the proposed system, once the on-device KWS triggers, the audio corresponding to both the trigger phrase and the query is sent to the server. The server-side ASR system decodes the concatenated audio using a context-aware recognizer for improved KWS performance. Once the ASR result is complete, the server-side KWS task is reduced to string matching: If the ASR result does not contain the trigger-phrase, the query is suppressed. Otherwise, the query is considered a true accept and is processed further.<br><br>We evaluate the proposed system on several human-transcribed test sets. We show that adding the server-side KWS system leads to a significant reduction of FA rates, with only a minimal increase of FR rates. Furthermore, we show that our system improves speech recognition accuracy, significantly reducing word error rate (WER). It does so by continuously decoding the audio corresponding to both trigger phrase and the query, thus: |

---

[128] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[129]

The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.

For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.

In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of

$$D = \underset{t}{\mathrm{argmin}} \left( t > \sigma_w \wedge \forall_{t-\sigma_w}^t (\mathbb{P}(y_t|x_t, \lambda) > \sigma_p) \right)$$

where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made).

---

[129] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 5**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5pre] The method of claim 1, wherein determining the input speech is recognized as the preset call command further comprises: | *See supra* claim 1. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 5[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5a] computing a log likelihood ratio of the input speech; and | In the accused instrumentalities, determining the input speech is recognized as the preset call command further comprises computing a log likelihood ratio of the input speech. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, "[t]he frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra)": [130]

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \tag{1}$$

---

[130] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>For example, Google uses keyword-spotting algorithms as illustrated below. The input speech signal is first converted to a feature representation, such as MFCCs, which are fed to a neural network, and the output is the likelihood of each keyword. [131]

</td>
</tr>
<tr>
<td></td>
<td>This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.</td>
</tr>
</table>

---

[131] *See Introduction to Speech Processing,* https://speechprocessingbook.aalto.fi/Recognition/Wake-word_and_keyword_spotting.html.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 5[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5b] assuming the input speech to be the preset call command based on the computed log likelihood ratio. | In the accused instrumentalities, determining the input speech is recognized as the preset call command further comprises assuming the input speech to be the preset call command based on the computed log likelihood ratio. |

B-145

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Google makes a binary recognition based on a comparison between DNN posterior outputs and a fixed threshold:[132]<br><br>The task of endpointing is to detect quickly and accurately when the user started and finished speaking their query. A typical setup [10] for endpointing is to use a probabilistic voice activity classifier (or end of query classifier) that classifies frames as speech/non-speech (or query-complete vs query-not-complete) and threshold the framewise posteriors to reach hard decisions.<br><br>For simplicity it is often assumed that the output labels $y_t$ of the classifier are conditionally independent. Then, the conditional probabilistic model expresses the posterior probabilities $\mathbb{P}(y_t|x_t, \lambda)$ given an acoustic feature vector sequence $x_T = x_1, \ldots, x_T$ and model parameters $\lambda$.<br><br>In order to turn these posteriors into a hard decision, the posterior scores are thresholded. The formula for the final decision can be expressed in the form of<br><br>$$D = \operatorname*{argmin}_{t} \left(t > \sigma_w \wedge \forall_{t-\sigma_w}^{t} \left(\mathbb{P}\left(y_t|x_t, \lambda\right) > \sigma_p\right)\right)$$<br><br>where $D$ is the frame at which the endpointing decision is made, $\sigma_p$ is the threshold used with the posterior scores and $\sigma_w$ is the wait-time threshold (the number of consecutive frames where the same decisions were made). |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[132] *See* Hurwitz, et. al, *Keyword Spotting for Google Assistant Using Contextual Speech Recognition*, https://storage.googleapis.com/gweb-research2023-media/pubtools/4155.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 6**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6pre] The method of claim 5, | *See supra* claim 5. |

B-147

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 6[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6a] wherein the computed log likelihood ratio is a natural logarithm of a probability on the input speech for a phoneme model of the preset call command, and | In the accused instrumentalities, the computed log likelihood ratio is a natural logarithm of a probability on the input speech for a phoneme model of the preset call command. |

B-148

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, "[t]he frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra)." "The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables)": [133]

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \leq t_1 \leq \cdots \leq t_M \leq T_z} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \quad (1)$$

---

[133] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

B-149

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 6[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6b] the computed confidence rate is another log likelihood ratio. | In the accused instrumentalities, the computed confidence rate is another log likelihood ratio. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, "[t]he decoder receives the M posteriors for the acoustic units of the acoustic units of the keyword. Y = {$y_1, y_2, \ldots, y_m$}, and produces a score $h(y)$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$": [134]

---

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \tag{1}$$

---

[134] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google uses keyword-spotting algorithms as illustrated below. The input speech signal is first converted to a feature representation, such as MFCCs, which are fed to a neural network, and the output is the likelihood of each keyword.[135]



</td>
</tr>
<tr>
<td></td>
<td>

This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.

</td>
</tr>
</table>

---

[135] *See Introduction to Speech Processing,* https://speechprocessingbook.aalto.fi/Recognition/Wake-word_and_keyword_spotting.html.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 7**

| Claim(s) | Accused Instrumentality(ies) |
| --- | --- |
| [7pre] The method of claim 6, | *See supra* claim 6. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 7[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [7a] wherein said another log likelihood ratio is computed by subtracting, from the log likelihood ratio, a natural logarithm of a probability on the input speech for an anti-phoneme model of the preset call command. | In the accused instrumentalities, said another log likelihood ratio is computed by subtracting, from the log likelihood ratio, a natural logarithm of a probability on the input speech for an anti-phoneme model of the preset call command. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, "[t]he frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra)." "The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables)": [136]

### 2.1  Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \leq t_1 \leq \cdots \leq t_M \leq T_x} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \tag{1}$$

---

[136] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, most current speech recognition systems use hidden Markov models (HMMs) to deal with the temporal variability of speech and Gaussian mixture models to determine how well each state of each HMM fits a frame or a short window of frames of coefficients that represents the acoustic input. [137]<br><br>Most current speech recognition systems use hidden Markov models (HMMs) to deal with the temporal variability of speech and Gaussian mixture models to determine how well each state of each HMM fits a frame or a short window of frames of coefficients that represents the acoustic input. An alternative way to evaluate the fit is to use a feed-forward neural network that takes several frames of coefficients as input and produces posterior probabilities over HMM states as output. Deep neural networks with many hidden layers, that are trained using new methods have been |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[137] *See Deep Neural Networks for Acoustic Modeling in Speech Recognition,*
https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/38131.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 8**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8pre] The method of claim 1, further comprising: | *See supra* claim 1. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 8[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8a] determining, using a rule check unit, whether or not the recognized subsequent input speech corresponds to a target sentence. | In the accused instrumentalities, a rule check unit is used to determine whether or not the recognized subsequent input speech corresponds to a target sentence. |
|  | For example, Google receives wake words through a device. Once it hears the wake words, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us:[138]<br><br>**What are Wake Words?**<br><br>Wake words are specific phrases that activate voice-activated virtual assistants. They are designed to get the attention of device and signal that user want to interact with it.<br><br>For Google Assistant, both "Hey Google" and "Ok Google" are the wake words. Once it hears one of these phrases, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us. |

---

[138] *See Google Assistant - Quick Guide*, https://www.tutorialspoint.com/google-assistant/google-assistant-quick-guide.htm.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, according to Google, the keyword spotter produces alignment information to improve start-of-speech detection which helps determine whether the recognized subsequent input corresponds to a valid command: [139]<br><br>A third, optional, stage occurs on the sever side as part of the full speech recognizer, which can further reduce the false accept rate [5]. In addition, the keyword spotter produces alignment information, which can improve start-of-speech detection. Because of this, and coarticulation effects, the overall word error rate can be improved on the query. |

---

[139] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google assistant uses Natural Language Understanding (NLU). [140]<br><br>**Natural language understanding best practices** 🔖 ▾<br><br>✦ AI-generated Key Takeaways ⌄<br><br>This page contains some Natural Language Understanding (NLU) best practices and recommendations for building high quality Actions.<br><br>**General**<br><br>• Conversations and verbal interaction can take many forms, and getting early user data can help your Action be more useful, effective, and fun.<br><br>• Pay attention to errors and warnings. Even if your Action is working fine, it may cause problems in the future and you'll spend more time investigating the issues.<br><br>**Intents**<br><br>• Reuse intents between scenes as much as possible. If you have multiple intents that can be matched, it's hard for users to match the one they want, and even harder for Google Assistant to pick the correct intent based on user input.<br><br>• Build your intent training phrases starting with the most common requests or interaction flows for your Actions.<br><br>• Think about some extreme cases for your training phrases, like shortest and longest acceptable queries.<br><br>• The number of training phrases you add to your intents depends on the complexity and breadth of what the intent is expected to handle. This means as few as 5 phrases can be okay for simple understanding ("*yes*" or "*no*"), but hundreds of training phrases can be added for more complicated language models.<br><br>• For complex intents, where user input can vary, provide as many training phrases as needed to cover all potential user responses.<br><br>• If you need to collect specific data from your users, use the slot filling functionality.<br><br>• Do not create intents that contain only free-text intent parameters. If you need to match everything in the user input, use slot filling or the `NO_MATCH` system intent. |

---

[140] *See Natural language understanding best practices*, https://developers.google.com/assistant/conversational/best-practice-nlu.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, Google Assistant uses Automatic Speech Recognition (ASR) to determine what words were spoken by the user, Natural Language Processing (NLP) to analyze and understand the meaning of the request from these words:[141]



---

[141] *See Device Actions Overview*, https://developers.google.com/assistant/sdk/device-actions-overview.

B-161

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, Google uses Speech-to-Text API:[142] |
|---|---|
| | ## Transcribe speech to text by using the command line 🔖 ▾    Send feedback<br><br>This page shows you how to send a speech recognition request to Speech-to-Text using the REST interface and the `curl` command.<br><br>Speech-to-Text enables easy integration of Google speech recognition technologies into developer applications. You can send audio data to the Speech-to-Text API, which then returns a text transcription of that audio file. For more information about the service, see Cloud STT basics. |

---

[142] *See Transcribe speech to text by using command line*, https://cloud.google.com/speech-to-text/docs/transcribe-api.

**Appendix B:  U.S. Patent No. 8,930,196**



B-163

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses Natural language API:[143]<br><br>**What is Google NLP Algorithms?**<br><br>Google NLP algorithms were designed to help better understand & process queries on its search engine as humans would. Elements of language like context, tone, phrasing, and specificity can be better processed using NLP machine learning frameworks.<br><br>Even though Google has been using NLP machine learning since 2011, only in 2019 was Google NLP integrated into the search engine. This algorithm was named BERT. Google Natural Language Processing (NLP) research focuses on algorithms that apply at scale across languages, & domains. The systems are used in numerous ways across Google, impacting user experience in search results, mobile apps, ads, translation, and more.<br><br>**Note:** NLP isn't something that Google invented at first. But, later on, most AI language models Google developed, such as BERT, SMITH, and LaMDA, have Neural Network-based NLP (Machine Learning uses word embedding, sentence embedding, and sequence-to-sequence modeling for better quality results) as their brains.<br><br>BERT (Bidirectional Encoder Representations from Transformers) uses Google's own Transformer NLP model based on Neural Network architecture. In layman's terms, Google is not looking for individual content phrases but instead tries to find the context of the sentences to determine if it's better than the results already ranking in the top positions. |
| | For example, Google uses NLP Algorithms:[144]<br><br>**KEY FEATURES**<br><br>**Natural language solutions that work with your text**<br><br>**Natural Language API**<br><br>The powerful pre-trained models of the Natural Language API empowers developers to easily apply natural language understanding (NLU) to their applications with features including sentiment analysis, entity analysis, entity sentiment analysis, content classification, and syntax analysis. |

---

[143] *See How Google Uses NLP To Improve SERPs, Featured Snippets & UX*, https://digitalguider.com/blog/what-is-google-nlp/.

[144] *See Natural Language AI*, https://cloud.google.com/natural-language?hl=en#documentation.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Recurrent Neural Network Transducers:[145]

**Recurrent Neural Network Transducers**

RNN-Ts are a form of sequence-to-sequence models that do not employ attention mechanisms. Unlike most sequence-to-sequence models, which typically need to process the entire input sequence (the waveform in our case) to produce an output (the sentence), the RNN-T continuously processes input samples and streams output symbols, a property that is welcome for speech dictation. In our implementation, the output symbols are the characters of the alphabet. The RNN-T recognizer outputs characters one-by-one, as you speak, with white spaces where appropriate. It does this with a feedback loop that feeds symbols predicted by the model back into it to predict the next symbols, as described in the figure below.

$$P(\mathbf{y}|t, u)$$

Softmax

$\mathbf{z}_{t,u}$

Joint Network

$\mathbf{h}_u^{dec}$     $\mathbf{h}_t^{enc}$

Pred. Network    Encoder

$\ldots \; y_{u-1}$      $\mathbf{x}_t$

For example, Google uses Conversational AI:[146]

**What is conversational AI**

Conversational AI is a type of artificial intelligence (AI) that can simulate human conversation. It is made possible by natural language processing (NLP), a field of AI that allows computers to understand and process human language and Google's foundation models that power new generative AI capabilities.

Google Cloud offers conversational AI as part of Vertex AI platform offerings like Vertex AI Agent Builder and Customer Engagement Suite with Google AI.

---

[145] *See An All-Neural On-Device Speech Recognizer*, https://research.google/blog/an-all-neural-on-device-speech-recognizer.

[146] *See Conversational AI for richer, more intuitive experiences*, https://cloud.google.com/conversational-ai.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google's Natural Language Processing pipeline begins by tokenizing the text, breaking it down into individual units such as words or sentences:[147]<br><br>**Pre-Processing and Tokenisation**<br><br>Data with textual content must be preprocessed before analysis. Google's Natural Language Processing pipeline begins by tokenising the text, breaking it down into individual units such as words or sentences. Tokenisation allows computers to understand and process natural language effectively. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[147] *See Understanding Google's Natural Language Processing (NLP) Technology*, https://www.reposition.co.uk/blog/google-natural-language-processing/.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9pre] An apparatus for recognizing a speech of a speaker, the apparatus comprising: | The accused instrumentalities are  apparatuses for recognizing a speech of a speaker.<br><br>*See supra* claim 1, [1pre]. |

B-167

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9a] a processor, | The accused instrumentalities comprise a processor. |
|  | For example, Google Home is powered by Marvell 88DE3006 Armada 1500 Mini Plus dual-core ARM Cortex-A7 media processor:[148]<br><br> |

[148] *See Google Home Teardown,* https://www.ifixit.com/Teardown/Google+Home+Teardown/72684.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Home Mini (1st gen) is powered by Marvell 88DE3006 Armada 1500 Mini Plus dual-core ARM Cortex-A7 media processor:[149]<br><br>**The brains**<br><br>We can see some familiar chips from the previous and originial Google Home. This would obviously save a lot of development time, and so there would be little sense in making significant changes. Working from the top left we have:<br><br>• **Marvell 88DE3006-BTK2** — (unchanged) This is the multimedia processor SoC, an ARMADA 1500 Mini Plus with a Dual-Core ARM Cortex A7, supporting 1080p HD content. |

---

[149] *See Google Home Mini teardown, comparison to Echo Dot, and giving technology a voice,* https://justlv.medium.com/google-home-mini-teardown-comparison-to-echo-dot-and-giving-technology-a-voice-c59a23724a26.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Home Nest Mini (2nd Gen) is powered by Quad-core 64-bit ARM CPU 1.4 GHz and High-performance ML hardware engine:[150]<br><br>Google Nest Mini (2nd gen)<br><br>**Processor**<br>• Quad-core 64-bit ARM CPU 1.4 GHz<br>• High-performance ML hardware engine |
| | For example, Google Home Max is powered by 1.5 GHz 64-bit quad-core ARM® Cortex™ A53:[151]<br><br>Google Home Max<br><br>**Processor**<br>• 1.5 GHz 64-bit quad-core ARM® Cortex™ A53 |

[150] *See Google Nest and Home device specifications,*
https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

[151] *See Google Nest and Home device specifications,*
https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, Google Nest Audio is powered by Quad Core A53 1.8 GHz High-performance ML hardware engine:[152]<br><br> |
|---|---|

---

[152] *See Google Nest and Home device specifications,* https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-home%2Cgoogle-nest-mini-nd-gen%2Cgoogle-home-mini-st-gen%2Cgoogle-home-max%2Cgoogle-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, displays such as Google Nest Hub, Google Nest Hub Max, and Google Nest Hub (2nd gen), which integrate Google Assistant, each comprise a processor.

For example, Google Nest Hub is powered by quad-core ARM Cortex-A53 1.5 GHz:[153]

### The hardware—Google Design at its best

**SPECS AT A GLANCE: GOOGLE HOME HUB**

| | |
|---|---|
| SCREEN | 1024×600 7" LCD (169.5ppi) |
| OS | Cast platform with Google Smart Display software |
| CPU | AMLogic S905D2 (Four Cortex A53 cores) |
| NETWORKING | 802.11b/g/n/ac, Bluetooth 5.0 |
| PORTS | Dc power, Micro USB |
| SIZE | 67.3 x 178.5 x 118 mm  (2.65 x 7.02 x 4.65 in) |
| WEIGHT | 480g (16.9oz) |
| STARTING PRICE | $149 at Walmart |

---

[153] *See Google Home Hub review—Awesome hardware for Google's nascent smart display software,* https://arstechnica.com/gadgets/2018/10/google-home-hub-review-a-minimum-viable-product-with-potential/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Nest Hub Max is powered by Quad-core 1.9GHz ARM Cortex-A53:[154]

## Technical Specifications

For the tech-savvy consumer, here are the detailed technical specifications of the Google Nest Hub Max:

- Display Size: 10 inches
- Resolution: HD (1280 x 800)
- Camera: 6.5MP with a 127-degree field of view
- Speakers: Stereo speakers (2x 18mm 10W tweeters, 1x 75mm 30W woofer)
- Dimensions: 9.85" x 7.19" x 3.99"
- Weight: 2.91 lbs
- Colors: Chalk
- Connectivity: Wi-Fi 802.11ac (2.4GHz/5GHz), Bluetooth 5.0, Chromecast built-in
- Processor: Quad-core 1.9GHz ARM Cortex-A53
- Compatibility: Works with Android, iOS, Mac, Windows, and Chromebook devices

---

[154] *See Google Nest Hub Max 10″ Smart Display with Google Assistant – Chalk,* https://gadgetplace.com/product/google-nest-hub-max-10-smart-display-with-google-assistant-chalk/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Nest Hub (2nd gen) is powered by Quad-core 64-bit 1.9 GHz ARM CPU High-performance ML hardware engine:[155]<br><br>Google Nest Hub (2nd gen)<br><br>**Processor**<br>• Quad-core 64-bit 1.9 GHz ARM CPU<br>• High-performance ML |
| | For example, Wifi point such as Nest Wifi point, which integrates Google Assistant, each comprises a processor.   For example, the Nest Wifi point is powered by Quad-core 64-bit ARM CPU 1.4 GHz and High-performance ML hardware engine:[156]<br><br>Nest Wifi point<br><br>**Processor**<br>• Quad-core 64-bit ARM CPU 1.4 GHz<br>• High-performance ML hardware engine |

[155] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=%2Cgoogle-nest-hub-max%2Cgoogle-nest-hub%2Cgoogle-nest-hub-nd-gen.

[156] *See Tech specs for Nest Wifi Pro, Nest Wifi, and Google Wifi,* https://support.google.com/googlenest/answer/6280668?hl=en&ref_topic=9832039&sjid=10282736499675493816-NC#zippy=%2Cgoogle-wifi-point%2Cnest-wifi-tech-specs%2Cnest-wifi-point.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel smartphones such as Pixel, Pixel XL, Pixel  2, Pixel  2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a, Pixel 6, Pixel 6 Pro, Pixel 6a, Pixel 7, Pixel 7 Pro, Pixel 7a, Pixel Fold, Pixel 8, Pixel 8a, Pixel 8 Pro, Pixel 9,  Pixel 9 Pro, Pixel 9 Pro XL, Pixel 9 Pro Fold, and Pixel 9a, which integrate Google Assistant, each comprises a processor.

For example, Pixel and Pixel XL are powered by Qualcomm® Snapdragon™ 821:[157]



---

[157] *See Pixel phone hardware tech specs (earlier models),* https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 2 and Pixel 2XL are powered by Qualcomm Snapdragon 835: [158]

### Pixel 2 phones (2017)

Pixel 2

| Processors | • Qualcomm® Snapdragon™ 835 |
| --- | --- |
| | • 2.35Ghz + 1.9Ghz, 64Bit Octa-Core |
| | • Adreno 540 |
| | • Security module |

Pixel 2 XL

| Processors | • Qualcomm® Snapdragon™ 835 |
| --- | --- |
| | • 2.35Ghz + 1.9Ghz, 64Bit Octa-Core |
| | • Adreno 540 |
| | • Security module |

---

[158] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

B-176

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel 3 and Pixel 3XL are powered by Qualcomm Snapdragon 845: [159]

| Pixel 3 phones (2018) |
| --- |

Pixel 3

| **Processors** | • Qualcomm® Snapdragon™ 845 |
| --- | --- |
| | • 2.5Ghz + 1.6Ghz, 64Bit Octa-core |
| | • Adreno 630 |
| | • Pixel Visual Core |
| | • Titan M Security module |

Pixel 3 XL

| **Processors** | • Qualcomm® Snapdragon™ 845 |
| --- | --- |
| | • 2.5Ghz + 1.6Ghz, 64Bit Octa-core |
| | • Adreno 630 |
| | • Pixel Visual Core |
| | • Titan M Security module |

---

[159] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

B-177

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel 3a and Pixel 3a XL are powered by Qualcomm Snapdragon 670: [160]

## Pixel 3a phones (2019)

### Pixel 3a ^

| Processors | • Qualcomm® Snapdragon™ 670 |
|---|---|
| | • 2.0Ghz + 1.7Ghz, 64Bit Octa-core |
| | • Adreno 615 |
| | • Titan M Security module |

### Pixel 3a XL ^

| Processors | • Qualcomm® Snapdragon™ 670 |
|---|---|
| | • 2.0Ghz + 1.7Ghz, 64Bit Octa-core |
| | • Adreno 615 |
| | • Titan M Security module |

---

[160] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel 4 and Pixel 4XL are powered by Qualcomm Snapdragon 855: [161]

### Pixel 4 phones (2019)

Pixel 4

| Processors | • Qualcomm Snapdragon 855 |
| --- | --- |
| | • 2.84 GHz + 1.78 GHz, 64-bit Octa-Core |
| | • Adreno 640 |
| | • Titan M Security Module[5] |
| | • Pixel Neural Core™ |

Pixel 4 XL

| Processors | • Qualcomm Snapdragon 855 |
| --- | --- |
| | • 2.84 GHz + 1.78 GHz, 64-bit Octa-Core |
| | • Adreno 640 |
| | • Titan M Security Module[5] |
| | • Pixel Neural Core™ |

---

[161] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 4a and Pixel 4a(5G) are powered by Qualcomm Snapdragon 730G: [162]

**Pixel 4a phones (2020)**

Pixel 4a (5G)

| Processors | • Qualcomm®4 Snapdragon™ 765G |
| | • 2.4 GHz + 2.2 GHz, 64-bit Octa-Core |
| | • Adreno 620 |
| | • Titan™ M Security Module |

Pixel 4a

| Processors | • Qualcomm®5 Snapdragon™ 730G |
| | • 2.2 GHz + 1.8 GHz, 64-bit Octa-Core |
| | • Adreno 618 |
| | • Titan M Security Module |

---

[162] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

B-180

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 5 and 5a (5G) are powered by Qualcomm Snapdragon 765G: [163]

### Pixel 5a (5G) phone (2021)

Pixel 5a (5G)

| Processors | • Qualcomm®[4] Snapdragon™ 765G |
| | • 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core |
| | • Adreno 620 |
| | • Titan™ M Security Module |

Pixel 5

| Processors | • Qualcomm®[5] Snapdragon™ 765G |
| | • 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core |
| | • Adreno 620 |
| | • Titan™ M Security Module |

---

[163] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=14319206594291377548-NC#zippy=%2Cpixel-xl%2Cpixel%2Cpixel-a-g%2Cpixel-a%2Cpixel-a-xl.

**Appendix B:  U.S. Patent No. 8,930,196**

| | For example, the Pixel 6, Pixel 6 Pro and Pixel 6a are powered by Google Tensor:[164] |
|---|---|
| | Pixel 6 phones (2021) |
| | Pixel 6 Pro |
| | **Processors**: • Google Tensor • Titan M2™ security coprocessor |
| | Pixel 6 |
| | **Processors**: • Google Tensor • Titan M2™ security coprocessor |
| | Pixel 6a |
| | **Processors**: • Google Tensor • Titan M2™ security coprocessor |

[164] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

B-182

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 7, Pixel 7 Pro, Pixel 7a and Pixel Fold are powered by Google Tensor G2:[165]

Pixel 7 phones (2022)

Pixel 7 Pro

| Processors | • Google Tensor G2 |
| | • Titan M2™ security coprocessor |

Pixel 7

| Processors | • Google Tensor G2 |
| | • Titan M2™ security coprocessor |

Pixel 7a

| Processors | • Google Tensor G2 |
| | • Titan M2™ security coprocessor |

Pixel Fold phone (2023)

Pixel Fold

| Processor | • Google Tensor G2 |
| | • Titan M2™ security coprocessor |

---

[165] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 8, Pixel 8 Pro and Pixel 8a are powered by Google Tensor G3:[166]

Pixel 8 phones (2023)

Pixel 8 Pro

| Processors | • Google Tensor G3 |
| | • Titan M2™ security coprocessor |

Pixel 8

| Processor | • Google Tensor G3 |
| | • Titan M2™ security coprocessor |

Pixel 8a

| Processors | • Google Tensor G3 |
| | • Titan M2™ security coprocessor |

---

[166] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 9, Pixel 9 Pro, Pixel Pro XL, Pixel 9a and Pixel 9 Pro Fold and are powered by Google Tensor G4:[167]

---

[167] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold

.

B-185

**Appendix B:  U.S. Patent No. 8,930,196**

For example, the Pixel 10, Pixel 10 Pro, Pixel Pro XL, and Pixel 10 Pro Fold and are powered by Google Tensor G5:[168]

| Pixel 10 Pro Fold (2025) | |
| --- | --- |
| Pixel 10 Pro Fold | ⌄ |

| Processor | • Google Tensor G5<br>• Titan M2 security coprocessor |
| --- | --- |

| Pixel 10 phones (2025) | |
| --- | --- |
| Pixel 10 Pro XL | ⌃ |

| Processor | • Google Tensor G5<br>• Titan M2 security coprocessor |
| --- | --- |

| Pixel 10 Pro | ⌃ |
| --- | --- |

| Processor | • Google Tensor G5<br>• Titan M2 security coprocessor |
| --- | --- |

| Pixel 10 | ⌃ |
| --- | --- |

| Processor | • Google Tensor G5<br>• Titan M2 security coprocessor |
| --- | --- |

---

[168] *See Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Chromecast with Google TV(HD), Chromecast with Google TV(4K) and Google TV Steamer, which integrate Google Assistant, each comprise a processor.<br><br>For example, Google TV Steamer is powered by MediaTek MT8696:[169]<br><br>Google claims the TV Streamer boasts a 22% faster processor than the previous Chromecast device. Though Google wasn't able to tell me what processor it used, Android Authority reports the system is the same one used in the Fire TV Stick 4K Max: a MediaTek MT8696. It's not quite apples to apples, though, as that Amazon system doesn't have Ethernet, and it's a stick instead of a set-top box. The Streamer includes 4GB of memory and also comes with 32GB of storage for installing apps. |
| | For example, Chromecast with Google TV (HD) is powered by Amlogic S805X2 and Chromecast with Google TV (4K) is powered by Amlogic S905X3:[170]<br><br>Google has launched the new Chromecast with Google TV (HD) powered by an Amlogic S805X2 quad-core Cortex-A35 CPU that offers a cheaper alternative to the Chromecast with Google TV (4K) that is limited to 1080p60 resolution, instead of the 4Kp60 video output supported by the Amlogic S905X3 model. |

---

[169] *See Google TV Streamer Review: High-End Streaming for Power Users,* https://www.cnet.com/tech/home-entertainment/google-tv-streamer-review-high-end-streaming-for-power-users/.

[170] *See Chromecast with Google TV (HD) features Amlogic S805X2 CPU with AV1 video support,* https://www.cnx-software.com/2022/09/23/chromecast-with-google-tv-hd-amlogic-s805x2-cpu-av1-video/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel tablets such as Pixel C, Pixel Slate and Pixel Tablet, which integrate Google Assistant, each comprises a processor.  For example, Pixel C is powered by NVIDIA Tegra X1:[171]<br><br> |
| | For example, Pixel Slate is powered by 8th Gen Intel® Core™ m3, i5 or i7 Processor, or Intel® Celeron® Processor:[172]<br><br> |

---

[171] *See Pixel C specifications,* https://support.google.com/pixel/answer/6328677.

[172] *See Google Pixel Slate specifications,* https://support.google.com/pixelslate/answer/9131920.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Tablet is powered by Google Tensor G2:[173]<br><br>Google Pixel Tablet technical specifications<br><br>Check out the tech specs for the Google Pixel Tablet. If you're interested in buying a Pixel Tablet, visit the Google Store ⧉ .<br><br>**Note:** Some features aren't available in all countries or languages.<br><br>Processors — • Google Tensor G2  • Titan M2 security coprocessor |
| | For example, Google provides Pixel smartwatches such as Pixel Watch, Pixel Watch 2 and Pixel Watch 3, which integrate Google Assistant, each comprises a processor.<br><br>For example, Pixel Watch 2 and Pixel Watch 3 are powered by Qualcomm Snapdragon W5 Gen 1:[174]<br><br>Google Pixel Watch technical and device specifications<br><br>Google Pixel Watch 3 specifications<br>Chip — • Qualcomm Snapdragon W5 Gen 1  • Cortex M33 co-processor<br><br>Google Pixel Watch 2 specifications<br>Chip — • Qualcomm Snapdragon W5 Gen 1  • Cortex M33 co-processor |

[173] *See Google Pixel Tablet technical specifications,* https://support.google.com/googlepixeltablet/answer/13555146.

[174] *See Google Pixel Watch Technical & Device Specifications,* https://support.google.com/googlepixelwatch/answer/12651869?hl=en#zippy=%2Cgoogle-pixel-watch-specifications.

B-189

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Pixel Watch is powered by Exynos 9110 SoC: [175]

</td>
</tr>
<tr>
<td></td>
<td>

For example, Google provides Pixel wireless earbuds such as Pixel Buds, Pixel Buds Pro, Pixel Buds Pro 2 and Pixel Buds A-Series, which integrate Google Assistant, each comprises a processor.

For example, Pixel Buds Pro is powered by a custom six-core processor:[176]

</td>
</tr>
</table>

---

[175] *See Google Pixel Watch Technical & Device Specifications,* https://support.google.com/googlepixelwatch/answer/12651869?hl=en#zippy=%2Cgoogle-pixel-watch-specifications.

[176] *See Google Pixel Buds Pro Battery Life & Specs: A Guide,* https://www.knowyourmobile.com/user-guides/pixel-phone/google-pixel-buds-battery-life-specs/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Buds Pro 2 is powered by Tensor A1:[177]<br><br>Google understands that comfort is paramount when it comes to earbuds. The Pixel Buds Pro 2 are the culmination of extensive research and development, utilizing data from a staggering 45 million ear scans to achieve an optimal shape that fits snugly and securely in a wide range of ears. The integration of, for the first time ever, the Tensor A1 chip has enabled a 27% reduction in size and a lighter build, ensuring that these earbuds remain comfortable even during extended listening sessions. The addition of a twist-to-adjust stabilizer further enhances the fit, allowing for a personalized and secure fit whether you're working out or simply relaxing. |
| | For example, Pixel Buds uses CSR8675:[178]<br><br>**Identifying the chips**<br><br>Going back to the top of the PCB, we can see the main brains and talk of this product is the all too popular CSR8675, a single-chip solution for audio processing and Bluetooth. We can also see another chip below the gold pogo-pin that is probably significant but only bears what looks like a QR code. We will need to do some "zoom and enhance" detective work later on that one… |

---

[177] *See The Google Pixel Buds Pro 2 use the Tensor A1 chip for double the noise cancelling,* https://www.androidfaithful.com/google-pixel-buds-pro-2-details-on-the-next-gen-audio-with-ai/.

[178] *See Google Pixel Buds teardown and thoughts on humanizing computer interaction,* https://justlv.medium.com/google-pixel-buds-teardown-396183cbbc18.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Pixel Buds A-Series uses a processor. An image confirms that a processor is used. This can be inferred based on its central location on the PCB, its size relative to surrounding components, and the fact that Pixel Buds A-Series require an integrated SoC to handle Bluetooth connectivity, audio processing, and system control:[179] [180]



---

[179] *See Safety, Warranty & Regulatory Guide for Pixel Buds A-Series,* https://support.google.com/product-documentation/answer/10500249.

[180] *See FCC ID : Internal Photos,* https://fcc.report/FCC-ID/SZGG7YPJ/5153872.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel laptops such as Pixelbook and Pixelbook Go, which integrate Google Assistant, each comprises a processor.<br><br>For example, Pixelbook is powered by 7th Gen Intel® CoreTM  i5-7Y57 or i7-7Y75 processor:[181]<br><br>**Pixelbook (2017) specifications**<br><br>**Dimensions**<br>Height: 10.3 mm aluminum unibody<br>Length: 290.4 mm<br>Width: 220.8 mm<br><br>**Weight**<br>1.11 kg (2.45 lbs)<br><br>**Display**<br>12.3" 2400x1600 (235 ppi) Quad HD LCD display for sharper images<br>Touchscreen display with Pixelbook Pen support<br>400 nits for using in bright areas<br>72% NTSC color<br><br>**Processor**<br>Powered by a 7th Gen Intel® Core™ ☑  i5-7Y57 or i7-7Y75 processor for faster browsing, gaming, and seamless 4K output to an external monitor. Compare i5 and i7 processors ☑ |

---

[181] *See Pixelbook (2017) specifications,* https://support.google.com/pixelbook/answer/7504948.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixelbook Go is powered by 8th Gen Intel® Core™ (m3/i5/i7) processor:[182]<br><br>**Pixelbook Go specifications**<br><br>**Dimensions**<br>Height: 13.4 mm<br>Length: 311.0 mm<br>Width: 206.3 mm<br><br>**Weight**<br>Full HD: 1061 g (2.3 lbs)<br>Ultra HD: 1090 g (2.4 lbs)<br><br>**Display**<br>Full HD 1920x1080 (166 ppi)<br>4K Ultra HD Molecular Display™ 3840x2160 (331 ppi)<br><br>**Processor**<br>Powered by an 8th Gen Intel® Core™ ☑ (m3/i5/i7) processor for faster browsing, gaming, and seamless 4K output to an external monitor. Compare m3, i5, and i7 processors ☑ |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[182] *See Pixelbook Go specifications,* https://support.google.com/pixelbook/answer/9481398.

B-194

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9b] a preset call command recognition unit using the processor; and | The accused instrumentalities comprise a preset call command recognition unit using the processor.<br><br>*See supra* claim 1, [1a, 1b, 1c, 1d]. |
| | In addition, for example, according to Google, Google Assistant uses "hotword," such as "Ok Google" or "Hey Google," as input speech:[183]<br><br>**Turn "OK Google" (hotword) on or off**<br><br>You can talk to your Google Assistant on your Pixel Slate by saying "Ok Google" or "Hey Google." This is called the hotword. |
| | For example, Google speakers start by saying "Hey Google":[184]<br><br>**Available on Speakers**<br><br>Get hands-free help around the house. Just start by saying "Hey Google".<br><br>Shop Speakers |

---

[183] *See Access Google Assistant with your voice*, https://support.google.com/assistant/answer/7394306.

[184] *See Available on Speakers*, https://assistant.google.com/platforms/speakers/#find-speakers.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Nest Mini (2nd gen) runs on a quad-core 64-bit ARM processor clocked at 1.4 GHz. While these specifications might seem modest compared to smartphones, they're specifically optimized for always-listening voice processing and smart home coordination:[185]

### The Voice Recognition Revolution

Perhaps the most technically impressive aspect of the **Google Nest Mini 2nd Gen** is its microphone array upgrade. Google increased the far-field microphone count from two to three, implementing what they call "beamforming technology." This system works by having each microphone pick up sound slightly differently, then using advanced algorithms to focus on the user's voice while filtering out background noise.

Researchers found this particularly effective in kitchens, where running water, appliances, and other ambient sounds typically interfere with voice commands. The Voice Match feature goes even further, using machine learning to recognize individual household members' voices and provide personalized responses. This means when you ask about your calendar, it shows your schedule, not your roommate's.

The ultrasound sensing capability represents another fascinating technical achievement. The device emits high-frequency sounds (above human hearing range) that bounce back to detect when someone approaches. This enables features like visual feedback through LED lights and can trigger context-aware responses—essentially making the device more intuitive to use.

### Processing Power and Intelligence

Under the hood, the **Google Nest Mini 2nd Gen** runs on a quad-core 64-bit ARM processor clocked at 1.4 GHz. While these specifications might seem modest compared to smartphones, they're specifically optimized for always-listening voice processing and smart home coordination. The inclusion of dedicated machine learning (ML) hardware is particularly noteworthy—this specialized chip handles AI tasks like voice recognition and natural language processing without taxing the main processor.

This dedicated approach to AI processing means response times remain consistently quick, even when the device is simultaneously handling multiple smart home commands or streaming audio. Online user reviews frequently highlight this responsiveness as a key advantage over some competing devices that can lag during complex multi-step routines.

---

[185] *See Google Nest Mini 2nd Gen Smart Speaker: A Deep-Dive Technical Overview*, https://hometheaterreview.com/product/google-nest-mini-2nd-gen-smart-speaker/.

**Appendix B: U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Nest Audio leverages the quad-core Arm Cortex-A53 processer, enabling some processing on-device instead of relying solely on data centers. This integration makes it possible for Google Assistant to learn the most common music commands and respond twice as fast than the original Google Home:[186] <br><br> Bigger and More Powerful: Inside Google Nest Audio Smart Speaker <br><br> The Google Nest Audio is a smart home speaker that's 75% louder and features 50% stronger bass than the original Google Home, delivering full, clear, and natural sound for users to enjoy their favorite music, radio, and more. And with the built-in Google Assistant, users can control compatible smart home devices like lights, air conditioners, robots, and more, using just their voice. <br><br> Google Nest Audio leverages the quad-core Arm Cortex-A53 processer, enabling some processing on-device instead of relying solely on data centers. This integration makes it possible for Google Assistant to learn the most common music commands and respond twice as fast than the original Google Home. |

---

[186] *See SUCCESS STORIES Google Nest Audio*, https://www.arm.com/company/success-library/arm-designs/google-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Arm Cortex-A53 processer is an 8-stage pipelined processor with a 2-way superscalar, in-order execution pipeline . It has DSP and NEON SIMD extensions that are mandatory per core:[187]



---

[187] *See Introduction to ARM Cortex-A53*, https://iies.in/blog/introduction-to-arm-cortex-a53/.

B-198

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google smart displays start with "Hey Google" to watch how-to videos, listen on music, check your calendar, and more:[188]<br><br>**Smart Displays with Google Assistant**<br><br>Just start with "Hey Google" to watch how-to videos, listen to music, check your calendar, and more.<br><br>**Shop Smart Displays** |
| | For example, Google Nest Hub (2nd gen) comprises a third microphone has been added to this model to help pick up your voice prompts more frequently:[189]<br><br>Sound quality on the Nest Hub (2nd gen) is noticeably better than the first-gen model. Audio is projected loudly and clearly. Google says it also offers 50% more bass than the original. I don't know if I can hear the 50% difference, but I did notice an improvement. I'd say the sound quality is a step ahead of the Nest Mini but a step behind the Nest Audio.<br><br>A third microphone has been added to this model to help pick up your voice prompts more frequently. This, coupled with the new on-device machine learning chip, means the Nest Hub's Google Assistant almost always picks up my voice prompts and answers quickly. I ran into missed voice commands all too often with the original Nest Hub, but thankfully that wasn't an issue with the new one. |

---

[188] *See Smart Displays with Google Assistant*, https://assistant.google.com/platforms/displays/.

[189] *See Google Nest Hub (2nd gen) review: Don't sleep on this one*, https://www.androidauthority.com/google-nest-hub-second-generation-review-1210216/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Nest Hub (2nd gen) comprises a Amlogic S905D3G, a 4-core A55-based SoC:[190]<br><br>The main SOC is an Amlogic S905D3G, a 4-core A55-based SoC. The important chips are meticulously documented, and it's a fascinating look inside a device common in many people's homes. One chip that's of note is the BGT60TR13C, otherwise known as Project Soli. It is an 8x10mm chip that uses radar to detect movement with sub-millimeter accuracy. This allows the device to measure your sleep quality or recognize gestures. Luckily for us, [Txyz] has included a datasheet and a block diagram. First, the chip fills a FIFO with data samples. Once full, it will issue an interrupt to the main SoC, which empties the buffer via SPI. |
| | For example, a Cortex-A55 can be used to perform on-device AI processing, such as voice recognition or image classification:[191]<br><br>**6. Machine Learning Capabilities**<br><br>With the growing importance of AI and machine learning, the Cortex-A55 is equipped with features that enhance its ability to handle machine learning tasks. It supports ARM's NEON technology, a SIMD (Single Instruction, Multiple Data) architecture extension that accelerates data processing tasks commonly used in machine learning algorithms. This makes the Cortex-A55 a good choice for devices that need to perform on-device AI processing, such as voice recognition or image classification. |

[190] *See Google Nest Hub Teardown*, https://hackaday.com/2023/05/29/google-nest-hub-teardown/.

[191] *See A Technical Guide to the ARM Cortex-A55: Features, Applications, and Performance*, https://iies.in/blog/a-technical-guide-to-the-arm-cortex-a55-features-applications-and-performance/.

**Appendix B:  U.S. Patent No. 8,930,196**

The example below shows the architecture of Cortex-A 55: [192]



---

[192] *See Cortex-A55 Product Support*, https://developer.arm.com/Processors/Cortex-A55.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, saying "Hey Google" on Google smartphones to manage tasks:[193]





---

[193] *See Get more done on the go*, https://assistant.google.com/platforms/phones/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel 9 comprises G4 Tensor chip, which offer better performance and efficiency such as more accurate voice recognition:[194]<br><br>The tech community is abuzz with excitement as Google prepares to unveil its Pixel 9 lineup. According to The Verge, the new series is expected to feature a slightly upgraded G4 Tensor chip, which should offer better performance and efficiency. This chip is anticipated to boost everything from app functionality to photography, thanks to improved processing power and advanced machine learning capabilities.<br><br>A major highlight of the Pixel 9 could be its enhanced AI features. Google has consistently pushed the envelope with AI in smartphones, and the Pixel 9 might take this even further. We could see smarter photo editing tools, more accurate voice recognition, and more intuitive predictive text features. |

---

[194] *See Pixel phone hardware tech specs*, https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel.

**Appendix B: U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Tensor G4 is meticulously engineered to power a wide array of AI-driven applications and services, ranging from image processing and voice recognition to more complex machine learning tasks:[195]<br><br>**Overview & Features of Google Tensor G4**<br><br>The Google Tensor G4 represents the latest advancement in Google's foray into custom-designed artificial intelligence silicon. As the fourth iteration of the Tensor processor family, it embodies Google's ongoing commitment to enhancing the performance and efficiency of AI computations. Unlike off-the-shelf processors, the Tensor G4 is meticulously engineered to power a wide array of AI-driven applications and services, ranging from image processing and voice recognition to more complex machine learning tasks. Its design philosophy emphasizes not only raw computational power but also efficiency and adaptability, making it a cornerstone in Google's strategic push towards more sustainable and smarter technology solutions. |

---

[195] *See Google Tensor G4 Improves Power Efficiency*, https://www.quantumtechblog.com/post/google-tensor-g4-improves-power-efficiency.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr><td></td><td>

For example, The Google Tensor G4 processor comprises multiple subsystems, including a CPU, a custom DSP, and other processing units such as a TPU and GPU:[196]

Before we look at the numbers, take a quick look at the Tensor G4 specifications below:

| Specs | Tensor G4 |
|---|---|
| CPU | Eight-core CPU (1+3+4) |
| CPU Cores | 1x 3.10GHz (Cortex-X4) <br> 3x 2.60GHz (Cortex-A720) <br> 4x 1.95GHz (Cortex-A520) |
| Process Technology | Samsung's 4nm |
| GPU | Mali-G715 MC7 GPU <br> Up to 940MHz |
| Machine Learning and AI | Google Custom TPU (Codename Rio) |
| ISP | Google Custom DSP (Codename Callisto) |
| Connectivity | Wi-Fi 7 <br> Bluetooth 5.3 |
| Modem | Samsung Exynos 5400 5G modem <br> Up to 14.79Gbps Peak Download <br> Satellite SOS |
| Others | AV1 Encoder and Decoder <br> Titan M2 security chip <br> Ultra-wideband chip <br> NavIC |

</td></tr>
</table>

---

[196] *See Google Tensor G4 Benchmarks and Specs*, https://beebom.com/google-tensor-g4-benchmarks/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google TVs start by saying "Hey Google" to access entertainment, get answers on screen or control smart devices:[197]







---

[197] *See A little help on your big screen*, https://assistant.google.com/platforms/tv/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google TV Streamer Voice Remote comprises Integrated microphone for Google Assistant and is compatible with Chromecast with Google TV:[198]

| Audio | Integrated microphone for Google Assistant |
|---|---|
| Colors | • Porcelain<br>• Hazel (US only) |
| Dimensions | 137 x 38 x 16 mm (5.39 x 1.49 x 0.62 in) |
| Weight | • **Without batteries:** 40 g (1.41 oz)<br>• **With 2 AAA batteries:** 63g (2.2 oz) |
| Connectivity | Bluetooth IR to control TV, soundbar or receiver |
| Compatibility | • Google TV Streamer (4K)<br>• Chromecast with Google TV |

---

[198] *See Chromecast and Google TV Streamer specifications*,
https://support.google.com/chromecast/answer/3046409?hl=en#zippy=%2Cgoogle-tv-streamer-k%2Cgoogle-tv-streamer-voice-remote%2Cchromecast.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Chromecast with Google TV (HD) is powered by Amlogic S805X2 and integrates a microphone to give orders to the Google Assistant with which it can be control the device:[199] |

**Chromecast with Google TV HD, review: economical and simple**

10/26/2022 by Kim

**Chromecast with Google TV HD** is the new Google TV Stick of which we present today in our review. This device is the little brother of the Chromecast.TV.4K with maximum resolution 1080p.

In the new **Chromecast with Google TV HD** we find the SoC **Amlogic S805X2**, a processor sufficient for use with streaming applications. We have the **Android TV 12** with all the streaming certification, that operating system can be controlled through a **Bluetooth remote**, also integrates a microphone to give orders to the **Google Assistant** with which we can control this device. As usual we have **Chromecast** system and the necessary certificates to see for example **Netflix 4K HDR** and also supports **HDR10+** and **Dolby Atmos**.

Let's test in our review this new Chromecast with Google TV HD and see what it offers us compared to its rivals.

---

[199] *See Chromecast with Google TV HD, review: economical and simple,* https://androidpctv.com/chromecast-with-google-tv-hd-review/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Pixel Tablets start by saying "Hey Google" to play music and videos, get answers, control smart home devices, manage tasks, and more:[200]<br><br>**Google Assistant on Pixel Tablet**<br><br>Get hands-free help. Just say, "Hey Google" to play music and videos, get answers, control smart home devices, manage tasks, and more.[1]<br><br>**Shop Tablets** |
| | For example, Google Pixel Tablet runs on the Google Tensor G2 processor with 8GB RAM, up to 256GB UFS 3.1 storage and is based on Android 13, and will get a minimum of 5 years of security updates. The tablet has quad speakers and a nano-ceramic coating. The Pixel Tablet with docked acts as a hands-free Assistant or a photo frame:[201]<br><br>Google has launched its first tablet in the Pixel series the Pixel Tablet at the Google I/O after it was teased. It has a 10.95-inch WQXGA screen with USI 2.0 touch pen compatibility and also has a charging speaker dock that promises enhanced audio. It runs on the Google Tensor G2 processor with 8GB RAM, up to 256GB UFS 3.1 storage and is based on Android 13, and will get a minimum of 5 years of security updates. The tablet has quad speakers and a nano-ceramic coating.<br><br>The Pixel Tablet with docked acts as a hands-free Assistant or a photo frame. It can also control all your smart home devices with the redesigned Google Home app and the new hub mode. The dock has magnets that easily dock and undock the Pixel tablet, as per Google. It comes with optimized 50+ Google apps for tablets and has worked with third-party apps such as Minecraft, Disney+, and Spotify to optimize them for tablets. |

---

[200] *See Google Assistant on Pixel Tablet*, https://assistant.google.com/platforms/tablets/.

[201] *See Google Pixel Tablet launched with 10.95-inch WQXGA display, Google Tensor G2 SoC, Charging Speaker Dock,* https://www.phonebunch.com/news/google-pixel-tablet-launch-price-specifications-global_6430.html.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, according to Google, Tensor G2 has better voice processing capabilities:[202]<br><br>Google unveiled last week that its second-generation Tensor chipset focuses more on AI performance and security capabilities. Google VP Brian Rakowski said the Tensor G2 has better voice processing capabilities. It offers faster Google Assistant queries, quicker voice translation, and improved voice typing (2.5x faster than using the Google Keyboard). It can even help users visually describe emojis, like asking for the "heart eyes cat." |

---

[202] *See Google's Tensor G2 chipset uses Samsung's 4nm process, Exynos 5300 5G modem,* https://www.sammobile.com/news/google-pixel-7-tensor-g2-samsung-4nm-process-exynos-5300-5g-modem/.

**Appendix B:  U.S. Patent No. 8,930,196**

|  | For example, The Google Tensor G2 processor comprises multiple subsystems, including a CPU, a custom DSP, and other processing units such as a TPU and GPU:[203]

**Specifications: Google Tensor G2**

- CPU: 2x Arm Cortex-X1 (2.85GHz); 2x Arm Cortex-A78 (2.35GHz) and 4x Arm Cortex-A55 (1.80GHz)
- GPU: ARM Mali-G710 MP7
- Caches: 4MB shared L3; 8MB system level
- RAM: LPDDR5
- Machine Learning TPU: Next-gen Tensor Processing Unit
- Media Decode: H.264, H.265, VP9, AV1
- DSP and ISP: 10-bit HDR, Google HDRnet, 108MP ZSL and 4K60 video
- Modem: 4G LTE, 5G sub-6Ghz and mmWave
- Process: Samsung 5nm
- Security: Tensor security core, Certified M2 security chip, CPU virtualization, Trusty OS on TrustZone, 5 years of security updates |
|--|--|

---

[203] *See Google Tensor G2 brings improvements, new features to Pixel 7 series*, https://www.fonearena.com/blog/376105/google-tensor-g2-pixel-7-series.html.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google smartwatches start by saying "Hey Google" to check the weather, control your smart home devices, or send a quick message:[204]<br><br>Google Assistant for Wearables<br><br>Get help from Google right on your wrist. Just say "Hey Google", or long press the Assistant button to check the weather, control your smart home devices, or send a quick message. Access the best of what Google Assistant offers even when your hands are full or your phone is out of reach, all right from your wrist. |

---

[204] *See Google Assistant for Wearables*, https://assistant.google.com/platforms/wearables/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel Watch 3 features Wear OS 4 support and the latest Snapdragon W5 + co-processor combo, it runs Google's ecosystem natively and smoothly such as Google Assistant:[205]<br><br>**Google Apps & Smart Features**<br><br>This is where the Google Pixel Watch 3 flexes its smart capabilities. Thanks to full Wear OS 4 support and the latest Snapdragon W5 + co-processor combo, it runs Google's ecosystem natively and smoothly:<br><br>- Google Assistant<br>- Google Maps (with turn-by-turn navigation)<br>- Gmail and Calendar<br>- Google Wallet (NFC for tap-to-pay)<br>- Google Home (smart device control)<br>- YouTube Music (streaming + offline storage)<br><br>**Smart Assistant & Voice Control**<br><br>Google Assistant on the Pixel Watch 3 is fast, responsive, and deeply integrated. You can trigger it with "Hey Google" or by holding the crown, and it responds with both on-screen text and spoken feedback. Tasks like checking the weather, controlling smart lights, starting a workout, or sending a text are completed quickly — with minimal delay compared to earlier Pixel Watches.<br><br>Voice-to-text is excellent for replying to messages, and dictation works inside apps like Gmail, Messages, and WhatsApp. LTE models also allow for voice interaction even when your phone isn't nearby — a major perk for runners or those who leave their phone behind.<br><br>The Google Pixel Watch 3 does not offer offline voice assistant functionality. You'll need an internet connection for most commands, which may be a drawback in remote or offline situations. However, what's here is polished, and Google's Assistant remains a standout feature when compared to Samsung's Bixby or any third-party voice tools.<br><br>In daily use, it feels like a natural extension of your phone — and when it works, it's easily one of the best smartwatch assistants available. |

---

[205] *See Google Pixel Watch 3 Review: Smarter, Stronger, but Still a One-Day Wonder,* https://aireviewshq.com/reviews/google-pixel-watch-3-ai-review/.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google upgrades the co-processor inside the Pixel Watch 4.  While it sticks with the Snapdragon W5 Gen 1 as the main chip, the watch is expected to swap out the old M33 co-processor for a more modern Cortex-M55:[206]

> But it's not just hardware durability that's said to be getting a boost — the Watch 4 may also be a lot smarter. As we recently reported, Google is upgrading the co-processor inside the Pixel Watch 4. While it sticks with the Snapdragon W5 Gen 1 as the main chip, the watch is expected to swap out the old M33 co-processor for a more modern Cortex-M55.
>
> That's important because the M55 is significantly more efficient and five times more capable at handling on-device AI workloads. That means features like continuous health tracking, smart notifications, and possibly even Gemini-powered voice features could become faster and more useful — all without killing the battery.

---

[206] *See Pixel Watch 4 finally brings the one upgrade Google fans have been begging for,* https://www.phonearena.com/news/pixel-watch-4-upgrade-google-fans-begging-for_id172364.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Cortex-M55 processor achieves low system power for KWS:[207] |

---

[207] *See A Technical Overview of Cortex-M55 and Ethos-U55: Arm's Most Capable Processors for Endpoint AI,* https://hc32.hotchips.org/assets/program/conference/day1/HotChips2020_Edge_Computing_Arm_Cortex-M55.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant is integrated into Android Auto. To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars:[208]<br><br>**Now available in your car**<br><br>Your Google Assistant is now integrated into Android Auto. So whether you have a compatible car - or the Android Auto app - you can now have hands-free help while you drive.<br><br>To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars. |
| | For example, Android Auto is needed for an Android phone running Android 9.0 and up with a data plan:[209]<br><br>**What are the requirements to run Android Auto on my car display?**<br><br>- An Android phone running Android 9.0 and up with a data plan.<br><br>- A car or stereo that's compatible with Android Auto. A high-quality USB cable.<br><br>- For wireless connection: A compatible phone (see list) and a compatible car or a supported aftermarket car stereo from JVC, Kenwood, or Pioneer. Check with the manufacturer to see if wireless is supported. |

---

[208] *See Google Assistant in your car*, https://assistant.google.com/platforms/cars/.

[209] *See Drive with Android Auto. The best of Android, on your in-car display_,* https://www.android.com/auto/

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel 9 comprises Google G4, which offer better performance and efficiency such as more accurate voice recognition:[210]<br><br>The tech community is abuzz with excitement as Google prepares to unveil its Pixel 9 lineup. According to The Verge, the new series is expected to feature a slightly upgraded G4 Tensor chip, which should offer better performance and efficiency. This chip is anticipated to boost everything from app functionality to photography, thanks to improved processing power and advanced machine learning capabilities.<br><br>A major highlight of the Pixel 9 could be its enhanced AI features. Google has consistently pushed the envelope with AI in smartphones, and the Pixel 9 might take this even further. We could see smarter photo editing tools, more accurate voice recognition, and more intuitive predictive text features. |

---

[210] *See Pixel phone hardware tech specs*, https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, The Google Tensor G4 processor comprises multiple subsystems, including a CPU, a custom DSP, and other processing units such as a TPU and GPU:[211]

Before we look at the numbers, take a quick look at the Tensor G4 specifications below:

| Specs | Tensor G4 |
|---|---|
| CPU | Eight-core CPU (1+3+4) |
| CPU Cores | 1x 3.10GHz (Cortex-X4)<br>3x 2.60GHz (Cortex-A720)<br>4x 1.95GHz (Cortex-A520) |
| Process Technology | Samsung's 4nm |
| GPU | Mali-G715 MC7 GPU<br>Up to 940MHz |
| Machine Learning and AI | Google Custom TPU (Codename Rio) |
| ISP | Google Custom DSP (Codename Callisto) |
| Connectivity | Wi-Fi 7<br>Bluetooth 5.3 |
| Modem | Samsung Exynos 5400 5G modem<br>Up to 14.79Gbps Peak Download<br>Satellite SOS |
| Others | AV1 Encoder and Decoder<br>Titan M2 security chip<br>Ultra-wideband chip<br>NavIC |

---

[211] *See Google Tensor G4 Benchmarks and Specs,* https://beebom.com/google-tensor-g4-benchmarks/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, on Android, your Gemini mobile app gets help from Google Assistant for some familiar quick voice action features. You can also talk to Gemini with 'Hey Google' and Voice Match, powered by Google Assistant:[212] <br><br> **Google Assistant features in your Gemini mobile app** <br><br> On Android, your Gemini mobile app gets help from Google Assistant for some familiar quick voice action features. You can also talk to Gemini with 'Hey Google' and Voice Match, powered by Google Assistant. On some devices, you can also complete certain tasks, like answering a call, with quick phrases that allow you to skip saying 'Hey Google'. |
| | For example, Google Gemini is available for download on all Pixel devices with 2 GB of RAM or more, and Android 10+:[213] <br><br> **Set up the Gemini app** <br><br> **Important:** Gemini is available for download on all Pixel devices with 2 GB of RAM or more, and Android 10+. Learn more about Gemini mobile app availability. <br><br> You can use Gemini as your mobile AI assistant. Get started with the Gemini mobile app. |

---

[212] *See Connect your phone and go,* https://www.android.com/auto/#al-faq-trigger-1.

[213] *See Use Gemini, your AI assistant, on your Pixel phone,* https://support.google.com/pixelphone/answer/15283615.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Keyword Spotter to recognize predefined hotword:[214]



---

[214] *See "Hotword Detection" by Alex Gruenstein (Google)*, https://www.youtube.com/watch?v=FsJUU4rPrX8&t=6s.

**Appendix B:  U.S. Patent No. 8,930,196**



**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets:[215]<br><br>The current KWS system at Google [2] uses a Deep Neural Network (DNN), which is trained to predict sub keyword targets. The DNN has been shown to outperform a Keyword/Filler Hidden Markov Model system, which is a commonly used technique for keyword spotting. In addition, the DNN is attractive to run on the device, as the size of the model can be easily adjusted by changing the number of parameters in the network. |

---

[215] *See* Sainath et. al, *Convolutional Neural Networks for Small-footprint Keyword Spotting*, https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/43969.pdf.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, according to Google, Google's keyword spotting architecture can meet these power requirements, while achieving high accuracy. The first stage is comprised of a very small and power efficient detector that executes on a DSP. Upon trigger, it delegates the final detection decision to a second, much:[216]

### 1  Introduction

Voice assistants have become prevalent in the last few years. A common way to initiate a conversation with your assistant is via a keyword, such as "Ok Google", "Alexa", or "Hey Siri". Thus, it is important for the keyword to be available in as many devices as possible, many of them battery powered or with restricted computational capacity.

Keyword detection is like searching for a needle in a haystack: the detector must listen to continuously streaming audio, ignoring nearly all of it, yet still triggering correctly and instantly. On a mobile device, this is particularly challenging when considering that typical mobile devices (e.g. smartphones) have batteries with capacities between 1,000mAh and 2,400mAh, and thus in the best case our entire system must consume less than 1mA to consume less than 1% of the battery per day.

We present a cascade architecture for keyword spotting that can meet these power requirements, while achieving high accuracy. The first stage is comprised of a very small and power efficient detector that executes on a DSP. Upon trigger, it delegates the final detection decision to a second, much larger and more accurate detector, that executes on the device's main application processor (AP).

</td>
</tr>
<tr>
<td></td>
<td>

This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.

</td>
</tr>
</table>

---

[216] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9c] a continuous speech recognition unit using the processor, | The accused instrumentalities comprise a continuous speech recognition unit using the processor.<br><br>*See supra* claim 1, [1e]. |
| | In addition, for example, Google receives wake words through a device. Once it hears the wake words, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us:[217]<br><br>What are Wake Words?<br><br>Wake words are specific phrases that activate voice-activated virtual assistants. They are designed to get the attention of device and signal that user want to interact with it.<br><br>For Google Assistant, both "Hey Google" and "Ok Google" are the wake words. Once it hears one of these phrases, it activates Google Assistant, and the device is ready to listen and respond to the commands given by us. |

---

[217] *See Google Assistant - Quick Guide*, https://www.tutorialspoint.com/google-assistant/google-assistant-quick-guide.htm.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Matter-enabled devices are controlled in various ways, such as tapping device controls in the Home app, the home panel on devices, using voice commands with Google Assistant, or triggering commands through automated routines. Matter-enabled devices are designed to work locally over your existing home network, without the need to connect to the cloud over the internet to carry out your commands:[218]

## How Matter-enabled devices are controlled

You can give commands to your Matter-enabled devices in various ways, such as tapping device controls in the Home app, the home panel on devices, using voice commands with Google Assistant, or triggering commands through automated routines.

Matter-enabled devices are designed to work locally over your existing home network, without the need to connect to the cloud over the internet to carry out your commands. How your Matter-enabled devices are controlled depends on whether you're home or away:

### From Home ^

When you give smart home commands to your Matter-enabled devices from within your home, these commands are carried out locally. This means they are sent directly to the Matter-enabled device over your home wireless Wi-Fi or Thread network without the need to connect to the cloud over the internet.

---

[218] *See Set up, manage, and control Matter-enabled devices with Google Home*, https://support.google.com/googlenest/answer/13127223?hl=en#zippy=%2Cfrom-home.

B-225

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google uses Local fulfillment. When a user triggers a Cloud-to-cloud integration that has a local fulfillment path, Assistant sends the EXECUTE intent or QUERY intent to the Google Home or Google Nest device rather than the cloud fulfillment. The device then runs the local fulfillment app to process the intent:[219]

Figure 1: Adding a local fulfillment path for your smart home Action.

---

[219] *See Conversational AI for richer, more intuitive experiences*, https://cloud.google.com/conversational-ai?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant enables voice-forward control of Android apps:[220]<br><br>**Google Assistant for Android**<br><br>Google Assistant enables voice-forward control of Android apps. Using Assistant, users can launch apps, perform tasks, access content, and more by using their voice to say things like, *"Hey Google, start a run on Example App."*<br><br>As an Android developer, you can use Assistant's development framework and testing tools to easily enable deep voice control of your apps on Android-powered surfaces, such as mobile devices, cars, and wearables. |

---

[220] *See Google Assistant for Android*, https://developer.android.com/develop/devices/assistant/overview.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Android provides RecognitionService to detect continuous speech and handle recognition events:[221]

```java
/**
 * This class receives callbacks from the speech recognition service and forwards them to the
 * user. An instance of this class is passed to the
 * {@link RecognitionService#onStartListening(Intent, Callback)} method. Recognizers may call
 * these methods on any thread.
 */
public class Callback {
    private final IRecognitionListener mListener;
    @NonNull private final AttributionSource mCallingAttributionSource;
    @Nullable private Context mAttributionContext;
    private boolean mAttributionContextCreated;

    private Callback(IRecognitionListener listener,
            @NonNull AttributionSource attributionSource) {
        mListener = listener;
        mCallingAttributionSource = attributionSource;
    }

    /**
     * The service should call this method when the user has started to speak.
     */
    public void beginningOfSpeech() throws RemoteException {
        mListener.onBeginningOfSpeech();
    }

    /**
     * The service should call this method when sound has been received. The purpose of this
     * function is to allow giving feedback to the user regarding the captured audio.
     *
     * @param buffer a buffer containing a sequence of big-endian 16-bit integers representing a
     *        single channel audio stream. The sample rate is implementation dependent.
     */
    public void bufferReceived(byte[] buffer) throws RemoteException {
        mListener.onBufferReceived(buffer);
    }
```

---

[221] *See RecognitionService.java*,
https://android.googlesource.com/platform/frameworks/base/+/HEAD/core/java/android/speech/RecognitionService.java.

B-228

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Nest Mini (2nd gen) runs on a quad-core 64-bit ARM processor clocked at 1.4 GHz. While these specifications might seem modest compared to smartphones, they're specifically optimized for always-listening voice processing and smart home coordination:[222] |

**The Voice Recognition Revolution**

Perhaps the most technically impressive aspect of the **Google Nest Mini 2nd Gen** is its microphone array upgrade. Google increased the far-field microphone count from two to three, implementing what they call "beamforming technology." This system works by having each microphone pick up sound slightly differently, then using advanced algorithms to focus on the user's voice while filtering out background noise.

Researchers found this particularly effective in kitchens, where running water, appliances, and other ambient sounds typically interfere with voice commands. The Voice Match feature goes even further, using machine learning to recognize individual household members' voices and provide personalized responses. This means when you ask about your calendar, it shows your schedule, not your roommate's.

The ultrasound sensing capability represents another fascinating technical achievement. The device emits high-frequency sounds (above human hearing range) that bounce back to detect when someone approaches. This enables features like visual feedback through LED lights and can trigger context-aware responses—essentially making the device more intuitive to use.

**Processing Power and Intelligence**

Under the hood, the **Google Nest Mini 2nd Gen** runs on a quad-core 64-bit ARM processor clocked at 1.4 GHz. While these specifications might seem modest compared to smartphones, they're specifically optimized for always-listening voice processing and smart home coordination. The inclusion of dedicated machine learning (ML) hardware is particularly noteworthy—this specialized chip handles AI tasks like voice recognition and natural language processing without taxing the main processor.

This dedicated approach to AI processing means response times remain consistently quick, even when the device is simultaneously handling multiple smart home commands or streaming audio. Online user reviews frequently highlight this responsiveness as a key advantage over some competing devices that can lag during complex multi-step routines.

---

[222] *See Google Nest Mini 2nd Gen Smart Speaker: A Deep-Dive Technical Overview*, https://hometheaterreview.com/product/google-nest-mini-2nd-gen-smart-speaker/.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, Google Nest Mini (2nd gen) features improved voice recognition, so users can ask the built-in Google Assistant to get a personalized schedule, set timers and alarms, and control compatible smart home devices like lights, thermostats, and more with simple voice commands, with a quad-core 64-bit Arm CPU processor and a high-performance machine learning hardware engine:[223]

### The Google Nest Mini Delivers Enhances Sound and Seamless Assistance

The Google Nest Mini is a compact, smart speaker designed to enhance sound quality and to help as a home assistant. This second-generation Google Mini features twice the bass than the original Mini with its improved speaker, delivering richer audio for music, podcasts, and more. And with improved voice recognition, users can ask the built-in Google Assistant to get a personalized schedule, set timers and alarms, and control compatible smart home devices like lights, thermostats, and more with simple voice commands.

Equipped with a quad-core 64-bit Arm CPU processor and a high-performance machine learning hardware engine, the Nest Mini provides faster responses and improved functionality, making it an excellent choice for integrating seamlessly into a smart home ecosystem.

</td>
</tr>
</table>

---

[223] *See The Google Nest Mini Delivers Enhances Sound and Seamless Assistance*, https://www.arm.com/company/success-library/arm-designs/google-nest-mini.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>For example, Google Nest Audio leverages the quad-core Arm Cortex-A53 processer, enabling some processing on-device instead of relying solely on data centers. This integration makes it possible for Google Assistant to learn the most common music commands and respond twice as fast than the original Google Home:[224]

Bigger and More Powerful: Inside Google Nest Audio Smart Speaker

The Google Nest Audio is a smart home speaker that's 75% louder and features 50% stronger bass than the original Google Home, delivering full, clear, and natural sound for users to enjoy their favorite music, radio, and more. And with the built-in Google Assistant, users can control compatible smart home devices like lights, air conditioners, robots, and more, using just their voice.

Google Nest Audio leverages the quad-core Arm Cortex-A53 processer, enabling some processing on-device instead of relying solely on data centers. This integration makes it possible for Google Assistant to learn the most common music commands and respond twice as fast than the original Google Home.</td>
</tr>
</table>

---

[224] *See SUCCESS STORIES Google Nest Audio*, https://www.arm.com/company/success-library/arm-designs/google-nest-audio.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google Pixel 9 comprises G4 Tensor chip, which offer better performance and efficiency such as more accurate voice recognition:[225]

> The tech community is abuzz with excitement as Google prepares to unveil its Pixel 9 lineup. According to The Verge, the new series is expected to feature a slightly upgraded G4 Tensor chip, which should offer better performance and efficiency. This chip is anticipated to boost everything from app functionality to photography, thanks to improved processing power and advanced machine learning capabilities.

> A major highlight of the Pixel 9 could be its enhanced AI features. Google has consistently pushed the envelope with AI in smartphones, and the Pixel 9 might take this even further. We could see smarter photo editing tools, more accurate voice recognition, and more intuitive predictive text features.

---

[225] *See Pixel phone hardware tech specs*, https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Chromecast with Google TV (HD) is powered by Amlogic S805X2 and integrates a microphone to give orders to the Google Assistant with which it can be control the device:[226]<br><br>**Chromecast with Google TV HD, review: economical and simple**<br><br>10/26/2022 by Kim<br><br>**Chromecast with Google TV HD** is the new Google TV Stick of which we present today in our review. This device is the little brother of the Chromecast TV 4K with maximum resolution 1080p.<br><br>In the new **Chromecast with Google TV HD** we find the SoC **Amlogic S805X2**, a processor sufficient for use with streaming applications. We have the **Android TV 12** with all the streaming certification, that operating system can be controlled through a **Bluetooth remote**, also integrates a microphone to give orders to the **Google Assistant** with which we can control this device. As usual we have **Chromecast** system and the necessary certificates to see for example **Netflix 4K HDR** and also supports **HDR10+** and **Dolby Atmos**.<br><br>Let's test in our review this new Chromecast with Google TV HD and see what it offers us compared to its rivals. |

---

[226] *See Chromecast with Google TV HD, review: economical and simple,* https://androidpctv.com/chromecast-with-google-tv-hd-review/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel Tablet runs on the Google Tensor G2 processor with 8GB RAM, up to 256GB UFS 3.1 storage and is based on Android 13, and will get a minimum of 5 years of security updates. The tablet has quad speakers and a nano-ceramic coating. The Pixel Tablet with docked acts as a hands-free Assistant or a photo frame:[227]<br><br>Google has launched its first tablet in the Pixel series the Pixel Tablet at the Google I/O after it was teased. It has a 10.95-inch WQXGA screen with USI 2.0 touch pen compatibility and also has a charging speaker dock that promises enhanced audio. It runs on the Google Tensor G2 processor with 8GB RAM, up to 256GB UFS 3.1 storage and is based on Android 13, and will get a minimum of 5 years of security updates. The tablet has quad speakers and a nano-ceramic coating.<br><br>The Pixel Tablet with docked acts as a hands-free Assistant or a photo frame. It can also control all your smart home devices with the redesigned Google Home app and the new hub mode. The dock has magnets that easily dock and undock the Pixel tablet, as per Google. It comes with optimized 50+ Google apps for tablets and has worked with third-party apps such as Minecraft, Disney+, and Spotify to optimize them for tablets. |

---

[227] *See Google Pixel Tablet launched with 10.95-inch WQXGA display, Google Tensor G2 SoC, Charging Speaker Dock,* https://www.phonebunch.com/news/google-pixel-tablet-launch-price-specifications-global_6430.html.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel Watch 3 features Wear OS 4 support and the latest Snapdragon W5 + co-processor combo, it runs Google's ecosystem natively and smoothly such as Google Assistant:[228] |

---

[228] *See Google Pixel Watch 3 Review: Smarter, Stronger, but Still a One-Day Wonder,* https://aireviewshq.com/reviews/google-pixel-watch-3-ai-review/.

B-235

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel Watch 3 comprises Qualcomm Snapdragon W5 Gen 1 processor paired with a Cortex M33 co-processor delivers the kind of responsiveness that was missing from earlier Pixel watches. The co-processor handles background tasks like sensor monitoring and always-on display functions, while the main chip focuses on user interactions and apps:[229] |

**Performance Architecture: Snapdragon's Wearable Evolution**

Under the hood, the Qualcomm Snapdragon W5 Gen 1 processor paired with a Cortex M33 co-processor delivers the kind of responsiveness that was missing from earlier Pixel watches. The co-processor handles background tasks like sensor monitoring and always-on display functions, while the main chip focuses on user interactions and apps.

With 2GB of RAM and 32GB of storage running Wear OS 5.0, the watch handles multitasking smoothly. Researchers noted that app switching, scrolling through lists, and launching applications felt noticeably faster than the Pixel Watch 2. However, when compared to Apple's latest Watch Series, there's still a slight lag in some operations—the difference between "fast enough" and "lightning quick."

The storage allocation is practical: after the operating system and pre-installed apps, users have approximately 20GB available for music downloads, additional apps, and personal data. For context, this is enough space for roughly 3,000-4,000 songs if you prefer offline music during workouts.

---

[229] *See Google Pixel Watch 3 41mm LTE: A Comprehensive Performance Overview,* https://hometheaterreview.com/product/google-pixel-watch-3-41mm-lte-smartwatch/.

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>

For example, NLU engine, when limited to a specific target domain an optimized engine (model) can be executed on Cortex-M4, Cortex-M7 or Cortex-M33 with less than 100MHz budget and less than a Mbyte of non-volatile memory:[230]

**The NLU engine**

An NLU engine for constrained IoT devices is likely to be dedicated to a specific target domain in which naturally spoken commands can be translated to specific actions. Target domains are relative to a specific usage like a smart appliance with its specific command set. For a specific command, the NLU engine can understand and associate various utterances. Different command (intent) to utterance mapping can be chosen but common applications with ten or so commands efficiently map to around a hundred utterances.

NLU engine architectures are based on various technologies but their implementation largely depend on the infrastructure in which the engine will execute (cloud compute versus end point device). By limiting the NLU to a specific target domain an optimized engine (model) can be executed on Cortex-M4, Cortex-M7 or Cortex-M33 with less than 100MHz budget and less than a Mbyte of non-volatile memory.

The Arm ecosystem offers various frameworks that allow user to create their own NLU engine for domain specific command set in different languages. These solutions would fit to a large set of available Cortex-M based MPUs with a minimum of 300KB for model storage (assuming 100s of domain specific utterances).

</td>
</tr>
</table>

---

[230] *See Voice On Arm: A Guide To Cortex-M Voice Solutions,* https://armkeil.blob.core.windows.net/developer/Files/pdf/white-paper/guide-to-cortex-m-voice-solutions.pdf.

B-237

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Assistant is integrated into Android Auto. To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars:[231]<br><br>Now available in your car<br><br>Your Google Assistant is now integrated into Android Auto. So whether you have a compatible car - or the Android Auto app - you can now have hands-free help while you drive.<br><br>To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars. |
| | For example, Android Auto is needed for an Android phone running Android 9.0 and up with a data plan:[232]<br><br>What are the requirements to run Android Auto on my car display?<br><br>- An Android phone running Android 9.0 and up with a data plan.<br><br>- A car or stereo that's compatible with Android Auto. A high-quality USB cable.<br><br>- For wireless connection: A compatible phone (see list) and a compatible car or a supported aftermarket car stereo from JVC, Kenwood, or Pioneer. Check with the manufacturer to see if wireless is supported. |

---

[231] *See Google Assistant in your car*, https://assistant.google.com/platforms/cars/.

[232] *See Drive with Android Auto. The best of Android, on your in-car display,* https://www.android.com/auto/.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google Pixel 9 comprises Google G4, which offer better performance and efficiency such as more accurate voice recognition:[233]<br><br>The tech community is abuzz with excitement as Google prepares to unveil its Pixel 9 lineup. According to The Verge, the new series is expected to feature a slightly upgraded G4 Tensor chip, which should offer better performance and efficiency. This chip is anticipated to boost everything from app functionality to photography, thanks to improved processing power and advanced machine learning capabilities.<br><br>A major highlight of the Pixel 9 could be its enhanced AI features. Google has consistently pushed the envelope with AI in smartphones, and the Pixel 9 might take this even further. We could see smarter photo editing tools, more accurate voice recognition, and more intuitive predictive text features. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[233] *See Pixel phone hardware tech specs*, https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel-pro-fold%2Cpixel-pro-xl%2Cpixel-pro%2Cpixel%2Cpixel-a%2Cpixel-fold.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[d]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9d] wherein the preset call command recognition unit is configured to receive an input speech spoken by the speaker; | In the accused instrumentalities, the preset call command recognition unit is configured to receive an input speech spoken by the speaker.<br><br>*See supra* claim 1, [1a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[e]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| receive a subsequent input speech spoken, by the speaker, subsequently to the input speech; | The accused instrumentalities are configured to receive a subsequent input speech spoken by the speaker subsequently to the input speech.<br><br>*See supra* claim 1, [1b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[f]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9f] compare the input speech with a preset call command; and | The accused instrumentalities are configured to compare the input speech with a preset call command.<br><br>*See supra* claim 1, [1c]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[g]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9g] recognize the input speech as the preset call command according to a result of the comparison, | The accused instrumentalities are configured to recognize the input speech as the preset call command according to a result of the comparison.<br><br>*See supra* claim 1, [1d]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

Appendix B: U.S. Patent No. 8,930,196

**CLAIM 9[h]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9h] wherein the continuous speech recognition unit is configured to recognize the subsequent input speech as an actual command if the input speech is recognized as the preset call command by the preset call command recognition unit, and | In the accused instrumentalities, the continuous speech recognition unit is configured to recognize the subsequent input speech as an actual command if the input speech is recognized as the preset call command by the preset call command recognition unit. *See supra* claim 1, [1e]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 9[i]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9i] wherein the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command. | In the accused instrumentalities, the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command.<br><br>*See supra* claim 1, [1f]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 10**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10pre] The apparatus of claim 9, wherein the preset call command recognition unit further comprises: | *See supra* claim 9. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 10[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10a] an adaptive filter configured to receive the input speech and the subsequent input speech; and | In the accused instrumentalities, the preset call command recognition unit comprises an adaptive filter configured to receive the input speech and the subsequent input speech.<br><br>*See supra* claim 1, [1a, 1b], and claim 9, [9b, 9d, 9e]. |
|  | In addition, for example, adaptive filters (AFs) are essential for many smart systems, including automatic speech recognition, sound event detection, and keyword spotting. [234]<br><br>Adaptive filters (AFs) are essential for many smart systems, including automatic speech recognition, sound event detection, and keyword spotting [2]. In these applications, AFs serve as key preprocessing steps and are designed to enhance the performance of their downstream components by removing noise, reverberation, and other distortions from their input signals. Traditionally, AFs have been hand-tuned for optimizing signal-level objectives, such as minimizing mean-squared error, using techniques like recursive least squares [3, 4, 5]. However, recent advancements in deep learning have introduced methods for controlling pre-built AF update rules [6, 7, 8], or for learning entirely new update rules from scratch [9, 1]. Existing techniques often do not take into account the downstream task and may not lead to the best performance in practice. |

---

[234] *See Meta-AF Echo Cancellation for Improved Keyword Spotting*, https://arxiv.org/html/2312.10605v1.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, according to Google, the frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra): [235]

### 2.1   Anatomy of a keyword spotter

Our detectors receive the raw audio as input and produce a yes/no decision. Internally they are composed by three main components: 1) a signal processing frontend 2) a neural network acoustic encoder and 3) a decoder.

**Frontend** The frontend receives the audio signal and produces features for the encoder neural network. Its execution involves some typical signal processing algorithms, like spectral subtraction, but ultimately produces a log-mel filterbank (the log of the triangular mel filters applied to the power spectra). We typically use either 32 or 40 filterbank channels per 25ms frame.

**Neural network acoustic encoder** The encoder receives the filterbank channels from one or more stacked frames (depending on the neural network topology), and produces posterior probabilities for acoustic units from the keyword (e.g. phones or syllables). This component is what dominates both the computation as well as the ultimate quality of the system, and consequently it is where a lot of research has been focused on, iterating over several topologies and training setups [2, 3, 8] until arriving to the rank constrained topology proposed in [6].

**Decoder** The decoder receives the $M$ posteriors for the acoustic units of the keyword, $\mathbf{y} = \{y_1, y_2, \cdots, y_M\}$, and produces a score $h(\mathbf{y})$ between 0 and 1. The score is computed by smoothing the posterior values, $s_t(y_i)$, by averaging them over a sliding window of the previous L frames with respect to the current $t$. The score is then defined as the largest product of the smoothed posteriors in the input sliding window, subject to the constraint that the individual units 'fire' in the same order as specified in the keyword, as described in [7] by the following formulation:

$$s_t(y_i) = \frac{1}{L} \sum_{j=t-L+1}^{t} y_{i,j}; \quad h(\mathbf{y}) = \left[ \max_{1 \le t_1 \le \cdots \le t_M \le T_s} \prod_{i=1}^{M} s_{t_i}(y_i) \right]^{\frac{1}{M}} \tag{1}$$

---

[235] *See* Gruenstein, et. al, *A Cascade Architecture for Keyword Spotting on Mobile Devices*, https://arxiv.org/pdf/1712.03603.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google allows users to adjust how sensitive the Assistant is to wake words like "Hey Google" or "Ok Google." By lowering sensitivity, the system prevents false activations caused by background noise or similar sounds; by increasing sensitivity, it ensures accurate detection in noisy environments. [236]<br><br>Adjust how sensitive Google Assistant is to "Hey Google"<br><br>You can control how sensitive Google Assistant is to voice commands like "Hey Google" or "Ok Google."<br><br>Google Assistant might activate when you didn't say "Hey Google" or "Ok Google." This can happen when it detects something that sounds similar or you manually activate your device accidentally. If this happens often, you can make it less sensitive.<br><br>Also, Google Assistant might not activate when you say "Hey Google" or "Ok Google," particularly in a noisy environment. If this happens often, you can make it more sensitive. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[236] *See Adjust how sensitive Google Assistant is to "Hey Google"*, https://support.google.com/assistant/answer/9712065.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 10[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10b] a confidence detection unit configured to compute a confidence rate of the assumed input speech and | In the accused instrumentalities, the preset call command recognition unit comprises a confidence detection unit configured to compute a confidence rate of the assumed input speech.<br><br>*See supra* claim 1, [1a, 1c, 1d], claim 2, [2a], and claim 9, [9b, 9d, 9f, 9g]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 10[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10c] recognize the assumed input speech as the preset call command based on the computed confidence rate. | In the accused instrumentalities, the preset call command recognition unit comprises a confidence detection unit configured to recognize the assumed input speech as the preset call command based on the computed confidence rate.<br><br>*See supra* claim 1, [1a, 1c, 1d], claim 2, [2b], and claim 9, [9b, 9d, 9f, 9g]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

B-251

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 11**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [11pre] The apparatus of claim 10, | *See supra* claim 10. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 11[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [11a] wherein the confidence detection unit is further configured to recognize the assumed input speech as the preset call command if the computed confidence rate is higher than a threshold value. | In the accused instrumentalities, the confidence detection unit is further configured to recognize the assumed input speech as the preset call command if the computed confidence rate is higher than a threshold value.<br><br>*See supra* claim 3, [3a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 12**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [12 pre] The apparatus of claim 10, | *See supra* claim 10. |

**Appendix B:  U.S. Patent No. 8,930,196**

## CLAIM 12[a]

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [12a] wherein the confidence detection unit is further configured to determine whether or not the assumed input speech is an authentic call command based on the computed confidence rate and | In the accused instrumentalities, the confidence detection unit is further configured to determine whether or not the assumed input speech is an authentic call command based on the computed confidence rate.<br><br>*See supra* claim 4, [4a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 12[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [12b] recognize the assumed input speech as the preset call command if it is determined that the assumed input speech is the authentic call command. | In the accused instrumentalities, the confidence detection unit is further configured to recognize the assumed input speech as the preset call command if it is determined that the assumed input speech is the authentic call command.<br><br>*See supra* claim 4, [4b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 13**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [13pre] The apparatus of claim 10, | *See supra* claim 10, |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 13[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [13a] wherein the token passing unit is further configured to compute a log likelihood ratio of the input speech and | In the accused instrumentalities, the token passing unit is further configured to compute a log likelihood ratio of the input speech.<br><br>*See supra* claim 1, [1f], and claim 5, [5a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 13[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [13b] assume the input speech to be the preset call command based on the computed log likelihood ratio. | In the accused instrumentalities, the token passing unit is further configured to assume the input speech to be the preset call command based on the computed log likelihood ratio.<br><br>*See supra* claim 1, [1f], and claim 5, [5b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 14**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [14pre] The apparatus of claim 13, | *See supra* claim 13. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 14[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [14a] wherein the computed log likelihood ratio is a natural logarithm of a probability on the input speech for a phoneme model of the preset call command, and | In the accused instrumentalities, the computed log likelihood ratio is a natural logarithm of a probability on the input speech for a phoneme model of the preset call command.<br><br>*See supra* claim 6, [6a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 14[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [14b] the computed confidence rate is another log likelihood ratio. | In the accused instrumentalities, the computed confidence rate is another log likelihood ratio.<br><br>*See supra* claim 6, [6b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 15**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [15pre] The apparatus of claim 14, | *See supra* claim 14. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 15[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [15a] wherein said another log likelihood ratio is computed by subtracting, from the log likelihood ratio, a natural logarithm of a probability on the input speech for an anti-phoneme model of the preset call command. | In the accused instrumentalities, another log likelihood ratio is computed by subtracting, from the log likelihood ratio, a natural logarithm of a probability on the input speech for an anti-phoneme model of the preset call command.<br><br>*See supra* claim 7, [7a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 16**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [16pre] The apparatus of claim 9, wherein the continuous speech recognition unit comprises: | *See supra* claim 9. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 16[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [16a] a keyword spotting unit configured to recognize the subsequent input speech as the actual command if the input speech is recognized as the preset call command; and | In the accused instrumentalities, the continuous speech recognition unit comprises a keyword spotting unit configured to recognize the subsequent input speech as the actual command if the input speech is recognized as the preset call command.<br><br>*See supra* claim 1, [1c, 1d, 1e], claim 9, [9c, 9f, 9g, 9h], claim 10, [10a]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 16[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [16b] a rule check unit configured to determine whether the recognized subsequent input speech corresponds to a target sentence. | In the accused instrumentalities, the continuous speech recognition unit comprises a rule check unit configured to determine whether the recognized subsequent input speech corresponds to a target sentence.<br><br>*See supra* claim 1, [1e], claim 8, [8a], and claim 9, [9h]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17pre] A method for recognizing a speech of a speaker by a single device, the method comprising: | The accused instrumentalities comprise a method of recognizing a speech of a speaker by a single device.<br><br>*See supra* claim 1, [1pre]. |

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Google Assistant and the accused instrumentalities, each integrating Google Assistant designed by Google, such as Google Home, Google TV, Pixel smartphones, Pixel wireless earbuds, Pixel smartwatches, Pixel tablets, Pixel laptops, Nest smart home products, Google "hub" and "smart" systems, services, and devices:[237]

**Access Google Assistant with your voice**

**Important:** To access this feature on some devices, you must have Voice Match.

When you say "Hey Google," this allows you to get hands-free help as it voice-activates your Assistant-enabled devices ⧉ .

You can use a speaker or Smart Display with built-in Google Assistant.

**Android**   iPhone & iPad

**Turn on Google Assistant**

1. On your Android phone or tablet, open the Google Assistant app ●ᵢ.
2. At the bottom, tap **Turn on**.
   • If Google Assistant is off, you'll get the option to turn it on.

Learn how to set up Google Assistant on your phone or tablet.

**Turn off Google Assistant**

1. On most Assistant-enabled devices, say "Hey Google, open Assistant settings."
   • Alternatively, open the Google Assistant app ●ᵢ and say, "Assistant settings."
2. Under "All settings," tap **General**.
   • If you don't find "General," tap **View all settings** or **See all Assistant Settings**.
3. Turn off **Google Assistant**.

---

[237] *See Access Google Assistant with your voice*,
https://support.google.com/assistant/answer/7394306?co=GENIE.Platform%3DAndroid&hl=en&sjid=11258647459873305720-NC.

B-269

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides speakers that integrate Google Assistant, including devices such as Google Home, Google Home Mini (1st gen), Google Nest Mini (2nd gen), Google Home Max, and Google Nest Audio:[238] [239]



---

[238] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=.

[239] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**



B-271

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides displays that integrate Google Assistant, including devices such as Google Nest Hub, Google Nest Hub Max, and Google Nest Hub (2nd gen):[240] [241]<br><br> |

---

[240] *See Google Nest and Home device specifications*, https://support.google.com/googlenest/answer/7072284?hl=en#zippy=.

[241] *See Google Nest speakers and displays*, https://support.google.com/googlenest/answer/7029281?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Wifi point that integrates Google Assistant, including devices such as Nest Wifi point:[242]<br><br> |

---

[242] *See What is Nest Wifi,*
https://support.google.com/googlenest/answer/9583920?hl=en&ref_topic=9831837&sjid=3184634082685950456-NC.

B-273

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Pixel smartphones that integrate Google Assistant, including devices such as Pixel, Pixel XL, Pixel  2, Pixel  2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a, Pixel 6, Pixel 6 Pro, Pixel 6a, Pixel 7, Pixel 7 Pro, Pixel 7a, Pixel Fold, Pixel 8, Pixel 8a, Pixel 8 Pro, Pixel 9,  Pixel 9 Pro, Pixel 9 Pro XL, Pixel 9 Pro Fold, Pixel 9a, Pixel 10,  Pixel 10 Pro, Pixel 10 Pro XL, Pixel 10 Pro Fold:[243]



---

[243] *See Pixel phone hardware tech specs (earlier models),*
https://support.google.com/pixelphone/answer/16043605?sjid=12555737567514235331-NC, *see also Pixel phone hardware tech specs,* https://support.google.com/pixelphone/answer/7158570?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**



B-275

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant is built into a device with Android 5.0 and up (which includes Pixel, Pixel XL and later):[244]  |

---

[244] *See Set up Google Assistant on your phone or tablet,* https://support.google.com/pixelphone/answer/7172657?hl=en&co=GENIE.Platform%3DAndroid&sjid=12555737567514235331-NC, *see also Migrating to Android 8.0,* https://developer.android.com/about/versions/oreo/android-8.0-migration.

**Appendix B:  U.S. Patent No. 8,930,196**

According to Google, Google Assistant is built into a Pixel 4 and later, including Fold:[245]

---

[245] *See Get started with the Google Assistant on Pixel,*
https://support.google.com/pixelphone/answer/9475056?hl=en&co=GENIE.Platform%3DAndroid&sjid=2061459748708512636-NC.

B-277

**Appendix B:  U.S. Patent No. 8,930,196**

<table>
<tr>
<td></td>
<td>For example, Google provides Chromecast with Google TV(HD), Chromecast with Google TV(4K) and Google TV Steamer that integrate Google Assistant:[246] [247]

**Use Assistant on the Chromecast and Google TV Streamer Voice Remote**

You can use voice commands with your Chromecast or Google TV Streamer Voice Remote to find and play entertainment on your linked TV, and get information. Voice commands through Google Assistant also lets you control smart devices linked in the Google Home app, and more.

**Talk to Google with your Chromecast or Google TV Remote**

1. On the remote, press and hold the Google Assistant button ● to open the microphone.
2. Ask a question or say a command.

**Tip:** When you use the Voice Remote, you don't need to say "Hey Google" before you talk to Google Assistant.

**Use Google Assistant on your TV with Chromecast and Google TV Streamer**

Browse YouTube and get updates on weather, sports, finance, and more on your TV with Google Assistant voice commands and Chromecast.

If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters or Do not disturb.

**What you need**

- Chromecast or Chromecast Ultra that runs Cast version 1.32+. Learn how to check your firmware version.
- Google Home, Google Nest Mini (2nd gen), Google Home Mini (1st gen), Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub Max, Chromecast with Google TV, or Google TV Streamer (4K).
</td>
</tr>
</table>

---

[246] *See Use Assistant on the Chromecast and Google TV Streamer Voice Remote,* https://support.google.com/chromecast/answer/10115165?sjid=13886834711119930340-NC.

[247] *See Use Google Assistant on your TV with Chromecast and Google TV Streamer,* https://support.google.com/chromecast/answer/7582438?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Pixel tablets that integrate Google Assistant, including devices such as Pixel C, Pixel Slate and Pixel Tablet:[248] [249] [250]

**Google Assistant Finally Arrives On Pixel C Tablets**

By Carl Velasco
Published: Apr 11 2018, 07:41 AM EDT

Google has a habit of keeping its newest features exclusive to its more top-of-the-line products, which is why when Google Assistant launched, it was only made available for Pixel device — except the Pixel C tablet.

Google Assistant became available on pretty much any Android phone and iOS device, and now it's finally arrived on the Pixel C tablet. Google Assistant started rolling out to tablet late last year, but the Pixel C was notably left out, and Google didn't have a good explanation as to why.

**Google Assistant Lands On The Pixel C**

Now Pixel C users are reporting that the latest update to the Google app brings Assistant to the tablet. Implementation is similar to the smartphone version, in which the Google Assistant panel pops up on the bottom of the screen, accepting written or spoken commands. The results are much like what one would get by using a smartphone, but there are some noteworthy differences.

**Set up Google Assistant on Pixel Slate**

The Google Assistant is integrated into Pixel Slate and can help you find info and get things done. Find quick answers and tell it to do things, like play music, set a reminder, send an email, or show you directions to where you want to go. Here we'll show you how to set up and use the Google Assistant on your Pixel Slate.

**Set up Google Assistant on your Pixel Tablet**

You can get help and information from Google Assistant on your Pixel Tablet without unlocking it. This article explains how to activate Google Assistant, set it up to recognize your voice, enable personal results, link to music and video services, let guests and children use "Hey Google," and more.

---

[248] *See Google Assistant Finally Arrives On Pixel C Tablets,* https://www.techtimes.com/articles/224851/20180411/google-assistant-finally-arrives-on-pixel-c-tablets.htm.

[249] *See Set up Google Assistant on Pixel Slate,* https://support.google.com/pixelslate/answer/9137007?hl=en.

[250] *See Set up Google Assistant on your Pixel Tablet,* https://support.google.com/googlepixeltablet/answer/13555944?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

For example, Google provides Pixel smartwatches that integrate Google Assistant, including devices such as Pixel Watch, Pixel Watch 2, Pixel Watch 3 and Pixel Watch 4:[251]



---

[251] *See Google Assistant voice commands on Google Pixel Watch,* https://support.google.com/googlepixelwatch/answer/12677020?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | For example, Google provides Pixel wireless earbuds that integrate Google Assistant, including devices such as Pixel Buds, Pixel Buds Pro, Pixel Buds Pro-2 and Pixel Buds A-Series:[252] |
| | For example, Google provides Pixel laptops that integrate Google Assistant, including devices such as Pixelbook and Pixelbook Go:[253] |

---

[252] *See Get help from Google Assistant on Google Pixel Buds,* https://support.google.com/googlepixelbuds/answer/7560032?hl=en.

[253] *See Set up Google Assistant on your Pixelbook,* https://support.google.com/pixelbook/answer/7504064?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant works with over 50,000 smart home devices from more than 10,000 popular brands:[254]<br><br>**Services and smart devices that work with Google Assistant**<br><br>Google Assistant works with over 50,000 smart home devices from more than 10,000 popular brands, and we're adding new brands all the time.<br><br>Explore the Google Assistant partners you can use to control things around your home with just your voice.<br><br>Learn how to control your home using your Google Nest or Home speaker or display or Google Assistant on other devices. |

---

[254] *See Services and smart devices that work with Google Assistant*, https://support.google.com/googlenest/answer/7639952?hl=en.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Google Assistant is now integrated into Android Auto:[255]<br><br>**Google Assistant in your car**<br><br>Your Google Assistant is now integrated into Android Auto. So whether you have the Assistant built into a compatible car or just the Android Auto app, you now have hands-free help while you drive.<br><br>To get started, simply say "Hey Google" or long press the voice control button on your steering wheel in compatible cars. |

---

[255] *See Google Assistant in your car,*
https://assistant.google.com/intl/en_uk/platforms/cars/#:~:text=in%20your%20car-,Google%20Assistant%20in%20your%20car,steeri ng%20wheel%20in%20compatible%20cars.

**Appendix B:  U.S. Patent No. 8,930,196**

| | |
|---|---|
| | According to Google, Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning:[256]<br><br>**Introducing Gemini, your new personal AI assistant**<br><br>Since 2016, Google Assistant has helped millions of people get more done on the go, right from their phones. During that time, we've heard from you that you want so much more from your assistant—one that's personalized to you, that you can talk to naturally and that can help you get more done. That's why we've reimagined what an assistant can be on your phone, rebuilt with Google's most capable AI models.<br><br>Gemini is a new kind of AI assistant, built from the ground up with advanced language understanding and reasoning. We're incredibly excited that Gemini can not only provide the hands-free help that you love from Google Assistant, but can go far beyond in conversationality and richness of the tasks it can help with. In side-by-side testing, we've seen that people are more successful with Gemini because of its ability to better understand natural language. |

---

[256] *See What you can do with your Gemini mobile app,* https://support.google.com/gemini/answer/14579631?sjid=9807421621329950668-NC#vm&zippy=%2Cuse-your-voice-to-get-help-from-gemini-with-hey-google-and-voice-match-powered-by-google-assistant%2Con-android-devices.

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17a] receiving, by a preset call command recognition unit of the single device, an input speech spoken by the speaker; | In the accused instrumentalities, the preset call command recognition unit of the single device receives an input speech spoken by the speaker.<br><br>*See supra* claim 1, [1a]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17b] receiving, by the preset call command recognition unit, a subsequent input speech spoken, by the speaker, subsequently to the input speech; | In the accused instrumentalities, the preset call command recognition unit receives a subsequent input speech spoken by the speaker subsequently to the input speech.<br><br>*See supra* claim 1, [1b]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17c] comparing, by the preset call command recognition unit, the input speech with a preset call command; | In the accused instrumentalities, the preset call command recognition unit compares the input speech with a preset call command.<br><br>*See supra* claim 1, [1c]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[d]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17d] determining, by the preset call command recognition unit of the single device, whether the input speech is recognized as the preset call command according to a result of the comparison; and | In the accused instrumentalities, the preset call command recognition unit determines whether the input speech is recognized as the preset call command according to a result of the comparison.<br><br>*See supra* claim 1, [1d]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[e]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17e] only if the input speech is recognized as the preset call command, activating a continuous speech recognition unit of the single device that is configured to perform continuous speech recognition to determine whether the subsequent input speech is recognized as an actual command, in order to reduce overall computational load on the single device; and | In the accused instrumentalities, only if the input speech is recognized as the preset call command, a continuous speech recognition unit of the single device that is configured to perform continuous speech recognition to determine whether the subsequent input speech is recognized as an actual command is activated in order to reduce overall computational load on the single device. *See supra* claim 1, [1e]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

B-289

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 17[f]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [17f] wherein the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command. | In the accused instrumentalities, the preset call command recognition unit comprises a token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval accompanied by noise and the preset call command.<br><br>*See supra* claim 1, [1f]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 18**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [18pre] The method of claim 17, | *See supra* claim 17. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 18[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [18a] wherein the single device is a portable device or an embedded system. | In the accused instrumentalities, the single device is a portable device or an embedded system.<br><br>*See supra* claim 1, [1pre]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 19**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [19pre] The method of claim 17, wherein the single device, wherein determining whether the input speech is recognized as the preset call command further comprises: | *See supra* claim 17. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 19[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [19a] computing, by a confidence detection unit, a confidence rate of the input speech; and | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises computing, by a confidence detection unit, a confidence rate of the input speech.<br><br>*See supra* claim 2, [2a]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 19[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [19b] recognizing, by the confidence detection unit, the input speech as the preset call command based on the computed confidence rate. | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises recognizing, by the confidence detection unit, the input speech as the preset call command based on the computed confidence rate.<br><br>*See supra* claim 2, [2b]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 20**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [20pre] The method of claim 17, wherein determining whether the input speech is recognized as the preset call command further comprises: | *See supra* claim 17. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 20[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [20a] computing a log likelihood ratio of the input speech; and | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises computing a log likelihood ratio of the input speech.<br><br>*See supra* claim 5, [5a]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix B:  U.S. Patent No. 8,930,196**

**CLAIM 20[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [20b] assuming the input speech to be the preset call command based on the computed log likelihood ratio. | In the accused instrumentalities, determining whether the input speech is recognized as the preset call command further comprises assuming the input speech to be the preset call command based on the computed log likelihood ratio.<br><br>*See supra* claim 5, [5b]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 1**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1pre] A system for providing an information service based on heterogeneous sensor networks, comprising: | The accused instrumentalities are systems for providing an information service based on heterogeneous sensor networks. |
| | For example, Google provides Google Cloud, Google Cloud Platform, and Google Distributed Cloud, which support numerous Google offerings such as Google Home, Google Home app, Google Nest app, Fitbit app, Nest products, Fitbit products, Pixel products, Nest Aware, Nest Renew, Device Connect for Fitbit, Google Cloud IoT Core, Intelligent Products Essentials, Manufacturing Data Engine, Manufacturing Connect, Manufacturing Connect edge, Cortex Framework, Visual Inspection AI, Cloud Pub/Sub, Cloud Dataflow, Dataflow ML, Cloud Functions, BigQuery, Cloud BigTable, Looker, Data Studio, Insights, Grafana, Apigee, Vertex AI, Apache Beam, Air Quality API, Eventarc, Stream Analytics, Cloud Data Fusion, Cloud Logging, Cloud Monitoring, Cloud gRPC, Cloud Composer, Cloud Workflows, Google Maps Platform, Google Assistant, as well as numerous third party products and services. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides Google Home, which can work with "[t]housands of devices," including "all of your favorite devices from Google," as well as "Google Home partner brands, and Matter":[1]





**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home provides several different ways of controlling various smart home devices through the Google Home app:[2]   |

---

[1] *See Google Home Welcome*, https://home.google.com/welcome/.

[2] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home can work with various smart devices with different purposes, functions, and connectivity modes, such as cameras, thermostats, doorbells, Wi-Fi routers, speakers, displays, smoke and carbon monoxide alarms, and door locks:[3]





**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home can set up smart devices with the Google Home app or the Google Nest app:[4]<br><br>**Set up smart devices in the Google Home or Nest app**<br><br>Learn how to set up smart devices in the Google Home app or Nest app, including speakers, displays, thermostats, sensors, lights, and plugs.<br><br>Find your device below, then follow the instructions in the linked article. The setup process varies by device and app, so it's important to follow the correct instructions. |

---

[3] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

[4] *See Set up smart devices in the Google Home or Nest app*, https://support.google.com/googlenest/answer/9893532?hl=en#zippy=%2Cset-up-matter-enabled-devices%2Cset-up-works-with-google-home-devices%2Cseamlessly-set-up-partner-devices.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home allows control and check-ins for smart devices:[5]



---

[5] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google provides Nest doorbells and cameras:[6]<br><br><br><br> |
| --- | --- |

---

[6] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

C-7

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides Nest thermostats:



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides Hubs for Google Home:[7]



---

[7] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | For example, Google provides Pixel devices:[8]<br><br> |
|---|---|

---

[8] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home provides various features for organizing and controlling a smart home:[9]<br><br>What are the benefits of using Google Home to organize and control my smart home over other smart home platforms?<br><br>Google Home unites all of your compatible smart devices to work together in harmony, in a single app. This means you no longer need to constantly switch between apps to get things done or tweak minor settings.<br><br>Help is always within reach across all of your compatible smart devices from your phone, Wear OS watch, tablet, laptop or desktop, smart display, Google TV, and even just using your voice by saying "Hey Google" to get help from Google assistant.<br><br>Set up helpful routines to automate your home to get automatic help from your home.[2]<br><br>Google Home supports the latest smart home device categories and technologies to ensure your smart home is always ready to help.<br><br>Intelligent alerts from Google Nest Aware subscriptions make your smart home even more helpful through premium features that ensure you are getting the most out of your smart home.<br><br>It's easy to get started, and as your needs grow, so does the help from Google Home. |

---

[9] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Home works with all Google devices:[10]<br><br>**Do all smart devices work with Google Home?**<br><br>Google Home works with all of your favorite devices made by Google, as well as over 80,000 compatible Works with Google Home devices from your other favorite brands.<br><br>Additionally, the new standard for smart home devices, Matter, was designed around the vision of making all Matter-enabled devices compatible with one another.[6]<br><br>Because Google Home supports Matter, as more smart home device makers adopt this technology, your smart home will automatically be compatible with them as they become available. |
| | For example, Google provides Google Assistant, which can be used to control smart home devices:[11]<br><br>Hey Google, lock the door<br>Alright, locking the door<br>Hey Google, turn on the living room lights<br>Okay<br><br>**Control your home**<br>Use your phone to control your smart home devices. Adjust the temperature, lighting, and more, even when you're not home.[2] |

---

[10] *See About Google Home*, https://home.google.com/about-google-home/.

[11] *See Get Google Assistant*, https://assistant.google.com/platforms/phones/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides the Google Nest app, which can be used to "see your home with Nest Cam, and get an alert if Nest Protect goes off":[12]



---

[12] *See Google Play Nest*, https://play.google.com/store/apps/details?id=com.nest.android&pli=1.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use [your phone or tablet's] location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[13]<br><br>**How Home/Away Assist uses your phone's location**<br><br>After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.<br><br>Android    iPhone & iPad<br><br>Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.<br><br>With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things. |

---

[13] *See How Home/Away Assist uses your phone's location*,
https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

C-15

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides Nest Aware and Nest Aware Plus for video history, smart alerts, and other features on Google Nest devices:[14]

---

[14] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

C-16

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>



For example, Nest Aware provides event based video history based on sound and motion events:[15]



For example, Nest Aware Plus allows seeing everything before, during and after an event:[16]

</td>
</tr>
</table>

---

[15] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

[16] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Nest Aware provides intelligent alerts based on familiar faces, smoke alarm, carbon monoxide alarm, or sound detection:[17]



---

[17] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Nest Aware works with Nest cameras, doorbells, speakers, and displays to provide intelligent alerts as well as event video history and 24/7 video history:[18]

---

[18] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

**What do you get with Nest Aware?** ⌃

Nest Aware is a paid subscription service that helps you get even more out of your Google Nest cameras, doorbells, speakers and displays. With extra video history and intelligent alerts, you can always stay informed about important events at your home and get more peace of mind. Nest Aware features vary depending on which camera, doorbell, speaker or display you have. Learn more about features and alerts by device.

**What's the difference between event video history and 24/7 video history?** ⌃

Nest Aware allows you to add extra video history to the still images or video clips that may be captured by your Nest camera or doorbell when it detects motion, sound or other key events. Event video history allows you to go back in time and review video clips of important events. 24/7 video history allows you to capture every second with continuous recording, so you can scan through your video history to see everything before, during, and after an event.

Both Nest Aware plans allow you to quickly scan through days of video history in seconds. Choose from two simple plans: Nest Aware comes with 30 days of event video history, and Nest Aware Plus comes with 60 days of event video history and 10 days of 24/7 video history.

</td>
</tr>
</table>

C-20

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google provides Nest Renew for smarter energy use:[19]<br><br> |
| --- | --- |

---

[19] *See Nest Renew*, https://nestrenew.google.com/welcome/?utm_source=gstore&utm_medium=google_oo&utm_campaign=subscat.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google provides the Fitbit app, which provides an information service based on metrics measured by sensors:[20]<br><br><br><br>For example, the Fitbit app provides an information service based on metrics measured by sensor data from Fitbit and Google Pixel devices:[21]<br><br> |

[20] *Say hi to the all-new Fitbit app*, https://store.google.com/magazine/fitbit_app?hl=en-US.
[21] *Say hi to the all-new Fitbit app*, https://store.google.com/magazine/fitbit_app?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google provides Device Connect for Fitbit to enable a holistic view of patients with connected Fitbit sensor data on Google Cloud:[22]

|

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, a use case for Device Connect for Fitbit tracks multiple metrics measured by sensors, such as activity level, sleep, weight and stress:[23]

USE CASE

**Pre- and post-surgery**

Supporting the patient journey before and after surgery can lead to higher patient engagement and more successful outcomes. However, many organizations lack a holistic view of patients.

Fitbit tracks multiple behavioral metrics of interest, including activity level, sleep, weight and stress, and can provide visibility and new insights for care teams to what's happening with patients outside of the hospital.

---

[22] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

[23] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google offers Google Cloud IoT Core:[24]



The ability to gain real-time insights from IoT data can redefine competitiveness for businesses. Intelligence allows connected devices and assets to interact efficiently with applications and with human beings in an intuitive and non-disruptive way. After your IoT project is up and running, many devices will be producing lots of data. You need an efficient, scalable, affordable way to both manage those devices and handle all that information.

IoT Core is a fully managed service for managing IoT devices. It supports registration, authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.

---

[24] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Main components**<br><br>The main components of Cloud IoT Core are the device manager and the protocol bridges:<br><br>• The device manager registers devices with the service, so you can then monitor and configure them. It provides:<br><br>  ○ Device identity management<br>  ○ Support for configuring, updating, and controlling individual devices<br>  ○ Role-level access control<br>  ○ Console and APIs for device deployment and monitoring<br><br>• Two protocol bridges (MQTT and HTTP) can be used by devices to connect to Google Cloud Platform for:<br><br>  ○ Bi-directional messaging<br>  ○ Automatic load balancing<br>  ○ Global data access with Pub/Sub<br><br><br>**How does Cloud IoT Core work?**<br><br>Device telemetry data is forwarded to a Cloud Pub/Sub topic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

C-26

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Design principles of Cloud IoT Core**<br><br>As a managed service to securely connect, manage, and ingest data from global device fleets, Cloud IoT COre is designed to be:<br><br>• Flexible, providing easy provisioning of device identities and enabling devices to access most of Google Cloud<br>• IThe industry leader in IoT scalability and performance<br>• Interoperable, with supports for the most common industry-standard IoT protocols<br><br>**Use cases**<br><br>IoT use cases range across numerous industries. Some typical examples include:<br><br>• Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics<br>• Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation<br>• Connected homes and consumer technologies.<br>• Vision intelligence in retail, security, manufacturing, and industrial sectors<br>• Smart living in commercial, residential, and smart spaces<br>• Smart factories with predictive maintenance and real-time plant floor analytics |

C-27

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud IoT Core is generally available to companies seeking to securely connect and manage IoT devices at scale:[25]

> Today, we're excited to announce that Cloud IoT Core, our fully managed service to help securely connect and manage IoT devices at scale, is now generally available.
>
> With Cloud IoT Core, you can easily connect and centrally manage millions of globally dispersed connected devices. When used as part of the broader Google Cloud IoT solution, you can ingest all your IoT data and connect to our state-of-the-art analytics and machine learning services to gain actionable insights.
>
> Already, Google Cloud Platform (GCP) customers are using connected devices and Cloud IoT Core as the foundation of their IoT solutions. Whether it's smart cities, the sharing economy or next-generation seismic research, we're thrilled that Cloud IoT Core is helping innovative companies build the future.

For example, Google works with partners to provide insight and staff to build custom IoT solutions that best fit their needs, including device partners whose hardware works seamlessly with IoT Core, and application partners, who help customers build solutions using IoT Core and other Google Cloud services:[26]

> **Enabling the Cloud IoT Core partner ecosystem**
>
> At the same time, we continue to grow our ecosystem of partners, providing companies with the insight and staff to build custom IoT solution that best fits their needs. On the device side, we have a variety of partners whose hardware works seamlessly with IoT Core. Application partners, meanwhile, help customers build solutions using IoT Core and other Google Cloud services.

---

[25] *The thing is . . . Cloud IoT Core is now generally available*, https://cloud.google.com/blog/products/gcp/the-thing-is-cloud-iot-core-is-now-generally-available.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

---

[26] *The thing is . . . Cloud IoT Core is now generally available*, https://cloud.google.com/blog/products/gcp/the-thing-is-cloud-iot-core-is-now-generally-available.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google's systems and Google Home app can be used with third-party smart home devices:[27]

For example, Google Home can be used with various smart devices, including both Google and third-party devices, and Matter partner brands:[28]

</td>
</tr>
</table>

---

[27] *Connect third-party smart home devices in the Google Home app*, https://support.google.com/googlenest/answer/9159862?hl=en-GB.

[28] *The brands you love, all united with Google Home*, https://home.google.com/explore-devices/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Distributed Cloud is a fully managed software and hardware solution for data centers and edge locations that extends Google Cloud infrastructure and AI:[29]<br><br>Google Distributed Cloud<br><br>**Extend Google Cloud's infrastructure and AI on-premises**<br><br>GDC is a fully managed software and hardware solution for data centers and edge locations to address regulatory, local data processing, survivability, and low-latency needs.<br><br>For example, Google Distributed Cloud enables scaling from one to thousands of locations with flexible hardware and software options:[30]<br><br>Scale anywhere with cloud-native agility — Scale from one to thousands of locations with flexible hardware and software options for your business. Google Distributed Cloud equips your team with fully managed software to quickly adapt and respond to the latest customer requirement and market changes.<br><br>For example, Google Distributed Cloud provides an information service for customers such as retail and manufacturing customers based on experiences like automated order taking, AI-based visual inspection, and cashierless checkout that rely on heterogeneous sensor networks:[31] |

---

[29] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.

[30] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.

[31] *See Introducing Google Distributed Cloud for retail and manufacturing,* https://cloud.google.com/blog/topics/hybrid-cloud/introducing-google-distributed-cloud-for-retail-and-manufacturing.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Customers in retail and manufacturing are looking for ways to improve legacy on-premises development for applications such as point-of-sale systems and factory operations, while also building rich new experiences like automated order taking, AI-based visual inspection, and cashierless checkout. However, they struggle to build, deploy, and manage modern workloads while sustaining current applications that can be running in tens or thousands of locations. |
| | | Today we are happy to announce general availability Google Distributed Cloud Edge servers, a new configuration of Google Distributed Cloud Edge that is optimized for installation in retail stores, restaurants, or manufacturing facilities. Consisting of three small-form-factor servers that directly connect to a location's network equipment, Google Distributed Cloud Edge servers lets customers easily deploy fully managed, highly available Google Kubernetes Engine clusters in tens and thousands of locations, sometimes in environments with limited or intermittent internet access, so they can scalably manage business-critical applications that support local operations, including AI-assisted applications like AI visual inspection. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 1[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1a] a sensor node constructing a sensor network to sense environment information; | The accused instrumentalities comprise a sensor node constructing a sensor network to sense environment information. |
|  | For example, Google Home can connect with "[t]housands of devices," including "all of your favorite devices from Google," as well as "Google Home partner brands, and Matter":[32]<br><br> |

---

[32] *See Google Home Welcome*, https://home.google.com/welcome/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home connected devices can include devices for entertainment, climate and energy, lighting and plugs, security and awareness, appliances, and more:[33]





C-34

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home can work with Matter-enabled, "Works with Google Home," or Seamless-enabled devices:



---

[33] *See Google Home Welcome*, https://home.google.com/welcome/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home connected devices include climate and energy devices such as thermostats and climate control devices:[34]



---

[34] *See Shop climate and energy devices*, https://home.google.com/explore-devices/climate-and-energy/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home connected devices include security and awareness devices such as cameras, doorbells, locks, sensors, and smoke and carbon monoxide detectors:[35]





---

[35] *See Shop security and awareness devices*, https://home.google.com/explore-devices/security-and-awareness/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-38

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home connected devices include entertainment devices, such as speakers, streamers, and television:[36]

---

[36] *See Shop entertainment devices*, https://home.google.com/explore-devices/entertainment/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home connected devices include appliances and more, such as vacuums, household appliances, and hubs:[37]







For example, Google Home connected devices include lights and plugs:[38]

C-40

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



---

[37] *See Shop appliances and more*, https://home.google.com/explore-devices/appliances-and-more/.

[38] *See Shop lighting and plugs*, https://home.google.com/explore-devices/lighting-and-plugs/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, a Google Home connected device can act as a sensor node constructing a sensor network to sense environment information.<br><br>For example, Google Nest devices include various sensors that sense environment information:[39]<br><br>**Sensors in Google Nest devices**<br>Last updated: January 16, 2025<br><br>Google's connected home devices and services rely on cameras, microphones and other sensors to provide helpful features and services. These sensors can detect things like motion and sound to protect your home and loved ones and make your lives more convenient and comfortable. And while they make our connected home devices more useful, we understand that you, your family and your friends need to trust that we'll handle your data responsibly.<br><br>The current sensors in Google's connected home devices and services generally fall into the following categories:<br><br>· **Cameras** that record video footage and still images and detect what's happening in the home.<br><br>· **Microphones** that record audio and can detect specific sounds or motion nearby.<br><br>· **Activity sensors** that detect activity or changes to the physical state of the device, such as a door sensor that detects when a door opens, or an accelerometer that detects when a device is moved. Some activity sensors may also detect the presence or movement of people in your home.<br><br>· **Environmental sensors** that determine external properties of the surrounding environment — such as temperature, humidity, light, or smoke — and that can help monitor the conditions inside or around your home.<br><br>· **Control sensors** that enable control of a device, such as a touch-sensitive button, or a magnetic sensor to detect the position of the ring on the Nest Learning Thermostat.<br><br>Google's connected home devices may also contain additional sensors that monitor device operation. For example, internal device sensors can detect when a device's battery is running low, when it's overheating, or other conditions that can affect the ability of the device to operate as intended. We've excluded sensors that collect only such diagnostic data from this sensors guide. In addition to enabling the features and services described, the data from the sensors listed below may also be used to perform device performance and diagnostic functions. |

---

[39] *See Sensors in Google Nest devices*, https://support.google.com/googlenest/answer/9330256?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

## Types of sensors, what they measure, and examples of uses

| Type of Sensor | What it Measures | Examples of Uses* |
|---|---|---|
| **Cameras and Microphones** | | |
| Camera (lens and image sensor) | Cameras are used to capture still images and video footage for a variety of purposes, which include home monitoring, video calling, and more. They can also be used as a sensor to detect things like motion, activity, people or gestures. Cameras can also be used as a biometric sensor to identify a specific person. | **Nest Cam, Nest Cam IQ, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (wired)/Nest Hello, Nest Doorbell (wired, 2nd gen), Nest Doorbell (battery), and Nest Hub Max**<br><br>Checks what's happening near the camera. Also used to detect certain types of activity, so you get an alert when a person or motion is detected near the camera. Depending on the camera model, where you live, and whether or not you have a Nest Aware subscription, the camera can be used to identify a face you've told it to recognize and send an alert when it recognizes someone you know or a stranger. Camera events can be used to start home automations.<br><br>**Nest Hub Max**<br><br>In addition to the built-in Nest Cam features described above, Nest Hub Max also uses the camera to enable video calling, personalization with Face Match, and Quick Gestures for easy device control. Additional features that use the camera may be added over time. |
| Microphone | Microphones detect sound waves and are used for a variety of purposes in Nest devices, including to capture speech, and as a sensor to detect specific sounds or to detect motion nearby. | **Nest Cam, Nest Cam IQ, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (wired)/Nest Hello, Nest Doorbell (wired, 2nd gen), and Google Nest Doorbell (battery)**<br><br>Hears what's happening near the camera. Also used to detect certain types of sounds so you can get an alert when a person or motion is detected near the camera. The microphone is also used for the Talk and Listen feature that lets you talk to anyone near the camera. Nest Cam IQ Indoor also allows you to talk to the Google Assistant (if you have enabled that feature).<br><br>**Google Home, Google Home Mini, Google Home Max, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Mini, and Google Nest Audio**<br><br>Allows you to talk to the Google Assistant, make calls, and with a Nest Aware subscription in certain regions, detect sounds like smoke alarms or glass breaking (if you have enabled that feature). Provide occupancy signals for home automation (such as Home & Away Routines), if you've enabled the feature.<br><br>**Google Nest Wifi point**<br><br>Allows you to talk to the Google Assistant, make calls, and more. Detect occupancy for home automation (such as Home & Away Routines), if you've enabled the feature.<br><br>**Google Chromecast Voice Remote and Google TV Streamer Voice Remote**<br><br>Allows you to talk to the Google Assistant, navigate apps on your TV, and provide voice input to apps.<br><br>**Nest Protect**<br><br>Used by the Sound Check and Safety Checkup features to make sure the speaker and alarm sound are operational. The microphone is not used for any other purpose and is off except when checking speaker and horn functionality.<br><br>**Nest Hub, Nest Hub (2nd gen), Nest Hub Max, Nest Mini, and Nest Wifi point**<br><br>Emits ultrasonic pulses from the speaker to detect proximity of a user for a more responsive and proactive device experience, such as triggering the display of media or device controls on the device.<br><br>**Nest Hub (2nd gen)**<br><br>When Sleep Sensing is enabled, listens for nearby sounds such as coughing and snoring that may disturb sleep. |

C-43

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| Activity Sensors | | |
|---|---|---|
| Accelerometer | Accelerometers measure movement of a device. They are commonly used to change the device state, facilitate pairing with other devices, detect changes in orientation and adjust the device's display layout, or to detect tampering (i.e., if a device is moved when it isn't expected to move). | **Google Home Max**<br><br>Adjust lights depending on speaker orientation.<br><br>**Google Chromecast Voice Remote and Google TV Streamer Voice Remote**<br><br>Detects the motion of the remote to initiate reconnecting with paired devices and facilitate interactions with other devices.<br><br>**Nest Connect and Nest Protect**<br><br>Currently unused. Included for potential future feature enhancements. |

| Motion | Motion sensors detect movement of people or animals in a room. | **Nest Cam (battery), Nest Cam with floodlight, and Nest Doorbell (battery)**<br><br>Detects motion to wake up the device.<br><br>**Nest Cam with floodlight**<br><br>Detects motion to trigger the lights.<br><br>**Nest Learning Thermostat and Nest Thermostat E**<br><br>Nest may infer occupancy from detected motion for comfort optimization, energy saving, and home automation (such as Home/Away Assist or Home & Away Routines).<br><br>**Nest Protect**<br><br>Detects motion for home automation (such as Home/Away Assist or Home & Away Routines) and to turn on Pathlight when someone walks under Nest Protect.<br><br>**All of the above devices where motion is detected**<br><br>Detects motion to trigger home automations |
|---|---|---|

| Proximity | Proximity sensors detect the presence of nearby objects. | **Nest Learning Thermostat**<br><br>Detects motion near the thermostat in order to light up the display. |
|---|---|---|
| Ultrasonic | Ultrasonic sensors use sound waves to measure distance to an object and can be used to detect when someone is near a device. | **Nest Protect (1st generation)**<br><br>Currently inactive. |

C-44

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| Bluetooth | Bluetooth can be used for set up and to detect the presence of other Bluetooth-enabled devices. It can also be used to stream audio from one device to another. | Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Wifi point, Chromecast with Google TV, Google Chromecast Voice Remote, Google TV Streamer (4K), Google TV Streamer Voice Remote, Nest Temperature Sensor, Nest Learning Thermostat, Nest Thermostat E, Nest Thermostat, Nest Cam (battery), Nest Cam with floodlight, Nest Cam (indoor, wired), Nest Doorbell (battery), Nest Doorbell (wired, 1st gen), and Nest Doorbell (wired, 2nd gen)<br><br>Detects the presence of a device tag on another compatible Bluetooth-enabled device (such as letting you use Tile with your Google Home smart speaker) to setup and enable various built-in features.<br><br>**Nest Temperature Sensor, Nest Learning Thermostat, and Nest Thermostat E**<br><br>Allows Nest Temperature Sensor to use Bluetooth to communicate with your thermostat. |

| | | |
|---|---|---|
| | | **Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Google Nest Audio, Google Nest Hub, Google Nest Hub (2nd gen), Google Nest Hub Max, Google Nest Wifi point, Chromecast with Google TV, Google Chromecast Voice Remote, Google TV Streamer (4K), and Google TV Streamer Voice Remote**<br><br>• Allows you to stream music playing on your Google speaker or display to your favorite Bluetooth-enabled speakers or headphones.<br>• Allows you to stream music from your mobile device (phone or tablet) or computer to your Google speaker or display.<br>• Allows you to stream music from your Google streaming device to your Bluetooth headphones and/or Bluetooth-enabled soundbar or speaker. |

| | | |
|---|---|---|
| Soli Sensor | The Soli sensor can be used to detect motion, proximity and presence of nearby objects. Learn more ☑ . | **Nest Learning Thermostat (4th gen) and Nest Thermostat**<br><br>Detects activity near the thermostat to light up the display.<br><br>Nest thermostat technical specifications<br><br>**Nest Hub (2nd gen)**<br><br>Detects movement and breathing which allows you to use Sleep Sensing. Detects movement so you can control media, alarms and timers using Quick Gestures. Detects occupancy for home automation (such as Home & Away Routines), if you've enabled that feature. |

C-45

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

### Environmental Sensors

| Ambient Light Sensor | Ambient light sensors measure the amount of light in a room. | **Google Home and Google Home Max** |
| --- | --- | --- |
| | | Controls LED brightness. |
| | | **Nest Hub, Nest Hub (2nd gen), Nest Hub Max** |
| | | Controls display brightness and color calibration. |
| | | **Nest Hub (2nd gen)** |
| | | Measures ambient room light with Sleep Sensing to help you understand sleep environmental disturbances. |
| | | **Nest Learning Thermostat, Nest Thermostat E, and Nest Thermostat** |
| | | Controls display brightness and improve temperature sensor accuracy by detecting when the sun is shining on the thermostat. |
| | | **Nest Cam IQ and Nest Doorbell (wired)/Nest Hello** |
| | | Detects day or night to switch Night Vision off and on. |
| | | **Nest Cam with floodlight** |
| | | Detects day or night to trigger the lights only at dark. |
| | | **Nest Protect** |
| | | Detects when the room is dark so it can automatically turn on the Pathlight and Nightly Promise features. |

| Carbon Monoxide | Carbon monoxide sensors measure the amount of carbon monoxide in the air. | **Nest Protect** |
| --- | --- | --- |
| | | Detects dangerous levels of carbon monoxide in the air. |
| Humidity | Humidity sensors measure the amount of water (relative humidity) in the air. | **Nest Learning Thermostat, Nest Thermostat E, and Nest Thermostat** |
| | | Detects ambient humidity for comfort optimization and control of whole-home humidifiers. |
| | | **Nest Protect** |
| | | Enables the Steam Check feature to reduce nuisance alarms caused by things like steam from your shower. |
| Smoke (photoelectric sensor) | Detects the presence of smoke in the air by sensing when smoke particles pass in front of an infrared light source. | **Nest Protect (1st generation)** |
| | | Fire or smoke detection. |
| Smoke (Split-Spectrum sensor) | Detects the presence of smoke in the air using 2 wavelengths of light to search for smoke. An infrared light is used to detect larger particles generated by slow, smoldering fires, while a blue light detects smaller particles created by fast fires. | **Nest Protect (2nd generation)** |
| | | Fire or smoke detection. |

| Temperature | Temperature sensors determine the current temperature. This can be the ambient temperature in a room, or the temperature inside a device. | **Nest Hub (2nd gen)** |
| --- | --- | --- |
| | | Measures ambient room temperature with Sleep Sensing to help you understand sleep environmental disturbances. |
| | | **Nest Learning Thermostat, Nest Thermostat E, Nest Heat Link E, Nest Temperature Sensor, Nest Thermostat** |
| | | Estimates ambient room temperature for comfort optimization. |
| | | **Nest Protect** |
| | | Detects sudden rises in room temperature. |

C-46

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| Control Sensors | | |
|---|---|---|
| Capacitive Touch | Detects the position and motion of a person's finger on the surface of a display or button. | **Google Home, Google Home Mini, Google Nest Mini, Google Home Max, Nest Hub, Nest Hub (2nd gen), Nest Hub Max, Google Nest Audio, and Nest Thermostat**<br><br>Used for device control and provides an occupancy signal for home automation (such as Home & Away Routines), if you've enabled that feature.<br><br>**Google Nest Wifi point**<br><br>Used for device control. |
| Magnetometer | Magnetometers (also commonly referred to as magnetic sensors) measure the strength of and changes to a magnetic field. When used for device control, a magnetometer can detect the position of an object based on changes to the magnetic field when the object is moved. | **Nest Learning Thermostat (4th gen), Nest Learning Thermostat (3rd generation) and Thermostat E**<br><br>Detects movement of the ring for manual thermostat control.<br><br>**Nest Cam (battery), Nest Cam with floodlight, and Nest Doorbell (battery)**<br><br>Detects tampering of the device. Detect when the device is being charged to disable the camera. |
| Optical | Optical sensors measure changes to the amount of light shining on the sensor. Optical sensors can detect the position of an object by sensing whether the object is blocking a beam of light. | **Nest Learning Thermostat (1st gen and 2nd gen)**<br><br>Detects movement of the ring for manual thermostat control.<br><br>**Nest X Yale Lock**<br><br>Detects whether the bolt is open or closed. |

C-47

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Nest Thermostat (4th gen) includes Soli, temperature, humidity, and ambient light sensors:[40]



---

[40] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, teardown images of the Google Nest Thermostat show the following sensors:<br><br>An infrared (IR) sensor:[41]<br><br><br><br>The camera was playing funny reflections with the glass and the apertures. Here we can see where the IR LEDs and sensor are exposed.<br><br>A light sensor:[42]<br><br> |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | A XLitos motion sensor:[43] |
|---|---|
| |  Here is the PIR removed. The IC reads XLitos. Used to detect motion in a room. |

---

[41] Nest Thermostat Teardown, https://learn.sparkfun.com/tutorials/nest-thermostat-teardown-/all.
[42] Nest Thermostat Teardown, https://learn.sparkfun.com/tutorials/nest-thermostat-teardown-/all.
[43] Nest Thermostat Teardown, https://learn.sparkfun.com/tutorials/nest-thermostat-teardown-/all.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, the Google Nest Temperature Sensor (2nd gen) includes a temperature sensor:[44]<br><br> |

---

[44] *See Nest Temperature Sensor (2nd gen)*, https://store.google.com/product/nest_temperature_sensor_2nd_gen?hl=en-US&selections=eyJwcm9kWN0RmFtaWx5IjoiWkdWMmFXTmxYMlpoYldsc2VWOWZibVZ6ZEY5MFpXMXdYM05sYm5Odm NsOHlibVJmWjJWdVgyWmhiUT09In0%3D.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, teardown images of the Google Nest Temperature Sensor show a temperature sensor:[45]  |

---

[45] Nest Temperature Sensor Teardown, https://www.ifixit.com/Teardown/Nest+Temperature+Sensor+Teardown/109956.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Protect includes smoke and carbon monoxide sensors:[46] |

---

[46] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

C-53

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Built-in CO sensor.** |
| | Carbon monoxide is poisonous but you can't see it or smell it. That's why Nest Protect has the most accurate type of carbon monoxide sensor available. We also improved our carbon monoxide sensing algorithm.[2] |
| | **Sensors** ⌃ |
| | Split-Spectrum smoke sensor |
| | Electrochemical carbon monoxide sensor (Nest Protect's sensor lasts up to 10 years from the date of manufacture.) |
| | Temperature |
| | Humidity |
| | Occupancy (120° field of view up to 20 feet) |
| | Ambient light |
| | Accelerometer |

C-54

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, teardown images of the Google Nest Protect show the following sensors:

A Figaro TGS-5342 carbon monoxide sensor:[47]

 

A smoke sensor:[48]

 

A passive infrared (PIR) sensor:[49]

---

[47] Nest Protect Teardown, https://learn.sparkfun.com/tutorials/nest-protect-teardown/all; Nest Protect Teardown, https://www.ifixit.com/Teardown/Nest+Protect+Teardown/20057.

[48] Nest Protect Teardown, https://learn.sparkfun.com/tutorials/nest-protect-teardown/all; Nest Protect Teardown, https://www.ifixit.com/Teardown/Nest+Protect+Teardown/20057.

[49] Nest Protect Teardown, https://learn.sparkfun.com/tutorials/nest-protect-teardown/all.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Motion sensors:[50]




A Sensirion SHT20 temperature and humidity sensor:[51]

---

[50] Nest Protect Teardown, https://learn.sparkfun.com/tutorials/nest-protect-teardown/all; Nest Protect Teardown, https://www.ifixit.com/Teardown/Nest+Protect+Teardown/20057.

C-56

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| |  A light sensor:[52]  |

---

[51] Nest Protect Teardown, https://learn.sparkfun.com/tutorials/nest-protect-teardown/all.
[52] Nest Protect Teardown, https://www.ifixit.com/Teardown/Nest+Protect+Teardown/20057.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Nest Doorbell includes camera, microphone, and motion sensors:[53]<br><br>**Know who's knocking.**<br>Two Nest doorbells. So many benefits. Now available in wired or battery options.<br>$179.99<br>or $15.00/month with 12-month financing*<br>(Buy)<br>Wired  ✓ Battery<br>Color: Snow<br>← 1/4 →<br><br>**Nest Doorbell (wired)**     **Nest Doorbell (battery)**<br>Always-on video with continuous power.    Easy, wire-free installation.<br>(Buy)      (Buy)<br><br>**3-hour event history**<br><br>Video clips      Video clips<br>2 sec previews and extended clips    —<br><br>Up to 10 days continuous video recording<br>✓      ⊖<br><br>**Included intelligent alerts**<br><br>Motion, people, packages, animals, and vehicles    Motion, people, packages, animals, and vehicles |

---

[53] *See Sensors in Google Nest Devices*, https://support.google.com/googlenest/answer/9330256?hl=en; *Nest Doorbell*,

C-58

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, teardown images of the Google Nest Doorbell show a camera sensor and a passive infrared (PIR) sensor:[54]



---

https://store.google.com/product/nest_doorbell?hl=en-US.
[54] *Change Notice: Google Nest Doorbell Teardown*, https://instrumental.com/resources/teardown/change-notice-google-nest-doorbell-teardown.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Nest Cam includes camera, microphone, and motion sensors.[55]



---

[55] *See Sensors in Google Nest Devices*, https://support.google.com/googlenest/answer/9330256?hl=en; *Nest Cam (indoor, wired) Overview*, https://store.google.com/product/nest_cam_indoor?hl=en-US; *Nest Cam (indoor, wired) Tech specs*, https://store.google.com/product/nest_cam_indoor_wired_3rd_gen_specs?hl=en-US.

C-60

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, teardown images of the Google Nest Cam show the following sensors:

A camera sensor:[56]

 

A microphone sensor.[57]



---

[56] *Google Nest Cam 1st Gen Teardown*, https://www.youtube.com/watch?v=65DV_7BvZE8.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Nest Hub (2nd gen), includes a motion sensor, ambient EQ light sensor, and temperature sensor:[58]



</td>
</tr>
</table>

---

[57] *Google Nest Cam 1ˢᵗ Gen Teardown*, https://www.youtube.com/watch?v=65DV_7BvZE8.

[58] *See Nest Hub (2nd gen) Overview*, https://store.google.com/us/product/nest_hub_2nd_gen?hl=en-US; *Nest Hub (2nd gen) Tech Specs*, https://store.google.com/us/product/nest_hub_2nd_gen_specs?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google offers Nest Mini, which includes 3 far-field microphone sensors:[59]

For example, a teardown image of the Google Nest Mini shows a microphone sensor:[60]

---

[59] *Nest Mini Overview*, https://store.google.com/product/google_nest_mini?hl=en-US; *Nest Mini Tech Specs*, https://store.google.com/product/google_nest_mini_specs?hl=en-US.
[60] *What's really inside a Google Nest Mini? – Teardown*, https://www.youtube.com/watch?v=zusaf--8NPo.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Fitbit Charge 6 includes optical heart rate monitor, accelerometer, red and infrared, temperature, vibration motor, ambient light, and multipurpose electrical sensors:[61]



---

[61] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US; *Fitbit Charge 6 Tracker Tech Specs*, https://store.google.com/product/fitbit_charge_6_specs?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, teardown images of the Fitbit Charge show the following sensors:

A pressure/altitude sensor:[62]

 

An optical sensor:[63]



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Pixel 9 Pro includes proximity, ambient light, accelerometer, gyrometer, magnetometer, barometer, and temperature sensors:[64]



---

[62] *Teardown Tuesday: Fitbit Charge Fitness Tracker*, https://www.allaboutcircuits.com/news/teardown-tuesday-fitbit-charge-fitness-tracker/; *Teardown: Inside a Fitbit Charge*, https://www.youtube.com/watch?v=MdtlEXSuyKM.

[63] *Teardown: Inside a Fitbit Charge*, https://www.youtube.com/watch?v=MdtlEXSuyKM.

[64] *See Pixel 9 Pro*, https://store.google.com/product/pixel_9_pro?hl=en-US; *Pixel 9 Pro Tech Specs*,

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, teardown images of the Google Pixel 9 Pro Fold show a sensor board with an ambient light sensor, an ST Microelectronics proximity sensor, and a Goertek MEMS microphone sensor:[65]<br><br> |

https://store.google.com/product/pixel_9_pro_specs?hl=en-US.
[65] *TechInsights Teardown: Google Pixel 9 Pro Fold*, https://electronics360.globalspec.com/article/22028/techinsights-teardown-google-pixel-9-pro-fold.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Pixel Watch 3 includes compass, altimeter, red and infrared, multipurpose electrical, optical heart rate, accelerometer, gyroscope, ambient light, skin conductance, skin temperature, barometer, and magnetometer sensors:[66]





[66] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US; *Pixel Watch 3 Tech Specs*, https://store.google.com/product/pixel_watch_3_specs?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, teardown images of a Google Pixel Watch show the following sensors:

An altimeter sensor:[67]



Optical sensor:[68]

---

[67] *Pixel Watch Teardown: Google's 1st Gen Answer to the Apple Watch*, https://www.youtube.com/watch?v=QpLNbC1v4Yc.

[68] *Pixel Watch Teardown: Google's 1st Gen Answer to the Apple Watch*, https://www.youtube.com/watch?v=QpLNbC1v4Yc.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Heart rate sensors:[69]

---

[69] *Pixel Watch Teardown: Google's 1st Gen Answer to the Apple Watch*, https://www.youtube.com/watch?v=QpLNbC1v4Yc.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use its location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[70]

## How Home/Away Assist uses your phone's location

After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.

Android    iPhone & iPad

Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.

With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things.

</td>
</tr>
</table>

---

[70] *See How Home/Away Assist uses your phone's location*,
https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud IoT Core receives device telemetry data, with use cases in industrial and smart home settings:[71]<br><br>**How does Cloud IoT Core work?**<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.<br><br>**Use cases**<br><br>IoT use cases range across numerous industries. Some typical examples include:<br><br>• Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics<br>• Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation<br>• Connected homes and consumer technologies.<br>• Vision intelligence in retail, security, manufacturing, and industrial sectors<br>• Smart living in commercial, residential, and smart spaces<br>• Smart factories with predictive maintenance and real-time plant floor analytics |

---

[71] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

C-73

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Distributed Cloud can be employed in modern retail through sensors that monitor product freshness, or assist with store analytics, self-checkout, or safety:[72]



For example, Google Distributed Cloud can be employed on a modern factory floor through sensors that aid in visual inspection, anomaly detection, or security and asset protection:[73]

---

[72] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.
[73] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Distributed Cloud can be employed in manufacturing through IoT sensors or cameras embedded in production equipment:[74]

---

[74] See Enabling modern manufacturing outcomes with AI, edge, and modern infrastructure, https://cloud.google.com/blog/topics/hybrid-cloud/google-distributed-cloud-for-manufacturing.

C-75

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Automated process control**<br><br>Similar to visual inspection use cases, automated process control generates vast amounts of data from Internet of Things (IoT) sensors or cameras embedded in production equipment. Modern process control infrastructure can leverage AI to perform micro-adjustments to machinery, optimize operations to yield higher quality with greater throughput, and reduce energy consumption and downtime.<br><br>Emerging workforce safety use cases, such as proactive hazard identification, leverage cameras and wearables, enabling real-time alerts or automated corrective measures to protect workers. Edge-based augmented reality (AR) enhances training and maintenance procedures, reducing human error and improving task efficiency. Preventing accidents and injuries, creates a safer work environment, resulting in reduction of physical harm to workers, machinery damage, and ultimately reducing costly disruptions. |

C-76

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Manufacturing Data Engine receives data from sensor nodes at the factory floor:[75]<br><br><br><br>For example, Manufacturing Data Engine employs sensors at the edge to identify root causes of quality issues and defects on the factory floor:[76] |

---

[75] *See Manufacturing Data Engine Overview*, See https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.
[76] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Manufacturing Data Engine employs vibration, temperature, and pressure sensors to detect anomalies at the machine level:[77]

---

[77] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google/Hypros patient monitoring system employs a battery-powered IoT device that uses low-resolution sensors to capture minimal optical and environmental data, creating a very low-detail image of the scene:[78]



The approach for continuous patient monitoring hinges on two key innovations:

1. **Non-invasive IoT devices:** Hypros developed a novel battery-powered Internet of Things (IoT) device that can be mounted on the ceiling. This device uses low-resolution sensors to capture minimal optical and environmental data, creating a very low-detail image of the scene. The device is designed to be non-invasive, preserving anonymity while still gathering the crucial information needed to detect any meaningful changes in a patient's environment or condition.

2. **Two-stage AI workflow:** Hypros employ a two-stage machine learning (ML) workflow. Initially, they trained a camera-based vision model using AutoML on Vertex AI to label sensor data from simulated hospital scenarios. Next, they use this labeled dataset to train a second model to interpret low-resolution sensor data.

---

[78] *See How AI & IoT are helping detect hospital incidents — without compromising patient privacy*, https://cloud.google.com/blog/topics/healthcare-life-sciences/detecting-hospital-incidents-with-ai-without-compromising-patient-privacy.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google partner Geotab's GO sensors capture data such as GPS location, speed, harsh braking, seat belt usage, fuel usage, battery state-of-charge, fault codes, temperature, camera video, and G-force collision data:[79]<br><br>**Key data points telematics captures**<br><br>Fleet tracking systems capture a wealth of critical data points that transform raw inputs into actionable insights. These include:<br><br>• **GPS location:** Real-time tracking of vehicle position.<br><br>• **Speed:** Monitoring adherence to speed limits and safe driving.<br><br>• **Harsh braking:** Detecting aggressive deceleration, a key indicator of risky driving.<br><br>• **Seat belt usage:** Ensuring driver safety and compliance.<br><br>• **Fuel usage:** Tracking consumption for efficiency analysis and cost savings.<br><br>• **Battery state-of-charge:** Ensuring EVs have sufficient charge to do their jobs.<br><br>• **Fault codes:** Diagnostic codes indicating potential vehicle issues, essential for preventive maintenance.<br><br>• **Temperature (reefer):** Critical for temperature-sensitive cargo.<br><br>• **Camera video:** Visual documentation of driving events and incidents.<br><br>• **G-force collision data:** Detailed impact information for accident reconstruction. |

---

[79] *See The ultimate 2025 guide to fleet telematics: Maximize safety & efficiency*, https://www.geotab.com/blog/fleet-telematics-safety-efficiency-guide/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google partner Sensormatic Solutions employs IoT sensor nodes such as in-store beacons, RFID tag sensors, AM hard tag sensors, and video capture sensors:[80]<br><br>**A Google Cloud foundation**<br><br>IoT sensors built by Sensormatic Solutions run the gamut from in-store beacons to Radio Frequency Identification (RFID) tags, and Acousto-Magnetic (AM) hard tags and labels, to video capture devices. The data from the devices is stored in raw formats in Cloud SQL and aggregated in BigQuery. Other Google Cloud services that Sensormatic relies upon include Cloud Dataproc for running Apache Spark and Hadoop clusters; Cloud Dataflow for enriching data in stream and batch modes; BigQuery for Sensormatic's data warehouse; and Cloud Composer, an Apache Airflow workflow orchestration service that Sensormatic uses to, among other things, report on data gathered in-store for its retail customers. |

---

[80] *See Sensormatic Solutions: Helping retailers achieve operational excellence and create unique shopper experiences*, https://cloud.google.com/customers/sensormatic?_gl=1*1ul9k41*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud IoT Core can work with smart device sensors from device partners whose hardware works seamlessly with IoT Core:[81]



---

[81] *The thing is . . . Cloud IoT Core is now generally available*, https://cloud.google.com/blog/products/gcp/the-thing-is-cloud-iot-core-is-now-generally-available.

C-83

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google's systems and Google Home app can be used with third-party smart home device sensors:[82]

Connect third-party smart home devices in the Google Home app

You can remotely control compatible third-party smart devices when you set them up in the Google Home app △.

**Important**: If you want to set up a Google Nest, Home, Pixel or Chromecast device in the Google Home app, visit Set up smart devices in the Google Home app.

Supported smart home devices

List of compatible third-party smart home devices ☒

For example, Google Home can be used with various smart device sensors, including both Google and third-party devices, and devices that are Matter-compatible, including Matter partner brands:[83]

The brands you love, all united with Google Home

Google Home seamlessly brings together all of your compatible smart devices made by Google; and thousands of your favorite Works with Google Home and Matter partner brands.

</td>
</tr>
</table>

---

[82] *Connect third-party smart home devices in the Google Home app*, https://support.google.com/googlenest/answer/9159862?hl=en-GB.

[83] *The brands you love, all united with Google Home*, https://home.google.com/explore-devices/.

C-84

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 1[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1b] a sensor network data transmitter for collecting sensed data sensed by the sensor in real-time and transmitting the collected sensed data in a message form; and | The accused instrumentalities comprise a sensor network data transmitter for collecting sensed data sensed by the sensor in real-time and transmits the collected sensed data in a message form. |
| | For example, Google offers a physical or virtual sensor network data transmitter through: Cloud IoT Core edge gateways; Manufacturing Connect edge gateways;  edge "smart" devices such as Google Nest, Pixel, and Fitbit devices; edge "hub" or gateway devices such as Google Nest Hub, Google Home Max, and Google Nest Mini; WiFi router devices such as Google WiFi and Google Nest WiFi; mobile or web applications such as Google Home App, Google Nest App, and Fitbit App; third-party devices including Matter-compatible devices; and virtual or cloud gateways such as Cloud IoT Core or Cloud Pub/Sub. |
| | For example, the sensor network data transmitter transmits sensed data in a message form through the Transmission Control Protocol (TCP) and Internet Protocol (IP) (TCP/IP) protocol. For example, the sensor network data transmitter transmits sensed data via HTTP or MQTT via IEEE 802.11 (Wi-Fi), Bluetooth, or Matter connectivity. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Matter is an open standard for smart home technology that allows a device to work with any Matter-certified ecosystem using a single protocol:[84]

Matter is an open standard for smart home technology that lets your device work with any Matter-certified ecosystem using a single protocol. Matter comes from the Connectivity Standards Alliance ⬀, an organization of hundreds of companies creating products for the smart home.

Like Google's Local Home SDK, Matter adds a local fulfillment path to your device integration. However, you do not need to write a local fulfillment app for Matter, because nearly every Google Nest speaker, hub, and Wi-Fi system will natively support your Matter devices for local connectivity and control. So you only need to ensure that your device is Matter certified to know that it will work with any Matter-enabled app, ecosystem, or other Matter controller.</td>
</tr>
</table>

---

[84] *What is Matter?*, https://developers.home.google.com/matter/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides Cloud IoT Core including an Edge Gateway that collects sensor data in real-time and transmits it to Cloud IoT Core in a message form:[85]



For example, Cloud IoT Core includes two protocol bridges (MQTT and HTTP) that can be used by devices to connect to Google Cloud:[86]

---

[85] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[86] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td></td>
<td>

## Main components

The main components of Cloud IoT Core are the device manager and the protocol bridges:

- The device manager  registers devices with the service, so you can then monitor and configure them. It provides:

  - Device identity management

  - Support for configuring, updating, and controlling individual devices

  - Role-level access control

  - Console and APIs for device deployment and monitoring

- Two protocol bridges (MQTT and HTTP) can be used by devices to connect to Google Cloud Platform for:

  - Bi-directional messaging

  - Automatic load balancing

  - Global data access with Pub/Sub

For example, Google Cloud IoT Core "supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT core":[87]

</td>
</tr>
</table>

---

[87] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## How does Cloud IoT Core work?<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, in Google Cloud IoT Core, a topic represents an ingestion of data, and subscriptions are created for receiving messages on a particular topic.  Telemetry message event data is published on a topic through Cloud IoT Service Agent:[88]<br><br>**Topics and Functions**: Topic represents an ingest of the data that moves through PS service. Subscriptions are created for receiving messages on a particular topic. Telemetry messages event data is published on a topic through Cloud IoT Service Agent, which is an entity and has a role to allow interaction between Cloud IoT Core and Pub/Sub. All these service agents |

---

[88] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides various connectivity options for sensor devices and Google Cloud:[89]<br><br>**Connected device architectures on Google Cloud**  Send feedback<br><br>Last reviewed 2024-09-09 UTC<br><br>To maximize the value of data from their connected devices, organizations need to be able to perform data analysis. There are many ways for organizations to connect their devices to their analytics applications, and the benefits of specific connected device architectures can vary depending on the use case of your organization. To help guide you, this document describes a set of connected device architectures on Google Cloud. These architectures address a broad range of use cases and requirements for connected devices.<br><br>This document is part of a series of documents that provide information about IoT architectures on Google Cloud. The other documents in this series include the following:<br><br>• Connected device architectures on Google Cloud overview (this document).<br><br>• A standalone MQTT Broker: An MQTT broker provides bidirectional communication between connected devices and Google Cloud projects, and between the devices.<br><br>• An IoT platform architecture on Google Cloud: An IoT platform provides additional device management capabilities along with data connectivity, which is important when you deploy a large fleet of connected devices.<br><br>• A direct connection to Pub/Sub: For data ingestion, the best choice might be for your devices to connect directly to Pub/Sub.<br><br>• Best practices for running an IoT backend on Google Cloud.<br><br>• Best practices for automatically provisioning and configuring edge and bare metal systems and servers. |

---

[89] *See Connected device architectures on Google Cloud*, https://cloud.google.com/architecture/connected-devices.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Connected device architectures summary** 🔗<br><br>This document groups connected device use cases into three categories, based on the following dimensions that you need to consider when you plan a connected device architecture:<br><br>• **Number of devices:** It's important to consider how many devices are directly connected to your application. If your application has many end devices (such as machines, sensors, or cameras), and if these devices are connected to an intermediate gateway or other device (such as a mobile phone), it's important to identify whether those end devices must be represented and managed in your application. In some cases you might need to represent each individual device; in other cases, only the intermediate device might need to be represented.<br><br>• **Fleet management:** Consider whether you need capabilities like device status monitoring, software and firmware updates, configuration management, and other fleet management features. These requirements help to determine your choice of application architecture.<br><br>• **Inter-device messaging:** Device communication through your application architecture is an important factor. For example, some applications depend on communication between the connected devices through your application architecture. Other applications have data flows that occur strictly between each device and your application, with no messaging between devices. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google Cloud provides a standalone MQTT broker architecture that employs an Edge Gateway that collects sensor data in real-time and transmits it in a message form, with exemplary use cases including heterogeneous devices and edge-to-cloud integrated messaging:[90]<br><br>**Standalone MQTT broker architecture on Google Cloud** 🔖 ⌄          Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ☑ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[90] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



The following diagram shows an MQTT broker architecture running on Google Cloud.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The architecture in the preceding image is composed as follows:

- The MQTT broker is deployed as a cluster of three instances that are connected to the Cloud Load Balancing service. For the cloud load balancer, you can choose from one of several load-balancing products, which are described later in this document.

- The broker cluster includes a device credential store and a device authentication and authorization service. The cluster connects with the backend workloads through Dataflow or Pub/Sub.

- On the client side, edge gateways provide bidirectional communication between edge devices and the MQTT broker cluster through MQTT over TLS.

Generally, we recommend that you deploy the MQTT broker application for this architecture in a cluster for scalability. Factors such as the clustering functionality, the scale-up and scale-down cluster management, data synchronization, and network partition handling are addressed by the specific broker implementations.

## Architectural considerations and choices 🔗

The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.

## Connected devices

Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.

In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide.

C-96

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Load balancing**<br><br>In the architecture, an external load-balancing service is configured between the public network and the MQTT broker cluster. This service provides several important networking functions, including distribution of incoming connections across backend nodes, session encryption, and authentication.<br><br>Google Cloud supports several load balancer types. To choose the best load balancer for your architecture, consider the following:<br><br>• **mTLS**. mTLS handles both encryption and device authentication methods, while standard TLS handles only encryption and requires a separate device authentication method:<br><br>   • If your application uses mTLS for device authentication and needs to terminate the TLS tunnel, we recommend that you use an external passthrough Network Load Balancer or an external proxy Network Load Balancer with a target TCP proxy. External proxy Network Load Balancers terminate the TLS session and proxy the connection to the broker node, along with any authentication credentials that are contained in the message. If you need the client connection information as part of the authentication scheme, you can preserve it in the backend connection by enabling the PROXY protocol.<br><br>   • If your application doesn't use mTLS, we recommend that you use an external proxy Network Load Balancer with a target SSL proxy to offload the external TLS and SSL processing to the load balancer. External proxy Network Load Balancers terminate the TLS session and proxy the connection to the broker node, along with any authentication credentials that are contained in the message. If you need the client connection information as part of the authentication scheme, you can preserve it in the backend connection by enabling the PROXY protocol.<br><br>• **HTTP(S) endpoints**. If you need to expose HTTP(S) endpoints, we recommend that you configure a separate external Application Load Balancer for these endpoints. |

C-97

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

Backend workloads

Any connected device use case includes one or more backend applications that use the data ingested from the connected devices. Sometimes, these applications also need to send commands and configuration updates to the devices. In the standalone MQTT broker architecture in this document, incoming data and outgoing commands are both routed through the MQTT broker. There are different topics within the broker's topic hierarchy to differentiate between the data and the commands.

Data and commands can be sent between the broker and the backend applications in one of several ways. If the application itself supports MQTT, or if it can be modified to support MQTT, the application can subscribe directly to the broker as a client. This approach enables you to use the MQTT Pub/Sub bidirectional messaging capability directly by using your application to receive data from and send commands to the connected devices.

If your application does not support MQTT, there are several other options. In the architecture described in this document, Apache Beam provides an MQTT driver, which allows bidirectional integration with Dataflow and other Beam deployments. Many brokers also have plugin capabilities that support integration with services like Google Pub/Sub. These are typically one-way integrations for data integration, although some brokers support bidirectional integration.

An MQTT broker architecture is particularly well suited for the device use cases that are described in the following sections.

Standards-based data ingestion from heterogeneous devices

When you want to collect and analyze data from a large fleet of heterogeneous devices, an MQTT broker is often a good solution. Because MQTT is a widely adopted and implemented standard, many edge devices have built-in support for it, and lightweight MQTT clients are available to add MQTT support to devices that don't. The publish-and-subscribe paradigm is also a part of the MQTT standard, so MQTT-enabled devices can take advantage of this architecture without additional implementation work. By contrast, devices that connect to Pub/Sub must implement the Pub/Sub API or use the Pub/Sub SDK. Running a standards-compliant MQTT broker on Google Cloud thus provides a simple solution for collecting data from a wide range of devices.

When your connected devices are not controlled by your application but by a third party, you might not have access to the device system software, and the management of the device itself would be the other party's responsibility. In that circumstance, we recommend that you run an MQTT broker and provide authentication credentials to the third party to set up the device-to-cloud communication channel.

C-98

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Edge-to-cloud integrated messaging 🔗<br><br>Because of the standardization and low overhead that MQTT offers, it can also be a good solution for integrating on-premises and cloud-based messaging applications. For instance, a factory operator can deploy multiple MQTT brokers in the on-premises environment to connect to sensors, machines, gateways, and other devices that are behind the firewall. The local MQTT broker can handle all bidirectional command and control and telemetry messaging for the on-premises infrastructure. The local broker can also be connected by two-way subscription to a parallel MQTT broker cluster in the cloud, allowing communication between the cloud and the edge environment without exposing the on-premises devices and systems to the public internet. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides an IoT platform product architecture that employs an Edge Gateway that collects sensor data in real-time and transmits it in a message form, with exemplary uses cases including smart appliance management and logistics and asset tracking:[91]  |

---

[91] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:

- Device credential store

- Rules engine

- Device authentication and authorization

- Device configuration management

- Device registry

- Device update management

IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Ingestion endpoints

Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.

MQTT

An IoT platform implements an MQTT endpoint in one of the following ways:

- A connector between MQTT and another message service
- An MQTT broker which implements the full MQTT specification

When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.

In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.

Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.

HTTPS and other supplementary protocols

In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.

HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ⬀ and many commercial products.

Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ⬀) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint. |

C-103

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Manage connected devices**<br><br>Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.<br><br>We recommend that your organization use an IoT platform that has the following capabilities:<br><br>• **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.<br><br>• **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.<br><br>• **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.<br><br>• **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.<br><br>**Backend workloads**<br><br>Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.<br><br>If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments. | |

C-104

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Use cases**<br><br>The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.<br><br>**Smart appliance management**<br><br>Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.<br><br>**Logistics and asset tracking**<br><br>For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability. |

C-105

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud provides direct device to Pub/Sub connection employing an aggregation device/gateway that collects sensor data in real-time and transmits it in a message form via HTTPS or gRPC, with exemplary use cases including bulk data ingestion and local gateway data aggregation for a factory:[92]

## Device on Pub/Sub connection to Google Cloud

Send feedback

Last reviewed 2024-08-09 UTC

Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products.

</td>
</tr>
</table>

---

[92] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Architecture

The following diagram shows a connected aggregation device or gateway that connects directly to Pub/Sub.

The flow of events in the preceding diagram is as follows:

- You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.

- The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.

- The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.

C-107

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Architectural considerations and choices**<br><br>Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.<br><br>**Ingestion endpoints**<br><br>Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.<br><br>Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ⧉. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.<br><br>**Backend applications**<br><br>After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics. |

C-108

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Use cases**<br><br>The following sections describe example scenarios where a direct connection from devices to Pub/Sub is well suited for connected device use cases.<br><br>**Bulk data ingestion from an on-premises data historian**<br><br>A device to Pub/Sub connection is best suited for applications which have a small number of endpoints that transmit large volumes of data. An operational data historian ⬏ is a good example of an on-premises system that stores a lot of data which needs to be transmitted to Google Cloud. For this use case, a small number of endpoints must be authenticated, typically one to a few connected devices, which is within the typical parameters for service account authentication. These systems also commonly have modular architectures, which lets you implement the Pub/Sub API connection that you need to communicate with Google Cloud.<br><br>**Local gateway data aggregation for a factory**<br><br>Aggregation of factory sensor data in a local gateway is another use case well suited for a direct Pub/Sub connection. In this case, a local data management and aggregation system are deployed on a gateway device in the factory. This system is typically a software product that connects to a wide variety of local sensors and machines. The product collects the data and frequently transforms it into a standardized representation before passing it on to the cloud application.<br><br>Many devices can be connected in this scenario. However, those devices are usually only connected to the local gateway and are managed by the software on that device, so there's no need for a cloud-based management application. Unlike in an MQTT broker architecture, in this use case, the gateway plays an active role in aggregating and transforming the data.<br><br>When the gateway connects to Google Cloud, it authenticates with Pub/Sub through a service account key. The key sends the aggregated and transformed data to the cloud application for further processing. The number of connected gateways is also typically in the range of tens to hundreds of devices, which is within the typical range for service account authentication. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the edge devices of the accused instrumentalities  can be connected to other devices that do not have internet access or IP connectivity.  For example, a Google device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol:[93]

### Architectural considerations and choices

The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.

### Connected devices

Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.

In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide.

</td>
</tr>
</table>

---

[93] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's Manufacturing Connect can connect any machines from the factory floor and employ edge gateways to transmit sensed data to Cloud Pub/Sub on Google Cloud's Manufacturing Data Engine:[94]



---

[94] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo.

C-111

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google offers Google Nest Hub (2nd gen), which works as a hub for Google Home devices and provides various modes of connectivity to the Internet, including 802.11b/g/n/ac (2.4 GHz/5 GHz) Wi-Fi and Bluetooth 5.0:[95]





</td>
</tr>
</table>

[95] *See Nest Hub (2nd gen) Overview*, https://store.google.com/us/product/nest_hub_2nd_gen?hl=en-US; *Nest Hub (2nd gen) Tech*

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



---

*Specs*, https://store.google.com/us/product/nest_hub_2nd_gen_specs?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, a teardown image of the Google Nest Hub shows a Broadcom BCM43458 integrated chip with IEEE 802.11 and Bluetooth connectivity:[96]<br><br> |

---

[96] *Google Nest Hub (2nd Gen) Teardown*, https://www.youtube.com/watch?v=CcPzFpDd2_Q&t=10s.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google offers Nest Mini, which works as a hub for Google smart devices and provides various modes of connectivity to the Internet, including 802.11b/g/n/ac (2.4 GHz/5 GHz) and Bluetooth 5.0:[97]



C-115

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | For example, teardown images of the Nest Mini show the locations for a Wi-Fi (802.11) antenna and a Bluetooth antenna:[98]  |
|---|---|

[97] *Nest Mini Overview*, https://store.google.com/product/google_nest_mini?hl=en-US; *Nest Mini Tech Specs*, https://store.google.com/product/google_nest_mini_specs?hl=en-US.

[98] *What's really inside a Google Nest Mini? – Teardown*, https://www.youtube.com/watch?v=zusaf--8NPo.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google offers Google Nest WiFi, which "can handle up to 200 connected devices" for a connected home through Dual-Band 2.4 GHz/5 GHz frequencies for Wi-Fi 5 (802.11ac):[99]





---

[99] *See Google Nest Wifi - AC2200 - Mesh WiFi System - Wifi Router - 2200 Sq Ft Coverage - 1 pack*, https://www.amazon.com/Google-Nest-WiFi-Router-Generation/dp/B07YMKD6SM?th=1.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| Features & Specs | |
|---|---|
| Other Special Features of the Product | Dual-Band 2.4 GHz/5 GHz Frequencies; Whole Home Coverage; Security; Built with Sustainable Materials |
| Frequency Band Class | Dual-Band |
| Wireless Compability | 802.11ac |
| Compatible Devices | Laptop, Personal Computer, Tablet, Smartphone |
| Frequency | 5 GHz |
| Antenna Location | Home |
| Connectivity Technology | Bluetooth |
| Antenna Type | Internal |
| Operating System | Linux |
| Security Protocol | WPA2, WPA3 |
| Number of Ports | 1 |
| Control Method | Voice |
| Data Transfer Rate | 2200 Megabits Per Second |
| LAN Port Bandwidth | 1 megabits per second |
| Voltage | 12 Volts (DC) |
| Controller Type | Amazon Alexa |
| Maximum Upstream Data Transfer Rate | 1091 Megabits Per Second |
| Is Modem Compatible | Yes |

C-118

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, teardown images of the Google Nest WiFi Point show the following components:

A Qualcomm QCA9886 WLAN Wi-Fi system on chip (SoC):[100]



A Nordic Semiconductor N52811 QFAAA0 1922AG Bluetooth SoC:[101]



</td>
</tr>
</table>

---

[100] *Google Nest Wifi Point Teardown*, https://www.ifixit.com/Teardown/Google+Nest+Wifi+Point+Teardown/128027.
[101] *Google Nest Wifi Point Teardown*, https://www.ifixit.com/Teardown/Google+Nest+Wifi+Point+Teardown/128027.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, the Google Nest Learning Thermostat (4th Gen) includes Wi-Fi 802.11n (2.4 GHz / 5 GHz) connectivity:[102]<br><br>Connectivity — Wi-Fi 802.11n (2.4 GHz / 5 GHz)<br><br>For example, teardown images of a Google Nest Thermostat show what appear to be an OXE12 NW265 Bluetooth/Wi-Fi module, and two antenna connectors for Wi-Fi and Bluetooth connectivity:[103]<br><br> |

[102] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

[103] *Nest Thermostat Teardown*, https://learn.sparkfun.com/tutorials/nest-thermostat-teardown-/all.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Nest Temperature Sensor includes Bluetooth Low Energy connectivity:[104]



For example, teardown images of Google Nest Temperature Sensor show the following components:

A Bluetooth antenna:[105]

A Nordic Semiconductor nRF52832 Bluetooth SoC:[106]



</td>
</tr>
</table>

---

[104] *See Nest Temperature Sensor (2nd gen)*, https://store.google.com/product/nest_temperature_sensor_2nd_gen?hl=en-US&selections=eyJwcm9kdWN0RmFtaWx5IjoiWkdWMmFXTmxYMlpoeWdsc2VWOWZibVZ6ZEY5MFpXMXdkYM05sYm5OdmNsOHlibVJmWjJWdVgyWmhiUT09In0%3D.

[105] *Nest Temperature Sensor Teardown*, https://www.ifixit.com/Teardown/Nest+Temperature+Sensor+Teardown/109956.

[106] *Nest Temperature Sensor Teardown*, https://www.ifixit.com/Teardown/Nest+Temperature+Sensor+Teardown/109956.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr><td></td><td>

For example, the Google Nest Protect includes 802.11b/g/n (2.4GHz) Wi-Fi, 802.15.4 (2.4GHz), and Bluetooth Low Energy connectivity:[107]

Wireless

802.11b/g/n (2.4GHz) Wi-Fi

802.15.4 (2.4GHz)

Bluetooth Low Energy

For example, a teardown image of a Google Nest Protect shows a Murata Type ZX module with Broadcom BCM43362 chipset for 802.11b/g/n Wi-Fi and Bluetooth connectivity:[108]



</td></tr>
</table>

---

[107] *See Nest Protect smoke and CO alarm,* https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.
[108] *Nest Protect Teardown*, https://www.ifixit.com/Teardown/Nest+Protect+Teardown/20057.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, the Google Nest Doorbell includes 802.11a/b/g/n/ac (2.4 GHz and 5 GHz) Wi-Fi and Bluetooth Low Energy (BLE) connectivity:[109]<br><br>Wireless<br><br>802.11a/b/g/n/ac (2.4 GHz and 5 GHz) Wi-Fi. WEP, WPA, WPA2, WPA3 encryption supported. Bluetooth Low Energy (BLE)<br><br>For example, a teardown video of the Google Nest Hello Video Doorbell indicates what appears to be a Skyworks Wi-Fi module:[110]<br><br> |

---

[109] *Nest Doorbell*, https://store.google.com/product/nest_doorbell?hl=en-US.

[110] *Nest Hello Video Doorbell teardown: What's inside this outdoor device?*, https://www.youtube.com/watch?v=J7Oz5cRq590.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Nest Cam Indoor includes [Wi-Fi] 802.11ac-ready (2.4 GHz / 5 GHz) and Bluetooth Low Energy (BLE) connectivity:[111]

Wireless — [Wi-Fi]: 802.11ac-ready (2.4 GHz / 5 GHz)

WEP, WPA, WPA2, WPA3 encryption supported

Bluetooth® Low Energy (BLE)

For example, a teardown image of a Google Nest Cam shows what appears to be a Wi-Fi antenna:[112]



</td>
</tr>
</table>

---

[111] *Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.
[112] *Google Nest Cam 1st Gen Teardown*, https://www.youtube.com/watch?v=65DV_7BvZE8.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Fitbit Charge 6 includes Bluetooth connectivity:[113]<br><br>• Radio transceiver: Bluetooth<br><br>For example, a teardown image of a Fitbit Charge shows a Nordic NRF 8001 Bluetooth IC:[114]<br><br> |

---

[113] *Fitbit Charge 6 Tracker Tech Specs*, https://store.google.com/product/fitbit_charge_6_specs?hl=en-US.
[114] *Fitbit Charge Fitness Tracker*, https://www.allaboutcircuits.com/news/teardown-tuesday-fitbit-charge-fitness-tracker/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Pixel 9 Pro includes Wi-Fi 7 (802.11be), Bluetooth v5.3, NFC, and Google Cast connectivity:[115] <br><br> **Connectivity and Location** <br><br> Wi-Fi 7 (802.11be) with 2.4GHz+5GHz+6GHz, 2x2+2x2 MIMO <br><br> Bluetooth® v5.3 with dual antennas for enhanced quality and connection <br><br> NFC <br><br> Google Cast <br><br> Ultra-Wideband chip for accurate ranging and spatial orientation 44 <br><br> Dual Band GNSS GPS, GLONASS, Galileo <br><br> Wi-Fi 7 (802.11be) with 2.4GHz+5GHz+6GHz, 2x2+2x2 MIMO <br><br> Bluetooth® v5.3 with dual antennas for enhanced quality and connection <br><br> NFC <br><br> Google Cast <br><br> Ultra-Wideband chip for accurate ranging and spatial orientation 44 <br><br> Dual Band GNSS GPS, GLONASS, Galileo |

---

[115] *Pixel 9 Pro Tech Specs, https://store.google.com/product/pixel_9_pro_specs?hl=en-US.*

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Pixel Watch 3 includes Wi-Fi 802.11a/b/g/n/ac/ax 2.4GHz, 5GHz, Bluetooth 5.3, and NFC connectivity:[116]

| Connectivity | |
| --- | --- |
| 4G LTE and UMTS 5 | 4G LTE and UMTS 5 |
| Bluetooth® 5.3 | Bluetooth® 5.3 |
| Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| NFC | NFC |
| Ultra-Wideband 6 | Ultra-Wideband 6 |

For example, a teardown image of a Google Pixel Watch 4 shows a Qualcomm QFM6518 module for Wi-Fi and Bluetooth connectivity:[117]



---

[116] *Pixel Watch 3 Tech Specs, https://store.google.com/product/pixel_watch_3_specs?hl=en-US.*

[117] *Inside the Pixel Watch 4: A Masterclass in Smartwatch Design*, https://www.youtube.com/watch?v=3pQWBFBIU2U.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google systems can also work with non-Google, third-party hub devices:[118]

**Set up a device to work as a hub for Google Home**

For Google devices that work as a hub for Google Home, no special setup is required. You just need to connect the hub device on your existing home Wi-Fi network or Thread network of smart devices. Once set up is done, add the hub device to Google Home via the Google Home app. Your hub device then automatically receives the latest updates and acts as a hub for Google Home.

For non-Google devices, learn how to enable hub functionality.

For example, third-party hub devices need Wi-Fi connectivity to transmit sensor data:[119]

**Set up your TV as a hub for Google Home**

Enable Google Home on your TV to control and manage your Google Home devices right from the TV, the Google Home app, or other supported apps.

**What you need to get started**

- An eligible TV that can act as a hub for Google Home and supports Google services (for example, 2024 LG TVs with Google Home listed as an option under the Home Hub menu)
- A secure Wi-Fi network
- An Android or iOS device to facilitate QR code scanning

**Note:** Select TVs can act as a hub for Google Home but do require manual opt-in. The flows may vary depending on TV brands.

</td>
</tr>
</table>

---

[118] *Prepare your smart home for Matter,* https://support.google.com/googlenest/answer/12391458?hl=en.
[119] *Set up your TV as a hub for Google Home*, https://support.google.com/googlenest/answer/15681130.

C-128

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 1[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [1c] a Ubiquitous Sensor Network (USN) middleware for extracting object and environment information by cleaning, classifying and integrating the message received from the sensor network data transmitter, generating conditional events, context aware information, and knowledge contents from the extracted object and environment information, and providing the information service to an application program, the application program providing a user with information related to environment where the sensor network is installed. | The accused instrumentalities comprise Ubiquitous Sensor Network (USN) middleware for extracting object and environment information by cleaning, classifying and integrating the message received from the sensor network data transmitter, generating conditional events, context aware information, and knowledge contents from the extracted object and environment information, and providing the information service to an application program, the application program providing a user with information related to environment where the sensor network is installed. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google provides Google Cloud, the Google Cloud Platform, and Google Distributed Cloud, which provide USN middleware to support numerous Google offerings such as Google Home, Google Home app, Google Nest app, Fitbit app, Nest products, Fitbit products, Pixel products, Nest Aware, Nest Renew, Device Connect for Fitbit, Google Cloud IoT Core, Intelligent Products Essentials, Manufacturing Data Engine, Manufacturing Connect, Manufacturing Connect edge, Cortex Framework, Visual Inspection AI, Cloud Pub/Sub, Cloud Dataflow, Dataflow ML, Cloud Functions, BigQuery, Cloud BigTable, Looker, Data Studio, Insights, Grafana, Apigee, Vertex AI, Apache Beam, Air Quality API, Eventarc, Stream Analytics, Cloud Data Fusion, Cloud Logging, Cloud Monitoring, Cloud gRPC, Cloud Composer, Cloud Workflows, Google Maps Platform, Google Assistant, as well as numerous third party products and services. For example, Google Cloud servers house USN middleware hardware and software for cloud products and services that support the accused instrumentalities. These servers are at various locations throughout the United States to support ubiquitous monitoring of sensor networks based on Google or third party edge devices located anywhere in the United States.<br><br>For example, the hardware and software that support the Google Cloud middleware for Google and third party products and services—such as Google Cloud IoT Core, Cloud IoT, Cloud BigQuery, Cloud Pub/Sub, Cloud Dataflow, Cloud Bigtable, Looker, Vertex AI, and others—are operated from servers in Oregon, Los Angeles, Salt Lake City, Las Vegas, Iowa, South Carolina, N. Virginia, Columbus, and/or Dallas:[120] |

---

[120] *Cloud locations*, https://cloud.google.com/about/locations#regions.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-132

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

C-133

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google Cloud IoT Core is a Platform as a Service (PaaS) that provides clients an environment in which most of the infrastructure, such as software and hardware, including Runtime, Middleware, and Operating System, are already taken care of:[121]<br><br>Platform as a Service (PaaS) builds on top of IaaS and gives clients an environment in which most of the infrastructure is already taken care of, including Runtime, Middleware and Operating System. This allows clients to focus on developing applications and taking care of data. This is the most popular service type for IoT deployments, since clients just want to build a tailored application to run on each IoT device in order for it to connect to the Cloud to send and receive data. |
|---|---|

---

[121] Daniel Bastos, *Cloud for IoT – A Survey of Technologies and Security features of Public Cloud IoT solutions,* Living in the Internet of Things 2019 at 2, 6 (Longon, UK May 1-2, 2019).

## Appendix C:
## Claim Chart for U.S. Patent No. 8,040,232

**TABLE I**
**FEATURES OF CLOUD IoT SOLUTIONS**

| Solutions / Features | Amazon AWS IoT Core | Microsoft Azure IoT Hub | Google Cloud IoT Core |
|---|---|---|---|
| Cloud Service Type | PaaS | PaaS | PaaS |
| Hardware Support | All devices | All devices, >1000 certified IoT hardware devices | All devices |
| Associated Storage Services | Amazon DynamoDB, Amazon S3 | Azure CosmosDB, Azure Blob | Google Cloud Bigtable, Google Cloud Storage |
| Dedicated OS | Amazon FreeRTOS | Windows IoT | Android Things, Android |
| Language/SDK Support | C++, Embedded C, Java, Python, JavaScript, Arduino Yun, Android, iOS | C, C#, Java, Python, Node.js | C, Java, Python, Node.js, iOS |
| Serverless Compute Services | Amazon Lambda | Azure Functions | Google Cloud Functions |
| Data Protocols | MQTT, MQTT over Websockets, HTTPS, HTTP(S) REST API (JSON) | MQTT, MQTT over WS, AMQP, AMQP over WS, HTTPS, HTTP(S) REST API (JSON) | MQTT, HTTP(S) REST API (JSON) |
| Authentication | X.509 Certificates, AWS IAM, AWS Cognito, Federated Identities | X.509 Certificates, OpenID Connect, SAS Tokens | X.509 Certificates, JSON Web Tokens (JWT) |
| Authorization | AWS IoT Policy, AWS IAM Roles | OAuth 2.0, Azure Active Directory Roles | OAuth 2.0, Google IAM Roles |
| Encryption in Transit | TLS 1.2 | TLS 1.2 | TLS 1.2 |
| Encryption at Rest | AES-256 | AES-256 | AES256, AES128 |
| Availability (SLA) | ≥99.9% | ≥99.9% | ≥99.9% |

C-135

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google's Cloud IoT Core service is a fully managed service for managing IoT devices, and provides USN middleware to extract, process, and analyze sensor data from Google devices, through services such as Cloud Pub/Sub, Cloud Dataflow, Cloud Functions, Cloud Bigtable, BigQuery, Vertex AI, Looker, Data Studio, and Insights:[122]

> The ability to gain real-time insights from IoT data can redefine competitiveness for businesses. Intelligence allows connected devices and assets to interact efficiently with applications and with human beings in an intuitive and non-disruptive way. After your IoT project is up and running, many devices will be producing lots of data. You need an efficient, scalable, affordable way to both manage those devices and handle all that information.
>
> IoT Core is a fully managed service for managing IoT devices. It supports registration, authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.



C-136

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Google Cloud IoT Core ingests and processes real-time device telemetry data (e.g., sensed data) via Cloud Pub/Sub, and subsequent data routing to services such as Cloud Functions to consume the data, or Cloud Dataflow for transformation, cleaning, and streaming analysis of the data. The cleaned output is then populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning:[123]

## How does Cloud IoT Core work?

Device telemetry data is forwarded to a Cloud Pub/Sub topic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.

Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.</td>
</tr>
</table>

---

[122] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[123] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google's Cloud IoT Core use cases include asset tracking, visual inspection, quality control, remote monitoring, connected homes, and vision intelligence:[124]<br><br>**Use cases**<br><br>IoT use cases range across numerous industries. Some typical examples include:<br><br>• Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics<br><br>• Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation<br><br>• Connected homes and consumer technologies.<br><br>• Vision intelligence in retail, security, manufacturing, and industrial sectors<br><br>• Smart living in commercial, residential, and smart spaces<br><br>• Smart factories with predictive maintenance and real-time plant floor analytics |

---

[124] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Dataflow provides unified stream and batch data processing at scale and can be used for ETL (extract-transform-load) workflows, applying machine learning in real time to streaming data, and processing sensor data or log data at scale:[125] |
| | Dataflow is a Google Cloud service that provides unified stream and batch data processing at scale. Use Dataflow to create data pipelines that read from one or more sources, transform the data, and write the data to a destination.<br><br>Typical use cases for Dataflow include the following:<br><br>• Data movement: Ingesting data or replicating data across subsystems.<br><br>• ETL (extract-transform-load) workflows that ingest data into a data warehouse such as BigQuery.<br><br>• Powering BI dashboards.<br><br>• Applying ML in real time to streaming data.<br><br>• Processing sensor data or log data at scale. |
| | For example, Cloud Dataflow moves data through a series of stages that can include transforming and aggregating the data.  For example, a Cloud Dataflow pipeline can transform data to be more usable by the target system, aggregate, process, and enrich data for analysis, and join data with other data:[126] |

---

[125] *Dataflow overview*, https://cloud.google.com/dataflow/docs/overview.
[126] *Dataflow overview*, https://cloud.google.com/dataflow/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

**How it works**

Dataflow uses a data pipeline model, where data moves through a series of stages. Stages can include reading data from a source, transforming and aggregating the data, and writing the results to a destination.

Pipelines can range from very simple to more complex processing. For example, a pipeline might do the following:

- Move data as-is to a destination.

- Transform data to be more useable by the target system.

- Aggregate, process, and enrich data for analysis.

- Join data with other data.

</td>
</tr>
</table>

C-140

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Cloud IoT Core connects, manages, and ingests data from IoT devices, and in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time. The data includes telemetry data (event data such as measurement of temperature) and device state (current status of device):[127]<br><br>Services: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.<br><br>These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services. |
|---|---|

---

[127] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

C-141

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, as shown in the exemplary architecture for Cloud IoT Core, Cloud IoT Core accept messages and forwards them to cloud Pub/Sub.  Cloud Dataflow is used to transform, enrich and then store telemetry data, and is integrated with components such as Cloud Firestore and Cloud Bigtable for storage:[128]<br><br>Figure 3 shows the GCP cloud architecture along with its different components used to implement the prototype. Smart health care device and sensors are simulated as virtual machines with a MQTT where clients send telemetry messages through MQTT protocol bridge. *Cloud IoT Core* authenticates the sensor endpoints, the protocol bridge accepts messages and forwards each to cloud *Pub/Sub*, as shown in Figure 3(a). Cloud *Pub/Sub* is a globally scalable message queuing system which is an excellent choice to handle streams of data while decoupling the specifics of the backend processing implementation. *Cloud Functions* is used to trigger configuration change, and sends back the updated device configuration to the device using *Cloud IoT Core*. *Cloud Dataflow* is used to transform, enrich and then store telemetry data by using distributed data pipelines. It is integrated into GCP components such as Cloud Firestore, and Cloud Bigtable for storage. Figure 3(b) shows details of GCP cloud components, including where public-private keys for authentication and registries are created in GCP-IoT service. MQTT bridge acts as a server and provides a client server architecture with IoT devices simulated in the system. Here, we investigate two IoT use case scenarios (E-health and smart home) and discuss their pertinent authorization aspects in the context of the GCP-IoTAC model. |

---

[128] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, in a E-Health Use Case where hospital practitioners monitor a patient's data, if the body temperature sensed is published into *topic1* as being greater than 100 degrees Fahrenheit, *function1* can fire a callback alert, and the Cloud Functions Service Agent sends an alert to the body temperature sensor through CIC service, which can constitute corrective recommendations such as "body temperature of the user is getting high," and the user receives an alert to take rest:[129]

---

[129] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 4: E-health Use Case Setup.

Now we discuss the authorization of device in the cloud. The *body temperature sensor* senses the body temperature of device user. It publishes telemetry data to the assigned topic through MQTT/HTTPS bridge in GCP-IoT platform. Roles are assigned on registry for publishing messages, however any role cannot be assigned on a virtual *body temperature sensor*. The communication of virtual *body temperature sensor* can be control through allow/block. Cloud IoT Service Agent manages the publish data into *topic1* using cloud Pub/Sub service. A background *function1* triggers indirectly when a message is published on *topic1*. If the body temperature is greater than 100 degree Fahrenheit, then *function1* fires a callback alert, which contains the registry and device IDs. Cloud Functions Service Agent subscribes message from *topic1*, and sends alert

to the *body temperature sensor* through CIC service. This could be in-build corrective recommendations, for example body temperature of the user is getting high, and user receives an alert to take rest. CF service is a kind of a pipeline to access other services in GCP.

C-144

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, in the E-Health use case, *function1* sends body temperature sensor data into real time analysis Cloud Firestore service for application:[130]

> *function1* expects an event from Pub/Sub, if it has data otherwise it throws an error. For this use case, we picked Cloud Firestore storage service which is a GCP service. function1 sends *body temperature sensor* data into real time analysis Cloud Firestore service for application. Other users such as doctor and nurse in the hospital visualize the data through cloud IoT application. IoT application sends the notification to doctor, when user's body temperature is greater than 100 degree Fahrenheit. Doctor sends alert (take rest) to device user and recommends medicine through IoT application. However, nurse can view only the data through IoT application. Specific role assignments for users through service-agents are discussed in section III. The user's heart rate sensor data is also published in topic1, and the user allows only heart specialist to update his data. Currently, the GCP-IoTAC model cannot incorporate the attributes of users. Current model would require inclusion of attributes of users, and groups of users as well as devices.

</td>
</tr>
</table>

---

[130] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 6: Sequence Diagram of E-health Use Case.

C-146

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's Intelligent Products Essentials can connect and ingest raw or time-series product telemetry (e.g., sensor data) from various device platforms using Cloud IoT Core or Pub/Sub, build connected product companion apps that work on smartphones, tablets, and computers, and manage, update and analyze fleets of connected products via APIs, Google Kubernetes Engine, and Looker:[131] |

In order to help manufacturers quickly deploy these use cases and many more, Intelligent Products Essentials provides the following:

- **Edge connections**: Connect and ingest raw or time-series product telemetry from various device platforms utilizing IoT Core or Pub/Sub and enable deployment and management of firmware over-the-air and machine learning models with Vertex AI at the edge.

- **Ownership App Template**: Easily build connected product companion apps that work on smartphones, tablets, and computers. Use a pre-built API and accompanying sample app that can incorporate product or device registration, identity management, and provide application behavior analytics using Firebase.

- **Product fleet management**: Manage, update and analyze fleets of connected products via APIs, Google Kubernetes Engine, and Looker.

- **AI services**: Create new features or capabilities for your products using AI and machine learning products such as DialogFlow, Vision AI, AutoML, all from Vertex AI.

For example, Google Cloud's Intelligent Products Essentials can receive and extract sensor data from edge devices, ingest, organize, and infer information from the sensed data, and provide the resulting information service to an application program, such as apps for fleet management, ownership experience, predictive maintenance, or field service:[132]

C-147

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



---

[131] *See Introducing Intelligent Products Essentials: helping manufacturers build AI-powered smart products, faster*, https://cloud.google.com/blog/products/data-analytics/introducing-intelligent-products-essentials-for-manufacturers.
[132] *See Introducing Intelligent Products Essentials: helping manufacturers build AI-powered smart products, faster*, https://cloud.google.com/blog/products/data-analytics/introducing-intelligent-products-essentials-for-manufacturers.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud can provide various connected device middleware architectures to receive, process, and analyze data from connected devices from ubiquitous sensor networks:[133]

</td>
</tr>
</table>

---

[133] *See Connected device architectures on Google Cloud*, https://cloud.google.com/architecture/connected-devices.

C-149

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Connected device architectures summary** 🔗<br><br>This document groups connected device use cases into three categories, based on the following dimensions that you need to consider when you plan a connected device architecture:<br><br>• **Number of devices:** It's important to consider how many devices are directly connected to your application. If your application has many end devices (such as machines, sensors, or cameras), and if these devices are connected to an intermediate gateway or other device (such as a mobile phone), it's important to identify whether those end devices must be represented and managed in your application. In some cases you might need to represent each individual device; in other cases, only the intermediate device might need to be represented.<br><br>• **Fleet management:** Consider whether you need capabilities like device status monitoring, software and firmware updates, configuration management, and other fleet management features. These requirements help to determine your choice of application architecture.<br><br>• **Inter-device messaging:** Device communication through your application architecture is an important factor. For example, some applications depend on communication between the connected devices through your application architecture. Other applications have data flows that occur strictly between each device and your application, with no messaging between devices. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud MQTT broker middleware architecture employs an MQTT broker, Cloud Dataflow, and backend applications such as data analytics and IoT applications to extract, process, and analyze sensor data from Google devices from ubiquitous sensor networks:[134]

---

[134] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



The following diagram shows an MQTT broker architecture running on Google Cloud.

C-152

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the MQTT broker cluster includes a device credential store and a device authentication and authorization service:[135]

> The architecture in the preceding image is composed as follows:
>
> - The MQTT broker is deployed as a cluster of three instances that are connected to the Cloud Load Balancing service. For the cloud load balancer, you can choose from one of several load-balancing products, which are described later in this document.
>
> - The broker cluster includes a device credential store and a device authentication and authorization service. The cluster connects with the backend workloads through Dataflow or Pub/Sub.
>
> - On the client side, edge gateways provide bidirectional communication between edge devices and the MQTT broker cluster through MQTT over TLS.
>
> Generally, we recommend that you deploy the MQTT broker application for this architecture in a cluster for scalability. Factors such as the clustering functionality, the scale-up and scale-down cluster management, data synchronization, and network partition handling are addressed by the specific broker implementations.

</td>
</tr>
</table>

---

[135] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, in the MQTT broker architecture, internet-connected edge devices publish their telemetry (e.g., sensed data regarding environment information) events and other information to the MQTT broker:[136]<br><br>**Architectural considerations and choices** 🔗<br><br>The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.<br><br>**Connected devices**<br><br>Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.<br><br>In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide. |

---

[136] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, in the MQTT broker architecture, one or more backend applications use data ingested from the connected devices (e.g., object and environment sensor data) and incoming data and outgoing commands are routed through the MQTT broker:[137]<br><br>**Backend workloads**<br><br>Any connected device use case includes one or more backend applications that use the data ingested from the connected devices. Sometimes, these applications also need to send commands and configuration updates to the devices. In the standalone MQTT broker architecture in this document, incoming data and outgoing commands are both routed through the MQTT broker. There are different topics within the broker's topic hierarchy to differentiate between the data and the commands.<br><br>Data and commands can be sent between the broker and the backend applications in one of several ways. If the application itself supports MQTT, or if it can be modified to support MQTT, the application can subscribe directly to the broker as a client. This approach enables you to use the MQTT Pub/Sub bidirectional messaging capability directly by using your application to receive data from and send commands to the connected devices.<br><br>If your application does not support MQTT, there are several other options. In the architecture described in this document, Apache Beam provides an MQTT driver, which allows bidirectional integration with Dataflow and other Beam deployments. Many brokers also have plugin capabilities that support integration with services like Google Pub/Sub. These are typically one-way integrations for data integration, although some brokers support bidirectional integration.<br><br>For example, the MQTT broker architecture can be used for standards-based data ingestion from heterogenous devices:[138] |

---

[137] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

[138] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Use cases**<br><br>An MQTT broker architecture is particularly well suited for the device use cases that are described in the following sections.<br><br>**Standards-based data ingestion from heterogeneous devices**<br><br>When you want to collect and analyze data from a large fleet of heterogeneous devices, an MQTT broker is often a good solution. Because MQTT is a widely adopted and implemented standard, many edge devices have built-in support for it, and lightweight MQTT clients are available to add MQTT support to devices that don't. The publish-and-subscribe paradigm is also a part of the MQTT standard, so MQTT-enabled devices can take advantage of this architecture without additional implementation work. By contrast, devices that connect to Pub/Sub must implement the Pub/Sub API or use the Pub/Sub SDK. Running a standards-compliant MQTT broker on Google Cloud thus provides a simple solution for collecting data from a wide range of devices.<br><br>When your connected devices are not controlled by your application but by a third party, you might not have access to the device system software, and the management of the device itself would be the other party's responsibility. In that circumstance, we recommend that you run an MQTT broker and provide authentication credentials to the third party to set up the device-to-cloud communication channel. |

C-156

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture employs an MQTT bridge/broker, device management services, Cloud Dataflow, and backend applications such as data analytics and IoT applications for authentication and management, telemetry storage and visualization, data processing, and alerting, to extract, process, and analyze sensor data from connected Google devices:[139]<br><br>**IoT platform product architecture on Google Cloud** 🔖 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[139] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform provides various device management services such as device authentication and authorization, and alerting and notification capabilities and other analytics functionality:[140]

---

[140] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.<br><br>The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:<br><br>• Device credential store<br>• Rules engine<br>• Device authentication and authorization<br>• Device configuration management<br>• Device registry<br>• Device update management<br><br>IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality.<br><br>For example, the Google IoT platform includes an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices:[141] |

---

[141] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Ingestion endpoints<br><br>Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.<br><br>MQTT<br><br>An IoT platform implements an MQTT endpoint in one of the following ways:<br><br>• A connector between MQTT and another message service<br><br>• An MQTT broker which implements the full MQTT specification<br><br>When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.<br><br>In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.<br><br>Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.<br><br>HTTPS and other supplementary protocols<br><br>In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.<br><br>HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ⧉ and many commercial products.<br><br>Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ⧉) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint. |

C-160

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, connected Google devices publish telemetry (e.g., environmental sensor data) events and state information (e.g., object information) to the platform through one of the ingestion endpoints such as MQTT:[142]<br><br>**Manage connected devices**<br><br>Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.<br><br>We recommend that your organization use an IoT platform that has the following capabilities:<br><br>• **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.<br><br>• **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.<br><br>• **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.<br><br>• **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.<br><br>For example, the Google IoT platform provides internal data storage and transport capabilities that connect to backend workloads and applications, such as analytics applications:[143] |

---

[142] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

[143] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Backend workloads**<br><br>Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.<br><br>If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud IoT platform architecture can be employed in a smart appliance management use case where the IoT platform monitors the state of each device and captures device activity to provide critical intelligence, or in a logistics and asset tracking use case where the IoT platform monitors a large fleet of assets, including through sensor information such as temperature, humidity, atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops:[144] <br><br> **Use cases** <br><br> The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub. <br><br> **Smart appliance management** <br><br> Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform. <br><br> **Logistics and asset tracking** <br><br> For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability. |

---

[144] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's direct device to Pub/Sub connection employs an aggregation device/gateway, Cloud Pub/Sub, and cloud applications such as data analytics and alerting to extract, process, and analyze sensor data from connected Google devices (e.g., connected devices from ubiquitous sensor networks):[145]<br><br>**Device on Pub/Sub connection to Google Cloud** 🔖 ▾   Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products. |

---

[145] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Cloud's direct device to Pub/Sub connection sends aggregated data from remote devices and sensors to Pub/Sub, which allows a bidirectional system composed of publishers and subscribers:[146]

---

[146] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The flow of events in the preceding diagram is as follows:

- You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.

- The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.

- The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.

## Architectural considerations and choices

Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.

## Ingestion endpoints

Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.

Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ☑. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.

C-166

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, after data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges, for example, to extract object and environment information, process the data, analyze it, and generate alerts and notifications:[147]<br><br>**Backend applications**<br><br>After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics. |

---

[147] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
| --- | --- |
|  | For example, Cloud Pub/Sub is an asynchronous and scalable messaging service that decouples services producing messages from services processing those messages and is used for streaming analytics and data integration pipelines to load and distribute data:[148]<br><br>Pub/Sub is an asynchronous and scalable messaging service that decouples services producing messages from services processing those messages.<br><br>Pub/Sub allows services to communicate asynchronously, with latencies typically on the order of 100 milliseconds.<br><br>Pub/Sub is used for streaming analytics and data integration pipelines to load and distribute data. It's equally effective as a messaging-oriented middleware for service integration or as a queue to parallelize tasks.<br><br>For example, Cloud Pub/Sub publishers send events to the Pub/Sub service, without regard to how or when these events are to be processed, and Pub/Sub then delivers events to all the services that react to them:[149] |

---

[148] *See What is Pub/Sub?*, https://docs.cloud.google.com/pubsub/docs/overview.
[149] *See What is Pub/Sub?*, https://docs.cloud.google.com/pubsub/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

Pub/Sub lets you create systems of event producers and consumers, called **publishers** and **subscribers**. Publishers communicate with subscribers asynchronously by broadcasting events, rather than by synchronous remote procedure calls (RPCs).

Publishers send events to the Pub/Sub service, without regard to how or when these events are to be processed. Pub/Sub then delivers events to all the services that react to them. In systems communicating through RPCs, publishers must wait for subscribers to receive the data. However, the asynchronous integration in Pub/Sub increases the flexibility and robustness of the overall system.

For example, Cloud Pub/Sub can be used in the following cases, including ingesting user interaction and server events, real-time event distribution, enterprise event bus, and data streaming from applications, services, and IoT devices:[150]

</td>
</tr>
</table>

---

[150] *See What is Pub/Sub?*, https://docs.cloud.google.com/pubsub/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Common use cases** 🔗 <br><br> • **Ingesting user interaction and server events.** To use user interaction events from end-user apps or server events from your system, you might forward them to Pub/Sub. You can then use a stream processing tool, such as Dataflow, which delivers the events to databases. Examples of such databases are BigQuery, Bigtable, and Cloud Storage. Pub/Sub lets you gather events from many clients simultaneously. <br><br> • **Real-time event distribution.** Events, raw or processed, may be made available to multiple applications across your team and organization for real- time processing. Pub/Sub supports an "enterprise event bus" and event-driven application design patterns. Pub/Sub lets you integrate with many systems that export events to Pub/Sub. <br><br> • **Replicating data among databases.** Pub/Sub is commonly used to distribute change events from databases. These events can be used to construct a view of the database state and state history in BigQuery and other data storage systems. <br><br> • **Parallel processing and workflows.** You can efficiently distribute many tasks among multiple workers by using Pub/Sub messages to communicate with the workers. Examples of such tasks are compressing text files, sending email notifications, evaluating AI models, and reformatting images. <br><br> • **Enterprise event bus.** You can create an enterprise-wide real-time data sharing bus, distributing business events, database updates, and analytics events across your organization. <br><br> • **Data streaming from applications, services, or IoT devices.** For example, a SaaS application can publish a real-time feed of events. Or, a residential sensor can stream data to Pub/Sub for use in other Google Cloud products through a data-processing pipeline. <br><br> • **Refreshing distributed caches.** For example, an application can publish invalidation events to update the IDs of objects that have changed. <br><br> • **Load balancing for reliability.** For example, instances of a service may be deployed on Compute Engine in multiple zones but subscribe to a common topic. When the service fails in any zone, the others can pick up the load automatically. <br><br> For example, Cloud Pub/Sub ingests events for streaming into BigQuery, data lakes or operational databases:[151] |

---

[151] *See Pub/Sub*, https://cloud.google.com/pubsub?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

**Pub/Sub**

Ingest events for streaming into BigQuery, data lakes or operational databases.

New customers get $300 in free credits to spend on Pub/Sub. All customers get up to 10 GB for ingestion or delivery of messages free per month, not charged against your credits.

[Try Pub/Sub free]     [Contact sales]

✓ Deploy an example data warehouse solution to explore, analyze, and visualize data using BigQuery and Looker Studio. Plus, apply generative AI to summarize the results of the analysis.

✓ Ingest analytic events and stream them to BigQuery with Dataflow

✓ No-ops, secure, scalable messaging or queue system

✓ In-order and any-order at-least-once message delivery with pull and push modes

✓ Secure data with fine-grained access controls and always-on encryption

For example, Pub/Sub single message transforms (SMTs) allow users to manipulate, validate, and filter messages based on their attributes or data as they stream through the system:[152]

**Pub/Sub single message transforms**

Single message transforms (SMTs) let you manipulate, validate, and filter messages based on their attributes or data as they stream through the system. Subscriptions that feed into Dataflow shouldn't use SMTs that filter out messages as it can interfere with autoscaling. This happens because subscription SMT filtering can cause the backlog to appear larger than what is delivered to Dataflow until the filtered-out messages are actually processed by the SMT. Topic SMTs that filter messages won't cause issues with autoscaling.

</td>
</tr>
</table>

---

[152] *See Read from Pub/Sub to Dataflow*, https://docs.cloud.google.com/dataflow/docs/concepts/streaming-with-cloud-pubsub?utm_source.

C-171

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google Cloud offers streaming analytics services to ingest, process, and analyze event streams in real time:[153]<br><br>**Streaming analytics**<br><br>Ingest, process, and analyze event streams in real time. Google Cloud's streaming analytics solutions make data more organized, useful, and accessible from the instant it's generated.<br><br>**Make the most of real-time data**<br><br>**Generate real value from real-time insights**<br><br>Ingest, process, and analyze real-time event streams and take business impacting action on high-value, perishable insights.<br><br>**Remove operational complexity**<br><br>Leverage an auto-scaling and fully managed streaming infrastructure that solves for variable data volumes, performance tuning, and resource provisioning.<br><br>**Utilize the best of Google Cloud**<br><br>Access native integrations with Vertex AI Workbench, BigQuery, and other Google Cloud services for rapid and trusted development of intelligent solutions.<br><br>For example, Google Cloud's streaming analytics services include key features such as adopting simple ingestion for complex events by ingesting and analyzing hundreds of millions of events per second from applications or devices virtually anywhere on the globe with Pub/Sub, and unifying streaming and batch data analysis with Dataflow:[154] |

---

[153] *See Streaming analytics*, https://cloud.google.com/solutions/stream-analytics?hl=en.
[154] *See Streaming analytics*, https://cloud.google.com/solutions/stream-analytics?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Real-time made real easy**<br><br>**Adopt simple ingestion for complex events**<br><br>Ingest and analyze hundreds of millions of events per second from applications or devices virtually anywhere on the globe with Pub/Sub. Directly stream millions of events per second into your data warehouse for SQL-based analysis with BigQuery's streaming API. Or replicate data from relational databases directly into BigQuery on a serverless platform with Datastream.<br><br>**Unify stream and batch processing without lock-in**<br><br>Unify streaming and batch data analysis with equal ease and build cohesive data pipelines with Dataflow. Dataflow ensures exactly-once processing, making your streaming pipelines more reliable and consistent for mission-critical applications. Data engineers can reuse code through Dataflow's open source SDK, Apache Beam, which provides pipeline portability for hybrid or multi-cloud environments.<br><br>**Keep your current tools while exploring next-generation AI**<br><br>Bridge, migrate, or extend on-premises Apache Kafka and Apache Spark-based solutions through Confluent Cloud and Dataproc. Combined with Data Fusion's GUI, data analysts and engineers can build streaming pipelines in a few clicks. Embed Google's Vertex AI Workbench solution in your streaming analytics pipeline for real-time personalization, anomaly detection, and predictive maintenance scenarios.<br><br>For example, Google Cloud's streaming analytics services ingest real-time sensed data from IoT or other devices through Pub/Sub, enrich the data through Apache Beam (SDK) and Dataflow Streaming, analyze the sensed data through BigQuery, Vertex AI and Big Table, and provide the resulting information service through applications such as Looker Studio or other external APIs:[155]<br><br>**Stream analytics**<br><br>Google's stream analytics makes data more organized, useful, and accessible from the instant it's generated. Built on Pub/Sub along with Dataflow and BigQuery, our streaming solution provisions the resources you need to ingest, process, and analyze fluctuating volumes of real-time data for real-time business insights. This abstracted provisioning reduces complexity and makes stream analytics accessible to both data analysts and data engineers. |

C-173

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



---

[155] *See Pub/Sub*, https://cloud.google.com/pubsub?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Cloud Dataflow provides unified stream and batch data processing at scale, and can be used to create data pipelines that read from one or more sources, transform the data, and write the data to a destination:[156]

## Dataflow overview 🔖 ▾                                    Send feedback

Dataflow is a Google Cloud service that provides unified stream and batch data processing at scale. Use Dataflow to create data pipelines that read from one or more sources, transform the data, and write the data to a destination.

Typical use cases for Dataflow include the following:

- Data movement: Data ingestion or replication across subsystems.
- ETL (extract-transform-load) workflows that ingest data into a data warehouse such as BigQuery.
- Backend support for business intelligence (BI) dashboards
- Real-time machine learning (ML) analysis of streaming data.
- Sensor data processing or log data processing at scale.

Dataflow uses the same programming model for both batch and stream analytics. Streaming pipelines can achieve low latency. You can ingest, process, and analyze fluctuating volumes of real-time data. By default, Dataflow provides exactly-once processing of every record. For streaming pipelines that can tolerate duplicates, you can reduce cost and improve latency by enabling at-least-once mode.

For example, Cloud Dataflow uses a data pipeline model where data moves through a series of stages that can include reading data from a source, transforming and aggregating the data, and writing the results to a destination:[157]

</td>
</tr>
</table>

---

[156] *See Dataflow overview*, https://docs.cloud.google.com/dataflow/docs/overview.
[157] *See Dataflow overview*, https://docs.cloud.google.com/dataflow/docs/overview.

C-175

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

### How data pipelines work for stream and batch processing

Dataflow uses a data pipeline model, where data moves through a series of stages. Stages can include reading data from a source, transforming and aggregating the data, and writing the results to a destination.

Pipelines can range from very basic to more complex processing. For example, a pipeline might do the following:

- Move data as-is to a destination.

- Transform data to be more usable by the target system.

- Aggregate, process, and enrich data for analysis.

- Join data with other data.

A pipeline that is defined in Apache Beam does not specify *how* the pipeline is executed. Running the pipeline is the job of a *runner*. The purpose of a runner is to run an Apache Beam pipeline on a specific platform. Apache Beam supports multiple runners, including a Dataflow runner.

To use Dataflow with your Apache Beam pipelines, specify the Dataflow runner. The runner uploads your executable code and dependencies to a Cloud Storage bucket and creates a Dataflow *job*. Dataflow then allocates a pool of VMs to execute the pipeline.

For example, in a typical ETL (extract-transform-load) and BI (business intelligence) solution using Dataflow and other Cloud services, Pub/Sub ingests data from an external system (e.g., IoT or other devices that provide sensed data), Dataflow reads, transforms, and/or aggregates the data from Pub/Sub and writes it to BigQuery, BigQuery acts as a data warehouse, allowing data analysts to run ad hoc queries on the data, and Looker provides real-time BI insights from the data stored in BigQuery:

</td>
</tr>
</table>

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



The following diagram shows a typical ETL and BI solution using Dataflow and other Google Cloud services:

This diagram shows the following stages:

1. Pub/Sub ingests data from an external system.

2. Dataflow reads the data from Pub/Sub and writes it to BigQuery. During this stage, Dataflow might transform or aggregate the data.

3. BigQuery acts as a data warehouse, allowing data analysts to run ad hoc queries on the data.

4. Looker provides real-time BI insights from the data stored in BigQuery.

For example, Cloud Dataflow can be used for real-time streaming analytics by streaming data sources into BigQuery, data lakes, Spanner, Bigtable, SQL stores, Splunk Datadog, and more:[158]

---

[158] *See Real-time data intelligence*, https://cloud.google.com/products/dataflow?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google's streaming analytics services can ingest streaming data, such as sensed data from IoT devices, process the data with Dataflow, analyze the data with BigQuery, automate rapid, intelligent responses to events as they occur through Bigtable, and provide streaming machine learning operations such as ML Ops & preprocessing and running inferences based on the sensed data:[159]

---

[159] *See Real-time data intelligence*, https://cloud.google.com/products/dataflow?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Cloud Dataflow can be used for real-time ETL and data integration to process and write data immediately and enable rapid analysis and decision-making, by ingesting streaming data such as from devices and sensors, extracting the data via Pub/Sub and Kafka, transforming the data via Dataflow, and performing analytics via BigQuery, and integration via Cloud SQL, AlloyDB, and Cloud Spanner, before providing the resulting information service to applications and APIs:

C-179

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Cloud Dataflow ML allows users to use Dataflow to deploy and manage complete machine learning (ML) pipelines and use ML models to do local and remote inference with batch and streaming pipelines:[160]

---

[160] *See Dataflow ML*, https://docs.cloud.google.com/dataflow/docs/machine-learning?utm_source.

C-180

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Dataflow ML can allow prediction and inference of data in real-time, and data processing and transformation to preprocess data for ML workflows:[161]



For example, with Dataflow ML users can use the Apache Beam RunInference transform for image classification with Vertex AI:[162]

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| |
|---|
| ## Apache Beam RunInference with Vertex AI 🔖 ▾        [Send feedback] <br><br> [CO Run in Google Colab]　[🖧 View source on GitHub] <br><br> This notebook shows how to use the Apache Beam RunInference transform for image classification with Vertex AI. Apache Beam has built-in support for sending requests to a remotely deployed Vertex AI endpoint by using the `VertexAIModelHandlerJSON` class. The input for this class is a JSON-serializable type, like a list. <br><br> When you use remote inference with Vertex AI, consider the following factors: <br><br> 1. Public endpoints have a maximum request size of 1.5 MB. If you want to send larger requests, you must configure a private endpoint and run your pipeline within the same VPC network. You might want to send larger requests if you send batches of requests. <br><br> 2. Inputs to the Vertex AI model handler must be JSON serializable. If the inputs aren't JSON serializable, the request to the endpoint fails. <br><br> 3. Hosting a model on Vertex AI and deploying it to an endpoint incurs cost from Google Cloud. |

---

[161] *See Dataflow ML,* https://docs.cloud.google.com/dataflow/docs/machine-learning?utm_source.

[162] *See Apache Beam RunInference with Vertex AI,* https://docs.cloud.google.com/dataflow/docs/notebooks/run_inference_vertex_ai.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, BigQuery runs analytic queries on large datasets and supports the following data analysis workflows:[163]

For example, the primary way to analyze data in BigQuery is to run an SQL query, and BigQuery allows query for the following types of data sources:[164]

</td>
</tr>
</table>

[163] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.
[164] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

C-183

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Queries<br><br>The primary way to analyze data in BigQuery is to run a SQL query. The GoogleSQL dialect supports SQL:2011 and includes extensions that support geospatial analysis and ML.<br><br>### Data sources<br><br>BigQuery lets you query the following types of data sources:<br><br>- **Data stored in BigQuery.** You can load data into BigQuery, modify existing data by using data manipulation language (DML) statements, or write query results to a table. You can query historical data from a point in time within your time travel window.<br><br>  You can query data stored in single-region or multi-region locations, but you can't run a query against multiple locations even if one is a single-region location and the other is the multi-region location containing that single-region location. For more information, see Locations, reservations, and jobs.<br><br>- **External data.** You can query various external data sources such as Cloud Storage, or database services such as Spanner or Cloud SQL. For information about how to set up connections to external sources, see Introduction to external data sources<br><br>- **Multi-cloud data.** You can query data that's stored in other public clouds such as AWS or Azure. For information on how to set up connections to Amazon Simple Storage Service (Amazon S3) or Azure Blob Storage, see Introduction to BigQuery Omni.<br><br>- **Public datasets.** You can analyze any of the datasets that are available in the public dataset marketplace.<br><br>- **BigQuery sharing (formerly Analytics Hub).** You can publish and subscribe to BigQuery datasets and Pub/Sub topics to share data across organizational boundaries. For more information, see Introduction to BigQuery sharing.<br><br>For example, BigQuery data can be queried by using one of the following query job types and methods:[165] |

---

[165] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

C-184

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Types of queries<br><br>You can query BigQuery data by using one of the following query job types:<br><br>• **Interactive query jobs**. By default, BigQuery runs queries as interactive query jobs, which are intended to start executing as quickly as possible.<br><br>• **Batch query jobs**. Batch queries have lower priority than interactive queries. When a project or reservation is using all of its available compute resources, batch queries are more likely to be queued and remain in the queue. After a batch query starts running, the batch query runs the same as an interactive query. For more information, see query queues.<br><br>• **Continuous query jobs**. With these jobs, the query runs continuously, letting you analyze incoming data in BigQuery in real time and then write the results to a BigQuery table, or export the results to Bigtable or Pub/Sub. You can use this capability to perform time sensitive tasks, such as creating and immediately acting on insights, applying real time machine learning (ML) inference, and building event-driven data pipelines.<br><br>You can run query jobs by using the following methods:<br><br>• Compose and run a query in the Google Cloud console.<br><br>• Run the `bq query` command in the bq command-line tool.<br><br>• Programmatically call the `jobs.query` or `jobs.insert` method in the BigQuery REST API.<br><br>• Use the BigQuery client libraries.<br><br>For example, the following processes occur when BigQuery runs a query:[166] |

---

[166] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

C-185

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr><td></td><td>

**How BigQuery processes queries**

Several processes occur when BigQuery runs a query:

- **Execution tree.** When you run a query, BigQuery generates an *execution tree* that breaks the query into stages. These stages contain steps that can run in parallel.

- **Shuffle tier.** Stages communicate with one another by using a fast, distributed *shuffle tier* that stores intermediate data produced by the workers of a stage. When possible, the shuffle tier leverages technologies such as a petabit network and RAM to quickly move data to worker nodes.

- **Query plan.** When BigQuery has all the information that it needs to run a query, it generates a *query plan*. You can view the query plan in the Google Cloud console and use it to troubleshoot or optimize query performance.

- **Query execution graph.** You can review the query plan information in graphical format for any query, whether running or completed, and see performance insights to help you optimize your queries.

- **Query monitoring and dynamic planning.** Besides the workers that perform the work of the query plan itself, additional workers monitor and direct the overall progress of work throughout the system. As the query progresses, BigQuery might dynamically adjust the query plan to adapt to the results of the various stages.

- **Query results.** When a query is complete, BigQuery writes the results to persistent storage and returns them to the user. This design lets BigQuery serve cached results the next time that query is run.

For example, BigQuery supports descriptive and predictive analytics with AI powered tools, SQL, machine learning, notebooks, and other third-party integrations:[167]

**Data analytics features**

BigQuery supports both descriptive and predictive analytics and helps you explore your data with AI powered tools, SQL, machine learning, notebooks, and other third-party integrations.

For example, BigQuery Studio helps discover, analyze, and run inference on data in BigQuery with the following features:[168]

</td></tr>
</table>

---

[167] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.
[168] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

C-186

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **BigQuery Studio** 🔗<br><br>BigQuery Studio helps you discover, analyze, and run inference on data in BigQuery with the following features:<br><br>• A robust SQL editor that provides code completion and generation, query validation, and estimation of bytes processed.<br><br>• Embedded Python notebooks built using Colab Enterprise. Notebooks provide one-click Python development runtimes, and built-in support for BigQuery DataFrames.<br><br>• A PySpark editor that lets you create stored Python procedures for Apache Spark.<br><br>• Asset management and version history for code assets such as notebooks and saved queries, built on top of Dataform.<br><br>• Assistive code development in the SQL editor and in notebooks, built on top of Gemini generative AI (Preview).<br><br>• Dataplex Universal Catalog features for data discovery, and data profiling and data quality scans.<br><br>• The ability to view job history on a per-user or per-project basis.<br><br>• The ability to analyze saved query results by connecting to other tools such as Looker and Google Sheets, and to export saved query results for use in other applications.<br><br>For example, BigQuery ML allows creating and running machine learning (ML) models[169] by using either GoogleSQL queries or the Google Cloud console:[170] |

---

[169] *See End-to-end user journeys for ML models*, https://docs.cloud.google.com/bigquery/docs/e2e-journey.

[170] *See Introduction to ML in BigQuery*, https://docs.cloud.google.com/bigquery/docs/bqml-introduction.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | BigQuery ML lets you create and run machine learning (ML) models by using either GoogleSQL queries or the Google Cloud console. BigQuery ML models are stored in BigQuery datasets, similar to tables and views. BigQuery ML also lets you access Vertex AI models and Cloud AI APIs to perform artificial intelligence (AI) tasks like text generation or machine translation. Gemini for Google Cloud also provides AI-powered assistance for BigQuery tasks. To see a list of AI-powered features in BigQuery, see Gemini in BigQuery overview.<br><br>Usually, performing ML or AI on large datasets requires extensive programming and knowledge of ML frameworks. These requirements restrict solution development to a very small set of people within each company, and they exclude data analysts who understand the data but have limited ML knowledge and programming expertise. However, with BigQuery ML, SQL practitioners can use existing SQL tools and skills to build and evaluate models, and to generate results from LLMs and Cloud AI APIs.<br><br>You can work with BigQuery ML capabilities by using the following:<br><br>• The Google Cloud console user interface, to work with models by using a UI. (Preview)<br>• The Google Cloud console query editor, to work with models by using SQL queries.<br>• The bq command-line tool<br>• The BigQuery REST API<br>• Integrated Colab Enterprise notebooks in BigQuery<br>• External tools such as a Jupyter notebook or business intelligence platform<br><br>For example, BigQuery data can be analyzed with various analytics and business intelligence tools that integrate with BigQuery:[171] |

---

[171] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Analytics tools integration<br><br>In addition to running queries in BigQuery, you can analyze your data with various analytics and business intelligence tools that integrate with BigQuery, such as the following:<br><br>• **Looker.** Looker is an enterprise platform for business intelligence, data applications, and embedded analytics. The Looker platform works with many datastores including BigQuery. For information on how to connect Looker to BigQuery, see Using Looker.<br><br>• **Looker Studio.** After you run a query, you can launch Looker Studio directly from BigQuery in the Google Cloud console. Then, in Looker Studio you can create visualizations and explore the data that's returned from the query. For information about Looker Studio, see Looker Studio overview.<br><br>• **Connected Sheets.** You can also launch Connected Sheets directly from BigQuery in the console. Connected Sheets runs BigQuery queries on your behalf either upon your request or on a defined schedule. Results of those queries are saved in your spreadsheet for analysis and sharing. For information about Connected Sheets, see Using connected sheets.<br><br>• **Tableau.** You can connect to a dataset from Tableau. Use BigQuery to power your charts, dashboards, and other data visualizations.<br><br>For example, third-party analytics tools can also be employed to analyze BigQuery data:[172] |

---

[172] *See Overview of BigQuery analytics*, https://docs.cloud.google.com/bigquery/docs/query-overview.

C-189

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

Third-party tool integration

Several third-party analytics tools work with BigQuery. For example, you can connect Tableau to BigQuery data and use its visualization tools to analyze and share your analysis. For more information on considerations when using third-party tools, see Third-party tool integration.

ODBC and JDBC drivers are available and can be used to integrate your application with BigQuery. The intent of these drivers is to help users leverage the power of BigQuery with existing tooling and infrastructure. For information on latest release and known issues, see ODBC and JDBC drivers for BigQuery.

The pandas libraries like `pandas-gbq` let you interact with BigQuery data in Jupyter notebooks. For information about this library and how it compares with using the BigQuery Python client library, see Comparison with `pandas-gbq`.

You can also use BigQuery with other notebooks and analysis tools. For more information, see Programmatic analysis tools.

For a full list of BigQuery analytics and broader technology partners, see the Partners list on the BigQuery product page.

For example, BigQuery continuous queries are SQL statements that run continuously and allow analyzing incoming data in BigQuery in real time:[173]

</td>
</tr>
</table>

---

[173] *See Introduction to continuous queries*, https://docs.cloud.google.com/bigquery/docs/continuous-queries-introduction.

C-190

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | BigQuery continuous queries are SQL statements that run continuously. Continuous queries let you analyze incoming data in BigQuery in real time. You can insert the output rows produced by a continuous query into a BigQuery table or export them to Pub/Sub, Bigtable, or Spanner. Continuous queries can process data that has been written to standard BigQuery tables by using one of the following methods:<br><br>• The BigQuery Storage Write API<br><br>• The `tabledata.insertAll` method<br><br>• Batch load<br><br>• The `INSERT` DML statement<br><br>• Writes from the results of a batch query to a permanent table<br><br>• Writes from the results of a BigQuery continuous query to a permanent table<br><br>• A Pub/Sub BigQuery subscription<br><br>• Writes from Dataflow to BigQuery<br><br>For example, BigQuery continuous queries can be used to perform time sensitive tasks, such as creating and immediately acting on insights, applying real time machine learning (ML) inference, and replicating data into other platforms:[174] |

---

[174] *See Introduction to continuous queries*, https://docs.cloud.google.com/bigquery/docs/continuous-queries-introduction.

C-191

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | You can use continuous queries to perform time sensitive tasks, such as creating and immediately acting on insights, applying real time machine learning (ML) inference, and replicating data into other platforms. This lets you use BigQuery as an event-driven data processing engine for your application's decision logic.<br><br>The following diagram shows common continuous query workflows:<br><br>**Continuous analytical processing**<br>Perform unbounded serverless analytics over streams of incoming data using SQL.<br><br>**GenAI for real-time app development**<br>Develop automation pipelines with AI+ML capabilities, such as real-time sentiment analysis, recommendations, and anomaly detection.<br><br>**Reverse ETL into operational systems**<br>Programmatically transform and replicate data from BigQuery in real-time into Pub/Sub, Bigtable, Spanner, another BigQuery table, or a wide range of validated partner integrations.<br><br>For example, BigQuery continuous queries can be employed in various cases, including anomaly and threat detection, and customizable event-driven pipelines:[175] |

---

[175] *See Introduction to continuous queries*, https://docs.cloud.google.com/bigquery/docs/continuous-queries-introduction.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Use cases**<br><br>Common use cases where you might want to use continuous queries are as follows:<br><br>• **Personalized customer interaction services**: use generative AI to create tailored messages customized for each customer interaction.<br><br>• **Anomaly detection**: build solutions that let you perform anomaly and threat detection on complex data in real time, so that you can react to issues more quickly.<br><br>• **Customizable event-driven pipelines**: use continuous query integration with Pub/Sub to trigger downstream applications based on incoming data.<br><br>• **Data enrichment and entity extraction**: use continuous queries to perform real time data enrichment and transformation by using SQL functions and ML models.<br><br>• **Reverse extract-transform-load (ETL)**: perform real time reverse ETL into other storage systems more suited for low latency application serving. For example, analyzing or enhancing event data that is written to BigQuery, and then streaming it to Bigtable or Spanner for application serving. |

C-193

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud Looker platform helps users analyze and visualize governed data, deliver business insights, and build AI-powered applications:[176]

Looker

Analyze governed data, deliver business insights, and build AI-powered applications

Build the foundation for responsible data insights with Looker. Leveraging Google's deep roots and track record of AI-led innovation, Looker delivers the most intelligent BI solution by combining foundational AI, cloud-first infrastructure, industry leading APIs, and our flexible semantic layer.

For example, Looker allows transforming data into a unified, trusted source for AI and human analysis with its modeling layer:[177]

Transform your data landscape into a unified, trusted source for AI and human analysis alike with Looker's universal semantic modeling layer

Looker's trusted modeling layer provides a single place to curate and govern the metrics most important to your business. This means that users will see consistent results regardless of where they are consumed. In order for you to use this consistent trustworthy information in your tools of choice, we have opened up the Looker modeling layer to our ecosystem and are actively engaged with our partners to ensure the information in your Looker platform doesn't stay there.

For example, Looker provides customizable, fully interactive dashboards that can be integrated into application programs, including with Vertex AI, to enable advanced analytics:[178]

---

[176] *See Looker*, https://cloud.google.com/looker?hl=en.
[177] *See Looker*, https://cloud.google.com/looker?hl=en.
[178] *See Looker*, https://cloud.google.com/looker?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Build custom data experiences and data apps with Looker's powerful embedded capabilities — Embedded analytics goes beyond placing dashboards in apps. It's about transforming data into deeply integrated, value-driving experiences. With Looker, fully interactive dashboards can be seamlessly integrated into your applications. The robust API coverage allows you to do just about anything from the UI through API. This unlocks limitless possibilities to create data experiences beyond a Looker dashboard. In addition, Looker extensions integrate directly with Vertex AI, enabling powerful custom AI workflows and advanced analytics within your Looker instance.<br><br>For example, Looker is seamlessly integrated into the Google Cloud ecosystem and Google Cloud products:[179]<br><br>Simplify and secure your analytics with Looker on Google Cloud — Looker on Google Cloud takes the existing powerful capabilities from the Looker platform and seamlessly integrates it into the secure Google Cloud ecosystem. Features our customers have come to love and expect in all Google Cloud products are now also available with Looker on Google Cloud, including SSO with Google Cloud IAM, private networking, seamless integration with BigQuery, and a unified Terms of Service.<br><br>For example, Looker provides enterprise dashboards for application programs that are real-time, built on governed data, with repeatable analysis, and in-depth understanding of the data:[180] |

---

[179] *See Looker*, https://cloud.google.com/looker?hl=en.

[180] *See Looker*, https://cloud.google.com/looker?hl=en.

C-195

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Bring your insights to life with out-of-the-box visual, real-time, and self-service analytics / Looker offers enterprise dashboards that are real-time, built on governed data, offers repeatable analysis, and inspires in-depth understanding of the data. Users can explore existing tiles, asking new questions, expanding filters, and drilling down to row level detail to fully understand the data behind a metric. Looker Studio offers interactive, collaborative, and ad hoc reports and dashboards, with access to over 1,000 data sources and connectors and a flexible drag-and-drop canvas. You have the option to perform ad hoc analysis on both governed and unmodeled data. It's free, fast, and easy to start.<br><br>For example, Looker can be integrated with BigQuery, to form a dynamic data analytics powerhouse and transform raw information into actionable insights:[181]<br><br>**Looker for BigQuery**<br><br>Looker and BigQuery together form a dynamic data analytics powerhouse, transforming raw information into actionable insights that drive business growth. BigQuery's unparalleled ability to store and process massive datasets seamlessly integrates with Looker's intuitive, Google-friendly platform.<br><br>With Looker's semantic modeling layer, complex data relationships are simplified, ensuring a single source of truth and fostering collaboration across your organization. From interactive dashboards and custom applications to real-time insights and AI-powered analytics, Looker and BigQuery empower you to make smarter decisions, faster, and stay ahead of the competition.<br><br>For example, Looker for Business Intelligence allows building insight-powered workflows and applications to access, analyze, and act on up-to-date data:[182] |

---

[181] *See Looker*, https://cloud.google.com/looker?hl=en.
[182] *See Looker for Business Intelligence*, https://cloud.google.com/looker-bi?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

## Looker for Business Intelligence

Just as Google organizes the world's information and makes it universally accessible and useful, Looker does the same for your business data, making it easy to build insight-powered workflows and applications.

Try it free    Request demo

✓ Access, analyze, and act on the up-to-date, trusted version of your data

✓ Deliver trusted data experiences, at scale, from the cloud of your choice

✓ Improve productivity, decision-making, and innovation by delivering more insights to more users

For example, Looker employs LookML, a powerful SQL-based modeling language that can be used to centrally define and manage business rules and definitions in one Git, version-controlled data model:[183]

### LookML: Looker's modeling language

Looker's secret sauce is LookML, a powerful SQL-based modeling language. Analysts can use LookML to centrally define and manage business rules and definitions in one Git, version-controlled data model. LookML uses the information in the model to create efficient SQL queries on behalf of users. The model can remove technical skills as a potential barrier and frees up the data team to focus on innovation.

For example, Looker is integrated with Looker Studio to allow users to connect to Looker's semantic

C-197

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | model and analyze, explore, and visualize that data in Looker Studio:[184]<br><br>**Looker integration with Looker Studio**<br><br>The first integration between Looker and Looker Studio allows users to connect to Looker's semantic model and analyze, explore, and visualize that data in Looker Studio. This integration allows people to use the same tool to create reports that rely on both ad-hoc and governed data, bringing together the best of both worlds— a governed data layer, and a self-serve solution that allows analysis of both governed and ungoverned data.<br><br>For example, Looker is built on the Google Cloud infrastructure, is available as a Google Cloud service, and is integrated within the Google Cloud portfolio of services:[185]<br><br>**Looker (Google Cloud core)**<br><br>Looker (Google Cloud core) is Looker, built on Google Cloud infrastructure. It is available as a Google Cloud service and integrated within the existing Google Cloud portfolio of services in the Google Cloud console. From the console, users can now start and manage their own Looker instances. |
|---|---|

---

[183] *See Looker for Business Intelligence*, https://cloud.google.com/looker-bi?hl=en.

[184] *See Looker Studio Ovierview,* https://lookerstudio.google.com/; *Looker for Business Intelligence*, https://cloud.google.com/looker-bi?hl=en.

[185] *See Looker for Business Intelligence*, https://cloud.google.com/looker-bi?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud Vertex AI is a fully-managed, unified AI development platform for building and using generative AI:[186]

Innovate faster with enterprise-ready AI, enhanced by Gemini models

Vertex AI is a fully-managed, unified AI development platform for building and using generative AI. Access and utilize Vertex AI Studio, Agent Builder, and 200+ foundation models.

For example, Vertex AI with Vertex AI Studio offer access to the latest Gemini models[187] from Google, including Gemini 3, which can understanding virtually any input, combining different types of information, and generating almost any output, using text, images, video, or code:[188]

Gemini, Google's most capable multimodal models

Vertex AI offers access to the latest Gemini models from Google, including Gemini 3. Gemini is capable of understanding virtually any input, combining different types of information, and generating almost any output. Prompt and test Gemini in Vertex AI Studio, using text, images, video, or code. Using Gemini's advanced reasoning and state-of-the-art generation capabilities, developers can try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

For example, Vertex AI can use over two hundred generative AI models and tools to generate events, context aware information, and knowledge contents, and provide an information service:[189]

---

[186] *See Vertex AI Platform*, https://cloud.google.com/vertex-ai?hl=en.
[187] *See Gemini Models,* https://docs.cloud.google.com/vertex-ai/generative-ai/docs/models#gemini-models.
[188] *See Vertex AI Platform*, https://cloud.google.com/vertex-ai?hl=en.
[189] *See Vertex AI Platform*, https://cloud.google.com/vertex-ai?hl=en.

C-199

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | 200+ generative AI models and tools — Choose from the widest variety of models with first-party (Gemini, Imagen, Chirp, Veo), third-party (Anthropic's Claude Model Family), and open models (Gemma, Llama 3.2) in Model Garden. Use extensions to enable models to retrieve real-time information and trigger actions. You can also customize models to your use case with a variety of tuning options. Our Gen AI evaluation service provides enterprise-grade tools for objective, data-driven assessment of generative AI models. |

For example, Vertex AI can be used to extract, summarize, and classify data:[190]

### Extract, summarize, and classify data

🔧 Tutorials, quickstarts, & labs

### Use gen AI for summarization, classification, and extraction

Learn how to create text prompts for handling any number of tasks with Vertex AI's generative AI support. Some of the most common tasks are classification, summarization, and extraction. Gemini on Vertex AI lets you design prompts with flexibility in terms of their structure and format.

For example, with Vertex AI, users can train an AutoML image classification model after creating and importing the dataset:[191]

---

[190] *See Vertex AI Platform*, https://cloud.google.com/vertex-ai?hl=en.

C-200

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Hello image data: Train an AutoML image classification model [bookmark icon] ▾     Send feedback<br><br>Use the Google Cloud console to train an AutoML image classification model. After your dataset is created and data is imported, use the Google Cloud console to review the training images and begin model training. |

---

[191] *See Hello image data: Train an AutoML image classification model*, https://docs.cloud.google.com/vertex-ai/docs/tutorials/image-classification-automl/training?utm_source.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud Data Fusion provides fully managed, cloud-native data integration at any scale:[192]

> **Cloud Data Fusion**
>
> Fully managed, cloud-native data integration at any scale.
>
> New customers get $300 in free credits to spend on Data Fusion. All customers get the first 120 hours of pipeline development free per month, per account, not charged against your credits.

For example, Cloud Data Fusion can avoid technical bottlenecks and lift productivity through code-free data integration, lower total cost of pipeline ownership through the best of data integration capabilities, and build with a data governance foundation with built-in features like end-to-end data lineage and integration metadata:[193]

| Avoid technical bottlenecks and lift productivity | Lower total cost of pipeline ownership | Build with a data governance foundation |
|---|---|---|
| Data Fusion's intuitive drag-and-drop interface, pre-built connectors, and self-service model of code-free data integration remove technical expertise-based bottlenecks and accelerate time to insight. | A serverless approach leveraging the scalability and reliability of Google services like Dataproc means Data Fusion offers the best of data integration capabilities with a lower total cost of ownership. | With built-in features like end-to-end data lineage, integration metadata, and cloud-native security and data protection services, Data Fusion assists teams with root cause or impact analysis and compliance. |

For example, Cloud Data Fusion provides open core, hybrid and multi-cloud integration, integration with Google's big data tools, and data integration through collaboration and standardization, including pre-built transformations for both batch and real-time processing:[194]

C-202

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Open core, delivering hybrid and multi-cloud integration<br><br>Data Fusion is built using open source project CDAP, and this open core ensures data pipeline portability for users. CDAP's broad integration with on-premises and public cloud platforms gives Cloud Data Fusion users the ability to break down silos and deliver insights that were previously inaccessible.<br><br>Integrated with Google's industry-leading big data tools<br><br>Data Fusion's integration with Google Cloud simplifies data security and ensures data is immediately available for analysis. Whether you're curating a data lake with Cloud Storage and Dataproc, moving data into BigQuery for data warehousing, or transforming data to land it in a relational store like Spanner, Cloud Data Fusion's integration makes development and iteration fast and easy.<br><br>Data integration through collaboration and standardization<br><br>Cloud Data Fusion offers pre-built transformations for both batch and real-time processing. It provides the ability to create an internal library of custom connections and transformations that can be validated, shared, and reused across teams. It lays the foundation of collaborative data engineering and improves productivity. That means less waiting for ETL developers and data engineers and, importantly, less sweating about code quality. |

---

[192] *See Cloud Data Fusion*, https://cloud.google.com/data-fusion?hl=en.

[193] *See Cloud Data Fusion*, https://cloud.google.com/data-fusion?hl=en.

[194] *See Cloud Data Fusion*, https://cloud.google.com/data-fusion?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud MQTT broker architecture and the Google Cloud IoT platform also employ Cloud Logging and Cloud Monitoring:[195]



---

[195] *See Standalone MQTT broker architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture; *See IoT platform product architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, Google Cloud logging provides platform log ingestion from sensor networks, and alerts for logs, such as for anomalies from sensor networks:[196]

---

[196] *See Cloud Logging*, https://cloud.google.com/logging?hl=en.

C-205

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Cloud Monitoring provides visibility into the performance, availability, and health of applications and infrastructure, such as sensor networks:[197]

For example, Cloud Monitoring offers metric collection dashboards, displaying metrics, events, and

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | metadata with rich query language that helps identify issues and uncover patterns: |
|---|---|
| | BENEFITS<br><br>**For Google Cloud and other environments**<br><br>Cloud Monitoring offers automatic out-of-the-box metric collection dashboards for Google Cloud services. It also supports monitoring of hybrid and multicloud environments.<br><br>**Identify trends, prevent issues**<br><br>Metrics, events, and metadata are displayed with rich query language that helps identify issues and uncover patterns. Service-level objectives measure user experience and improve collaboration with developers.<br><br>**Reduce monitoring overhead**<br><br>One integrated service for metrics, uptime monitoring, dashboards, and alerts reduces time spent navigating between systems. Observability in context makes metrics available within Google Cloud resource pages. |

---

[197] *See Cloud Monitoring*, https://cloud.google.com/monitoring?hl=en.

C-207

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google collects various types of device data (e.g., object data) and sensor data (e.g., environment data):[198]

---

[198] *FAQs on privacy: Google Nest*, https://support.google.com/googlenest/answer/9415830?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cwhat-types-of-data-are-collected-when-i-use-google-nests-connected-home-devices-and-services%2Chow-can-i-access-and-download-my-data.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | <br>· **Device usage data** that includes:<br><br>   · Manual device interactions (such as manually adjusting the temperature on the Nest thermostat), heating and cooling usage data (such as when your heating or cooling system turns on and off), device state, settings, and features used.<br><br>   · Device usage data is also collected when a device is used with a Google service (such as Google Assistant, YouTube, Google Maps, Google Calendar, Google Fit, or Google Meet), or with a third-party service (such as Spotify or Pandora), such as voice or touch interactions, long presses on the device, or other device interactions or adjustments, including related device state, settings, and features used.<br><br>· **Technical data**, like device make and model, serial number, IP and MAC address, Wi-Fi connectivity, signal strength and settings, detection of other devices on your network and nearby access points, hardware and software version, sensor status, battery charge level, log files from connections, power status, HVAC system capabilities, and other technical information such as crash, diagnostics, reliability and performance logs and reports.<br><br>· **Services information**, like type of service used (such as Google Home Premium, Nest Aware, or an energy service like Rush Hour Rewards and Seasonal Savings), service attributes (such as features used or enabled), service usage data (such as start and end date, service adjustments, and feature settings), how the service performs, and any feedback on the service. |
| | | For example, Google Cloud's USN middleware can generate and send alerts and notifications to application programs such as the Google Home app and the Google nest app, as well as push notifications and emails, relating to important events, emergencies, and technical issues:[199]<br><br>**Change Nest notification settings**<br><br>Each of your Google Nest products can send you alerts to let you know when something in your home needs your attention. Whether it's push notifications to your phone, emails, or both, they'll try to alert you about important events, emergencies, and technical issues.<br><br>After you add a compatible product to your account in the Google Home or Nest app, you can change notification settings. To change the settings, select Notifications in the app's Settings menu. |

---

[199] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for Google Nest Thermostat products provides numerous services for generating conditional events, context aware information, and knowledge contents from extracted object and environment information, and providing the information service to an application program such as the Google Home app or the Google Nest app on a user's phone or tablet.[200]<br><br>For example, the Thermostat Safety Temperatures service can send a notification to a user's phone, a message in the Google Nest app, or an event in them Google Home app's Feed, if the room temperature drops below or above the set Safety Temperatures:[201]<br><br>**Thermostat Safety Temperatures**<br><br>Safety Temperatures can protect your home during extremely cold or hot weather. With Safety Temperatures, when your home reaches a set temperature limit, your thermostat will turn on heating or cooling even if the thermostat is set to Off. This can help ensure that your pipes won't freeze or your home won't overheat.<br><br>Safety Temperature notifications ^<br><br>If the room temperature drops below or above the set Safety Temperatures, and your Nest thermostat automatically starts heating or cooling, you'll get a notification sent to your phone, as well as a message in the Nest app or an event in the Home app's Feed. Once temperatures return to normal levels, another notification will let you know. |

---

[200] *Thermostats – Explore features and settings > Browse all features and settings*, https://support.google.com/googlenest/topic/9361868?hl=en&ref_topic=9361969&sjid=11466746182716409446-NC.

[201] *Thermostat Safety Temperatures*, https://support.google.com/googlenest/answer/9249790?hl=en&ref_topic=9361874&sjid=11466746182716409446-NC#zippy=%2Cset-safety-temperatures%2Cwith-the-home-app%2Cwith-the-nest-app%2Csafety-temperature-notifications.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the System Health Monitor service can send an email alert or Home app notification when a warning sign that there are potential issues with heating, ventilation, and air conditioning (HVAC) systems, such as when it takes longer than usual to cool a home:[202]<br><br>**Learn about System Health Monitor from Google Nest**<br><br>**Important:** Google Nest System Health Monitor is available in eligible regions in the US and Canada.<br><br>With System Health Monitor, you can identify potential issues with eligible heating, ventilation and air conditioning (HVAC) systems. If a potential issue is detected, you will receive an alert through email or a Google Home app notification.<br><br>• Learn what different System Health Monitor alerts mean ☒<br>• Learn how to get System Health Monitor Pro assistance ☒<br><br>**How System Health Monitor works**<br><br>Sometimes, your System Health Monitor system shows warning signs that it's having issues. For example, if it takes longer than usual to cool your home, there might be a problem with your cooling system (AC). We may send you an email alert or a Home app notification when one of the warning signs is detected.<br><br>The alert email or notification will tell you what your thermostat noticed and which system (heating or cooling) may have been affected. You may also be shown contact information for a Pro, if you have one recorded in your thermostat or if you are in an eligible region.<br><br>For example, Google Cloud's USN middleware can also generate and send notifications and alerts for Furnace Heads-Up when there is an issue with a forced air system's filter, and HVAC monitoring when there is unusual system behavior with an HVAC system:[203] |

---

[202] *Learn about System Health Monitor from Google Nest,*
https://support.google.com/googlenest/answer/9984225?hl=en&ref_topic=9361779&sjid=11466746182716409446-NC.
[203] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm%2Chome-app

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Furnace Heads-Up**<br><br>Furnace Heads-Up can also send a message to your phone (if your Wi-Fi and internet connection are working) when there's an issue with your forced air system's filter. You'll get these notifications if you have a Nest thermostat that's been added to your account and set up to control a forced air system. Because this is meant to help protect your system, these notifications are always on. But they should happen rarely.<br><br>**HVAC monitoring**<br><br>Get a heads up if your Nest thermostat detects potentially unusual system behavior. You can turn on Urgent alerts to potentially serious system issues that require immediate attention. These will always show in the app feed but emails are optional. You can also choose to turn on Push notifications or turn on Early warnings to get app feed alerts for non-urgent system issues before they become serious. |

C-212

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for Google camera and doorbell devices can generate a notification and event in the video history timeline on the Google Home app or the Google Nest app of a user's phone or tablet when a person walks through an Activity Zone:[204]<br><br><br><br>For example, Google Cloud's USN middleware for Google camera and doorbell devices can notify a user if the Google Nest camera detects people it doesn't recognize based on familiar face detection:[205] |

[204] *Set up and use Activity Zones,*
https://support.google.com/googlenest/answer/9207697?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC.
[205] *Learn about familiar face detection,*
https://support.google.com/googlenest/answer/9268625?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC#zippy=%2Cnotifications.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Learn about familiar face detection<br><br>**Important:** Use familiar face detection in compliance with the law. Depending on where you live, you might need to get consent to have your camera help you identify people who visit your home.<br><br>With Google Home Premium, you can use familiar face detection[1] to teach your Google Nest camera to recognize faces of people that you know. It will notify you if it detects people it doesn't recognize. Over time, facial recognition becomes more accurate when it determines familiar faces and can send you more helpful alerts.<br><br>You can also manage your familiar faces library in the app, like change a person's name or delete a face profile. |

C-214

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms sends mobile notifications on a user's smartphone or tablet based on two stages of alerts—a "Heads-Up" alert, and an "Emergency Alarm" alert:[206]

<br>

**The difference between Protect's Heads-Up and Emergency Alarms**

The sound of smoke alarms is intended to be scary, piercing, and unavoidable. If we hear smoke alarms often, the alarm can cause us to take the batteries out. However, this sound could mean there's an emergency.

This frustration puts all of us in danger. According to the National Fire Protection Association (NFPA), in 73% of U.S. homes that experienced a fire, the alarm didn't go off because the batteries were dead, disconnected, or removed.

This is why we created a new kind of alarm. If Nest Protect detects low levels of smoke, it gives you a gentle Heads-Up as an early warning. If the situation gets worse, Nest Protect sounds the Emergency Alarm.

<br>

**What is a Heads-Up?**

Nest Protect gives you an early warning when smoke or carbon monoxide (CO) levels rise. When Nest Protect senses smoke or carbon monoxide below emergency levels, it pulses yellow and notifies you and plays an audio "Heads-Up: there's smoke in the kid's bedroom." It'll also send you a mobile notification on your smartphone or tablet.

**Can I silence a Heads-Up?**

Heads-Up voice alerts can be silenced by pressing the Nest button. This gives you time to identify and address the problem without the alarm sound. Always make sure you are safe before you silence Nest Protect.

**What is an Emergency Alarm?**

When smoke or carbon monoxide (CO) reach emergency levels, Nest Protect pulses red, makes a loud sound, and tells you what and where the emergency is. "Emergency: there's carbon monoxide in the basement. Move to fresh air." Nest Protect also sends you a mobile notification. |

---

[206] *The difference between Protect's Heads-Up and Emergency Alarms*,
https://support.google.com/googlenest/answer/9249081?hl=en.

C-215

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms generates various types of alarms and notifications (including events and context aware information) based on the analyzed sensor data, and provides the information service to an application program for a user with information related to the environment where the Google Nest Protect device is located:[207]

**Heads-Up and Emergency Alarms**

Protect verbally communicates the location and nature of potential threats in your home. It also sends an alert to your phone or tablet as long as it's connected to Wi-Fi and the internet.

Protect gives you an early warning when it detects that smoke or carbon monoxide levels are rising. This is called Heads-Up. If the smoke or carbon monoxide levels are at critical levels, Protect will sound the alarm, pulse red and let you know where the problem is.

| Protect speech and sounds | Protect lights | What appears on your mobile device | What it means and what to do |
|---|---|---|---|
| "Heads-Up. There's smoke in the (room name). The alarm may sound."<br>Play the audio ⧉ | Pulsing yellow light ring | Heads-Up: There's smoke • (room name). | Smoke levels are rising.<br>Put out the source of the smoke. Then, use the app or press the center button to silence the alert. |
| "Heads-Up. There's carbon monoxide in the (room name). The alarm may sound."<br>Play the audio ⧉ | Pulsing yellow light ring | Heads-Up: There's carbon monoxide • (room name). | Carbon monoxide levels are rising.<br>Open a window or door to get some fresh air. Then, use the app or press the center button to silence the alert. |
| "(Smoke or carbon monoxide) alarm silenced."<br>Play the audio ⧉ | Pulsing yellow light ring | Alarm silenced. The alarm sounds again if the problem continues.<br>In some cases, alarm silencing isn't possible when smoke reach very high levels. | You have silenced the alarm temporarily.<br>Make sure you are safe and put out the source of the smoke or carbon monoxide. |

---

[207] *Nest Protect lights and sounds*, https://support.google.com/googlenest/answer/9243107?hl=en#zippy=%2Cduring-setup%2Cmanually-test-nest-protect%2Cheads-up-and-emergency-alarms.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| (Alarm sound) "Emergency. There's smoke in the (room name)." Play the audio | Pulsing red light ring | Emergency: There's smoke • (room name). | The smoke in the room has reached emergency levels. Get out of the house immediately. What to do if Nest Protect detects smoke |
| (Alarm sound) "Emergency. There's carbon monoxide in the (room name). Move to fresh air." Play the audio | Pulsing red light ring | Emergency: There's carbon monoxide • (room name). | The carbon monoxide in the room has now reached emergency levels. What to do if carbon monoxide is detected 1. Press the center button to silence or reset Protect. 2. Call your fire department or 911. 3. Move everyone to fresh air. 4. Do not re-enter the premises until the emergency services tell you to. |
| "(Smoke or carbon monoxide) alarm silenced." Play the audio | Pulsing red light ring | Alarm silenced. The alarm sounds again if the problem continues. In some cases, alarm silencing isn't possible when smoke reach very high levels. | You have silenced the alarm temporarily. What to do in case of a smoke alarm What to do in case of a carbon monoxide alarm |

| | | |
|---|---|---|
| "The smoke alarm is over in the (room name)." Play the audio | Pulsing green light ring | Smoke clearing • (room name). The smoke level is decreasing. | Conditions are returning to normal. Make sure you're safe and have put out the source of smoke. |
| "The carbon monoxide alarm is over in the (room name)." Play the audio | Pulsing green light ring | Carbon monoxide clearing • (room name). The carbon monoxide level is decreasing. | Conditions are returning to normal. Make sure you're safe and have dealt with the source of the carbon monoxide. |

C-217

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Distributed Cloud Edge servers provide a modern and fully managed application platform to customers' locations, with Google Cloud's best-in-class tools to manage applications at scale, including Google Kubernetes Engine and a suite of other application orchestration tools:[208]<br><br>**Build apps on the cloud; deploy and scale on-premises**<br><br>With Google Distributed Cloud Edge servers, customers can deploy a modern and fully managed application platform to their locations, with Google Cloud's best-in-class tools to manage applications at scale. Google Distributed Cloud Edge servers are designed and optimized to run business-critical applications locally, keeping operations running even during times of limited or intermittent internet connectivity. Further, Google Distributed Cloud Edge servers are fully-managed, leveraging Google's industry-leading automation and site reliability engineering practices to keep operational costs low, even at scale, with built-in redundancy to enable non-stop operations even when a server fails. Google Distributed Cloud Edge servers include Google Kubernetes Engine (GKE) by default, and a suite of application orchestration tools that allow customers to rapidly and reliably deploy new applications — and updates to existing applications — to all locations. These capabilities let customers centralize applications in the cloud, while enjoying the latency and connectivity advantages of running applications locally. Finally, Google Distributed Cloud Edge servers support both VMs and containers, with optional GPU, allowing customers to run both existing and new AI-based applications on a single platform, reducing sprawl. You can learn more about the opportunities and use cases that edge computing unlocks for retailers in this blog.<br><br>For example, Google Distributed Cloud can be deployed in a range of configurations, from self-manage software-only to fully managed hardware and cloud services:[209] |

---

[208] *See Introducing Google Distributed Cloud for retail and manufacturing*, https://cloud.google.com/blog/topics/hybrid-cloud/introducing-google-distributed-cloud-for-retail-and-manufacturing.

[209] See Enabling modern manufacturing outcomes with AI, edge, and modern infrastructure, https://cloud.google.com/blog/topics/hybrid-cloud/google-distributed-cloud-for-manufacturing.

C-218

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Emerging technologies, such as artificial intelligence (AI), edge computing, and software infrastructure are opening new doors for manufacturers to redefine operational efficiency, product quality, and safety standards. However, the complexity of implementing and scaling these cutting-edge solutions across diverse manufacturing environments and locations remains a challenge.<br><br>At the forefront of this technological wave is Google Distributed Cloud, a product that enables manufacturers to leverage the latest in AI, modern infrastructure, and security from Google Cloud directly on premises. Google Distributed Cloud can be deployed in a range of configurations, from self-managed software-only to fully managed hardware and cloud services, to meet OT security, latency, and availability requirements while bringing an agile platform to run modern applications onto the shop floor.<br><br>For example, Google Distributed Cloud running on premise provides real-time responsiveness, simplified scalability, and operational resiliency to run the most demanding visual inspection workloads, and allows for efficient data filtering, aggregation, and analysis locally:[210]<br><br>**Modernization of legacy systems with AI**<br>Google Distributed Cloud running on premise provides real-time responsiveness, simplified scalability, and operational resiliency to run the most demanding visual inspection workloads. In addition, Google Distributed Cloud also allows for efficient data filtering, aggregation, and analysis locally, reducing the need to send massive datasets to the cloud, thus optimizing bandwidth usage and reducing costs. Google Distributed Cloud brings the flexibility and seamless integration for modern OT and IT needs.<br><br>For example, Google Distributed Cloud can enable modern retail experiences based on sensor data, and build, deploy, and scale USN middleware configurations from a single to thousands of retail locations to support use cases like store analytics, fast checkout, and predictive analytics, as well as AI-powered customer service, enhanced customer experiences, safety, and real-time data signals from sensors to monitor product freshness:[211] |

---

[210] See Enabling modern manufacturing outcomes with AI, edge, and modern infrastructure, https://cloud.google.com/blog/topics/hybrid-cloud/google-distributed-cloud-for-manufacturing.
[211] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.

C-219

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Enable modern retail experiences**<br><br>🔧 How-tos    📕 Additional resources<br><br>**Deliver modern store use cases to thousands of locations**<br><br>Building, deploying, and scaling software for thousands of clusters and locations can be challenging. With Google Distributed Cloud, you can build, deploy, and scale configurations from a single to thousands of retail locations to support use cases like store analytics, fast checkout, and predictive analytics. |

C-220

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>For example, Google Distributed Cloud can be employed to enable USN middleware to obtain modern industrial outcomes based on sensor data, such as process optimization, security, asset protection, visual inspection, and assisted workforce across the factory floor, while delivering improved customer experiences, such as predictable delivery lead times and real time updates:[212]

</td>
</tr>
</table>

---

[212] *See Extend Google Cloud's infrastructure and AI on-premises*, https://cloud.google.com/distributed-cloud?e=0&hl=en#extend-google-clouds-infrastructure-and-ai-on-premises.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Distributed Cloud for manufacturing provides edge-deployed AI models that rely on sensed data, including feeds from tens to hundreds of cameras analyzed at sub-second speed, to perform visual inspection, analyze high-resolution images and video feeds in real time, and detect defects with unprecedented speed and accuracy:[213]

---

[213] See Enabling modern manufacturing outcomes with AI, edge, and modern infrastructure, https://cloud.google.com/blog/topics/hybrid-cloud/google-distributed-cloud-for-manufacturing.

C-223

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr><td></td><td>

**Manufacturing use cases**

Google Distributed Cloud is transforming manufacturing operations in powerful ways across a variety of areas.

**Visual inspection**
Traditionally, quality control relied on human inspection, which was often time-consuming, error-prone, and costly. Edge-deployed AI models can perform visual inspection, analyze high-resolution images and video feeds in real time, and detect defects with unprecedented speed and accuracy. This real-time quality assurance translates into reduced waste, improved customer satisfaction, and the protection of brand reputation.

AI-driven visual inspection requires feeds from tens to hundreds of cameras to be analyzed at sub-second speed while continuously monitoring the performance of the AI models carrying out the analysis. As business needs drive changes to production lines, customers need the flexibility to update AI models to support new configurations. As a key component of the production process, visual inspection infrastructure has to operate reliably.

For example, Google Distributed Cloud for manufacturing can employ automated process control which generates vast amounts of sensed data from Internet of Things (IoT) sensors or cameras embedded in production equipment, and can employ modern process control infrastructure to perform micro-adjustments to machinery, optimize operations to yield higher quality with greater throughput, and reduce energy consumption and downtime.  In addition, emerging workforce safety use cases such as proactive hazard identification can leverage cameras and wearables, enabling real-time alerts or automated corrective measures to protect workers, and prevent accidents injuries in the work environment:[214]

</td></tr>
</table>

---

[214] See Enabling modern manufacturing outcomes with AI, edge, and modern infrastructure,
https://cloud.google.com/blog/topics/hybrid-cloud/google-distributed-cloud-for-manufacturing.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

**Automated process control**

Similar to visual inspection use cases, automated process control generates vast amounts of data from Internet of Things (IoT) sensors or cameras embedded in production equipment. Modern process control infrastructure can leverage AI to perform micro-adjustments to machinery, optimize operations to yield higher quality with greater throughput, and reduce energy consumption and downtime.

Emerging workforce safety use cases, such as proactive hazard identification, leverage cameras and wearables, enabling real-time alerts or automated corrective measures to protect workers. Edge-based augmented reality (AR) enhances training and maintenance procedures, reducing human error and improving task efficiency. Preventing accidents and injuries, creates a safer work environment, resulting in reduction of physical harm to workers, machinery damage, and ultimately reducing costly disruptions.

</td>
</tr>
</table>

C-225

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Manufacturing Data Engine is an end-to-end solution that delivers scalable and seamless connectivity between the factory floor and the cloud, in combination with Manufacturing Connect (MC)[215], and provides a pre-configured set of Google Cloud infrastructure that is able to ingest, process, and store sensor data from industrial devices in the cloud based on the user's configuration. After the machine and processed data is available in Google Cloud, it is possible to use Google Cloud tools and technologies to extract value from that data:[216]<br><br>Manufacturing Data Engine (MDE) is an end-to-end solution that delivers scalable and seamless connectivity between the factory floor and the cloud, in combination with Manufacturing Connect (MC).<br><br>MDE provides a zero code pre-configured set of Google Cloud infrastructure that is able to ingest, process, and store data from industrial devices in the cloud based on the user's configuration. After the machine and processed data is available in Google Cloud, it is possible to use Google Cloud tools and technologies to extract value from that data.<br><br>Acquiring industrial data has traditionally been a high-complexity and high-cost process that adds unnecessary time and cost to any cloud-based industrial information management use case. MDE is a flexible solution that makes that process shorter, more efficient, and more predictable.<br><br>MDE handles the end-to-end need of ingesting, contextualizing, storing, and using factory data on the cloud. Together with Manufacturing Connect (MC), it also extends directly to the source of data - the machines and systems on the factory floor, across any automation vendor standard.<br><br>MDE is delivered as a packaged solution. A script deploys all the required components and the integration code into your Google Cloud project. This unlocks maximum flexibility for you to modify and extend the architecture based on your needs.<br><br>For example, Manufacturing Data Engine integrates with a suite of interconnected manufacturing solutions to create a comprehensive manufacturing data platform where data, such as sensed data from the factory floor edge, is collected, processed, analyzed, and used to drive insights and improve operational performance through, for example, enterprise application programs:[217] |

---

[215] *See Manufacturing Connect*, https://docs.cloud.google.com/manufacturing-data-engine/docs/concepts/manufacturing-connect.

[216] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

[217] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

C-226

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, the end-to-end suite is composed of components built by Google and components built by Litmus Automation exclusively for Google, such as Manufacturing Data Engine, Manufacturing Connect, Manufacturing Connect edge, Manufacturing Analytics and Insights, Machine Anomaly Detection, and Visual Inspection AI:[218]

---

[218] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | The end-to-end suite is composed of components built by Google and components built by Litmus Automation exclusively for Google.<br><br>• **Manufacturing Data Engine**: It serves as the acquisition, transformation and storage layer of the suite. MDE provides a secure, efficient and reliable data lake containing all manufacturing information, and acts as a data hub for all use cases to connect and access manufacturing information.<br><br>• **Manufacturing Connect (MC)**: Cloud component to remotely manage all Manufacturing Connect edge (MCe) instances. It also acts as a web interface for the configuration of the MDE solution. For more information, see MC documentation (opens in a new tab).<br><br>   **Note:** A standalone web interface for MDE is available as well for customers without MC or MCe.<br><br>• **Manufacturing Connect edge (MCe)**: Edge to cloud gateway capable of translating more than 270 industrial communication protocols into standardized Pub/Sub messages. Additional features include edge processing and storage capabilities. For more information, see MCe documentation (opens in a new tab).<br><br>• **Manufacturing Analytics and Insights**: A prebuilt LookerML integration with MDE. It enables immediately using Looker as BI tool to explore and analyze MDE factory data.<br><br>• **Machine Anomaly Detection**: Based on Time Series Insights API.<br><br>• **Visual Inspection AI**: An edge solution based on the Cloud Vision API.<br><br>For example, use cases for Manufacturing Data Engine fall into three categories including analytical use cases, machine learning use cases, and integration uses cases, and can include production planning, order tracking, progress, and process parameter control:[219] |

---

[219] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Use cases**<br><br>Production planning, order tracking, progress, and process parameter control are use cases that are typically covered by automation systems. We seek to augment and complement, rather than replace such systems. With Google Cloud you can gain valuable new insights that can be fed into your existing automation systems, such as SCADA, allowing you to take action and improve OEE and other important KPIs.<br><br>When it comes to Manufacturing Execution Systems (MES), companies have different approaches. Some stick with their existing on-premise MES, while others are moving to cloud-based solutions. MDE is a solid foundation to quickly implement key MES features if required.<br><br>The use cases enabled by MDE fall primarily into three categories:<br><br>• **Analytical use cases**: Combine MDE with Google Cloud data analytics products to produce reports, calculate KPIs, and create real-time dashboards using data streamed from the manufacturing floor.<br><br>• **Machine learning use cases**: Build on Google Cloud Machine Learning (ML) products and platforms to create, train, and execute ML models that are relevant to optimize any aspect of the manufacturing operation.<br><br>• **Integration use cases**: Connect manufacturing data with digital twin solutions or other enterprise systems to provide an integrated view of the manufacturing data with other perspectives available in the company.<br><br>For example, Manufacturing Data Engine fulfills capabilities such as data ingestion, edge data processing, cloud data integration, syntactic standardization, semantic flexibility, data transformation and enrichment, real-time analytics, data storage and output, flexible configuration, and accessibility through an API and web interface application program:[220] |

---

[220] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Capabilities**<br><br>MDE fulfills the following capabilities:<br><br>• **Data ingestion**: Either from MC or any other commercial or proprietary edge stack.<br><br>• **Edge Data Processing**: MCe processes and stores data locally for immediate analysis.<br><br>• **Cloud Data Integration**: MC transforms data into MQTT and Pub/Sub messages, seamlessly integrating with Google Cloud.<br><br>• **Syntactic standardization**: Uses standard data storage schemas for a variety of data archetypes, driving reusability of the data across use cases such as:<br><br>   • Self-service analytics for factory managers and maintenance personnel.<br><br>   • Fully managed, ML-based anomaly detection that can be enabled for individual sensor streams (automatic fingerprinting, no setup required).<br><br>• **Semantic flexibility**: Uses integrated data contextualization engine to optionally enrich incoming sensors or variable data streams, enabling multiple user-definable contextualization perspectives based on the following standards:<br><br>   • ISA-95 hierarchy<br><br>   • Digital Twins Definition Language (DTDL)<br><br>   • OPC Unified Architecture (OPC-UA) companion specs<br><br>   • Asset Administration Shell (AAS)<br><br>• **Data Transformation and Enrichment**: Maps, transforms, and contextualizes data according to user-defined schemas.<br><br>• **Real-time Analytics**: Calculates streaming analytics and transformations based on user configurations.<br><br>• **Data Storage and Output**: Stores processed data in BigQuery, Bigtable, and Cloud Storage, and outputs to Pub/Sub.<br><br>• **Monitoring and Management**: Provides a user-friendly interface to monitor and manage the entire solution.<br><br>• **Flexible Configuration**: Offers a straightforward interface for configuring data flows and processing pipelines.<br><br>• **Accessible through API and web interface**: for programmatic access, automation, and management.<br><br>For example, Manufacturing Data Engine employs various components such as Configuration |

C-230

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Manager, Message Mapper, Metadata Manager, Batch Ingestion Cloud Storage Bucket, Cloud Storage Reader, Cloud Storage Writer, Bigtable Writer, BigQuery Writer, Pub/Sub Topics, Databases and Storage, and Federation API:[221]<br><br> |

---

[221] *See Manufacturing Data Engine Overview*, https://docs.cloud.google.com/manufacturing-data-engine/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | The following are components of MDE: <br><br> • **Configuration Manager**: Manages the user configurations and exposes them to other solution components. <br><br> • **Message Mapper**: Processes incoming messages and classifies them into source message classes, as well as performs Whistle transformations. <br><br> • **Metadata Manager**: Manages metadata buckets and instances, and participates in record processing. <br><br> • **Batch Ingestion Cloud Storage Bucket**: Bucket for uploading files for batch ingestion. <br><br> • **Cloud Storage Reader**: Responsible for reading batch data from files uploaded to Cloud Storage. <br><br> • **Cloud Storage Writer**: Responsible for writing raw source messages to the Cloud Storage archive, as well as processed records to the Cloud Storage sink. <br><br> • **Bigtable Writer**: Responsible for writing records to the Bigtable sink. <br><br> • **BigQuery Writer**: Responsible for writing records to the BigQuery sink. <br><br> • **Pub/Sub Topics**: Pub/Sub is the message broker of MDE that is used to route messages between the different components of the solution. Several topics and subscriptions are created to ensure the routing of the incoming messages is done according to the user configuration. All messages arrive in the system using the `input-messages` topic. <br><br> • **Databases and Storage**: MDE manages BigQuery datasets, Bigtable tables, and Cloud Storage objects. <br><br> • **Federation API**: MDE provides an API to access all data repositories using a common interface. This allows users to query their data independently of where it is stored and enables them using the same configuration language to create specific queries to the manufacturing information. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Manufacturing Data Engine receives sensor data from the manufacturing floor obtained through Manufacturing Connect, and employs various Google Cloud services such as data processing and storage, data contextualization, and integrations with other Google Cloud tools:[222]



For example, Manufacturing Data Engine ingests, transforms, and maps sensed data received from the factory floor through Cloud Pub/Sub and Cloud Dataflow, stores and manages the data through Cloud Storage, BigQuery, and BigTable, and employs analytics, visualization, and other services such as Looker, Data Studio, Grafana, Apigee, and Vertex AI to provide an information service to an application program:[223]

---

[222] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo.
[223] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Manufacturing Data Engine can be used to identify root causes of quality issues and defects on the factory floor by employing Visual Inspection AI:[224]

---

[224] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Manufacturing Data Engine can be used to detect anomalies at the machine level by analyzing sensed data such as vibration data, temperature data, and pressure data:[225]

---

[225] *See Manufacturing Data Engine from Google Cloud*, https://www.youtube.com/watch?v=DwMQAzidmoo.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Manufacturing Data Engine with Cortex Framework, in combination with Manufacturing Connect, can help to quickly process, store, and contextualize factory floor data, and can acquire data, such as sensed data, from any type of machine, supporting a wide range, from telemetry to image data, using a private, secure, and low-cost connection between edge and cloud:[226]<br><br>**Deliver better manufacturing analytics and AI**<br><br>Manufacturing Data Engine<br><br>Manufacturing Data Engine (MDE) is an end-to-end solution that delivers scalable and seamless connectivity between the factory floor and the cloud, in combination with Manufacturing Connect (MC). This foundational solution helps to quickly process, store, and contextualize factory floor data. It can acquire data from any type of machine, supporting a wide range, from telemetry to image data, using a private, secure, and low-cost connection between edge and cloud. With built-in data normalization and context-enrichment capabilities, MDE provides a common data model and a factory-optimized data lakehouse for storage. |

---

[226] *See Manufacturing Data Engine with Cortex Framework*, https://cloud.google.com/solutions/manufacturing-data-engine?_gl=1*m5m9uh*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds&hl=en.

C-237

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Manufacturing Connect is a factory edge platform that translates machine data, such as sensed data, into a digestible dataset and sends it to the Manufacturing Data Engine for processing, contextualization, and storage:[227]

> **Manufacturing Connect**
>
> Manufacturing Connect (MC) is a factory edge platform co-developed with Litmus Automation that quickly connects with nearly any manufacturing asset using an extensive library of 270+ supported automation protocols to enable connection with entire factories. It translates machine data into a digestible dataset and sends it to the Manufacturing Data Engine for processing, contextualization, and storage. By supporting containerized workloads, it allows manufacturers to run low-latency data visualization, analytics and AI capabilities directly on the edge.

For example, Cortex Framework provides easy-to-deploy data analytics content for simplified data

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | connectivity, processing, and modeling of enterprise (IT) data for key data sources:[228] |
| | Cortex Framework<br><br>Cortex Framework provides easy-to-deploy data analytics content for simplified data connectivity, processing, and modeling of enterprise (IT) data for key data sources like SAP ERP, Oracle EBS, Salesforce Sales and Marketing Clouds, Meta, Tiktok, Google Ads, Google Marketing Platform and more. |

[227] *See Manufacturing Data Engine with Cortex Framework*, https://cloud.google.com/solutions/manufacturing-data-engine?_gl=1*m5m9uh*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds&hl=en.

[228] *See Manufacturing Data Engine with Cortex Framework*, https://cloud.google.com/solutions/manufacturing-data-engine?_gl=1*m5m9uh*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds&hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Manufacturing Connect is a software component designed by Google partner Litmus Automation and developed exclusively for Google Cloud that is integrated with Manufacturing Data Engine, and has two principal components including Manufacturing Connect edge (MCe), a software stack deployed within the factory, and Manufacturing Connect, a cloud-based app that deploys in customers' Google Cloud tenants for managing all edge instances *and* MDE from a single web interface application program:[229]



---

[229] *See Manufacturing Connect*, https://docs.cloud.google.com/manufacturing-data-engine/docs/concepts/manufacturing-connect?_gl=1*kv0nz8*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Manufacturing Data engine for Google customer Tyson connects hundreds of Tyson locations, processes millions of data points from hundreds of thousands of sensors, sends the sensed data upstream to be joined with other operations data to help Tyson make better procession decisions, and allows accurate and reliable manufacturing and standards data to monitor efficiencies on machines and orders and identify any issues:[230] <br><br> **Bringing the power of data to the factory floor** <br><br> Connecting our hundreds of locations, in addition to our hatcheries and trucking fleet, would require us to process millions of data points from hundreds of thousands of sensors. The data sent from those sensors could be joined upstream with our other operations data to help us make better process decisions, so we needed a way to collect Internet of Things (IoT) data at scale. <br><br> We also needed to be able to get our enterprise data down to the factory floor. Factory teams need accurate and reliable manufacturing and standards data to monitor efficiencies on their machines and orders, identify any issues, and address them quickly. |

---

[230] *See Turning chicken scratch into data riches: The secret ingredients in Tyson Foods' smart factories*, https://cloud.google.com/transform/tyson-foods-turns-chicken-feed-and-filets-into-data-riches.

C-241

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Designing a data-first operations infrastructure<br><br>We started to explore ways to better make use of data to make our factory and enterprise teams more efficient. As part of that search, we also wanted a solution that would help us relieve some of our technical debt, including replacing unreliable legacy servers. We found that Manufacturing Data Engine could tackle both problems at once.<br><br>We discovered it was easy to move data back and forth between our data lake, BigQuery, and the factory floor by funneling data directly through our new data system which gives us a future-proof solution for advanced analytics with machine learning and computer vision models.<br><br>Our first factory deployment took a month and a half, and it's only getting faster as we use our new data architecture to standardize rollouts for future locations. This process includes deploying the data engine, setting it up, configuring it, and building the data models that manage everything from orders and engineering standards to materials and throughput rates.<br><br>For example, Manufacturing Data Engine allows Tyson to record precise time information about processes on the factory floor or in shipping processes by capturing default logging events that BigQuery syncs to Cloud Logging[231] automatically, and to filter, sample, and aggregate data in different ways, including by adjusting the rate at which the sensed data of a sensor that is read every 10 milliseconds, is read and sensed:[232] |

---

[231] *See Cloud Logging*, https://cloud.google.com/logging.
[232] *See Turning chicken scratch into data riches: The secret ingredients in Tyson Foods' smart factories*, https://cloud.google.com/transform/tyson-foods-turns-chicken-feed-and-filets-into-data-riches.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

> With this system in place, we have the ability to monitor and capture small changes in data.
>
> For example, we can use the "time travel" feature to record precise time information about processes on the factory floor or in shipping processes by capturing default logging events that BigQuery syncs to Cloud Logging automatically. We also have the flexibility to filter, sample, and aggregate data in different ways. In one case, if we have a sensor that we read every 10 milliseconds, we may not want to send that data at the same rate, and we can adjust as needed.
>
> In total, we've designed a system that is simple to manage with the fewest moving parts and the most reliable, near real-time data available.

For example, Google partners with Hypros to provide a patient monitoring system that detects and alerts staff to in-hospital patient emergencies, such as out-of-bed falls, delirium onset, or pressure ulcers, based on sensed data from a battery-powered IoT device that uses low-resolution sensors to capture minimal optical and environmental data, creating a very low-detail image of the scene, and employing a two-stage machine learning workflow to process and analyze the sensed data:[233]

> Driven by a shared vision to enhance patient care, healthcare innovator Hypros and Google Cloud joined forces to develop an AI-assisted patient monitoring system that detects and alerts staff to in-hospital patient emergencies, such as out-of-bed falls, delirium onset, or pressure ulcers. This innovative privacy-preserving solution enables better prioritization of care and a strong foundation for clinical decision-making — all without the use of invasive cameras.

---

[233] *See How AI & IoT are helping detect hospital incidents — without compromising patient privacy*, https://cloud.google.com/blog/topics/healthcare-life-sciences/detecting-hospital-incidents-with-ai-without-compromising-patient-privacy.

C-243

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



The approach for continuous patient monitoring hinges on two key innovations:

1. **Non-invasive IoT devices:** Hypros developed a novel battery-powered Internet of Things (IoT) device that can be mounted on the ceiling. This device uses low-resolution sensors to capture minimal optical and environmental data, creating a very low-detail image of the scene. The device is designed to be non-invasive, preserving anonymity while still gathering the crucial information needed to detect any meaningful changes in a patient's environment or condition.

2. **Two-stage AI workflow:** Hypros employ a two-stage machine learning (ML) workflow. Initially, they trained a camera-based vision model using AutoML on Vertex AI to label sensor data from simulated hospital scenarios. Next, they use this labeled dataset to train a second model to interpret low-resolution sensor data.

For example, the Google/Hypros patient monitoring system uses pre-trained AI models to interpret complex relationships and edge cases from low-resolution sensor data:[234]

---

[234] *See How AI & IoT are helping detect hospital incidents — without compromising patient privacy*, https://cloud.google.com/blog/topics/healthcare-life-sciences/detecting-hospital-incidents-with-ai-without-compromising-patient-privacy.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Patient monitoring with AI: Overcoming low-resolution data challenges**<br><br>While customized parametric algorithms can partially interpret sensor data, they have difficulty handling complex relationships and edge cases. ML algorithms offer clear advantages, making AI a vital tool for a patient monitoring system.<br><br>However, the complexity of their sensor data makes it difficult for AI to independently learn the detection of critical patient conditions, and thus, unsupervised learning techniques would not yield useful results. In addition, manual data labeling can quickly become expensive as tight monitoring sends readings every few seconds, quickly producing large volumes of data.<br><br>To solve these issues, Hypros adopted an innovative approach that would allow AI to learn how to detect scenarios from their monitoring devices with minimal labeling effort. They found that using pre-trained AI models, which require fewer examples to learn a new image-based task, can simplify labeling image data. However, these models struggled to interpret their low-resolution sensor data directly.<br><br>Therefore, they use a two-step process. First, they train a camera-based vision model using camera data to produce a larger, labelled dataset. Then, they transfer these labels to concurrently recorded sensor data, which they use to train a patient monitoring model. This unique approach enables the system to reliably detect events of interest, such as falls or early signs of delirium, without compromising patient privacy.<br><br>For example, the Google/Hypros patient monitoring system is supported by USN middleware Google Cloud services such as BigQuery, Apache Beam with Dataflow Runner, and Vertex AI, to extract, process, and analyze sensed data from the patient room and provide alerts and insights:[235] |

---

[235] *See How AI & IoT are helping detect hospital incidents — without compromising patient privacy*, https://cloud.google.com/blog/topics/healthcare-life-sciences/detecting-hospital-incidents-with-ai-without-compromising-patient-privacy.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The speed of development cycles is also a critical competitive advantage. Therefore, they mapped every step in their workflow and model development cycles (see Figure 4) to the following Google Cloud services:

- **Cloud Storage:** Stores all raw data, enabling easy rollbacks and establishing a clear baseline for ongoing improvements.
- **BigQuery:** Stores labeled data for easier querying, and analysis. Easy access to the right data helps them iterate, analyze, debug, and refine their models more efficiently.
- **Artifact Registry:** Hosts their custom Docker images in ETL and training pipelines. Fewer downloads, shorter builds, and better software dependency management provides smoother, more optimized operations.
- **Apache Beam with Dataflow Runner:** Processes large volumes of data at high speed, keeping their pipelines fast and maximizing their development time.
- **Vertex AI:** Provides a unified platform for model registration, experiment tracking, and visualizing results in TensorBoard; training is done with TensorFlow and TFRecords, using customized resources (like GPUs) and easy deployment options simplify rolling out new model versions.



C-246

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google partners with fleet management analytics company Geotab to process billions of data points a day to leverage web-based data analytics and machine learning to help customers improve productivity, optimize fleets through reduced fuel consumption, enhanced driver safety, and achieve regulatory compliance:[236]

> Geotab is advancing security, connecting commercial vehicles to the internet and providing web-based analytics to help customers better manage their fleets. Geotab's open platform and Marketplace allow both small and large businesses to automate operations by integrating vehicle data with their other data assets.
>
> As an IoT hub, the in-vehicle device provides additional functionality through IOX Add-Ons. Processing billions of data points a day, Geotab leverages data analytics and machine learning to help customers improve productivity, optimize fleets through the reduction of fuel consumption, enhance driver safety, and achieve regulatory compliance.

For example, Geotab is available on the Google Marketplace and is seamlessly integrated with Google's cloud resources to drive efficiency, productivity, and cost savings:[237]

> **Drive better fleet management with Geotab and Google Cloud**
>
> Are you already a Google Cloud customer? If so, we have some exciting news for you! Geotab is available on the Google Marketplace, offering you the opportunity to leverage your existing cloud resources to supercharge your fleet operations. Harness the power of Geotab's advanced features, seamlessly integrated with Google's cloud resources to drive efficiency, productivity and cost savings. Explore the future of smart fleet management today.

For example, Geotab's GO device captures data through sensors located inside and outside a vehicle, and transmits it to the MyGeotab cloud platform, where it is processed and analyzed through APIs:

---

[236] See Geotab Management by Measurement, https://cloud.google.com/find-a-partner/partner/geotab.
[237] See Unlock fleet efficiency with Geotab and Google Cloud, https://www.geotab.com/apac/googlecloud/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

**How data flows from vehicle to dashboard**

The journey of fleet data begins with sophisticated sensors located inside and outside the vehicle. This raw data is then captured by a Geotab GO device, which transmits it securely via cellular or 5G networks to the MyGeotab cloud platform. From there, the information populates user-friendly dashboards and is accessible via APIs for third-party integrations.

Sensor → Geotab GO device → cellular/5G network → MyGeotab cloud → dashboards/APIs

Data is transmitted in near real-time and stored in a secure, SOC-2-certified cloud environment. Geotab ensures data security through encryption, over-the-air (OTA) firmware updates and open APIs.

For example, Geotab's sensors capture data such as GPS location, speed, harsh braking, seat belt usage, fuel usage, battery state-of-charge, fault codes, temperature, camera video, and G-force collision data, which is then processed by predictive analytics:[238]

</td>
</tr>
</table>

---

[238] *See The ultimate 2025 guide to fleet telematics: Maximize safety & efficiency*, https://www.geotab.com/blog/fleet-telematics-safety-efficiency-guide/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Key data points telematics captures**<br><br>Fleet tracking systems capture a wealth of critical data points that transform raw inputs into actionable insights. These include:<br><br>• **GPS location:** Real-time tracking of vehicle position.<br><br>• **Speed:** Monitoring adherence to speed limits and safe driving.<br><br>• **Harsh braking:** Detecting aggressive deceleration, a key indicator of risky driving.<br><br>• **Seat belt usage:** Ensuring driver safety and compliance.<br><br>• **Fuel usage:** Tracking consumption for efficiency analysis and cost savings.<br><br>• **Battery state-of-charge:** Ensuring EVs have sufficient charge to do their jobs.<br><br>• **Fault codes:** Diagnostic codes indicating potential vehicle issues, essential for preventive maintenance.<br><br>• **Temperature (reefer):** Critical for temperature-sensitive cargo.<br><br>• **Camera video:** Visual documentation of driving events and incidents.<br><br>• **G-force collision data:** Detailed impact information for accident reconstruction.<br><br>This raw input is then processed by predictive analytics, which converts it into valuable risk scores, maintenance predictions and optimized route insights. For instance, the Geotab Safety Center has demonstrated a 5.5% reduction in predicted collisions through its advanced risk analytics.<br><br>For example, Geotab's telematics systems provide immediate feedback, and in-cab alerts provide drivers with real-time notifications about unsafe events, such as harsh braking or speeding, and post-trip coaching informed by detailed data that allows for targeted discussions on specific incidents:[239] |

---

[239] *See The ultimate 2025 guide to fleet telematics: Maximize safety & efficiency*, https://www.geotab.com/blog/fleet-telematics-safety-efficiency-guide/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**Real-time driver coaching and scorecards**

Telematics empowers fleet managers to support safer driving behaviors through immediate feedback and structured performance reviews.

In-cab alerts provide drivers with real-time notifications about unsafe events, such as harsh braking or speeding. Post-trip coaching, informed by detailed data, allows for targeted discussions on specific incidents. Mobile scorecards, accessible via apps like Geotab Drive, offer drivers a clear view of their performance metrics over time and incentives to improve, encouraging self-correction.

For example, Geotab's telematics systems offer fault-code monitoring for early detection of potential mechanical issues based on, among other signals, abnormal temperature spikes for brakes, high exhaust temperature for diesel particulate filter, low voltage for 12v vehicle battery, and rapid discharge for EV battery:[240]

---

[240] *See The ultimate 2025 guide to fleet telematics: Maximize safety & efficiency,* https://www.geotab.com/blog/fleet-telematics-safety-efficiency-guide/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Predictive maintenance and uptime gains**<br><br>Modern telematics systems offer sophisticated predictive maintenance capabilities, moving beyond costly and time-consuming reactive repairs.<br><br>Fault-code monitoring enables early detection of potential mechanical issues. AI-driven analytics can forecast failure probability, allowing maintenance teams to schedule proactive service. This approach significantly reduces unplanned downtime, often by up to 30%, and can cut repair costs by 20% ☑.<br><br><table><tr><th>Component</th><th>Predictive Signals</th></tr><tr><td>Brakes</td><td>Abnormal temperature spikes, excessive harsh braking</td></tr><tr><td>Diesel Particulate Filter (DPF)</td><td>High exhaust temperatures, frequent regeneration, vibration patterns</td></tr><tr><td>12v vehicle battery</td><td>Low voltage, slow cranking, frequent jump starts</td></tr><tr><td>EV battery</td><td>Rapid discharge, inconsistent charging patterns</td></tr></table><br><br>For example, Geotab runs on Google Cloud and is supported by Google Cloud services like Pub/Sub, Dataflow, BigQuery and Looker to ingest, transform, process and analyze sensed data:[241] |

---

[241] *See How fleet management gets easier with smart analytics on Google Cloud*, https://cloud.google.com/blog/products/data-analytics/interactive-smart-analytics-demo-for-transportation.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

Geotab, a Canada-based company, provides data-driven insights on commercial fleet vehicles on every continent. From engine speeds to ambient air temperatures to driving and weather conditions, Geotab processes a wealth of data from more than 2 million vehicles around the world. These vehicles are equipped with Geotab's telematic solutions and a range of integrated sensors and apps.

With all of this data streaming in real time, fleet truck managers use data to predict vehicle health, monitor driver safety, and track all of this information in real time. Real-time data lets users proactively respond to things as they happen or before they happen, rather than being reactive.

To demonstrate how to solve these business challenges using smart analytics on Google Cloud, we created a live simulated world of 7,500 trucks generating approximately 25 million trip events per day. Built as a demo, the generated data simulates some of the data that might be processed as if it were integrated with actual sensors and apps from Geotab (Geotab does run a scaled environment using Google Cloud, but the data and environment here is simulated).

Here's a look at the dashboard we created for the demo, using Pub/Sub, Dataflow, BigQuery, and Looker on Google Cloud. It shows the simulated trucks making deliveries between various points.



C-252

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides USN middleware for customer Sensormatic Solutions to enable retailers to track inventory, reduce theft, and understand in-store shopping patterns, and provide retailers with real-time, actionable insights and predictive analytics:[242]<br><br>Sensormatic Solutions is a leading brand of retail technology solutions that enable retailers to track inventory, reduce theft, and understand in-store shopping patterns. Sensormatic uses Google Cloud to support its growth strategies by integrating its software solutions onto a centralized platform that provides retailers with real-time, actionable insights and predictive analytics to drive operational excellence and help create unique shopper experiences.<br><br>For example, Google Cloud helps Sensormatic Solutions leverage data gathered from more than 1.5 million Internet of Things (IoT) sensors in 185,000 brick-and-mortar retail stores globally, which annually capture 40 billion shopper visits and track and protect billions of items each year:[243]<br><br>Sensormatic Solutions has provided its global customer base with powerful solutions that enable smarter decision making, enhanced operations, and improved profitability. The Sensormatic Solutions software portfolio leverages data gathered from more than 1.5 million Internet of Things (IoT) sensors in 185,000 brick-and-mortar retail stores globally. The sensors annually capture 40 billion shopper visits and track and protect billions of items each year. Sensormatic Solutions' products are deployed in retail stores in 100 countries.<br><br>For example, IoT sensors built by Sensormatic Solutions include in-store beacons to Radio Frequency Identification (RFID) tags, and Acousto-Magnetic (AM) hard tags and labels, to video capture devices, and are stored, processed, or analyzed through Google Cloud services such as Cloud SQL, BigQuery, Cloud Dataproc, Cloud Dataflow, and Cloud Composer:[244] |

---

[242] *See Sensormatic Solutions: Helping retailers achieve operational excellence and create unique shopper experiences*, https://cloud.google.com/customers/sensormatic?_gl=1*1ul9k41*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **A Google Cloud foundation**<br><br>IoT sensors built by Sensormatic Solutions run the gamut from in-store beacons to Radio Frequency Identification (RFID) tags, and Acousto-Magnetic (AM) hard tags and labels, to video capture devices. The data from the devices is stored in raw formats in Cloud SQL and aggregated in BigQuery. Other Google Cloud services that Sensormatic relies upon include Cloud Dataproc for running Apache Spark and Hadoop clusters; Cloud Dataflow for enriching data in stream and batch modes; BigQuery for Sensormatic's data warehouse; and Cloud Composer, an Apache Airflow workflow orchestration service that Sensormatic uses to, among other things, report on data gathered in-store for its retail customers. |

---

[243] *See Sensormatic Solutions: Helping retailers achieve operational excellence and create unique shopper experiences*, https://cloud.google.com/customers/sensormatic?_gl=1*1ul9k41*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds.

[244] *See Sensormatic Solutions: Helping retailers achieve operational excellence and create unique shopper experiences*, https://cloud.google.com/customers/sensormatic?_gl=1*1ul9k41*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud provides USN middleware for customer Cox 2M to serve customers across industrial and supply chain IoT, automotive loT management, and small business fleet management with detailed, sensor-based data that informs business decisions, including detailed analytics on more than 29k miles of asset movements and two million IoT sensor messages every hour:[245]

> Cox 2M is committed to communication and connectivity. The company serves customers across industrial and supply chain IoT, automotive loT management, and small business fleet management with detailed, sensor-based data that informs business decisions.
>
> Providing detailed analytics on more than 29k miles of asset movements and two million IoT sensor messages every hour is no small feat. While Cox 2M focused on giving its customers fast, reliable reports, it struggled to keep pace with internal requests. So the company redesigned its data infrastructure to improve analytics for both internal users and customers.

For example, Google Cloud ingests, processes, and analyzes sensor data for Cox 2M by providing USN middleware services such as Pub/Sub, Dataflow, Dataform, and Datastream, in collaboration with ThoughtSpot:[246]

---

[245] *See Cox 2M reduces time to insights by 88% combining ThoughtSpot and Google Cloud*, https://cloud.google.com/customers/cox2m?_gl=1*2q9nbp*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds&hl=en.
[246] *See Cox 2M reduces time to insights by 88% combining ThoughtSpot and Google Cloud*, https://cloud.google.com/customers/cox2m?_gl=1*2q9nbp*_up*MQ..&gclid=Cj0KCQiAoZDJBhC0ARIsAERP-F_YJ4_hUhphKG08SBfKS_yd2rIDmzxJ4G-h1oe0fazZSIe0AQCNh3YaAq7lEALw_wcB&gclsrc=aw.ds&hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Why Google Cloud?<br><br>To design a scalable approach to analytics, Cox 2M re-architected its data infrastructure with Google Cloud. Adopting Pub/Sub, Dataflow, Dataform, and Datastream, the company is powering real-time data intake that keeps pace with the massive volume of sensor information it tracks. Collaborating with ThoughtSpot, it was able to implement a natural language, generative AI solution that its internal teams can query autonomously. Now, rather than waiting days or weeks for ad-hoc data requests to be processed, even non-technical users can ask ThoughtSpot questions and receive insights 88% faster. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides USN middleware for customer IKE Smart City to process and analyze sensed data from air quality sensors by integrating Google Cloud's Air Quality API and data from Google Maps Platform to provide an air quality information service, including air quality alerts, through application programs at city kiosks:[247]<br><br>IKE Smart City improves connectivity between cities and people by integrating the Air Quality API into its digital kiosks to inform passersby and city partners about air quality conditions.<br><br>**Google Maps Platform results**<br><br>• Quickly implemented reliable air quality data across entire kiosk system within just four weeks<br>• Provides hyper-localized air quality information- adding value to the city kiosks<br>• Enhances public safety and kiosk engagement with air pollution alerts that helps kiosk users engage with the city<br>• Opens potential for additional revenue streams by offering insights to advertising agency partners<br>• Provides cities with useful data to inform changes to infrastructure and policies<br><br>Increased accuracy, engagement, and revenue opportunities |

---

[247] *See IKE Smart City: Empowering cities and their residents with actionable air quality data,*
https://cloud.google.com/customers/ike-smart-city.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | In the digital age, how can cities better connect with people? This question drove the development of IKE–the Interactive Kiosk Experience. In 2015, IKE Smart City was formed by the team behind Orange Barrel Media, a 20-year-old national out-of-home media company. IKE kiosk networks currently live in 17 US cities, nationwide, where they provide valuable, interactive information to cities, their residents, and visitors. They are delivered at no cost to city partners and can even generate a new stream of revenue for cities.<br><br>The kiosks are placed in the public right-of-way to empower citizens with information, aiding in navigation, the use of public transportation, exploration of attractions, and access to various services. Each kiosk serves as a free Wi-Fi hotspot and is location-aware, displaying specific data about the surrounding area for a hyper-local experience.<br><br>With a simple touch of IKE's screens, people can discover nearby restaurants, local businesses, and activities through geolocated listings that are updated in real time and include integrated wayfinding. Pedestrians can also use IKE to view job boards and access public services such as social services, assistance programs, and city surveys.<br><br>IKE Smart City, committed to improving and expanding the information available through the kiosks, reached out to Google Maps Platform to add air quality information to the public interface for residents and visitors. They also wanted to provide their partners and stakeholders with this environmental data to serve as a tool for city initiatives. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, Google Cloud provides USN middleware services to ingest, process, and analyze sensed data, and provide alerts and insights to application programs based on such data to numerous other customers such as Vanderbilt University,[248] Aclima,[249] and Geotab,[250] among many others:[251] |

---

[248] *See Vanderbilt: Improving public transit system with Google Cloud's AI*, https://cloud.google.com/customers/vanderbilt-university.
[249] *See Aclima:Turning data into environmental intelligence*, https://cloud.google.com/customers/aclima.
[250] *See Geotab: Turning data from vehicles into actionable insights*, https://cloud.google.com/customers/geotab.
[251] *See Google Cloud customer stories*, https://cloud.google.com/customers?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-260

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's Air Quality API is a Google Cloud USN middleware API that allows you to request air quality data for a specific location including more than 70 AQ indexes, pollutants, and health recommendations, and covers over 100 countries with a resolution of 500 x 500 meters:[252] |

Air Quality API

The Air Quality API allows you to request air quality data for a specific location including: more than 70 AQ indexes, pollutants, and health recommendations. It covers over 100 countries with a resolution of 500 x 500 meters.

For example, Air Quality API generates health recommendations based on sensed air quality data, including health advice and recommended actions based on population:[253]

What is a health recommendation?

Health recommendations are health advice and recommended actions for current air quality conditions.

The recommendations are tailored for the general population, as well as six at-risk populations and groups with greater sensitivities to pollutants than the general public.

---

[252] *See Air Quality API*, https://developers.google.com/maps/documentation/air-quality.
[253] *See Google Maps Platform Health recommendations*, https://developers.google.com/maps/documentation/air-quality/health-recommendations.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| Supported populations | |
| --- | --- |
| **Population** | **Description** |
| General population | No specific sensitivities. |
| Elderly | Retirees and people older than the general population. |
| Lung diseases | Respiratory related problems and asthma suffers. |
| Heart diseases | Heart and circulatory system diseases. |
| Athletes | Sports and other strenuous outdoor activities. |
| Pregnant women | Women at all stages of pregnancy. |
| Children | Younger populations including: children,toddlers, and babies. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Maps Platform can be integrated to build custom-coded geospatial prototypes for USN middleware analytics:[254]



For example, the Google Maps Platform can integrate and analyze sensed data such as air quality, pollen, and weather for a USN middleware to provide an information service to an application program:[255]

C-263

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



---

[254] *See Make the world your platform*,
https://mapsplatform.google.com/?_gl=1*gcfvk*_ga*ODYzNjgwNjk3LjE3NjQwMzA1MjQ.*_ga_NRWSTWS78N*czE3NjQwODU
3NTYkbzIkZzAkdDE3NjQwODU3NTYkajYwJGwwJGgw.

[255] *See Find the right product for the job*, https://mapsplatform.google.com/maps-products/#environment-section.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google Home allows control of ubiquitous sensor network smart home devices from anywhere, any time, and allows review of key moments from Nest and other devices:<br><br> |
|---|---|

C-265

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home can be accessed through various modes, including tablet, widget, smartwatch, browser, TV, and voice:[256]



---

[256] *See About Google Home*, https://home.google.com/about-google-home/.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Home displays connected devices and allows scanning of video history:[257]



---

[257] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

C-267

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Nest devices include sensors that detect what's happening in the home, detect specific sounds or motion nearby, detect activity or changes to the physical state of a device, detect when a device is moved, detect the presence or movement of people in the home, and determine external properties of the surrounding environment such as temperature, humidity, light, or smoke:[258]<br><br>The current sensors in Google's connected home devices and services generally fall into the following categories:<br><br>• **Cameras** that record video footage and still images and detect what's happening in the home.<br><br>• **Microphones** that record audio and can detect specific sounds or motion nearby.<br><br>• **Activity sensors** that detect activity or changes to the physical state of the device, such as a door sensor that detects when a door opens, or an accelerometer that detects when a device is moved. Some activity sensors may also detect the presence or movement of people in your home.<br><br>• **Environmental sensors** that determine external properties of the surrounding environment — such as temperature, humidity, light, or smoke — and that can help monitor the conditions inside or around your home.<br><br>• **Control sensors** that enable control of a device, such as a touch-sensitive button, or a magnetic sensor to detect the position of the ring on the Nest Learning Thermostat.<br><br>Google's connected home devices may also contain additional sensors that monitor device operation. For example, internal device sensors can detect when a device's battery is running low, when it's overheating, or other conditions that can affect the ability of the device to operate as intended. We've excluded sensors that collect only such diagnostic data from this sensors guide. In addition to enabling the features and services described, the data from the sensors listed below may also be used to perform device performance and diagnostic functions. |

---

[258] *See Sensors in Google Nest devices*, https://support.google.com/googlenest/answer/9330256?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Nest doorbells and cameras can detect the difference between a person, animal, and vehicle and provide notifications:[259]<br><br> |

---

[259] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

C-269

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest doorbells and cameras can be viewed from anywhere, using a phone, watch, or smart display:[260]



---

[260] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest Thermostats can provide alerts if something doesn't seem right with heating or cooling:[261]



---

[261] *See Connected Home*, https://store.google.com/category/connected_home?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Nest Learning Thermostat's System Health Monitor can catch issues and send an alert if something needs attention, its Smart Schedule learns the desired temperatures at specific times, and suggest small tweaks to help save, and its energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help save energy:[262]



</td>
</tr>
</table>

---

[262] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

C-272

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest Learning Thermostat's Smart Schedule learns desired temperatures at specific times, and suggest small tweaks to help save:[263]

---

[263] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

C-273

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Nest Learning Thermostat's energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help save energy:[264]

What's the difference between Nest Learning Thermostat (4th gen) and the previous gen?

The latest Nest Learning Thermostat is packed with new, brilliant ways to help save energy and keep you comfortable. It comes with a Nest Temperature Sensor (2nd gen) in the box to help manage hot and cold spots, and offers more advanced controls over your comfort. New energy-saving features like natural heating and cooling, Adaptive Eco, and smart ventilation analyze different data points to help you save energy.

The Nest Learning Thermostat (4th gen) is also a sleek reinvention of the iconic design. With a 60% larger display than the previous generation, you can see helpful information across the room and customize what your display shows. The new backplate also provides compatibility with new systems – like ventilation, humidifiers, and dehumidifiers.

You can control the latest thermostat from the Google Home app or the Matter-compatible smart home app of your choice, since the Nest Learning Thermostat (4th gen) is Matter-certified. |
|---|---|

---

[264] *See Nest Learning Thermostat (4th gen)*, https://store.google.com/product/nest_learning_thermostat_4th_gen?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest Protect can "tell[] you what's wrong and can even alert your phone," and "[t]hinks, before it speaks" by giving an early warning:[265]



---

[265] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, with Nest Protect "[e]veryone in your family can know what's going on, from anywhere. When something's wrong, Nest Protect sends everyone an alert in case no one's home":[266]



---

[266] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

C-276

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest Protect includes Steam Check, which uses custom algorithms and a humidity sensor to avoid detecting steam as smoke:[267]



---

[267] *See Nest Protect smoke and CO alarm*, https://store.google.com/product/nest_protect_2nd_gen?hl=en-US&pli=1.

C-277

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Nest Doorbell provides intelligent alerts for different types of events, including notifications for familiar faces, notifications for a package delivery, or alerts for when there is an animal or vehicle in view:[268]



</td>
</tr>
</table>

---

[268] *See Nest Doorbell*, https://store.google.com/product/nest_doorbell?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Nest Cam provides intelligent alerts, and allows checking in on a home from anywhere with 24/7 1080p HDR video:[269]

Nest Cam tells you more about what's going on inside.

Google Home app required. Learn more >

**Better phone alerts, built in.**

With intelligent alerts, Nest Cam can tell the difference between a person, vehicle, and an animal. Get alerted about things that matter to you.

**Know what's happening, 24/7.**

You can check in on your home from anywhere with 24/7 1080p HDR video.¹ Plus, you also get 3 hours of free event video history.²

**Designed for any home.**

Nest Cam is designed to fit in any style. It comes in different colors, and has a built-in stand that can be mounted on a wall.

**Your video is safer with Google.**

Enhanced security through your Google Account, encrypted video, and a status-indicating LED help protect your privacy.

---

[269] *See Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.

C-280

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Nest Cam provides phone alerts for different types of activity, and when familiar faces arrive:[270]<br><br> |
| --- | --- |

---

[270] *See Nest Cam (indoor, wired)*, https://store.google.com/product/nest_cam_indoor?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Nest Aware provides event based history and smart alerts for familiar faces and sound detection:[271]

## Make the most of your Nest devices with a monthly or annual subscription.



**Two types of video history to fit your needs.**

See just the highlights with event based history or upgrade to Nest Aware Plus to capture every second with continuous video recording.



**Even more intelligence, delivered to your phone.**

Get a better awareness of what's happening at home, with more smart alerts across all your cameras, doorbells, speakers and displays.[1]



**One simple price. Whole home coverage.**

Cover all of your Google Nest devices in your home now and in the future, all for one affordable price.

</td>
</tr>
</table>

---

[271] *See Nest Aware*, https://store.google.com/product/nest_aware?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-283

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-284

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Nest Renew provides smarter energy use and a dashboard to view a home's power mix to see times throughout the day when electricity is cleaner to help make informed energy choices:[272]<br><br> |
| --- | --- |

---

[272] *See Nest Renew*, https://nestrenew.google.com/welcome/?utm_source=gstore&utm_medium=google_oo&utm_campaign=subscat.

C-285

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google provides the Google Nest app, which can be used to "see your home with Nest Cam, and get an alert if Nest Protect goes off":[273]



---

[273] *See Google Play Nest*, https://play.google.com/store/apps/details?id=com.nest.android&pli=1.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, the Google Nest app provides the Home/Away Assist feature which "uses your Nest products' activity sensors to tell when you've left home and when you've returned," and "can also use [your phone or tablet's] location to help Home/Away Assist more precisely when you've actually left home and when you've come back":[274] |
|---|---|

## How Home/Away Assist uses your phone's location

After you grant permission in the Nest app, Home/Away Assist uses your phone's location to help tell when you've left home and when you've returned. Instead of constantly tracking your location, the Nest app only receives basic notifications from your phone that say you're home or away.

**Android**    iPhone & iPad

Home/Away Assist uses your Nest products' activity sensors to tell when you've left home and when you've returned. But since you probably keep your phone (or tablet) with you throughout the day, Nest can also use its location to help Home/Away Assist more precisely tell when you've actually left home and when you've come back.

With Home/Away Assist you don't have to manually switch all your Nest products on or off, or rely on a set schedule. For instance, when you leave your home, Home/Away Assist can turn down your heating to save energy and turn on your Nest camera streaming to keep an eye on things.

---

[274] *See How Home/Away Assist uses your phone's location*,
https://support.google.com/googlenest/answer/9262475?hl=en&co=GENIE.Platform%3DAndroid#zippy=.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google's Fitbit app provides an information service based on metrics measured by sensors from Fitbit and Google Pixel devices:[275]

---

[275] *Say hi to the all-new Fitbit app*, https://store.google.com/magazine/fitbit_app?hl=en-US.

C-289

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google's Fitbit app provides the following metrics, statistics, and notifications based on data derived from sensors on Google Pixel and Fitbit devices:[276]

Basic Metrics

| Basic Metrics | Description |
|---|---|
| Steps | Steps taken today and progress toward your daily goal. |
| Floors | Floors climbed today and progress toward your daily goal. |
| Distance | The total distance covered, measured in miles or kilometers. |
| Energy burned | Fitbit devices combine your basal metabolic rate (BMR) and your activity data to estimate your calories burned. BMR is the rate at which you burn calories at rest to maintain vital body functions, which include breathing, blood circulation, and heartbeat. If your device tracks heart rate, your heart-rate data is also included, especially to estimate calories burned during exercise. The number you encounter on your Fitbit device is your total calories burned for the day. |
| Heart rate | This reflects how hard your heart is working. It's displayed in beats per minute (bpm). It also includes your current heart rate zone. |
| Resting heart rate | Your resting heart rate. For more information, refer to How do I track heart rate with my Fitbit device? |

---

[276] Get started with Fitbit on Google Pixel Watch, https://support.google.com/fitbit/answer/14237107?hl=en#zippy=%2Cbasic-metrics.

C-290

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| Sleep | Sleep duration, sleep stages, and sleep score. For more information, refer to How do I track my sleep with my Fitbit device? or What should I know about Fitbit sleep stages? |
| Readiness | Your readiness score is a snapshot of your body's recovery status, which helps you understand how recovered you are from exercise, illness, and stress. It combines insights from your heart rate variability (HRV), resting heart rate (RHR), and sleep to guide your training decisions. Refer to What's my daily readiness score in the Fitbit app? |
| Cardio load | Cardio load is a personalized metric that measures the overall exertion on your cardiovascular system from your daily activity. It is calculated using your heart rate, age, resting heart rate, and sex to help you understand how hard your heart is working What are cardio load and target load. |
| Target load | Target load represents the daily cardio load target you should aim for. This is based on your readiness score and recent load to avoid under or over training. Refer to What are cardio load and target load. |
| Active Zone Minutes (AZM) | Check how many Active Zone Minutes you've earned today. For more information, refer to What are Active Zone Minutes or active minutes on my Fitbit device? |
| Exercise | Number of days you met your exercise goal this week. |
| Hourly activity | The number of hours today you met your hourly activity goal. For more information, refer to What are the reminders I see on my Fitbit device? |

C-291

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| **Blood oxygen** | This metric estimates the average amount of oxygen in your blood during your last sleep session..<br><br>For more information, refer to How do I track blood oxygen saturation (SpO2) with my Fitbit device? |
| **Skin temp variation** | This metric is the variation in your skin temperature taken from your wrist while you sleep.<br><br>For more information refer to How can Fitbit help me track my temperature? |
| **Body responses** | Your watch uses electrodermal activity (EDA) to detect periods of stress or excitement. This tile shows the total amount of time your watch detected body responses today.<br><br>For more information refer to How do I track and manage stress with my Fitbit device? |
| **Mindfulness** | Check your progress toward your mindfulness goal for the week.<br><br>For more information refer to How do I track and manage stress with my Fitbit device? |

C-292

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud's Device Connect for Fitbit USN middleware extracts, processes, and analyzes sensor data from Fitbit devices, including advanced analytics through Google Cloud BigQuery or other services, to provide a health metric monitoring information service to users, such as a customizable analytics dashboard:[277]

Google Cloud's Device Connect for Fitbit

**Enrollment and consent app for web and mobile**

The pre-built patient enrollment and consent app enables organizations to provide their users with the permissions, transparency, and frictionless experience they expect. For example, users have control over what data they share and how that data is used.

**Fitbit data connector**

Open source data connector that provides automated data normalization and integration with Google Cloud BigQuery for advanced analytics. Can support emerging standards like Open mHealth and enables interoperability with clinical data when used with Cloud Healthcare API for cohort building and AI training pipelines.

**Pre-built analytics dashboard**

The pre-built Looker interactive visualization dashboard can be easily customized for different clinical settings and use cases to provide faster time to insights.

**AI and machine learning tools**

Use AutoML Tables to build advanced models directly from BigQuery or build custom models with 80% fewer lines of code using Vertex AI–the groundbreaking ML tools that power Google, developed by Google Research.

For example, Device Connect for Fitbit can track pre- and post-surgery patients, to provide visibility and new insights to what's happening with patients outside of the hospital:[278]

</td>
</tr>
</table>

[277] Device Connect for Fitbit, https://cloud.google.com/device-connect#key-features.

C-293

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | USE CASE<br><br>**Pre- and post-surgery**<br><br>Supporting the patient journey before and after surgery can lead to higher patient engagement and more successful outcomes. However, many organizations lack a holistic view of patients.<br><br>Fitbit tracks multiple behavioral metrics of interest, including activity level, sleep, weight and stress, and can provide visibility and new insights for care teams to what's happening with patients outside of the hospital. |

---

[278] *See Device Connect for Fitbit*, https://cloud.google.com/device-connect?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Fitbit Charge 6 can provide advanced health insights using its heart rate tracker, its ECG app can inform of possible irregularities in the heart's rhythm, and an EDA scan can share how the body responds to stress:[279]  |

---

[279] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Fitbit Charge 6 can spot changes in blood oxygen levels and skin temperature and provide smart notifications:[280]  |

---

[280] *See Fitbit Charge 6 Tracker Overview*, https://store.google.com/product/fitbit_charge_6?hl=en-US.

C-296

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud's USN middleware for the Google Fit platform extracts, processes, and analyzes sensor data from Google Pixel Watch devices, to provide an information service for users:[281]



Google Fit is an open ecosystem. It lets developers upload health and wellness data to a central repository where users can access their data from different devices and apps in one location. They can still access their data if they upgrade to a new device.

Your health and wellness app can store data from any wearable or sensor, and access data created by other apps.

Google Fit consists of the following components:

**The fitness store**

A central repository that stores data from a variety of devices and apps. The fitness store is a cloud service that is transparent to clients.

**The sensor framework**

A set of high-level representations that make it easy to work with the fitness store. You use these representations with the Google Fit APIs.

*Figure 1*: Platform overview.

**Permissions and user controls**

A set of authorization scopes to request user permission to work with health and wellness data. Google Fit requires user consent to access health and wellness data.

**Google Fit APIs**

Android and REST APIs to access the fitness store. You can create apps that support Google Fit on multiple platforms and devices, such as Android, iOS, and Web apps.

</td>
</tr>
</table>

---

[281] *Google Fit Platform Overview*, https://developers.google.com/fit/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for the Cloud Healthcare API extracts, processes, and analyzes sensor data from Google Pixel Watch devices, to provide an information service for users: |

C-298

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Pixel Watch 3 detects loss of pulse and alerts emergency services:[282]



---

[282] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

C-299

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, the Google Pixel Watch 3 uses Google AI to analyze goals, past runs, and readiness, and recommend personalized runs, while advanced motion sensing measures cadence, stride length, vertical oscillation, and more to help improve run performance:[283]<br><br> |
| --- | --- |

---

[283] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Pixel Watch 3 includes Readiness and Cardio Load features:[284]

</td>
</tr>
<tr>
<td></td>
<td>

This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result.

</td>
</tr>
</table>

---

[284] *See Pixel Watch 3 Overview*, https://store.google.com/product/pixel_watch_3?hl=en-US.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 2**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2pre] The system as recited in claim 1, wherein the ubiquitous sensor network middleware comprises: | *See supra* claim 1. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 2[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2a] a sensor network abstraction unit for extracting the sensed data from the message received from the sensor network data transmitter; | The USN middleware of the accused instrumentalities comprise a sensor network abstraction unit for extracting the sensed data from the message received from the sensor network data transmitter.<br><br>*See supra* claim 1, 1[c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Additionally, for example, Google Cloud IoT Core extracts sensed data from a message received from the Edge Gateway:[285]<br><br><br><br>For example, Google Cloud IoT Core ingests and processes real-time device telemetry data (e.g., sensed data) via Cloud Pub/Sub:[286] |

---

[285] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[286] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## How does Cloud IoT Core work?<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Cloud IoT Core uses an MQTT/HTTP protocol bridge to connect a device to Google Cloud to allow the extraction of sensed data from a message received from an IoT device:[287]

**Services**: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.

These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a

cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services.

</td>
</tr>
</table>

---

[287] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, the Google Cloud MQTT broker middleware architecture employs an MQTT broker and Cloud Dataflow or Cloud Pub/Sub to extract sensor data from Google connected devices:[288]<br><br>**Standalone MQTT broker architecture on Google Cloud**  〔bookmark〕 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ☐ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[288] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-308

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud IoT platform product architecture employs an MQTT bridge/broker, device management services, and Cloud Dataflow to extract sensor data from a message received from an Edge Gateway:[289]

> # IoT platform product architecture on Google Cloud 🔖 ▾
>
> Send feedback
>
> Last reviewed 2024-08-09 UTC
>
> IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud.

---

[289] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform includes an MQTT endpoint and an HTTPS endpoint for data ingestion from connected devices:[290]

---

[290] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Ingestion endpoints**<br><br>Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.<br><br>**MQTT**<br><br>An IoT platform implements an MQTT endpoint in one of the following ways:<br><br>• A connector between MQTT and another message service<br><br>• An MQTT broker which implements the full MQTT specification<br><br>When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.<br><br>In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.<br><br>Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.<br><br>**HTTPS and other supplementary protocols**<br><br>In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.<br><br>HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ⬈ and many commercial products.<br><br>Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ⬈) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint. |

C-311

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google's direct device to Pub/Sub connection extracts sensor data from a message received from an aggregation device/gateway via HTTP or gRPC:[291]<br><br>**Device on Pub/Sub connection to Google Cloud** 🔖 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products. |

---

[291] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Cloud's direct device to Pub/Sub connection sends aggregated data from remote devices and sensors to Pub/Sub, which allows a bidirectional system composed of publishers and subscribers:[292]

---

[292] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The flow of events in the preceding diagram is as follows:

- You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.

- The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.

- The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.

## Architectural considerations and choices

Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.

## Ingestion endpoints

Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.

Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ☑. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.

C-314

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, after data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges:[293]<br><br>**Backend applications**<br><br>After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[293] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 2[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2b] a sensor network intelligence unit for extracting the object and environment information by analyzing the sensed data extracted by the sensor network abstraction unit, and generating the conditional events including notification and alarm about a certain condition, and the context aware information from the extracted object and environment information; and | The USN middleware of the accused instrumentalities comprise a sensor network intelligence unit for extracting the object and environment information by analyzing the sensed data extracted by the sensor network abstraction unit, and generating the conditional events including notification and alarm about a certain condition, and the context aware information from the extracted object and environment information.<br><br>*See supra* claim 1, 1[c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Additionally, for example, Google Cloud collects various types of device data (e.g., object data) and sensor data (e.g., environment data):[294]<br><br>**Information Google collects**<br><br>What types of data are collected when I use Google Nest's connected home devices and services?<br><br>Google's Privacy Policy ☑ applies to our connected home devices and services and explains what information we collect; why we collect it; and how you can update, manage, export, and delete your information. In addition, read our commitment to privacy in the home ☑ to understand safeguards Google Nest applies in handling your information.<br><br>**Categories of data collected**<br><br>In addition to the data described in the Privacy Policy ☑, when you use our connected home devices and services, we save:<br><br>• **Setup information** you provide when you set up your account and any device using our apps, such as device name, device type, and information about your home, including your address, ZIP code, and where the device is placed.<br><br>• **Sensor data** such as detected motion, ambient light measurements, temperature, humidity, carbon monoxide, and smoke levels as well as information derived from this data, such as sleep information. Learn more about the information sensors send to Google, as well as examples of how that information provides and improves Nest devices and services, in the sensors in Google Nest devices guide.<br><br>• **Audio and video data** from devices with cameras and microphones, and information derived from this data, such as coughing and snoring event information (if you've set up this feature), facial recognition information (if you've set up this feature), and person, object, sound, motion or activity detection information, all subject to your permissions and settings. For example, we store your video footage if you choose to receive video storage services from Google for your Nest Cams. |

---

[294] *FAQs on privacy: Google Nest*, https://support.google.com/googlenest/answer/9415830?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cwhat-types-of-data-are-collected-when-i-use-google-nests-connected-home-devices-and-services%2Chow-can-i-access-and-download-my-data.

C-317

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

- **Device usage data** that includes:

  - Manual device interactions (such as manually adjusting the temperature on the Nest thermostat), heating and cooling usage data (such as when your heating or cooling system turns on and off), device state, settings, and features used.

  - Device usage data is also collected when a device is used with a Google service (such as Google Assistant, YouTube, Google Maps, Google Calendar, Google Fit, or Google Meet), or with a third-party service (such as Spotify or Pandora), such as voice or touch interactions, long presses on the device, or other device interactions or adjustments, including related device state, settings, and features used.

- **Technical data**, like device make and model, serial number, IP and MAC address, Wi-Fi connectivity, signal strength and settings, detection of other devices on your network and nearby access points, hardware and software version, sensor status, battery charge level, log files from connections, power status, HVAC system capabilities, and other technical information such as crash, diagnostics, reliability and performance logs and reports.

- **Services information**, like type of service used (such as Google Home Premium, Nest Aware, or an energy service like Rush Hour Rewards and Seasonal Savings), service attributes (such as features used or enabled), service usage data (such as start and end date, service adjustments, and feature settings), how the service performs, and any feedback on the service.

C-318

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud IoT Core extracts object and environment information by analyzing the extracted sensed data received from IoT edge devices, via Cloud DataFlow, Cloud Functions, and BigQuery:[295]



For example, raw input is fed into Dataflow from Cloud Pub/Sub for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning:[296]

---

[295] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[296] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **How does Cloud IoT Core work?**<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

C-320

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Cloud IoT Core connects, manages, and ingests data from IoT devices, and in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time.  The data includes telemetry data (event data such as measurement of temperature) and device state (current status of device):[297]<br><br>Services: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.<br><br>These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a<br><br>cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services. |

---

[297] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, as shown in the exemplary architecture for Cloud IoT Core, Cloud IoT Core accept messages and forwards them to cloud Pub/Sub. Cloud Dataflow is used to transform, enrich and then store telemetry data, and is integrated with components such as Cloud Firestore and Cloud Bigtable for storage:[298]

> Figure 3 shows the GCP cloud architecture along with its different components used to implement the prototype. Smart health care device and sensors are simulated as virtual machines with a MQTT where clients send telemetry messages through MQTT protocol bridge. *Cloud IoT Core* authenticates the sensor endpoints, the protocol bridge accepts messages and forwards each to cloud *Pub/Sub*, as shown in Figure 3(a). Cloud *Pub/Sub* is a globally scalable message queuing system which is an excellent choice to handle streams of data while decoupling the specifics of the backend processing implementation. *Cloud Functions* is used to trigger configuration change, and sends back the updated device configuration to the device using *Cloud IoT Core*. *Cloud Dataflow* is used to transform, enrich and then store telemetry data by using distributed data pipelines. It is integrated into GCP components such as Cloud Firestore, and Cloud Bigtable for storage. Figure 3(b) shows details of GCP cloud components, including where public-private keys for authentication and registries are created in GCP-IoT service. MQTT bridge acts as a server and provides a client server architecture with IoT devices simulated in the system. Here, we investigate two IoT use case scenarios (E-health and smart home) and discuss their pertinent authorization aspects in the context of the GCP-IoTAC model.

</td>
</tr>
</table>

---

[298] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, in a E-Health Use Case where hospital practitioners monitor a patient's data, if the body temperature sensed is published into *topic1* as being greater than 100 degrees Fahrenheit, *function1* can fire a callback alert, and the Cloud Functions Service Agent sends an alert to the body temperature sensor through CIC service, which can constitute corrective recommendations such as "body temperature of the user is getting high," and the user receives an alert to take rest:[299]

---

[299] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 4: E-health Use Case Setup.

Now we discuss the authorization of device in the cloud. The *body temperature sensor* senses the body temperature of device user. It publishes telemetry data to the assigned topic through MQTT/HTTPS bridge in GCP-IoT platform. Roles are assigned on registry for publishing messages, however any role cannot be assigned on a virtual *body temperature sensor*. The communication of virtual *body temperature sensor* can be control through allow/block. Cloud IoT Service Agent manages the publish data into *topic1* using cloud Pub/Sub service. A background *function1* triggers indirectly when a message is published on *topic1*. If the body temperature is greater than 100 degree Fahrenheit, then *function1* fires a callback alert, which contains the registry and device IDs. Cloud Functions Service Agent subscribes message from *topic1*, and sends alert

to the *body temperature sensor* through CIC service. This could be in-build corrective recommendations, for example body temperature of the user is getting high, and user receives an alert to take rest. CF service is a kind of a pipeline to access other services in GCP.

C-324

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, in the E-Health use case, *function1* sends body temperature sensor data into real time analysis Cloud Firestore service for application:[300]<br><br>*function1* expects an event from Pub/Sub, if it has data otherwise it throws an error. For this use case, we picked Cloud Firestore storage service which is a GCP service. function1 sends *body temperature sensor* data into real time analysis Cloud Firestore service for application. Other users such as doctor and nurse in the hospital visualize the data through cloud IoT application. IoT application sends the notification to doctor, when user's body temperature is greater than 100 degree Fahrenheit. Doctor sends alert (take rest) to device user and recommends medicine through IoT application. However, nurse can view only the data through IoT application. Specific role assignments for users through service-agents are discussed in section III. The user's heart rate sensor data is also published in topic1, and the user allows only heart specialist to update his data. Currently, the GCP-IoTAC model cannot incorporate the attributes of users. Current model would require inclusion of attributes of users, and groups of users as well as devices. |

---

[300] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 6: Sequence Diagram of E-health Use Case.

C-326

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Dataflow provides unified stream and batch data processing at scale and can be used for ETL (extract-transform-load) workflows, applying machine learning in real time to streaming data, and processing sensor data or log data at scale:[301]<br><br>Dataflow is a Google Cloud service that provides unified stream and batch data processing at scale. Use Dataflow to create data pipelines that read from one or more sources, transform the data, and write the data to a destination.<br><br>Typical use cases for Dataflow include the following:<br><br>• Data movement: Ingesting data or replicating data across subsystems.<br><br>• ETL (extract-transform-load) workflows that ingest data into a data warehouse such as BigQuery.<br><br>• Powering BI dashboards.<br><br>• Applying ML in real time to streaming data.<br><br>• Processing sensor data or log data at scale.<br><br>For example, Cloud Dataflow moves data through a series of stages that can include transforming and aggregating the data.  For example, a Cloud Dataflow pipeline can transform data to be more usable by the target system, aggregate, process, and enrich data for analysis, and join data with other data:[302] |

---

[301] *Dataflow overview*, https://cloud.google.com/dataflow/docs/overview.

[302] *Dataflow overview*, https://cloud.google.com/dataflow/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **How it works**<br><br>Dataflow uses a data pipeline model, where data moves through a series of stages. Stages can include reading data from a source, transforming and aggregating the data, and writing the results to a destination.<br><br>Pipelines can range from very simple to more complex processing. For example, a pipeline might do the following:<br><br>• Move data as-is to a destination.<br><br>• Transform data to be more useable by the target system.<br><br>• Aggregate, process, and enrich data for analysis.<br><br>• Join data with other data. |

C-328

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the Google Cloud MQTT broker middleware architecture employs an MQTT broker, Cloud Dataflow, and backend applications such as data analytics and IoT applications to extract, process, and analyze sensor data from Google devices from ubiquitous sensor networks:[303]



</td>
</tr>
</table>

---

[303] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

C-329

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, the MQTT broker cluster includes a device credential store and a device authentication and authorization service:[304]

---

[304] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

C-330

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The architecture in the preceding image is composed as follows:

- The MQTT broker is deployed as a cluster of three instances that are connected to the Cloud Load Balancing service. For the cloud load balancer, you can choose from one of several load-balancing products, which are described later in this document.

- The broker cluster includes a device credential store and a device authentication and authorization service. The cluster connects with the backend workloads through Dataflow or Pub/Sub.

- On the client side, edge gateways provide bidirectional communication between edge devices and the MQTT broker cluster through MQTT over TLS.

Generally, we recommend that you deploy the MQTT broker application for this architecture in a cluster for scalability. Factors such as the clustering functionality, the scale-up and scale-down cluster management, data synchronization, and network partition handling are addressed by the specific broker implementations.

For example, in the MQTT broker architecture, internet-connected edge devices publish their telemetry (e.g., sensed data regarding environment information) events and other information to the MQTT broker:[305]

Architectural considerations and choices 🔗

The following sections describe the different architectural choices and considerations that you must make for a standalone MQTT broker architecture, and the impact that these choices have on the architecture.

Connected devices

Internet-connected edge devices publish their telemetry events and other information to the MQTT broker. To implement the standalone MQTT broker architecture that's described in this document, the device needs to have an MQTT client, the server certificate public key for TLS authentication, and the credentials needed to authenticate with the MQTT broker.

In addition, edge devices generally have connectors to local sensors, to on-premises data systems, and to other devices that do not have internet access or IP connectivity. For example, the edge device can serve as a gateway for other local constrained devices connected to the gateway using BLE, to a wired connection, or to another near-field protocol. A detailed specification of the connected device architecture is outside the scope of this guide.

C-331

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, in the MQTT broker architecture, one or more backend applications use data ingested from the connected devices (e.g., object and environment sensor data) and incoming data and outgoing commands are routed through the MQTT broker:[306]

## Backend workloads

Any connected device use case includes one or more backend applications that use the data ingested from the connected devices. Sometimes, these applications also need to send commands and configuration updates to the devices. In the standalone MQTT broker architecture in this document, incoming data and outgoing commands are both routed through the MQTT broker. There are different topics within the broker's topic hierarchy to differentiate between the data and the commands.

Data and commands can be sent between the broker and the backend applications in one of several ways. If the application itself supports MQTT, or if it can be modified to support MQTT, the application can subscribe directly to the broker as a client. This approach enables you to use the MQTT Pub/Sub bidirectional messaging capability directly by using your application to receive data from and send commands to the connected devices.

If your application does not support MQTT, there are several other options. In the architecture described in this document, Apache Beam provides an MQTT driver, which allows bidirectional integration with Dataflow and other Beam deployments. Many brokers also have plugin capabilities that support integration with services like Google Pub/Sub. These are typically one-way integrations for data integration, although some brokers support bidirectional integration.

---

[305] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

[306] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the MQTT broker architecture can be used for standards-based data ingestion from heterogenous devices:[307]<br><br>**Use cases**<br><br>An MQTT broker architecture is particularly well suited for the device use cases that are described in the following sections.<br><br>**Standards-based data ingestion from heterogeneous devices**<br><br>When you want to collect and analyze data from a large fleet of heterogeneous devices, an MQTT broker is often a good solution. Because MQTT is a widely adopted and implemented standard, many edge devices have built-in support for it, and lightweight MQTT clients are available to add MQTT support to devices that don't. The publish-and-subscribe paradigm is also a part of the MQTT standard, so MQTT-enabled devices can take advantage of this architecture without additional implementation work. By contrast, devices that connect to Pub/Sub must implement the Pub/Sub API or use the Pub/Sub SDK. Running a standards-compliant MQTT broker on Google Cloud thus provides a simple solution for collecting data from a wide range of devices.<br><br>When your connected devices are not controlled by your application but by a third party, you might not have access to the device system software, and the management of the device itself would be the other party's responsibility. In that circumstance, we recommend that you run an MQTT broker and provide authentication credentials to the third party to set up the device-to-cloud communication channel. |

---

[307] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture employs an MQTT bridge/broker, device management services, Cloud Dataflow, and backend applications such as data analytics and IoT applications to extract, process, and analyze sensor data from connected Google devices (e.g., connected devices from ubiquitous sensor networks):[308]<br><br>**IoT platform product architecture on Google Cloud** 🔖 ▾      Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[308] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform provides various device management services such as device authentication and authorization, and alerting and notification capabilities and other analytics functionality:[309]

---

[309] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

C-335

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector. <br><br> The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows: <br><br> • Device credential store <br><br> • Rules engine <br><br> • Device authentication and authorization <br><br> • Device configuration management <br><br> • Device registry <br><br> • Device update management <br><br> IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality. <br><br> For example, connected Google devices publish telemetry (e.g., environmental sensor data) events and state information (e.g., object information) to the platform through one of the ingestion endpoints such as MQTT:[310] |

---

[310] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Manage connected devices**<br><br>Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.<br><br>We recommend that your organization use an IoT platform that has the following capabilities:<br><br>• **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.<br><br>• **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.<br><br>• **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.<br><br>• **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.<br><br>For example, the Google IoT platform provides internal data storage and transport capabilities that connect to backend workloads and applications, such as analytics applications:[311]<br><br>**Backend workloads**<br><br>Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.<br><br>If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments. |

---

[311] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud IoT platform architecture can be employed in a smart appliance management use case where the IoT platform monitors the state of each device and captures device activity to provide critical intelligence, or in a logistics and asset tracking use case where the IoT platform monitors a large fleet of assets, including through sensor information such as temperature, humidity, atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops:[312] |

> **Use cases**
>
> The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.
>
> **Smart appliance management**
>
> Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.
>
> **Logistics and asset tracking**
>
> For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability.

---

[312] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud's direct device to Pub/Sub connection employs an aggregation device/gateway, Cloud Pub/Sub, and cloud applications such as data analytics and alerting to extract, process, and analyze sensor data from connected Google devices (e.g., connected devices from ubiquitous sensor networks):[313]

### Device on Pub/Sub connection to Google Cloud 🔖 ▾

Send feedback

Last reviewed 2024-08-09 UTC

Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products.

</td>
</tr>
</table>

---

[313] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, after data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges, for example, to extract object and environment information, process the data, analyze it, and generate alerts and notifications:[314]

> **Backend applications**
>
> After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics.

---

[314] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 2[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [2c] a service platform management unit for providing the events and the context aware information to the application program in a form suitable for the application program. | The USN middleware of the accused instrumentalities comprise a service platform management unit for providing the events and the context aware information to the application program in a form suitable for the application program. <br><br> *See supra* claim 1, 1[c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

Additionally, for example, Google's Cloud IoT Core provides the events and the context aware information to an application program, via services such as Vertex AI, Looker, Data Studio, and Insights:[315]

> The ability to gain real-time insights from IoT data can redefine competitiveness for businesses. Intelligence allows connected devices and assets to interact efficiently with applications and with human beings in an intuitive and non-disruptive way. After your IoT project is up and running, many devices will be producing lots of data. You need an efficient, scalable, affordable way to both manage those devices and handle all that information.
>
> IoT Core is a fully managed service for managing IoT devices. It supports registration, authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, the events and the context aware information can be visualized in Looker or Data Studio:[316]<br><br>**How does Cloud IoT Core work?**<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

---

[315] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

[316] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google's Cloud IoT Core use cases include various situations like asset tracking, visual inspection, quality control, remote monitoring, connected homes, and vision intelligence that employ application programs to inform and alert users of the event and context aware information:[317]<br><br>## Use cases<br><br>IoT use cases range across numerous industries. Some typical examples include:<br><br>• Asset tracking, visual inspection, and quality control in retail, automotive, industrial, supply chain and logistics<br><br>• Remote monitoring and predictive maintenance in oil & gas, utilities, manufacturing, and transportation<br><br>• Connected homes and consumer technologies.<br><br>• Vision intelligence in retail, security, manufacturing, and industrial sectors<br><br>• Smart living in commercial, residential, and smart spaces<br><br>• Smart factories with predictive maintenance and real-time plant floor analytics |

---

[317] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, in an E-Health use case where hospital practitioners monitor a patient's data, E-Health IoT applications are used daily life to track patients' health records:[318] |

> **A. E-Health Use Case**
>
> In E-health use case hospital practitioners monitor patient's data through IoT applications using GCP-IoT service. This use case shows the interactions between IoT devices, and various users through cloud. E-health devices such as smart watch, heart rate sensor, and others help to reduce number of visits to the hospital for a patient. E-health IoT applications can be used in our daily life to track patient's health record.

---

[318] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, in the E-Health use case, *function1* sends body temperature sensor data into real time analysis Cloud Firestore service for application, and other users such as doctors and nurses can visualize the data through cloud IoT application, which sends a notification to the doctor when the user's body temperature is greater than 100 degrees Fahrenheit:[319]<br><br>*function1* expects an event from Pub/Sub, if it has data otherwise it throws an error. For this use case, we picked Cloud Firestore storage service which is a GCP service. function1 sends *body temperature sensor* data into real time analysis Cloud Firestore service for application. Other users such as doctor and nurse in the hospital visualize the data through cloud IoT application. IoT application sends the notification to doctor, when user's body temperature is greater than 100 degree Fahrenheit. Doctor sends alert (take rest) to device user and recommends medicine through IoT application. However, nurse can view only the data through IoT application. Specific role assignments for users through service-agents are discussed in section III. The user's heart rate sensor data is also published in topic1, and the user allows only heart specialist to update his data. Currently, the GCP-IoTAC model cannot incorporate the attributes of users. Current model would require inclusion of attributes of users, and groups of users as well as devices. |

---

[319] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

C-347

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 4: E-health Use Case Setup.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 6: Sequence Diagram of E-health Use Case.

C-349

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, the Google Cloud MQTT broker middleware architecture provides the events and context aware information to application programs on the Cloud clients side via the MQTT broker:[320]<br><br>**Standalone MQTT broker architecture on Google Cloud** 🔖 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ↗ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[320] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



The following diagram shows an MQTT broker architecture running on Google Cloud.

C-351

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud IoT platform product architecture provides the events and context aware information to application programs on the Cloud client side via the MQTT broker:[321]



---

[321] *See IoT platform product architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform includes an MQTT endpoint and an HTTPS endpoint for data communication:[322]

---

[322] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Ingestion endpoints**<br><br>Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.<br><br>**MQTT**<br><br>An IoT platform implements an MQTT endpoint in one of the following ways:<br><br>• A connector between MQTT and another message service<br>• An MQTT broker which implements the full MQTT specification<br><br>When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.<br><br>In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.<br><br>Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.<br><br>**HTTPS and other supplementary protocols**<br><br>In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.<br><br>HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ☑ and many commercial products.<br><br>Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ☑) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint. |

C-354

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, the Google IoT platform backend applications can also communicate with devices or application programs on the cloud client side via the MQTT broker:[323] |
|---|---|
|  | Backend workloads<br><br>Most IoT platforms provide their own internal data storage and transport capabilities that let you connect to your backend workloads and applications. AMQP, RabbitMQ, and Kafka are commonly used to provide internal data transport. These can all be connected to Pub/Sub using the Pub/Sub SDK. You can also use an integrated database system such as PostgreSQL to store data in the platform. In many cases, the IoT platform can be configured to use one of the Cloud Storage products directly, such as Cloud SQL, Firebase, or BigQuery.<br><br>If the IoT platform has a complete MQTT broker, backend applications can also communicate with devices by using the MQTT capability of the platform. If the application supports MQTT, the application can connect with the broker as a subscriber. If there is no MQTT support, Apache Beam provides an MQTT driver, which enables bidirectional integration with Dataflow as well as other Beam deployments. |

---

[323] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud IoT platform architecture can be employed in a smart appliance management use case where the IoT platform monitors the state of each device and captures device activity to provide critical intelligence, or in a logistics and asset tracking use case where the IoT platform monitors a large fleet of assets, including through sensor information such as temperature, humidity, atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. These use cases employ application programs to provide event notifications and context aware information to users:[324]

> **Use cases**
>
> The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.
>
> **Smart appliance management**
>
> Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.
>
> **Logistics and asset tracking**
>
> For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability.

---

[324] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's direct device to Pub/Sub connection includes an Alerting service that provides the events and knowledge contents to an application program:[325]

Device on Pub/Sub connection to Google Cloud

Send feedback

Last reviewed 2024-08-09 UTC

Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products.

---

[325] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

C-357

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Cloud's direct device to Pub/Sub connection employs Pub/Sub, which allows a bidirectional system composed of publishers and subscribers:[326]

---

[326] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

C-358

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Architectural considerations and choices**<br><br>Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud.<br><br>**Ingestion endpoints**<br><br>Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.<br><br>Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ⧉. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application.<br><br>For example, after data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges:[327]<br><br>**Backend applications**<br><br>After data is ingested into a Pub/Sub topic, the data is available to any application that runs on Google Cloud that has the appropriate credentials and access privileges. No additional connectors are necessary other than the Pub/Sub API in your application. Messages can be made available to multiple applications across your backend infrastructure for parallel processing or alerting, as well as archival storage and other analytics. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware can generate and send alerts and notifications to application programs such as the Google Home app and the Google nest app, as well as push notifications and emails, relating to important events, emergencies, and technical issues:[328] |

## Change Nest notification settings

Each of your Google Nest products can send you alerts to let you know when something in your home needs your attention. Whether it's push notifications to your phone, emails, or both, they'll try to alert you about important events, emergencies, and technical issues.

After you add a compatible product to your account in the Google Home or Nest app, you can change notification settings. To change the settings, select Notifications in the app's Settings menu.

---

[327] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

[328] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  |  |
|---|---|
|  | For example, Google Cloud's USN middleware for Google Nest Thermostat products provides numerous services for generating conditional events, context aware information, and knowledge contents from extracted object and environment information, and providing the information service to an application program such as the Google Home app or the Google Nest app on a user's phone or tablet.[329]<br><br>For example, the Thermostat Safety Temperatures service can send a notification to a user's phone, a message in the Google Nest app, or an event in them Google Home app's Feed, if the room temperature drops below or above the set Safety Temperatures:[330]<br><br>**Thermostat Safety Temperatures**<br><br>Safety Temperatures can protect your home during extremely cold or hot weather. With Safety Temperatures, when your home reaches a set temperature limit, your thermostat will turn on heating or cooling even if the thermostat is set to Off. This can help ensure that your pipes won't freeze or your home won't overheat.<br><br>Safety Temperature notifications ^<br><br>If the room temperature drops below or above the set Safety Temperatures, and your Nest thermostat automatically starts heating or cooling, you'll get a notification sent to your phone, as well as a message in the Nest app or an event in the Home app's Feed. Once temperatures return to normal levels, another notification will let you know. |

---

[329] *Thermostats – Explore features and settings > Browse all features and settings*,
https://support.google.com/googlenest/topic/9361868?hl=en&ref_topic=9361969&sjid=11466746182716409446-NC.

[330] *Thermostat Safety Temperatures,*
https://support.google.com/googlenest/answer/9249790?hl=en&ref_topic=9361874&sjid=11466746182716409446-NC#zippy=%2Cset-safety-temperatures%2Cwith-the-home-app%2Cwith-the-nest-app%2Csafety-temperature-notifications.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, the System Health Monitor service can send an email alert or Home app notification when a warning sign that there are potential issues with heating, ventilation, and air conditioning (HVAC) systems, such as when it takes longer than usual to cool a home:[331]

> ### Learn about System Health Monitor from Google Nest
>
> **Important:** Google Nest System Health Monitor is available in eligible regions in the US and Canada.
>
> With System Health Monitor, you can identify potential issues with eligible heating, ventilation and air conditioning (HVAC) systems. If a potential issue is detected, you will receive an alert through email or a Google Home app notification.
>
> - Learn what different System Health Monitor alerts mean ☑
> - Learn how to get System Health Monitor Pro assistance ☑
>
> ### How System Health Monitor works
>
> Sometimes, your System Health Monitor system shows warning signs that it's having issues. For example, if it takes longer than usual to cool your home, there might be a problem with your cooling system (AC). We may send you an email alert or a Home app notification when one of the warning signs is detected.
>
> The alert email or notification will tell you what your thermostat noticed and which system (heating or cooling) may have been affected. You may also be shown contact information for a Pro, if you have one recorded in your thermostat or if you are in an eligible region.

For example, Google Cloud's USN middleware can also generate and send notifications and alerts for Furnace Heads-Up when there is an issue with a forced air system's filter, and HVAC monitoring when there is unusual system behavior with an HVAC system:[332]

</td>
</tr>
</table>

---

[331] *Learn about System Health Monitor from Google Nest,*
https://support.google.com/googlenest/answer/9984225?hl=en&ref_topic=9361779&sjid=11466746182716409446-NC.
[332] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm%2Chome-app

C-362

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Furnace Heads-Up**<br><br>Furnace Heads-Up can also send a message to your phone (if your Wi-Fi and internet connection are working) when there's an issue with your forced air system's filter. You'll get these notifications if you have a Nest thermostat that's been added to your account and set up to control a forced air system. Because this is meant to help protect your system, these notifications are always on. But they should happen rarely.<br><br>**HVAC monitoring**<br><br>Get a heads up if your Nest thermostat detects potentially unusual system behavior. You can turn on Urgent alerts to potentially serious system issues that require immediate attention. These will always show in the app feed but emails are optional. You can also choose to turn on Push notifications or turn on Early warnings to get app feed alerts for non-urgent system issues before they become serious. | |

C-363

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's USN middleware for Google camera and doorbell devices can generate a notification and event in the video history timeline on the Google Home app or the Google Nest app of a user's phone or tablet when a person walks through an Activity Zone:[333]



For example, Google Cloud's USN middleware for Google camera and doorbell devices can notify a user if the Google Nest camera detects people it doesn't recognize based on familiar face detection:[334]

---

[333] *Set up and use Activity Zones,*
https://support.google.com/googlenest/answer/9207697?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC.
[334] *Learn about familiar face detection,*
https://support.google.com/googlenest/answer/9268625?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC#zippy=%2Cnotifications.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Learn about familiar face detection**<br><br>**Important:** Use familiar face detection in compliance with the law. Depending on where you live, you might need to get consent to have your camera help you identify people who visit your home.<br><br>With Google Home Premium, you can use familiar face detection[1] to teach your Google Nest camera to recognize faces of people that you know. It will notify you if it detects people it doesn't recognize. Over time, facial recognition becomes more accurate when it determines familiar faces and can send you more helpful alerts.<br><br>You can also manage your familiar faces library in the app, like change a person's name or delete a face profile. |

C-365

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms sends mobile notifications on a user's smartphone or tablet based on two stages of alerts—a "Heads-Up" alert, and an "Emergency Alarm" alert:[335]<br><br>**The difference between Protect's Heads-Up and Emergency Alarms**<br><br>The sound of smoke alarms is intended to be scary, piercing, and unavoidable. If we hear smoke alarms often, the alarm can cause us to take the batteries out. However, this sound could mean there's an emergency.<br><br>This frustration puts all of us in danger. According to the National Fire Protection Association (NFPA), in 73% of U.S. homes that experienced a fire, the alarm didn't go off because the batteries were dead, disconnected, or removed.<br><br>This is why we created a new kind of alarm. If Nest Protect detects low levels of smoke, it gives you a gentle Heads-Up as an early warning. If the situation gets worse, Nest Protect sounds the Emergency Alarm.<br><br><br><br>**What is a Heads-Up?**<br><br>Nest Protect gives you an early warning when smoke or carbon monoxide (CO) levels rise. When Nest Protect senses smoke or carbon monoxide below emergency levels, it pulses yellow and notifies you and plays an audio "Heads-Up: there's smoke in the kid's bedroom." It'll also send you a mobile notification on your smartphone or tablet.<br><br>**Can I silence a Heads-Up?**<br><br>Heads-Up voice alerts can be silenced by pressing the Nest button. This gives you time to identify and address the problem without the alarm sound. Always make sure you are safe before you silence Nest Protect.<br><br>**What is an Emergency Alarm?**<br><br>When smoke or carbon monoxide (CO) reach emergency levels, Nest Protect pulses red, makes a loud sound, and tells you what and where the emergency is. "Emergency: there's carbon monoxide in the basement. Move to fresh air." Nest Protect also sends you a mobile notification. |

---

[335] *The difference between Protect's Heads-Up and Emergency Alarms*,
https://support.google.com/googlenest/answer/9249081?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms generates various types of alarms and notifications (including events and context aware information) based on the analyzed sensor data, and provides the information service to an application program for a user with information related to the environment where the Google Nest Protect device is located:[336]

---

[336] *Nest Protect lights and sounds*, https://support.google.com/googlenest/answer/9243107?hl=en#zippy=%2Cduring-setup%2Cmanually-test-nest-protect%2Cheads-up-and-emergency-alarms.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | | | |
|---|---|---|---|---|
| | | | | |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 3**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3pre] The system as recited in claim 2, wherein the sensor network abstraction unit comprises: | *See supra* claim 2. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 3[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3a] a sensor network interface for extracting the sensed data by referring to a message transfer protocol; | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network interface for extracting the sensed data by referring to a message transfer protocol.<br><br>*See supra* claim 1, 1[c] and claim 2, 2[a]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

In addition, for example, Google Cloud IoT Core extracts device telemetry data (e.g., sensed data) via Cloud Pub/Sub:[337]

---

[337] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **How does Cloud IoT Core work?**<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Cloud IoT Core's Cloud Pub/Sub (PS) is an asynchronous messaging service implemented through an MQTT/HTTP protocol bridge:[338] |

> **Services**: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.
>
> These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a
>
> cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services.

---

[338] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture provides employs an MQTT bridge/broker, and connects products with basic data connectivity based on MQTT and HTTPS protocols:[339]<br><br>**IoT platform product architecture on Google Cloud** 🔖 ▾   Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[339] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

C-376

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Cloud Pub/Sub uses standard gRPC and REST service API technologies for communication between services:[340]

> • **APIs.** Pub/Sub uses standard gRPC and REST service API technologies along with client libraries for several languages.

For example, Cloud Pub/Sub uses gRPC—an open source internet RPC framework supports most common languages and programming patterns—for communication between services:[341]

> Internet RPC protocols have been notoriously inefficient, from XML stanzas to HTTP/JSON using unidirectional communications — gRPC to the rescue! Announced last year, gRPC is an open source RPC framework that came out of Google's experience running much of our infrastructure using an internal version called Stubby. Not only is gRPC significantly more efficient than JSON/HTTP APIs, it supports most common languages and programming patterns idiomatic to building high performance clients and servers. Of course, we wanted to make this technology available for Google Cloud Platform customers. And today, we would like to invite you to try Google Cloud Pub/Sub with gRPC clients.

</td>
</tr>
</table>

---

[340] *See What is Pub/Sub?*, https://docs.cloud.google.com/pubsub/docs/overview.
[341] *See Announcing gRPC Alpha for Google Cloud Pub/Sub*, https://cloud.google.com/blog/products/gcp/announcing-grpc-alpha-for-google-cloud-pubsub.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 3[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3b] a sensor network interface protocol storage for managing a rule for the message transfer protocol; and | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network interface protocol storage for managing a rule for the message transfer protocol.<br><br>*See supra* claim 1, 1[c] and claim 2, 2[a]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | In addition, for example, Cloud Pub/Sub (PS) is an asynchronous messaging service implemented through an MQTT/HTTP protocol bridge, and cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to Cloud Pub/Sub:[342]<br><br>**Services**: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.<br><br>These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a<br><br>cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services. |

---

[342] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud MQTT broker middleware architecture employs an MQTT broker, and a Broker administration with Device credential store, Device authentication and authorization, and Broker administration API, for connecting devices to Cloud Pub/Sub or Cloud Dataflow and managing a rule for the message transfer protocol of those connections:[343]<br><br>**Standalone MQTT broker architecture on Google Cloud**   Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[343] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture provides employs an MQTT bridge/broker to connect devices and manage a rule for those connections through MQTT and HTTPS protocols:[344]<br><br>**IoT platform product architecture on Google Cloud**      Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[344] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform includes an MQTT endpoint and an HTTPS endpoint that it manages for data ingestion from connected devices:[345]

---

[345] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

C-384

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Ingestion endpoints<br><br>Most commercial IoT platform applications include an MQTT endpoint, and usually also an HTTPS endpoint for data ingestion from connected devices.<br><br>MQTT<br><br>An IoT platform implements an MQTT endpoint in one of the following ways:<br><br>• A connector between MQTT and another message service<br><br>• An MQTT broker which implements the full MQTT specification<br><br>When you evaluate commercial IoT platforms, it's important to know which of the preceding approaches the vendor has chosen for the product so that you can determine the implications for your use case.<br><br>In some cases, the MQTT endpoint only connects the MQTT clients with a backend messaging service, such as Kafka or Pub/Sub. This type of endpoint usually does not implement the complete MQTT protocol specification, and often doesn't include features such as QoS levels 1 and 2, or shared subscriptions. The advantage of this approach is that it decreases complexity in the IoT platform, because there's no separate MQTT broker application. Operational costs are lower, and maintenance is simpler than if the platform uses a separate MQTT broker. However, because of the reduced support for more advanced MQTT protocol features, this approach means that there is less flexibility and functionality for MQTT message transport than a standalone MQTT broker that implements the complete MQTT specification.<br><br>Other IoT platforms provide a complete MQTT broker as part of the platform, as shown in the example architecture in this document. This broker might be one of the existing open source brokers, or a proprietary broker implementation. A full MQTT broker provides the full bidirectional MQTT capability described earlier, but a full broker can add complexity and operational costs to the management of the IoT platform.<br><br>HTTPS and other supplementary protocols<br><br>In addition to MQTT, many IoT platforms provide more data ingestion endpoints than those that are shown in the main architecture that this document describes.<br><br>HTTPS is a common alternative protocol to MQTT for connected device use cases. It has higher overhead than MQTT, but it's more widely supported by mobile devices such as phones, and by web browsers and other applications. It's frequently used in certain connected device applications, and it's supported by open source platforms like Eclipse Hono ☑ and many commercial products.<br><br>Many constrained device applications use (Constrained Application Protocol (CoAP), defined in RFC 7252 ☑) as an MQTT alternative. CoAP targets low-overhead and small-footprint clients for embedded devices and sensors. Many commercial IoT platform applications also provide a CoAP endpoint. |

C-385

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's direct device to Pub/Sub connection sends aggregated data from remote devices and sensors to Pub/Sub via HTTP or gRPC:[346]<br><br>The flow of events in the preceding diagram is as follows:<br><br>• You use the Identity and Access Management API to create a new key pair for a service account. The public key is stored in IAM. However, you must download the private key securely and store it in the gateway device so that it can be used for authentication.<br><br>• The aggregation device collects data from multiple other remote devices and sensors located within a secure local network. The remote devices communicate with the gateway using a local edge protocol such as MODBUS, BACNET, OPC-UA, or another local protocol.<br><br>• The aggregation device sends data to Pub/Sub over either HTTPS or gRPC. These API calls are signed using the service account private key held on the aggregation device.<br><br>**Architectural considerations and choices**<br><br>Because Pub/Sub is a serverless data streaming service, you can use it to create bidirectional systems that are composed of event producers and consumers (known as publishers and subscribers). In some connected device scenarios, you only need a scalable publish and subscribe service to create an effective data architecture. The following sections describe the considerations and choices that you need to make when you implement a device to Pub/Sub architecture on Google Cloud. |

---

[346] *See Device on Pub/Sub connection to Google Cloud*, https://cloud.google.com/architecture/connected-devices/device-pubsub-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Ingestion endpoints**<br><br>Pub/Sub provides prebuilt client libraries in multiple languages that implement the REST and gRPC APIs. It supports two protocols for message ingestion: REST (HTTP) and gRPC. For a connected device to send and receive data through Pub/Sub, the device must be able to interact with one of these endpoints.<br><br>Many software applications have built-in support for REST APIs, so connecting with the Pub/Sub REST API is often the easiest solution. In some use cases, however, gRPC can be a more efficient and faster alternative. Because it uses serialized protocol buffers for the message payload instead of JSON, XML, or another text-based format, gRPC is better suited for the low-bandwidth applications that are commonly found in connected device use cases. gRPC API connections are also faster than REST for data transmission, and gRPC supports simultaneous bidirectional communication. One study found that gRPC is up to seven times faster than REST ☑. As a result, for many connected device scenarios, gRPC is a better option if a gRPC connector is available or can be implemented for the connected device application. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 3[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [3c] a sensor network monitor for monitoring a state of the sensor network, based on the data received from the sensor network interface. | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network monitor for monitoring a state of the sensor network, based on the data received from the sensor network interface.<br><br>*See supra* claim 1, 1[c] and claim 2, 2[a]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | In addition, for example, Cloud IoT Core connects, manages, and ingests telemetry data (event data such as measurement of temperature) and device state (current status of device) to monitor a state of the sensor network:[347]<br><br>**Services**: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.<br><br>These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a<br><br>cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services. |

---

[347] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud MQTT broker middleware architecture includes Device credential store and Device authentication and authorization, to monitor a state of the sensor network:[348]



---

[348] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

C-390

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | The architecture in the preceding image is composed as follows:<br><br>• The MQTT broker is deployed as a cluster of three instances that are connected to the Cloud Load Balancing service. For the cloud load balancer, you can choose from one of several load-balancing products, which are described later in this document.<br><br>• The broker cluster includes a device credential store and a device authentication and authorization service. The cluster connects with the backend workloads through Dataflow or Pub/Sub.<br><br>• On the client side, edge gateways provide bidirectional communication between edge devices and the MQTT broker cluster through MQTT over TLS.<br><br>Generally, we recommend that you deploy the MQTT broker application for this architecture in a cluster for scalability. Factors such as the clustering functionality, the scale-up and scale-down cluster management, data synchronization, and network partition handling are addressed by the specific broker implementations. |

C-391

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture provides a unified interface for managing a heterogeneous sensor network collection of devices:[349]<br><br>**IoT platform product architecture on Google Cloud** 🔖 ▾      Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[349] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google IoT platform monitors a sensor network through device management services such as device authentication and authorization:[350]

> As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.
>
> The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:
>
> - Device credential store
> - Rules engine
> - Device authentication and authorization
> - Device configuration management
> - Device registry
> - Device update management
>
> IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality.

For example, connected Google devices publish telemetry events and state information to the platform so that a state of the sensor network can be monitored:[351]

---

[350] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

[351] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Manage connected devices**<br><br>Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.<br><br>We recommend that your organization use an IoT platform that has the following capabilities:<br><br>• **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.<br><br>• **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.<br><br>• **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.<br><br>• **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.<br><br>For example, the Google Cloud IoT platform architecture can be employed in a smart appliance management use case where the IoT platform monitors the state of each device and captures device activity to provide critical intelligence on the sensor network, or in a logistics and asset tracking use case where the IoT platform monitors a large fleet of assets to detect unexpected movements or drops in the sensor network:[352] |

---

[352] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

## Use cases

The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.

## Smart appliance management

Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.

## Logistics and asset tracking

For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google collects various types of device data and sensor data to monitor a state of a sensor network:[353]

---

[353] *FAQs on privacy: Google Nest*,
https://support.google.com/googlenest/answer/9415830?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cwhat-types-of-data-are-collected-when-i-use-google-nests-connected-home-devices-and-services%2Chow-can-i-access-and-download-my-data.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | • **Device usage data** that includes:<br><br>  • Manual device interactions (such as manually adjusting the temperature on the Nest thermostat), heating and cooling usage data (such as when your heating or cooling system turns on and off), device state, settings, and features used.<br><br>  • Device usage data is also collected when a device is used with a Google service (such as Google Assistant, YouTube, Google Maps, Google Calendar, Google Fit, or Google Meet), or with a third-party service (such as Spotify or Pandora), such as voice or touch interactions, long presses on the device, or other device interactions or adjustments, including related device state, settings, and features used.<br><br>• **Technical data**, like device make and model, serial number, IP and MAC address, Wi-Fi connectivity, signal strength and settings, detection of other devices on your network and nearby access points, hardware and software version, sensor status, battery charge level, log files from connections, power status, HVAC system capabilities, and other technical information such as crash, diagnostics, reliability and performance logs and reports.<br><br>• **Services information**, like type of service used (such as Google Home Premium, Nest Aware, or an energy service like Rush Hour Rewards and Seasonal Savings), service attributes (such as features used or enabled), service usage data (such as start and end date, service adjustments, and feature settings), how the service performs, and any feedback on the service. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud MQTT broker architecture and the Google Cloud IoT platform employ Cloud Logging and Cloud Monitoring:[354]



The following diagram shows an MQTT broker architecture running on Google Cloud.

---

[354] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture; *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, Google Cloud logging provides platform log ingestion from sensor networks, and alerts for logs, such as for anomalies from sensor networks:[355]

---

[355] *See Cloud Logging*, https://cloud.google.com/logging?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Cloud Monitoring provides visibility into the performance, availability, and health of applications and infrastructure, such as sensor networks:[356]



For example, Cloud Monitoring offers metric collection dashboards, displaying metrics, events, and

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | metadata with rich query language that helps identify issues and uncover patterns: |
| | |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

---

[356] *See Cloud Monitoring*, https://cloud.google.com/monitoring?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 4**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4pre] The system as recited in claim 3, wherein the sensor network intelligence unit comprises: | *See supra* claim 3. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 4[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4a] a sensed data analyzer for performing an analysis operation to clean, classify and integrate the sensed data processed by the sensor network abstraction unit; | The sensor network intelligence unit of the accused instrumentalities comprises a sensed data analyzer for performing an analysis operation to clean, classify and integrate the sensed data processed by the sensor network abstraction unit.<br><br>*See supra* claim 1, 1[c] and 2, 2[b]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

In addition, for example, Google Cloud IoT Core routes real-time sensed data to Cloud Dataflow for transformation, cleaning, and streaming analysis of the data:[357]

### How does Cloud IoT Core work?

Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.

Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.

</td>
</tr>
</table>

---

[357] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Cloud IoT Core provides a complete solution for collecting, processing, and analyzing IoT data in real time:[358]<br><br>**Services**: Cloud IoT Core (CIC) is a fully managed service that allows us to easily and securely connect, manage, and ingest data from millions of IoT devices. CIC, in combination with other services on Google Cloud IoT platform, provides a complete solution for collecting, processing, and analyzing IoT data in real time to support improved operational efficiency.<br><br>These services are shown in rectangle box in Figure 2 to show their existence in GCP-IoT. There are two main components of CIC: A device manager who registers devices, and MQTT/HTTP protocol bridge that can be used to connect a device to GCP. PS is an asynchronous messaging service, and uses two levels of interactions between the publisher and subscriber. Publisher is a role, who publishes the messages to a specific topic, and another role Subscriber, who receives messages on a specific subscription. In GCP-IoT, cloudiot.serviceAgent manages Cloud IoT Core resources, including publishing data to cloud Pub/Sub. Device telemetry data is forwarded to a<br><br>cloud Pub/Sub topic, and triggers Cloud Functions (CF) to send the update configuration. Telemetry data (event data such as measurement of temperature) or device state (current status of the device) is sent from a device to the cloud, and device configuration (light_mode = ON) is sent from cloud to a device. CF is a serverless execution environment for building and connecting cloud services.<br><br>For example, Cloud Dataflow is used to transform, enrich and then store telemetry data, and is integrated with components such as Cloud Firestore and Cloud Bigtable for storage:[359] |

---

[358] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

[359] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | Figure 3 shows the GCP cloud architecture along with its different components used to implement the prototype. Smart health care device and sensors are simulated as virtual machines with a MQTT where clients send telemetry messages through MQTT protocol bridge. *Cloud IoT Core* authenticates the sensor endpoints, the protocol bridge accepts messages and forwards each to cloud *Pub/Sub*, as shown in Figure 3(a). Cloud *Pub/Sub* is a globally scalable message queuing system which is an excellent choice to handle streams of data while decoupling the specifics of the backend processing implementation. *Cloud Functions* is used to trigger configuration change, and sends back the updated device configuration to the device using *Cloud IoT Core*. *Cloud Dataflow* is used to transform, enrich and then store telemetry data by using distributed data pipelines. It is integrated into GCP components such as Cloud Firestore, and Cloud Bigtable for storage. Figure 3(b) shows details of GCP cloud components, including where public-private keys for authentication and registries are created in GCP-IoT service. MQTT bridge acts as a server and provides a client server architecture with IoT devices simulated in the system. Here, we investigate two IoT use case scenarios (E-health and smart home) and discuss their pertinent authorization aspects in the context of the GCP-IoTAC model. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 4[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4b] an event processor for generating the conditional events including notification and alarm according to a rule set by the application program and managing the generated events; and | The sensor network intelligence unit of the accused instrumentalities comprises an event processor for generating the conditional events including notification and alarm according to a rule set by the application program and managing the generated events.<br><br>*See supra* claim 1, 1[c] and 2, 2[b]. |
|  | In addition, for example, Google Cloud's USN middleware can generate and send alerts and notifications to application programs such as the Google Home app and the Google nest app, as well as push notifications and emails, relating to important events, emergencies, and technical issues, according to a rule or setting set through an application program such as the Google Home app or the Google Nest app:[360]<br><br>Change Nest notification settings<br><br>Each of your Google Nest products can send you alerts to let you know when something in your home needs your attention. Whether it's push notifications to your phone, emails, or both, they'll try to alert you about important events, emergencies, and technical issues.<br><br>After you add a compatible product to your account in the Google Home or Nest app, you can change notification settings. To change the settings, select Notifications in the app's Settings menu. |

[360] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google's Thermostat Safety Temperatures service can send a notification to a user's phone, a message in the Google Nest app, or an event in them Google Home app's Feed, if the room temperature drops below or above a Safety Temperature set by the user through the application program:[361]

**Thermostat Safety Temperatures**

Safety Temperatures can protect your home during extremely cold or hot weather. With Safety Temperatures, when your home reaches a set temperature limit, your thermostat will turn on heating or cooling even if the thermostat is set to Off. This can help ensure that your pipes won't freeze or your home won't overheat.

Safety Temperature notifications

If the room temperature drops below or above the set Safety Temperatures, and your Nest thermostat automatically starts heating or cooling, you'll get a notification sent to your phone, as well as a message in the Nest app or an event in the Home app's Feed. Once temperatures return to normal levels, another notification will let you know.

For example, Google Cloud's USN middleware for Google camera and doorbell devices can generate a notification and event in the video history timeline on the Google Home app or the Google Nest app of a user's phone or tablet when a person walks through an Activity Zone set by the application program:[362] |

---

[361] *Thermostat Safety Temperatures,*
https://support.google.com/googlenest/answer/9249790?hl=en&ref_topic=9361874&sjid=11466746182716409446-NC#zippy=%2Cset-safety-temperatures%2Cwith-the-home-app%2Cwith-the-nest-app%2Csafety-temperature-notifications.
[362] *Set up and use Activity Zones,*
https://support.google.com/googlenest/answer/9207697?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-410

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms sends mobile notifications on a user's smartphone or tablet based on two stages of alerts—a "Heads-Up" alert, and an "Emergency Alarm" alert according to a rule set by the application program:[363]<br><br> |

---

[363] *The difference between Protect's Heads-Up and Emergency Alarms,* https://support.google.com/googlenest/answer/9249081?hl=en.

C-411

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Heads-Up for smoke and carbon monoxide can be enabled or disabled from the Google Nest app, Google Home app, or the Web:[364]<br><br>**Can I disable Heads-Up and Emergency Alarms?**<br><br>You can disable Heads-Up for smoke and carbon monoxide from your Nest app, Google Home app, or the Web. For your own safety, Emergency Alarms can't be disabled since they detect dangerous situations that require you to move quickly to safety.<br><br>For example, Google Cloud's USN middleware for Google Nest Protect smoke alarms generates various types of alarms that can be set by the application program:[365]<br><br>**Heads-Up and Emergency Alarms**<br><br>Protect verbally communicates the location and nature of potential threats in your home. It also sends an alert to your phone or tablet as long as it's connected to Wi-Fi and the internet.<br><br>Protect gives you an early warning when it detects that smoke or carbon monoxide levels are rising. This is called Heads-Up. If the smoke or carbon monoxide levels are at critical levels, Protect will sound the alarm, pulse red and let you know where the problem is. |

---

[364] *The difference between Protect's Heads-Up and Emergency Alarms*, https://support.google.com/googlenest/answer/9249081?hl=en.
[365] *Nest Protect lights and sounds*, https://support.google.com/googlenest/answer/9243107?hl=en#zippy=%2Cduring-setup%2Cmanually-test-nest-protect%2Cheads-up-and-emergency-alarms.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| Protect speech and sounds | Protect lights | What appears on your mobile device | What it means and what to do |
|---|---|---|---|
| "Heads-Up. There's smoke in the (room name). The alarm may sound." Play the audio ☑ | Pulsing yellow light ring | Heads-Up: There's smoke • (room name). | Smoke levels are rising. Put out the source of the smoke. Then, use the app or press the center button to silence the alert. |
| "Heads-Up. There's carbon monoxide in the (room name). The alarm may sound." Play the audio ☑ | Pulsing yellow light ring | Heads-Up: There's carbon monoxide • (room name). | Carbon monoxide levels are rising. Open a window or door to get some fresh air. Then, use the app or press the center button to silence the alert. |
| "(Smoke or carbon monoxide) alarm silenced." Play the audio ☑ | Pulsing yellow light ring | Alarm silenced. The alarm sounds again if the problem continues. In some cases, alarm silencing isn't possible when smoke reach very high levels. | You have silenced the alarm temporarily. Make sure you are safe and put out the source of the smoke or carbon monoxide. |

C-413

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | | |
|---|---|---|---|
| (Alarm sound) "Emergency. There's smoke in the (room name)." Play the audio ☑ | Pulsing red light ring | Emergency: There's smoke • (room name). | The smoke in the room has reached emergency levels. Get out of the house immediately. What to do if Nest Protect detects smoke |
| (Alarm sound) "Emergency. There's carbon monoxide in the (room name). Move to fresh air." Play the audio ☑ | Pulsing red light ring | Emergency: There's carbon monoxide • (room name). | The carbon monoxide in the room has now reached emergency levels. What to do if carbon monoxide is detected<br>1. Press the center button to silence or reset Protect.<br>2. Call your fire department or 911.<br>3. Move everyone to fresh air.<br>4. Do not re-enter the premises until the emergency services tell you to. |
| "(Smoke or carbon monoxide) alarm silenced." Play the audio ☑ | Pulsing red light ring | Alarm silenced. The alarm sounds again if the problem continues. In some cases, alarm silencing isn't possible when smoke reach very high levels. | You have silenced the alarm temporarily. What to do in case of a smoke alarm What to do in case of a carbon monoxide alarm |

C-414

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | | |
|---|---|---|---|
| | "The smoke alarm is over in the (room name)." <br><br> Play the audio ⧉ | Pulsing green light ring | Smoke clearing · (room name). The smoke level is decreasing. | Conditions are returning to normal. <br><br> Make sure you're safe and have put out the source of smoke. |
| | "The carbon monoxide alarm is over in the (room name)." <br><br> Play the audio ⧉ | Pulsing green light ring | Carbon monoxide clearing · (room name). The carbon monoxide level is decreasing. | Conditions are returning to normal. <br><br> Make sure you're safe and have dealt with the source of the carbon monoxide. |

C-415

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google Cloud's streaming analytics services analyze sensed data through BigQuery, Vertex AI and Big Table, and provide the resulting information service through applications such as Looker Studio or other external APIs:[366]



---

[366] *See Pub/Sub*, https://cloud.google.com/pubsub?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, in a typical ETL (extract-transform-load) and BI (business intelligence) solution using Dataflow and other Cloud services, BigQuery acts as a data warehouse, allowing data analysts to run ad hoc queries on the data, and Looker provides real-time BI insights from the data stored in BigQuery:



For example, Cloud Dataflow can be used for real-time streaming analytics by streaming data sources into BigQuery, data lakes, Spanner, Bigtable, SQL stores, Splunk Datadog, and more:[367]

---

[367] *See Real-time data intelligence*, https://cloud.google.com/products/dataflow?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr><td></td><td>

For example, Google's streaming analytics services can analyze sensed data with BigQuery, automate rapid, intelligent responses to events as they occur through Bigtable, and provide streaming machine learning operations such as ML Ops & preprocessing and running inferences based on the sensed data:[368]

</td></tr>
</table>

---

[368] *See Real-time data intelligence*, https://cloud.google.com/products/dataflow?hl=en.

C-418

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Cloud Dataflow can be used for real-time ETL and data integration to process and write data immediately and enable rapid analysis and decision-making, by performing analytics on sensed data via BigQuery, and integration via Cloud SQL, AlloyDB, and Cloud Spanner:

C-419

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-420

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, the Google Cloud MQTT broker architecture and the Google Cloud IoT platform employ Cloud Logging and Cloud Monitoring:[369]



---

[369] *See Standalone MQTT broker architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture; *See IoT platform product architecture on Google Cloud,* https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, Google Cloud logging provides platform log ingestion from sensor networks, and alerts for logs, such as for anomalies from sensor networks:[370]

---

[370] *See Cloud Logging*, https://cloud.google.com/logging?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Cloud Monitoring provides visibility into the performance, availability, and health of applications and infrastructure, such as sensor networks:[371]



For example, Cloud Monitoring offers metric collection dashboards, displaying metrics, events, and

C-423

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | metadata with rich query language that helps identify issues and uncover patterns: |
|---|---|
| | BENEFITS<br><br>For Google Cloud and other environments<br><br>Cloud Monitoring offers automatic out-of-the-box metric collection dashboards for Google Cloud services. It also supports monitoring of hybrid and multicloud environments.<br><br>Identify trends, prevent issues<br><br>Metrics, events, and metadata are displayed with rich query language that helps identify issues and uncover patterns. Service-level objectives measure user experience and improve collaboration with developers.<br><br>Reduce monitoring overhead<br><br>One integrated service for metrics, uptime monitoring, dashboards, and alerts reduces time spent navigating between systems. Observability in context makes metrics available within Google Cloud resource pages. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

[371] *See Cloud Monitoring*, https://cloud.google.com/monitoring?hl=en.

C-424

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 4[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [4c] a context information manager for sensing and generating the context aware information, based on the sensed data analyzed by the sensed data analyzer. | The sensor network intelligence unit of the accused instrumentalities comprises a context information manager for sensing and generating the context aware information, based on the sensed data analyzed by the sensed data analyzer.<br><br>*See supra* claim 1, 1[c], claim 2, 2[b], and claim 4, 4[b]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | In addition, for example, Google's System Health Monitor service can sense and generate context aware information, e.g., a notification that there are potential issues with heating, ventilation, or air conditioning (HVAC) systems when it takes longer than usual to cool a home, based on the sensed data analyzed by the sensed data analyzer:[372]<br><br>**Learn about System Health Monitor from Google Nest**<br><br>**Important:** Google Nest System Health Monitor is available in eligible regions in the US and Canada.<br><br>With System Health Monitor, you can identify potential issues with eligible heating, ventilation and air conditioning (HVAC) systems. If a potential issue is detected, you will receive an alert through email or a Google Home app notification.<br><br>• Learn what different System Health Monitor alerts mean ☑<br>• Learn how to get System Health Monitor Pro assistance ☑<br><br>**How System Health Monitor works**<br><br>Sometimes, your System Health Monitor system shows warning signs that it's having issues. For example, if it takes longer than usual to cool your home, there might be a problem with your cooling system (AC). We may send you an email alert or a Home app notification when one of the warning signs is detected.<br><br>The alert email or notification will tell you what your thermostat noticed and which system (heating or cooling) may have been affected. You may also be shown contact information for a Pro, if you have one recorded in your thermostat or if you are in an eligible region.<br><br>For example, Google's Furnace Heads-Up service can generate notifications and alerts context aware information, e.g., a notification that there is an issue with a forced air system's filter, or unusual system behavior with an HVAC system:[373] |

---

[372] *Learn about System Health Monitor from Google Nest,* https://support.google.com/googlenest/answer/9984225?hl=en&ref_topic=9361779&sjid=11466746182716409446-NC.

[373] *Change Nest notification settings,* https://support.google.com/googlenest/answer/9244826?hl=en#zippy=%2Cnest-cameras-and-video-doorbells%2Cnest-thermostats%2Cnest-protect-smoke-and-co-alarm%2Chome-app

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | **Furnace Heads-Up**<br><br>Furnace Heads-Up can also send a message to your phone (if your Wi-Fi and internet connection are working) when there's an issue with your forced air system's filter. You'll get these notifications if you have a Nest thermostat that's been added to your account and set up to control a forced air system. Because this is meant to help protect your system, these notifications are always on. But they should happen rarely.<br><br>**HVAC monitoring**<br><br>Get a heads up if your Nest thermostat detects potentially unusual system behavior. You can turn on Urgent alerts to potentially serious system issues that require immediate attention. These will always show in the app feed but emails are optional. You can also choose to turn on Push notifications or turn on Early warnings to get app feed alerts for non-urgent system issues before they become serious. |
| | | For example, Google Cloud's USN middleware for Google camera and doorbell devices can generate context aware information when the Google Nest camera detects people it doesn't recognize based on familiar face detection:[374]<br><br>**Learn about familiar face detection**<br><br>**Important:** Use familiar face detection in compliance with the law. Depending on where you live, you might need to get consent to have your camera help you identify people who visit your home.<br><br>With Google Home Premium, you can use familiar face detection[1] to teach your Google Nest camera to recognize faces of people that you know. It will notify you if it detects people it doesn't recognize. Over time, facial recognition becomes more accurate when it determines familiar faces and can send you more helpful alerts.<br><br>You can also manage your familiar faces library in the app, like change a person's name or delete a face profile. |

---

[374] *Learn about familiar face detection,*
https://support.google.com/googlenest/answer/9268625?hl=en&ref_topic=9360533&sjid=11466746182716409446-NC#zippy=%2Cnotifications.

C-427

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google's streaming analytics services can analyze sensed data with BigQuery, automate rapid, intelligent responses to events as they occur through Bigtable, and provide streaming machine learning operations such as ML Ops & preprocessing and running inferences based on the sensed data:[375]



For example, Cloud Dataflow can be used for real-time ETL and data integration to process and write data immediately and enable rapid analysis and decision-making, by performing analytics on sensed data via BigQuery, and integration via Cloud SQL, AlloyDB, and Cloud Spanner:

---

[375] *See Real-time data intelligence*, https://cloud.google.com/products/dataflow?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 5**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5pre] The system as recited in claim 4, wherein the service platform management unit comprises: | *See supra* claim 4. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 5[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5a] a directory service manager for identifying and searching resources of the sensor network; | The service platform management unit of the accused instrumentalities comprises a directory service manager for identifying and searching resources of the sensor network.<br><br>*See supra* claim 1, 1[c] and 2, 2[c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

In addition, for example, Google's Cloud IoT Core is a fully managed service for managing IoT devices that supports registration authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.



C-433

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud MQTT broker middleware architecture reduces network overhead, minimizes the use of resources on constrained devices:[376]<br><br>**Standalone MQTT broker architecture on Google Cloud**  〈Send feedback〉<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ⧉ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[376] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an MQTT broker architecture running on Google Cloud.



C-435

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud IoT platform product architecture provides a unified interface for managing a heterogeneous collection of devices, including an MQTT bridge/broker and a set of device management services:[377]<br><br>**IoT platform product architecture on Google Cloud**  Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

---

[377] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, the Google IoT platform distributes traffic from the edge devices, and provides various device management services such as device configuration management and device update management:[378]

---

[378] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.<br><br>The IoT platform provides a set of device management services. As shown in the diagram, these services are as follows:<br><br>• Device credential store<br><br>• Rules engine<br><br>• Device authentication and authorization<br><br>• Device configuration management<br><br>• Device registry<br><br>• Device update management<br><br>IoT platform products also generally include services such as digital twin features, low-code development interfaces, alerting and notification capabilities, and other analytics functionality.<br><br>For example, the Google Cloud IoT platform can provide software and system updates for the connected devices, which also involves management of the updates themselves, as well as configuration updates:[379] |

---

[379] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Manage connected devices**<br><br>Typically, connected devices publish telemetry events and state information to the platform through one of the ingestion endpoints such as MQTT. If you're using a multi-protocol IoT platform, devices can communicate using any of the supported protocols.<br><br>We recommend that your organization use an IoT platform that has the following capabilities:<br><br>• **Software and system updates:** The delivery and rollback of firmware, software, and application updates to the connected devices. These updates usually also involve storage and management of the updates themselves.<br><br>• **Configuration updates:** The delivery, storage, and rollback of updates to the configuration of applications deployed on the connected devices.<br><br>• **Credential creation and management:** The creation of new device credentials, delivery of those credentials to the connected device, auditing of device access attempts and activity, and revocation of compromised or expired credentials at the appropriate time.<br><br>• **Rules engine and data processing:** The definition and execution of data-driven rules and other data processing steps. This capability often includes some type of low-code interface for defining rules and data processing pipelines.<br><br>For example, Google Cloud IoT platform architecture can be employed in a smart appliance management use case to manage and monitor the state of each device, manage software updates and security patches, and in a logistics and asset tracking use case to monitor current and past state and location of a large fleet of assets:[380] |

---

[380] *See IoT platform product architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/iot-platform-product-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | | ## Use cases |

The following sections describe example scenarios where an IoT platform is a better architectural choice than a standalone MQTT broker or a direct connection to Pub/Sub.

### Smart appliance management

Applications that manage multiple smart appliances are well-suited to an IoT platform. An example of such an application is a platform to manage kitchen appliances such as dishwashers and coffee makers. These devices generally connect to a cloud-based application, either directly over Wi-Fi or through a local gateway that uses a Bluetooth Low Energy (BLE) or another local protocol. The management capabilities of an IoT platform are important here, for monitoring the state of each device, managing software updates and security patches, and capturing device activity to provide critical intelligence to the manufacturer and the customer. These capabilities are beyond the scope of a basic MQTT broker. At a minimum, a device information repository, a device state database, a telemetry datastore, and an analytics interface are all critical to building a successful smart appliance platform.

### Logistics and asset tracking

For a logistics and asset tracking application, an IoT platform product offers more complete functionality than a basic MQTT broker, so is a better choice for this use case. Monitoring the current and past state and location of a large fleet of assets depends on a robust device state database and identity management system. As new assets are deployed, they need to be connected to the platform with as little friction as possible, and subsequently monitored throughout the asset lifecycle. In many cases, the application also collects other sensor information about the asset, such as local temperature, humidity and atmospheric pressure, or 3D positioning and acceleration data to detect unexpected movements or drops. All this data must be ingested and associated with the correct asset for analysis in any backend application, so the full-featured device management provided by the IoT platform is an important capability.

C-440

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

For example, Google collects various types of device data, including device state and settings, technical data such as make and model, Wi-Fi connectivity, signal strength and settings, sensor status, battery charge level, and power status:[381]

---

[381] *FAQs on privacy: Google Nest*, https://support.google.com/googlenest/answer/9415830?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cwhat-types-of-data-are-collected-when-i-use-google-nests-connected-home-devices-and-services%2Chow-can-i-access-and-download-my-data.

C-441

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | • **Device usage data** that includes:<br><br> • Manual device interactions (such as manually adjusting the temperature on the Nest thermostat), heating and cooling usage data (such as when your heating or cooling system turns on and off), device state, settings, and features used.<br><br> • Device usage data is also collected when a device is used with a Google service (such as Google Assistant, YouTube, Google Maps, Google Calendar, Google Fit, or Google Meet), or with a third-party service (such as Spotify or Pandora), such as voice or touch interactions, long presses on the device, or other device interactions or adjustments, including related device state, settings, and features used.<br><br> • **Technical data**, like device make and model, serial number, IP and MAC address, Wi-Fi connectivity, signal strength and settings, detection of other devices on your network and nearby access points, hardware and software version, sensor status, battery charge level, log files from connections, power status, HVAC system capabilities, and other technical information such as crash, diagnostics, reliability and performance logs and reports.<br><br> • **Services information**, like type of service used (such as Google Home Premium, Nest Aware, or an energy service like Rush Hour Rewards and Seasonal Savings), service attributes (such as features used or enabled), service usage data (such as start and end date, service adjustments, and feature settings), how the service performs, and any feedback on the service. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 5[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5b] a service process manager for scheduling and managing an operation sequence of the sensed data analyzer, the event processor, the context information manager, and the directory service manager in order to obtain a desired information service according to the application program; and | The service platform management unit of the accused instrumentalities comprises a service process manager for scheduling and managing an operation sequence of the sensed data analyzer, the event processor, the context information manager, and the directory service manager in order to obtain a desired information service according to the application program. <br><br> *See supra* claim 1, 1[c] and 2, 2[c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

In addition, for example, Google's Cloud IoT Core service is a fully managed service for managing IoT devices, and schedules and manages an operation sequence of various components and operations, including the sensed data analyzer, the event processor, the context information manager, and the directory service manager, in order to obtain a desired information service according to the application program, as shown in the data flow pipeline illustrated in the exemplary architecture below:[382]

> The ability to gain real-time insights from IoT data can redefine competitiveness for businesses. Intelligence allows connected devices and assets to interact efficiently with applications and with human beings in an intuitive and non-disruptive way. After your IoT project is up and running, many devices will be producing lots of data. You need an efficient, scalable, affordable way to both manage those devices and handle all that information.
>
> IoT Core is a fully managed service for managing IoT devices. It supports registration, authentication, and authorization inside the Google Cloud resource hierarchy as well as device metadata stored in the cloud, and the ability to send device configuration from other GCP or third-party services to devices.

</td>
</tr>
</table>

---

[382] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Google Cloud IoT Core manages and schedules the data processing, operations and services, such as Cloud Dataflow, Cloud Bigtable, BigQuery, Data Studio, and Edge Manager, as described below:[383]

---

[383] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## How does Cloud IoT Core work?<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device.<br><br>For example, Google's Cloud IoT Core schedules and manages an operation sequence of various components and operations, including the sensed data analyzer, the event processor, the context information manager, and the directory service manager, in order to obtain a desired information service according to the application program, as shown in the exemplary sequence diagram below:[384] |

---

[384] Deepti Gupta, *Access Control Model for Google Cloud IoT*, 2020 IEEE 6th Intl Conference on Big Data Security on Cloud (BigDataSecurity), IEEE Intl Conference on High Performance and Smart Computing, (HPSC) and IEEE Intl Conference on Intelligent Data and Security (IDS), at 204-206 (May 2020).

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



Fig. 6: Sequence Diagram of E-health Use Case.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, the Google Cloud MQTT broker middleware architecture schedules and manages an operation sequence of various components and operations, including the sensed data analyzer, the event processor, the context information manager, and the directory service manager, in order to obtain a desired information service according to the application program, by managing a data flow and operation pipeline for various services such as Cloud Dataflow and backend applications such as data analytics, IoT applications, and device shadow/twin, as illustrated in the exemplary architecture below:[385]<br><br>**Standalone MQTT broker architecture on Google Cloud** ⌑ ▾  Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>MQTT ☑ is an OASIS standard protocol for connected device applications that provides bidirectional messaging using a publish-and-subscribe broker architecture. The MQTT protocol is lightweight to reduce the network overhead, and MQTT clients are very small to minimize the use of resources on constrained devices. One solution for organizations who want to support connected device applications on Google Cloud is to run a standalone MQTT broker on Compute Engine or GKE. To deploy an MQTT broker in your organization, you need to make several key decisions which affect the overall architecture; in particular, load-balancing and the deployment environment. This document describes an architecture for deploying an MQTT broker, the core application in an MQTT deployment, on Google Cloud. It also describes the decisions that you need to make when you deploy this broker, and how they impact the architecture. |

---

[385] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, the Google Cloud IoT platform product architecture schedules and manages an operation sequence of various components and operations, including the sensed data analyzer, the event processor, the context information manager, and the directory service manager, in order to obtain a desired information service according to the application program, by managing a data flow and operation pipeline for various services such as Cloud Dataflow and backend applications such as data analytics, IoT applications, and device shadow/twin, as illustrated in the exemplary architecture below:[386]

---

[386] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **IoT platform product architecture on Google Cloud** 🔖 ▾     Send feedback <br><br> Last reviewed 2024-08-09 UTC <br><br> IoT platform products typically provide basic MQTT and HTTPS data connectivity. They also let you provision devices, and they provide authentication and management, telemetry storage and visualization, data processing, and alerting. Organizations often use IoT platforms when a standalone MQTT broker isn't sufficient for a use case and a more complete IoT platform product is needed. An IoT platform provides a unified interface for managing a heterogeneous collection of devices. This interface is important for many connected device applications, and it's a key difference between an IoT platform and a standalone MQTT broker. This document outlines the basic architectural considerations and recommendations that you need to make before you deploy an IoT platform product architecture on Google Cloud. |

C-450

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

The following diagram shows an example architecture with a generic IoT platform product running on Google Cloud.



As shown in the preceding diagram, the IoT platform deploys an MQTT broker or endpoint for device connectivity. The IoT platform is connected to an external proxy Network Load Balancer to distribute traffic from the edge devices. Additional IoT applications can connect to the IoT platform through Pub/Sub, or by using the Dataflow MQTT connector.

For example, Google Cloud's direct device to Pub/Sub connection schedules and manages an operation sequence of various components and operations, including the sensed data analyzer, the event processor, the context information manager, and the directory service manager, in order to obtain a desired information service according to the application program, by managing a data flow and operation pipeline for various backend applications such as data analytics, device twin, and alerting, as illustrated in the exemplary architecture below:[387]

---

[387] *See Standalone MQTT broker architecture on Google Cloud*, https://cloud.google.com/architecture/connected-devices/mqtt-broker-architecture.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Device on Pub/Sub connection to Google Cloud** 🔖 ▾    Send feedback<br><br>Last reviewed 2024-08-09 UTC<br><br>Rather than implementing a specific architecture to connect devices to analytics applications, some organizations might benefit from connecting directly to Pub/Sub from edge devices. We recommend this approach for organizations that have a small number of connected devices that aggregate data from a larger number of devices and sensors in a local or on-premises network. This approach is also recommended when your organization has connected devices that are in a more secure environment, such as a factory. This document outlines the high-level architectural considerations that you need to make to use this approach to connect devices to Google Cloud products. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-453

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | For example, Google Cloud Eventarc provides event-driven architectures that allow scalable, serverless, and fully managed eventing solutions to asynchronously route events and operation sequences from the IoT and other devices providing sensed data and the target application programs, managing delivery, security, authorization, observability, and error-handling, as shown in the exemplary illustration for an event route and operation sequence below:[388]<br><br>Eventarc lets you build event-driven architectures without having to implement, customize, or maintain the underlying infrastructure.<br><br>Eventarc is offered in two editions: **Eventarc Advanced** and **Eventarc Standard**. Both editions offer a scalable, serverless, and fully managed eventing solution that lets you asynchronously route events from sources to targets. For more information, see Choose Eventarc Advanced or Eventarc Standard.<br><br>Eventarc Standard offers a standardized solution to manage the flow of state changes, called *events*, between decoupled microservices. When triggered, Eventarc Standard routes these events to various destinations (in this document, see Event destinations) while managing delivery, security, authorization, observability, and error-handling for you.<br><br>You can manage Eventarc from the Google Cloud console, from the command line using the gcloud CLI, or by using the Eventarc API. |

---

[388] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

C-454

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



*Eventarc Standard lets you route events from event providers to event destinations (click diagram to enlarge).*

For example, Eventarc supports various functions for operating, managing, and scheduling operation sequences:[389]

---

[389] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

C-455

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

Eventarc supports many use cases for destination applications. Some examples are:

| | |
|---|---|
| Configure and monitor | • *System configuration*: Install a configuration management tool on a new VM when it is started.<br>• *Automated remediation*: Detect if a service is not responding properly and automatically restart it.<br>• *Alerts and notifications*: Monitor the balance of a cryptocurrency wallet address and trigger notifications. |
| Harmonize | • *Directory registrations*: Activate an employee badge when a new employee joins a company.<br>• *Data synchronization*: Trigger an accounting workflow when a prospect is converted in a CRM system.<br>• *Resource labeling*: Label and identify the creator of a VM when it is created. |
| Analyze | • *Sentiment analysis*: Use the Cloud Natural Language API to train and deploy an ML model that attaches a satisfaction score to a customer service ticket when it is completed.<br>• *Image retouching and analysis*: Remove the background and automatically categorize an image when a retailer adds it to an object store. |

For example, Eventarc routes events routed from an event provider, to event destinations, through Pub/Sub push subscriptions:[390]

---

[390] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

C-456

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Events** 🔗<br><br>An *event* is a data record expressing an occurrence and its context. An event is a discrete unit of communication, independent of other events. For example, an event might indicate a change to data in a database, a file added to a storage system, or a scheduled job.<br><br>See Google event types supported by Eventarc.<br><br>**Event providers**<br><br>Events are routed from an event provider (the source) to interested event consumers. The routing is performed based on information contained in the event, but an event does not identify a specific routing destination. Eventarc supports events from **more than 130 Google providers.** These providers send events (for example, an update to an object in a Cloud Storage bucket or a message published to a Pub/Sub topic) directly from the source, or through Cloud Audit Logs entries.<br><br>**Event destinations**<br><br>Events are routed to a specific destination (the target) known as the event receiver (or consumer) through Pub/Sub push subscriptions.<br><br>For example, event-driven functions in Cloud Run functions use Eventarc triggers to deliver events, and an Eventarc trigger enables a function to be triggered by any event type supported by Eventarc:[391] |

---

[391] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Cloud Run functions<br><br>All event-driven functions in Cloud Run functions use Eventarc triggers to deliver events. An Eventarc trigger enables a function to be triggered by any event type supported by Eventarc. You can configure Eventarc triggers when you deploy a Cloud Run function using the Cloud Run functions interface.<br><br>For example, Eventarc supports creating triggers that target Google Kubernetes Engine (GKE) services, event routing to internal HTTP endpoints in a VPC network, and triggering the execution of a workflow:[392] |

---

[392] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **GKE**<br><br>Eventarc supports creating triggers that target Google Kubernetes Engine (GKE) services. This includes the public endpoints of private and public services running in a GKE cluster.<br><br>• For Eventarc to target and manage services in any given cluster, you must grant the Eventarc service account any necessary permissions.<br><br>• You need to enable *Workload Identity Federation for GKE* on the GKE cluster that the destination service is running on. Workload Identity Federation for GKE is required to properly set up the event forwarder and is the recommended way to access Google Cloud services from applications running within GKE due to its improved security properties and manageability. For more information, see Enable Workload Identity.<br><br>**Internal HTTP endpoints in a VPC network**<br><br>You can configure event routing to an internal HTTP endpoint in a Virtual Private Cloud (VPC) network. To configure the trigger, you must also provide a network attachment ID. For more information, see Route events to an internal HTTP endpoint in a VPC network.<br><br>**Workflows**<br><br>You can trigger the execution of a workflow. Workflows requires an IAM service account email that your Eventarc trigger will use to invoke the workflow executions. We recommend using a service account with the least privileges necessary to access the required resources. For more information, see Create and manage service accounts.<br><br>For example, Eventarc events occur whether or not a target destination reacts to them, and a response to an event can be created with a trigger—a declaration that a user is interested in a certain event or set of events:[393] |

---

[393] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

C-459

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Eventarc triggers**<br><br>Events occur whether or not a target destination reacts to them. You create a response to an event with a *trigger*. A trigger is a declaration that you are interested in a certain event or set of events. When you create a trigger, you specify filters for the trigger that let you capture and act on those specific events, including their routing from an event source to a target destination. For more information, see the REST representation of a trigger resource and Event providers and destinations.<br><br>Note that Pub/Sub subscriptions created for Eventarc persist regardless of activity and don't expire. To change the subscription properties, see Subscription properties.<br><br>For example, Eventarc supports triggers for the following event types:[394] |

---

[394] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Cloud Audit Logs (CAL) events** |
| | Description — Cloud Audit Logs provide Admin Activity and Data Access audit logs for each Cloud project, folder, and organization. Google Cloud services write entries to these logs. You can create filters for Eventarc triggers using the `serviceName` and `methodName` values in the audit logs. For the exact values, refer to Google Cloud services with audit logs. For more information, see Determine event filters for Cloud Audit Logs. |
| | Event filter type — Eventarc triggers with `type=google.cloud.audit.log.v1.written` send requests to your service or workflow when an audit log is created that matches the trigger's filter criteria. |
| | **Direct events** |
| | Description — Eventarc can be triggered by various direct events such as an update to a Cloud Storage bucket, an update to a Firebase Remote Config template, or changes to resources on Google Cloud services.<br><br>Eventarc can also be triggered by messages published to Pub/Sub topics. Pub/Sub is a globally distributed message bus that automatically scales as you need it. Because Eventarc can be invoked by messages on a Pub/Sub topic, you can integrate Eventarc with any other service that supports Pub/Sub as a destination. |
| | Event filter type — Eventarc triggers with specific event filter types send requests to your service or workflow when an event occurs that matches the trigger's filter criteria; for example, `type=google.cloud.storage.object.v1.finalized` (when an object is created in a Cloud Storage bucket), or `type=google.cloud.pubsub.topic.v1.messagePublished` (when a message is published to the specified Pub/Sub topic). |
| | For example, triggers can be regional or global, the latter being able to receive events from all regions:[395] |

---

[395] *See Eventarc Standard overview*, https://docs.cloud.google.com/eventarc/standard/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

Trigger location

Google Cloud services such as Cloud Storage can be set up to be regional or multi-regional. Some services, such as Cloud Build can be set up globally.

Eventarc lets you create regional triggers or, for some events, you can create a global trigger and receive events from all regions. For more information, see Understand Eventarc locations.

You should specify the location of the Eventarc trigger to match the location of the Google Cloud service that is generating events and avoid any performance and data residency issues caused by a global trigger.

You can specify trigger locations using a `--location` flag with each command. For Cloud Run destinations, if a `--destination-run-region` flag isn't specified, it's assumed that the service is in the same region as the trigger. For more information, see the Google Cloud CLI reference.

For example, an Eventarc trigger can be created by specifying filters for the trigger and configuring the routing of the event, including the event source and the target Cloud Run service, and when the specified event or set of events match the filters, the Cloud Run service is invoked automatically, in response to the events:[396]

</td>
</tr>
</table>

---

[396] *See Create triggers with Eventarc*, https://docs.cloud.google.com/run/docs/triggering/trigger-with-events.

C-462

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Create triggers with Eventarc** ▢ ▾    Send feedback<br><br>This page shows you how to create an Eventarc trigger so that a Cloud Run service can receive events from another Google Cloud service.<br><br>Eventarc is a Google Cloud service that lets you build event-driven architectures without having to implement, customize, or maintain the underlying infrastructure.<br><br>You can create an Eventarc trigger by specifying filters for the trigger and configuring the routing of the event, including the event source and the target Cloud Run service. When the specified event or set of events match the filters, this causes your Cloud Run service to be invoked automatically, in response to the events. A service that uses Eventarc triggers is called an event-driven service. Events sent to your Cloud Run service are received in the form of HTTP requests.<br><br>The following event types trigger requests to your service:<br><br>• An audit log is created that matches the trigger's filter criteria<br>• Direct events such as an update to a Cloud Storage bucket<br>• Direct messages published to a Pub/Sub topic<br><br>You can also create an Eventarc trigger using the Google Cloud CLI or through the Eventarc console page. For instructions on creating a trigger for a specific provider, event type, and destination, filter the list to learn more about Eventarc's Event providers and destinations.<br><br>For example, Eventarc Advanced is designed to simplify the ingestion, orchestration, and delivery of event data through messages across applications, services, and endpoints, and allows using a central bus and a pipeline to route events from multiple sources in real time, publish them to multiple destinations, and optionally transform events prior to delivery to a target:[397] |

---

[397] *See Eventarc Advanced overview*, https://docs.cloud.google.com/eventarc/advanced/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr><td></td><td>

## Eventarc Advanced overview 🔖 ▾                                    Send feedback

Eventarc lets you build event-driven and message-based architectures without having to implement, customize, or maintain the underlying infrastructure.

Eventarc is offered in two editions: **Eventarc Advanced** and **Eventarc Standard**. Both editions offer a scalable, serverless, and fully managed eventing solution that lets you asynchronously route events from sources to targets. For more information, see Choose Eventarc Advanced or Eventarc Standard.

Eventarc Advanced is designed to simplify the ingestion, orchestration, and delivery of event data through messages across applications, services, and endpoints. Eventarc Advanced lets you collect events that occur in a system and publish them to a central *bus*. Interested services can subscribe to specific messages by creating *enrollments*. You can use the bus and a *pipeline* to route events from multiple sources in real time, publish them to multiple destinations, and optionally transform events prior to delivery to a target.

Eventarc Advanced is ideal for organizations with complex eventing and messaging needs, particularly those grappling with managing numerous Pub/Sub topics, Kafka queues, or other third-party messaging systems. By providing administrators with enhanced and centralized visibility and control, Eventarc Advanced enables organizations to connect multiple teams across different projects.

For example, Eventarc Advanced allows the managing of operation sequences by receiving, filtering, transforming, routing, and delivering messages between different services, apps, and systems:[398]
</td></tr>
</table>

---

[398] *See Eventarc Advanced overview*, https://docs.cloud.google.com/eventarc/advanced/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



*Eventarc Advanced lets you receive, filter, transform, route, and deliver messages between different services, apps, and systems (click diagram to enlarge).*

For example, Eventarc Advanced can be employed for large-scale application integration, event streaming for AI and analytics, and hybrid and multi-cloud deployments:[399]

Key capabilities

Eventarc Advanced supports many use cases for destination applications. Some key capabilities are:

- **Large-scale application integration**: You can connect numerous services and applications, enabling asynchronous communication across different event formats and schemas.
- **Event streaming for AI and analytics**: You can handle the influx of data from IoT devices and AI workloads, filtering, transforming, and enriching events before feeding them into your analytics pipelines.
- **Hybrid and multi-cloud deployments**: You can extend your event-driven architectures beyond Google Cloud, integrating with on-premise systems and other cloud providers. Eventarc Advanced lets you route events from various sources including Google sources and direct publishers of events.

---

[399] *See Eventarc Advanced overview*, https://docs.cloud.google.com/eventarc/advanced/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Cloud Dataflow provides unified stream and batch data processing at scale, and can be used to create data pipelines that read from one or more sources, transform the data, and write the data to a destination:[400]

For example, Cloud Dataflow uses a data pipeline model where data moves through a series of stages that can include reading data from a source, transforming and aggregating the data, and writing the results to a destination:[401]

</td>
</tr>
</table>

---

[400] *See Dataflow overview*, https://docs.cloud.google.com/dataflow/docs/overview.

[401] *See Dataflow overview*, https://docs.cloud.google.com/dataflow/docs/overview.

C-466

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **How data pipelines work for stream and batch processing**<br><br>Dataflow uses a data pipeline model, where data moves through a series of stages. Stages can include reading data from a source, transforming and aggregating the data, and writing the results to a destination.<br><br>Pipelines can range from very basic to more complex processing. For example, a pipeline might do the following:<br><br>• Move data as-is to a destination.<br><br>• Transform data to be more usable by the target system.<br><br>• Aggregate, process, and enrich data for analysis.<br><br>• Join data with other data.<br><br>A pipeline that is defined in Apache Beam does not specify *how* the pipeline is executed. Running the pipeline is the job of a *runner*. The purpose of a runner is to run an Apache Beam pipeline on a specific platform. Apache Beam supports multiple runners, including a Dataflow runner.<br><br>To use Dataflow with your Apache Beam pipelines, specify the Dataflow runner. The runner uploads your executable code and dependencies to a Cloud Storage bucket and creates a Dataflow *job*. Dataflow then allocates a pool of VMs to execute the pipeline.<br><br>For example, in a typical ETL (extract-transform-load) and BI (business intelligence) solution using Dataflow and other Cloud services, Pub/Sub ingests data from an external system (e.g., IoT or other devices that provide sensed data), Dataflow reads, transforms, and/or aggregates the data from Pub/Sub and writes it to BigQuery, BigQuery acts as a data warehouse, allowing data analysts to run ad hoc queries on the data, and Looker provides real-time BI insights from the data stored in BigQuery: |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



C-468

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud Workflows provides a fully managed orchestration platform that executes services a defined order, and can combine services including custom services hosted on Cloud Run or Cloud Run functions, Google Cloud services such as Cloud Vision AI and BigQuery, and any HTTP-based API, and can specify an application, operational, or business process provides a source-of-truth or canonical narrative for the process:[402]



For example, key features of Workflows include reliable workflow execution and power execution control, for the operation sequences of managed services:[403]

</td>
</tr>
</table>

---

[402] *See Workflows overview*, https://cloud.google.com/workflows/docs/overview.

[403] *See Workflows*, https://cloud.google.com/workflows?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## Key features<br><br>**Reliable workflow execution**<br><br>Cloud Run functions Connectors make Google Cloud services particularly easy to use by taking care of request formatting, retries and waiting to complete long-running operations.<br><br>**Powerful execution control**<br><br>Use expressions and functions to transform response data and prepare request inputs. Automate conditions based on input and service responses. Specify retry policies and error handling. Wait for asynchronous operations and events with polling and callbacks.<br><br>For example, the diagram below illustrates an example of Workflows managing an operation sequence of various services:[404] |

---

[404] *See Workflows overview*, https://cloud.google.com/workflows/docs/overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**



For example, Workflows can be employed in service orchestration, batch jobs, or business processes to manage operation sequences of the services provided:[405]

---

[405] *See Workflows overview*, https://cloud.google.com/workflows/docs/overview.

C-471

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | | |
|---|---|---|
| | Service orchestration | *Create solutions by combining services*—Perform a sequence of operations across multiple systems, waiting for all operations to complete. Can be event-driven. For example:<br><br>• Send newly uploaded files to Cloud Vision AI, then write tags into Firestore<br><br>• Call a Cloud Run function and send the results to a Cloud Run service |
| | Batch jobs | *Operate on multiple items*—Perform operations on a set of items or batch data. Often scheduled. For example:<br><br>• Send daily customer emails<br><br>• Prepare and run BigQuery or machine learning jobs<br><br>• Generate reports |
| | Business processes | *Automate line-of-business workflows*—Encode the steps in a business process, including conditions, actions, and human-in-the-loop events. For example:<br><br>• Track an order from request to fulfillment<br><br>• Automate resource requests with approvals |

C-472

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

<table>
<tr>
<td></td>
<td>

For example, Google Cloud Composer provides a fully managed workflow orchestration service built on Apache airflow, that allows authoring, scheduling, and monitoring of operation sequence pipelines that span across hybrid and multi-cloud environments:[406]

## Cloud Composer

A fully managed workflow orchestration service built on Apache Airflow.

New customers get $300 in free credits to spend on Composer or other Google Cloud products during the first 90 days.

**Try it free**    **Contact sales**

✓ Author, schedule, and monitor pipelines that span across hybrid and multi-cloud environments

✓ Built on the Apache Airflow open source project and operated using Python

✓ Frees you from lock-in and is easy to use

✓ New support for Apache Airflow 3 (in Preview)

</td>
</tr>
</table>

---

[406] *See Cloud Composer*, https://cloud.google.com/composer?hl=en.

C-473

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Fully managed workflow orchestration**<br><br>Cloud Composer's managed nature and Apache Airflow compatibility allows you to focus on authoring, scheduling, and monitoring your workflows as opposed to provisioning resources.  **Integrates with other Google Cloud products**<br><br>End-to-end integration with Google Cloud products including BigQuery, Dataflow, Dataproc, Datastore, Cloud Storage, Pub/Sub, and AI Platform gives users the freedom to fully orchestrate their pipeline.  **Supports hybrid and multi-cloud**<br><br>Author, schedule, and monitor your workflows through a single orchestration tool—whether your pipeline lives on-premises, in multiple clouds, or fully within Google Cloud.<br><br>For example, Cloud Composer can be employed to create managed Airflow environments using DAGs, or "Directed Acyclic Graphs" to ensure that each operation task is executed at the right time and in the right order:[407] |

---

[407] *See Cloud Composer overview*, https://docs.cloud.google.com/composer/docs/composer-3/composer-overview.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

## Airflow and Airflow DAGs (workflows)

In data analytics, a *workflow* represents a series of tasks for ingesting, transforming, analyzing, or utilizing data. In Airflow, workflows are created using DAGs, or "Directed Acyclic Graphs".

A *DAG* is a collection of tasks that you want to schedule and run, organized in a way that reflects their relationships and dependencies. DAGs are created in Python files, which define the DAG structure using code. The DAG's purpose is to ensure that each task is executed at the right time and in the right order.

Each *task* in a DAG can represent almost anything—for example, one task might perform any of the following functions:

- Preparing data for ingestion

- Monitoring an API

- Sending an email

- Running a pipeline

In addition to running a DAG on a schedule, you can trigger DAGs manually or in response to events, such as changes in a Cloud Storage bucket. For more information, see Schedule and trigger DAGs.



**Figure 1.** *Relationship between DAGs and tasks*

For example, Cloud Composer can be employed to manage operation sequences in the following exemplary cases:[408]

---

[408] *See Cloud Composer*, https://cloud.google.com/composer?hl=en.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | Explore use cases for Cloud Composer<br><br>• **Data pipeline orchestration (ETL/ELT):** Automating complex data workflows, including extraction, transformation, and loading (ETL/ELT) jobs, and managing dependencies between tasks.<br>• **MLOps & machine learning workflows:** Orchestrating the end-to-end ML lifecycle, from data preparation and model training/evaluation to deployment and monitoring.<br>• **Business intelligence (BI) automation:** Scheduling data extractions for BI tools, automating report generation, and refreshing dashboards.<br>• **Infrastructure and DevOps automation**: Automating cloud infrastructure tasks like provisioning and decommissioning clusters, submitting jobs, and managing CI/CD release processes.<br>• **Hybrid and multi-cloud data integration:** Coordinating data flows across diverse sources, including other cloud providers and on-premises data centers, to create unified datasets. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-476

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 5[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [5c] an application program interface for providing the application program with the results processed by the sensor network monitor, the sensed data analyzer, the event processor, the context information manager, and the directory service manager in an information service form suitable for the application program. | The service platform management unit of the accused instrumentalities comprises an application program interface for providing the application program with the results processed by the sensor network monitor, the sensed data analyzer, the event processor, the context information manager, and the directory service manager in an information service form suitable for the application program.<br><br>*See supra* claim 1, 1[c], claim 2, 2[c], and claim 5, 5[b]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-477

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 6**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6pre] A Ubiquitous Sensor Network (USN) middleware apparatus for generating an information service based on heterogeneous sensor networks, comprising: | The accused instrumentalities are Ubiquitous Sensor Network (USN) middleware apparatuses for generating an information service based on heterogeneous sensor networks.<br><br>*See supra* claim 1, [pre], [1c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 6[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6a] a sensor network abstraction unit for extracting sensed data from a message received from a sensor network; | The accused instrumentalities comprise a sensor network abstraction unit for extracting sensed data from a message received from a sensor network. <br><br> *See supra* claim 2, 2[a]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-479

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 6[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6b] a sensor network intelligence unit for extracting object and environment information by performing an analysis operation to clean, classify and integrate the sensed data extracted by the sensor network abstraction unit, and generating an event, including notification and alarm, and context aware information from the extracted object and environment information; and | The accused instrumentalities comprise a sensor network intelligence unit for extracting object and environment information by performing an analysis operation to clean, classify and integrate the sensed data extracted by the sensor network abstraction unit, and generating an event, including notification and alarm, and context aware information from the extracted object and environment information.<br><br>*See supra* claim 1, [1c] and claim 2, [2b]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-480

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 6[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [6c] a service platform management unit for providing the event and the context aware information to the application program in a form suitable for the application program. | The accused instrumentalities comprise a service platform management unit for providing the event and the context aware information to the application program in a form suitable for the application program.<br><br>*See supra* claim 1, [1c] and claim 2, [2c]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-481

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 7**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [7pre] The ubiquitous sensor network middleware apparatus as recited in claim 6, wherein the sensor network abstraction unit comprises: | *See supra* claim 6. |

C-482

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 7[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [7a] a sensor network interface for extracting the sensed data by referring to a message transfer protocol; | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network interface for extracting the sensed data by referring to a message transfer protocol.<br><br>*See supra* claim 1, [1c], claim 2, [2a], and claim 3, [3a]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 7[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [7b] a sensor network interface protocol storage for managing a rule for the message transfer protocol; and | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network interface protocol storage for managing a rule for the message transfer protocol.<br><br>*See supra* claim 1, [1c], claim 2, [2a], and claim 3, [3b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 7[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [7c] a sensor network monitor for monitoring a state of the sensor network, based on the data received from the sensor network interface. | The sensor network abstraction unit of the accused instrumentalities comprises a sensor network monitor for monitoring a state of the sensor network, based on the data received from the sensor network interface.<br><br>*See supra* claim 1, [1c], claim 2, [2a], and claim 3, [3c]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 8**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8pre] The ubiquitous sensor network middleware apparatus as recited in claim 7, wherein the sensor network intelligence unit comprises: | *See supra* claim 7. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 8[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8a] a sensed data analyzer for performing an analysis operation to clean, classify and integrate the sensed data processed by the sensor network abstraction unit; | The sensor network intelligence unit of the accused instrumentalities comprises a sensed data analyzer for performing an analysis operation to clean, classify and integrate the sensed data processed by the sensor network abstraction unit.<br><br>*See supra* claim 1, [1c], claim 2, [2b], and claim 4, [4a]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 8[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8b] an event processor for generating the event including the knowledge contents according to a rule set by the application program and managing the generated event; and | The sensor network intelligence unit of the accused instrumentalities comprises an event processor for generating the event including the knowledge contents according to a rule set by the application program and managing the generated event.<br><br>*See supra* claim 1, [1c], claim 2, [2b], and claim 4, [4b]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

C-488

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 8[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [8c] a context information manager for sensing and generating the environment condition information, based on the sensed data analyzed by the sensed data analyzer. | The sensor network intelligence unit of the accused instrumentalities comprises a context information manager for sensing and generating the environment condition information, based on the sensed data analyzed by the sensed data analyzer. <br><br> *See supra* claim 1, [1c], claim 2, [2b], and claim 4, [4c]. |
|  | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 9**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9pre] The ubiquitous sensor network middleware apparatus as recited in claim 8, wherein the service platform management unit comprises: | *See supra* claim 8. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 9[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9a] a directory service manager for identifying and searching resources of the sensor network; | The service platform management unit of the accused instrumentalities comprises a directory service manager for identifying and searching resources of the sensor network.<br><br>*See supra* claim 1, [1c], claim 2, [2c], and claim 5, [5a]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 9[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9b] a service process manager for scheduling and managing an operation order of the sensed data analyzer, the event processor, the context information manager, and | The service platform management unit of the accused instrumentalities comprises a service process manager for scheduling and managing an operation order of the sensed data analyzer, the event processor, the context information manager.<br><br>*See supra* claim 1, [1c], claim 2, [2c], and claim 5, [5b]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 9[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [9c] an application program interface for providing the application program with the results processed by the sensor network monitor, the sensed data analyzer, the event processor, the context information manager, and the directory service manager in an information service form suitable for the application program. | The service platform management unit of the accused instrumentalities comprises an application program interface for providing the application program with the results processed by the sensor network monitor, the sensed data analyzer, the event processor, the context information manager, and the directory service manager in an information service form suitable for the application program.<br><br>*See supra* claim 1, [1c], claim 2, [2c], and claim 5, [5c]. |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10pre] A method for generating an information service based on heterogeneous sensor networks in a ubiquitous sensor network middleware apparatus, comprising: | The accused instrumentalities comprise a method for generating an information service based on heterogeneous sensor networks in a ubiquitous sensor network middleware apparatus.<br><br>*See supra* claim 1, [pre and 1c], claim 6 [pre]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10a] extracting sensed data and monitoring a state management of a sensor network, based on the extracted sensed data; | The accused instrumentalities comprise extracting sensed data and monitoring a state management of a sensor network, based on the extracted sensed data.<br><br>*See supra* claim 1, [1c], claim 6, [6a], and claim 3, [3a]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[b]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10b] performing an analysis operation to clean, classify and integrate the extracted sensed data; | The accused instrumentalities comprise performing an analysis operation to clean, classify and integrate the extracted sensed data. *See supra* claim 1, [1c], claim 6, [6b], and 4, [4a]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[c]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10c] extracting object and environment information from the analyzed sensed data, and generating context aware information based on the extracted object and environment information; | The accused instrumentalities comprise extracting object and environment information from the analyzed sensed data, and generating context aware information based on the extracted object and environment information.<br><br>*See supra* claim 1, [1c], claim 6, [6b], and 4, [4c]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[d]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| 10[d] generating an event including notification event, alarm, and knowledge contents according to a rule set by an application program; | The accused instrumentalities comprise generating an event including notification event, alarm, and knowledge contents according to a rule set by an application program.<br><br>*See supra* claim 1, [1c], claim 6, [6b], and 4, [4b]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[e]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10e] scheduling an operation sequence for providing an information service to the application programs; and | The accused instrumentalities comprise scheduling an operation sequence for providing an information service to the application program.<br><br>*See supra* claim 1, [1c], and 5, [5b]. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 10[f]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [10f] providing the application program with the information service obtained according to the scheduled operation sequence, the information service including events and context aware information. | The accused instrumentalities comprise providing the application program with the information service obtained according to the scheduled operation sequence, the information service including events and context aware information.<br><br>*See supra* claim 1, [1c], claim 6, [6c], and claim 5, [5b and 5c]. |
|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 11**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [11pre] The method as recited in claim 10, | *See supra* claim 10. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 11[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [11a] wherein the performing an analysis operation to clean, classify and integrate the extracted sensed data analyzes sensed data from a specific single sensor network, or analyzes sensed data from a plurality of sensor networks, or analyzes sensed data from the sensor network in association with predefined legacy data. | The accused instrumentalities comprise wherein performing an analysis operation to clean, classify and integrate the extracted sensed data analyzes sensed data from a specific single sensor network, or analyzes sensed data from a plurality of sensor networks, or analyzes sensed data from the sensor network in association with predefined legacy data.<br><br>*See supra* claim 1, [1c], claim 6, [6c], and claim 5, [5b and 5c]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

In addition, for example, Cloud IoT Core provides scalability and interoperability, and supports various use-cases such as asset tracking, remote monitoring, predictive maintenance, vision intelligence, and smart living, without any limitation on the number of sensor networks from which it analyzes sensed data, or whether the sensed data is predefined legacy data:



For example, Cloud Iot Core supports direct device connections as well as gateway-based architectures:[409]

---

[409] *See What is Cloud IoT Core?*, https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-iot-core.

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | ## How does Cloud IoT Core work?<br><br>Device telemetry data is forwarded to a Cloud Pub/Subtopic, which can then be used to trigger Cloud Functions as well as other third-party apps to consume the data. You can also perform streaming analysis with Dataflow or custom analysis with your own subscribers.<br><br>Cloud IoT Core supports direct device connections as well as gateway-based architectures. In both cases the real time state of the device and the operational data is ingested into Cloud IoT Core and the key and certificates at the edge are also managed by Cloud IoT Core. From Pub/Sub the raw input is fed into Dataflow for transformation, and the cleaned output is populated in Cloud Bigtable for real-time monitoring or BigQuery for warehousing and machine learning. From BigQuery the data can be used for visualization in Looker or Data Studio and it can be used in Vertex AI for creating machine learning models. The models created can be deployed at the edge using Edge Manager (in experimental phase). Device configuration updates or device commands can be triggered by Cloud Functions or Dataflow to Cloud IoT Core, which then updates the device. |

C-504

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | For example, Google Cloud provides various types of architectures, including a standalone MQTT broker, an IoT platform architecture, and a direct connection to Pub/Sub, to analyze sensed data from connected devices that can be selected and customized depending on, among other things, the number of devices involved and fleet management needs:[410]<br><br>**Connected device architectures on Google Cloud** 🔖 ▾  Send feedback<br><br>Last reviewed 2024-09-09 UTC<br><br>To maximize the value of data from their connected devices, organizations need to be able to perform data analysis. There are many ways for organizations to connect their devices to their analytics applications, and the benefits of specific connected device architectures can vary depending on the use case of your organization. To help guide you, this document describes a set of connected device architectures on Google Cloud. These architectures address a broad range of use cases and requirements for connected devices.<br><br>This document is part of a series of documents that provide information about IoT architectures on Google Cloud. The other documents in this series include the following:<br><br>• Connected device architectures on Google Cloud overview (this document).<br><br>• A standalone MQTT Broker: An MQTT broker provides bidirectional communication between connected devices and Google Cloud projects, and between the devices.<br><br>• An IoT platform architecture on Google Cloud: An IoT platform provides additional device management capabilities along with data connectivity, which is important when you deploy a large fleet of connected devices.<br><br>• A direct connection to Pub/Sub: For data ingestion, the best choice might be for your devices to connect directly to Pub/Sub.<br><br>• Best practices for running an IoT backend on Google Cloud.<br><br>• Best practices for automatically provisioning and configuring edge and bare metal systems and servers. |

---

[410] *See Connected device architectures on Google Cloud*, https://cloud.google.com/architecture/connected-devices.

C-505

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

| | |
|---|---|
| | **Connected device architectures summary** 🔗<br><br>This document groups connected device use cases into three categories, based on the following dimensions that you need to consider when you plan a connected device architecture:<br><br>• **Number of devices:** It's important to consider how many devices are directly connected to your application. If your application has many end devices (such as machines, sensors, or cameras), and if these devices are connected to an intermediate gateway or other device (such as a mobile phone), it's important to identify whether those end devices must be represented and managed in your application. In some cases you might need to represent each individual device; in other cases, only the intermediate device might need to be represented.<br><br>• **Fleet management:** Consider whether you need capabilities like device status monitoring, software and firmware updates, configuration management, and other fleet management features. These requirements help to determine your choice of application architecture.<br><br>• **Inter-device messaging:** Device communication through your application architecture is an important factor. For example, some applications depend on communication between the connected devices through your application architecture. Other applications have data flows that occur strictly between each device and your application, with no messaging between devices. |
| | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 12**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [12pre] The method as recited in claim 10, | *See supra* claim 10. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

**CLAIM 12[a]**

| Claim(s) | Accused Instrumentality(ies) |
|---|---|
| [12a] wherein the providing the application program with the information service obtained according to the scheduled operation sequence, the information service including events and context aware information provides the information service to the application program only one time, or periodically provides the information service during a request period of the application program, or provides the information service at a specific time point when a requirement from the application program is satisfied. | The accused instrumentalities comprise wherein the providing the application program with the information service obtained according to the scheduled operation sequence, the information service including events and context aware information provides the information service to the application program only one time, or periodically provides the information service during a request period of the application program, or provides the information service at a specific time point when a requirement from the application program is satisfied.<br><br>*See supra* claim 1, [1c], claim 2, [2a], claim 5, [5c], and claim 10, [10f]. |

**Appendix C:**
**Claim Chart for U.S. Patent No. 8,040,232**

|  | This claim element/step is literally present, as described herein, but is also satisfied under the doctrine of equivalents because the structure and functionality provided by Google is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the accused instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieves substantially or exactly the same result. |
|---|---|