## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| KAIFI LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendants. | Case No. 1:25-cv-1370 |
| KAIFI LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendants. | Case No. 1:25-cv-1372 |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order Governing Proceedings ("OGP"), Plaintiff KAIFI LLC ("KAIFI") and Defendants Google LLC ("Google") and Apple Inc. ("Apple") (together, "Defendants") jointly move for entry of the proposed scheduling order attached as Exhibit A in the above-captioned related cases.

Date:   December 23, 2025    /s/ Jennifer Hayes

Charles Ainsworth
(Texas Bar No. 00783521)
charley@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Choung
(admitted in E.D. Texas)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *Pro Hac Vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted in E.D. Texas)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

Date:  December 23, 2025    /s/ Vincent Y. Ling

Nathaniel St. Clair, II

1

Texas Bar No. 24071564
Nstclair@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Vincent Y. Ling (Pro Hac Vice)
Peter E. Gratzinger (Pro Hac Vice)
Jacob Todd (Pro Hac Vice)
Rebecca Ho (Pro Hac Vice)
MUNGER, TOLLES, & OLSON LLP
350 South Grand Avenue, 15th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Fax: (213) 687-3702
vincent.ling@mto.com
peter.gratzinger@mto.com
jacob.todd@mto.com
rebecca.ho@mto.com
Kevin Han Yan
MUNGER, TOLLES, & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415)512-4077
kevin.yang@mto.com

***Attorneys for Defendant Google LLC***

Date:  December 23, 2025                   */s/ Brian A. Rosenthal*

Brian A. Rosenthal
brosenthal@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Andrew Robb
ARobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

Steven J. Wingard
Texas Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
Texas Bar No. 24124566
rearle@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), the undersigned certifies that counsel for the parties met and conferred, and the foregoing notice is joint.

*/s/ Jennifer Hayes*
Jennifer Hayes

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on December 23, 2025, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Jennifer Hayes*
Jennifer Hayes