**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendants. | Case No. 1:25-cv-1370-ADA<br><br>JURY TRIAL DEMANDED |

**KAIFI'S NOTICE TO TAKE VENUE DISCOVERY ON
GOOGLE'S MOTION TO TRANSFER**

Plaintiff KAIFI LLC ("KAIFI") respectfully files this notice pursuant to Section V of the Standing Order Governing Proceedings ("OGP") to inform the Court that KAIFI intends to take venue discovery regarding Defendant Google LLC's ("Google) Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a). (Dkt. 35). Pursuant to Section VI of the OGP, KAIFI will file its response within 14 days after the completion of venue discovery.

Date:  December 30, 2025

*/s/ Jennifer Hayes*

Charles Ainsworth
(Texas Bar No. 00783521)
charley@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Y. Choung
(admitted in E.D. Texas)
achoung@nixonpeabody.com

1

Jennifer Hayes
(admitted *Pro Hac Vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted in E.D. Texas)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on December 30, 2025 and

has been served on all counsel via the Court's ECF system.

/s/ *Jennifer Hayes*
Jennifer Hayes