**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| KAIFI LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendants. | Case No. 1:25-cv-1370-ADA<br><br>JURY TRIAL DEMANDED |

**STIPULATION REGARDING EXTENSION OF VENUE DISCOVERY DEADLINES**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff submits this notice and would respectfully show:

The current deadline for completion of venue discovery is February 27, 2026.  The parties have conferred and agreed to extend that deadline by two weeks to March 13, 2026, in order to afford the parties more time to work on narrowing and resolving venue-related discovery issues.

Date:   February 5, 2026.                    */s/ Charles Ainsworth*

                                     Charles Ainsworth
                                     (Texas Bar No. 00783521)
                                     charley@pbatyler.com
                                     PARKER, BUNT & AINSWORTH, P.C.
                                     100 E. Ferguson, Suite 418
                                     Tyler, Texas 75702
                                     Telephone: (903) 531-3535

                                     Andrew Y. Choung
                                     (admitted in E.D. Texas)
                                     achoung@nixonpeabody.com

Jennifer Hayes
(admitted *Pro Hac Vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted in E.D. Texas)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

*/s/ Vincent Y. Ling (with permission)*

Nathaniel St. Clair, II
Texas State Bar No. 24071564
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Fax: (214) 953-5822
nstclair@jw.com

Vincent Y. Ling (*pro hac vice*)
Peter E. Gratzinger (*pro hac vice*)
Jacob Todd (*pro hac vice*)
Rebecca Ho (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Fax:  (213) 687-3702
vincent.ling@mto.com
peter.gratzinger@mto.com
jacob.todd@mto.com
rebecca.ho@mto.com

Kevin Han Yang (*admitted to practice before the Western District of Texas*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415) 512-4077
kevin.yang@mto.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 5th day of February 2026, with a copy of the document via the Court's CM/ECF system.

/s/ Charles Ainsworth
Charles Ainsworth