# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

KAIFI LLC,

       Plaintiff,

vs.

GOOGLE LLC,

       Defendant.

Case No. 1:25-CV-01370-ADA

Jury Trial Demanded

**GOOGLE'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; and no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

DATED: February 25, 2026

Respectfully submitted,

*/s/ Heather E. Takahashi*

| | |
|---|---|
| Vincent Y. Ling (*pro hac vice*) | Nathaniel St. Clair, II |
| Heather E. Takahashi | Texas State Bar No. 24071564 |
| Peter E. Gratzinger (*pro hac vice*) | JACKSON WALKER L.L.P. |
| Rebecca Ho (*pro hac vice*) | 2323 Ross Avenue, Suite 600 |
| Jacob Todd (*pro hac vice*) | Dallas, TX 75201 |
| MUNGER, TOLLES & OLSON LLP | Telephone: (214) 953-6000 |
| 350 South Grand Avenue, Fiftieth Floor | Fax: (214) 953-5822 |
| Los Angeles, California 90071-3426 | nstclair@jw.com |
| Telephone: (213) 683-9100 | |
| Fax: (213) 687-3702 | Kevin Han Yang |
| vinny.ling@mto.com | MUNGER, TOLLES & OLSON LLP |
| heather.takahashi@mto.com | 560 Mission Street, 27th Floor |
| peter.gratzinger@mto.com | San Francisco, CA 94105 |
| rebecca.ho@mto.com | Telephone: (415) 512-4000 |
| jacob.todd@mto.com | Fax: (415) 512-4077 |

1

kevin.yang@mto.com

***Attorneys for Defendant Google LLC***

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

Dated: February 25, 2026          */s/ Heather E. Takahashi*
Heather E. Takahashi