**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

KAIFI LLC,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendants.

Case No. 1:25-cv-1370-ADA

JURY TRIAL DEMANDED

**STIPULATION REGARDING EXTENSION OF VENUE DISCOVERY DEADLINES**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, the parties submit this notice and would respectfully show:

Pursuant to the Court's March 11, 2026 e-mail order, the current deadline for completion of venue discovery is April 6, 2026. The parties have conferred and agreed to extend the venue discovery deadline to April 10, 2026, to complete venue depositions. KAIFI's responsive brief deadline shall be 2 weeks thereafter, on April 24, 2026.

Date:  April 3, 2026                    */s/ Charles Ainsworth*

Charles Ainsworth
(Texas Bar No. 00783521)
charley@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Y. Choung
(admitted *Pro Hac Vice*)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *Pro Hac Vice*)
jenhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted *Pro Hac Vice*)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*


/s/ Vincent Y. Ling *(with permission)*

Nathaniel St. Clair, II
Texas State Bar No. 24071564
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Fax: (214) 953-5822
nstclair@jw.com

Vincent Y. Ling (*pro hac vice*)
Peter E. Gratzinger (*pro hac vice*)
Jacob Todd (*pro hac vice*)
Rebecca Ho (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Fax:  (213) 687-3702
vincent.ling@mto.com
peter.gratzinger@mto.com
jacob.todd@mto.com
rebecca.ho@mto.com

Kevin Han Yang (*admitted to practice before the Western District of Texas*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415) 512-4077
kevin.yang@mto.com

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served April 6, 2026, with a copy of the document via the Court's CM/ECF system.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH