**IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION**

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendants. | Case No. 1:25-cv-1370-ADA<br><br>JURY TRIAL DEMANDED |
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendants. | Case No. 1:25-cv-01372 ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND PAGE LIMITS**

Pursuant to the Court's Order Governing Proceedings ("OGP"), Plaintiff KAIFI LLC ("KAIFI") and Defendants Google LLC ("Google") and Apple Inc. ("Apple") (together, "Defendants") jointly move to amend the page limits governing the claim construction proceedings in the above-captioned cases as follows:

KAIFI has asserted two patents, U.S. Patent Nos. 8,040,232 ("the '232 Patent") and 8,930,196 ("the '196 Patent").  In the *Google* case, both the '232 and '196 Patents are asserted. In the *Apple* case, only the '196 Patent is asserted.  Both the *Google* and *Apple* cases are on the same schedule with a *Markman* hearing on June 25, 2026.

Regarding the '196 Patent, Defendants may jointly propose up to six terms for construction and KAIFI may propose up to four terms for construction, for a total of 10 terms. Defendants shall file joint opening and reply briefs regarding the '196 Patent.

| '196 Patent Brief | Page Limits[1] |
|---|---|
| Opening (Apple and Google jointly) | 20 pages |
| Response (KAIFI) | 20 pages |
| Reply (Apple and Google jointly) | 10 pages |
| Sur-Reply (KAIFI) | 10 pages |

Regarding the '232 Patent, Google may propose up to six terms for construction and KAIFI may propose up to four terms for construction, for a total of 10 terms. Google shall file opening and reply briefs regarding the '232 Patent separate from Defendants' joint briefing regarding the '196 Patent.

| '232 Patent Brief | Page Limits[2] |
|---|---|
| Opening (Google) | 15 pages |
| Response (KAIFI) | 15 pages |
| Reply (Google) | 8 pages |
| Sur-Reply (KAIFI) | 8 pages |

Date: April 17, 2026

/s/ Charles Ainsworth
Charles Ainsworth
(Texas Bar No. 00783521)
charley@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418

---

[1] If Defendants propose fewer than six terms for construction, the page limit for opening and response briefs shall decrease by two pages and for reply and surreply briefs by one page for each term below six, i.e., if Defendants propose five terms, the page limit shall be 18 pages; if Defendants propose four terms, the page limit shall be 16 pages, and so on. The page limit shall not change if KAIFI proposes fewer than four terms for construction.

[2] If Google proposes fewer than six terms for construction, the page limit for opening and response briefs shall decrease by two pages and for reply and surreply briefs by one page for each term below six, i.e., if Google proposes five terms, the page limit shall be 13 pages; if Google proposes four terms, the page limit shall be 11 pages, and so on. The page limit shall not change if KAIFI proposes fewer than four terms for construction.

Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Choung
(admitted *Pro Hac Vice*)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *Pro Hac Vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted *Pro Hac Vice*)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

***Attorneys for Plaintiff KAIFI LLC***

Date:  April 17, 2026

*/s/ Nathaniel St. Clair, II*

Nathaniel St. Clair, II
Texas Bar No. 24071564
Nstclair@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Vincent Y. Ling (Pro Hac Vice)
Peter E. Gratzinger (Pro Hac Vice)
Jacob Todd (Pro Hac Vice)
Rebecca Ho (Pro Hac Vice)
MUNGER, TOLLES, & OLSON LLP
350 South Grand Avenue, 15th
Floor Los Angeles, CA 90071-

3426 Telephone: (213) 683-9100
Fax: (213) 687-3702
vincent.ling@mto.com
peter.gratzinger@mto.com
jacob.todd@mto.com
rebecca.ho@mto.com
Kevin Han Yan
MUNGER, TOLLES, & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415)512-4077
kevin.yang@mto.com

***Attorneys for Defendant Google LLC***

Date:  April 17, 2026

*/s/ Brian A. Rosenthal*
  Brian A. Rosenthal
  NY Bar No. 3961380
  brosenthal@gibsondunn.com
  Katherine Q. Dominguez
  NY Bar No. 4741237
  kdominguez@gibsondunn.com
  Allen Kathir (pro hac vice)
  AKathir@gibsondunn.com
  Sung Bin Lee (pro hac vice)
  SLee3@gibsondunn.com
  Alena Farber (pro hac vice)
  AFarber@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
  200 Park Avenue
  New York, NY 10166-0193
  Telephone: 212.351.4000
  Andrew Robb (pro hac vice)
  ARobb@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
  310 University Avenue
  Palo Alto, CA 94301-1744
  Telephone: 650.849.5300
  Hannah Bedard (pro hac vice)
  HBedard@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
  1700 M Street, N.W.
  Washington, D.C. 20036-4504
  Telephone: 202.955.8500

Steven J. Wingard
Texas Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
Texas Bar No. 24124566
rearle@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), the undersigned certifies that counsel for the parties met and conferred, and the foregoing notice is joint.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on April 17, 2026, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH