**IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION**

| | |
|---|---|
| KAIFI LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> GOOGLE LLC, <br><br>     Defendants. | Case No. 1:25-cv-1370-ADA <br><br> JURY TRIAL DEMANDED |
| KAIFI LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> APPLE INC., <br><br>     Defendants. | Case No. 1:25-cv-01372 ADA <br><br> JURY TRIAL DEMANDED |

**ORDER RE JOINT MOTION TO AMEND PAGE LIMITS**

The Court, having considered the joint motion to amend page limits, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED as follows:

KAIFI has asserted two patents, U.S. Patent Nos. 8,040,232 ("the '232 Patent") and 8,930,196 ("the '196 Patent"). In the *Google* case, both the '232 and '196 Patents are asserted. In the *Apple* case, only the '196 Patent is asserted. Both the *Google* and *Apple* cases are on the same schedule with a *Markman* hearing on June 25, 2026.

Regarding the '196 Patent, Defendants may jointly propose up to six terms for

construction and KAIFI may propose up to four terms for construction, for a total of 10 terms.

Defendants shall file joint opening and reply briefs regarding the '196 Patent.

| '196 Patent Brief | Page Limits[1] |
|---|---|
| Opening (Apple and Google jointly) | 20 pages |
| Response (KAIFI) | 20 pages |
| Reply (Apple and Google jointly) | 10 pages |
| Sur-Reply (KAIFI) | 10 pages |

Regarding the '232 Patent, Google may propose up to six terms for construction and KAIFI may propose up to four terms for construction, for a total of 10 terms. Google shall file opening and reply briefs regarding the '232 Patent separate from Defendants' joint briefing regarding the '196 Patent.

| '232 Patent Brief | Page Limits[2] |
|---|---|
| Opening (Google) | 15 pages |
| Response (KAIFI) | 15 pages |
| Reply (Google) | 8 pages |
| Sur-Reply (KAIFI) | 8 pages |

**SIGNED** this _____ day of _____, 20__.

_____
Alan D Albright
United States District Judge

---

[1] If Defendants propose fewer than six terms for construction, the page limit for opening and response briefs shall decrease by two pages and for reply and surreply briefs by one page for each term below six, i.e., if Defendants propose five terms, the page limit shall be 18 pages; if Defendants propose four terms, the page limit shall be 16 pages, and so on. The page limit shall not change if KAIFI proposes fewer than four terms for construction.

[2] If Google proposes fewer than six terms for construction, the page limit for opening and response briefs shall decrease by two pages and for reply and surreply briefs by one page for each term below six, i.e., if Google proposes five terms, the page limit shall be 13 pages; if Google proposes four terms, the page limit shall be 11 pages, and so on. The page limit shall not change if KAIFI proposes fewer than four terms for construction.